| **Fill in this information to identify the case:** |
|---|

United States Bankruptcy Court for the:

Western _____ District of North Carolina _____
(State)

Case number (*If known*): _____ Chapter 7 \_\_\_\_

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**
   Oaktree Medical Centre, P.C.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names
   aka FirstChoice Healthcare; aka Pain Management Associates; aka Pain Management Associates of North Carolina

3. **Debtor's federal Employer Identification Number** (EIN)
   5 8 – 2 3 3 2 0 8 1

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 25 Airpark Court | |
| Number Street | Number Street |
| | P.O. Box 26809 |
| | P.O. Box |
| Greenville SC 29607 | Greenville SC 29616 |
| City State ZIP Code | City State ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Greenville | |
| County | Number Street |
| | |
| | City State ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Case 19-31286 Doc 1 Filed 09/19/19 Entered 09/19/19 17:13:54 Desc Main
Document Page 2 of 384

| Debtor | Oaktree Medical Centre, P.C. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

6 2 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When __ / __ / ____ Case number _____
         MM / DD / YYYY

District _____ When __ / __ / ____ Case number _____
         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor See attached _____ Relationship _____

District _____ When __ / __ / ____
                      MM / DD / YYYY

Case number, if known _____

| Debtor | Oaktree Medical Centre, P.C. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Oaktree Medical Centre, P.C. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09 / 18 /2019
MM / DD / YYYY

**X** _Aaron Kibbey_                Aaron Kibbey
Signature of authorized representative of debtor        Printed name

Title   Chief Restructuring Officer

**18. Signature of attorney**

**X** _[signature]_               Date   09 /18 / 2019
Signature of attorney for debtor                MM / DD / YYYY

Ethridge B. Ricks
Printed name
McGuireWoods LLP
Firm name
301    North Tryon Street, Suite 300
Number    Street
Charlotte                      NC        28202-2146
City                           State     ZIP Code

704-343-2235                   bricks@mcguirewoods.com
Contact phone                  Email address

48046                          NC
Bar number                     State

---

# VOLUNTARY PETITION

**Attachment for Part 10**

Are any bankruptcy cases pending or being filed by a
business partner or an affiliate of the debtor?

**Filing Debtor: Oaktree Medical Centre, P.C.**

Related cases:

| Debtor/District | Case number, if known | Relationship | When |
|---|---|---|---|
| Labsource, LLC<br><br>Western District of North Carolina | Unknown | Affiliate entity 100% owned by Oaktree Medical Centre, P.C.'s owner | 09/18/2019 |
| Oaktree Medical Centre, LLC<br><br>Western District of North Carolina | Unknown | Affiliate entity 100% owned by Oaktree Medical Centre, P.C.'s owner | 09/18/2019 |

**RESOLUTIONS BY UNANIMOUS WRITTEN CONSENT
OF THE SOLE DIRECTOR OF
OAKTREE MEDICAL CENTRE, P.C.**

Pursuant to that certain Unanimous Written Consent of the Sole Stockholder of the Company, dated July 12, 2018, the undersigned, being the sole Director of Oaktree Medical Centre, P.C., a South Carolina professional corporation (the "Company"), does hereby certify his consent to the adoption of the following resolutions:

**WHEREAS**, the undersigned was appointed the sole member of the Company's Board of Directors pursuant to the July 12, 2018 Unanimous Written Consent of the Sole Stockholder of the Company, and the Company does not currently have any other members of the Board or any appointed officers; and

**WHEREAS**, the undersigned, being the sole Director of the Company, has received and reviewed reports concerning the financial condition of the Company, and has obtained independent advice from the Company's turnaround consultant, Huron Consulting Group; and

**WHEREAS**, it appears in the business judgment of the sole Director that it is in the best interests of the Company, its affiliates and subsidiaries, its creditors, equity holders, employees, and other interested parties, for the Company to be liquidated under the supervision of the United States Bankruptcy Court; it is hereby

**RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in a Bankruptcy Court of proper jurisdiction; and it is further

**RESOLVED**, that Aaron Kibbey of Huron Consulting Group, is hereby appointed as the Company's Chief Restructuring Officer (the "Authorized Officer"); and

**RESOLVED**, that the Authorized Officer is hereby authorized and directed, in the name and on behalf of the Company, to prepare or cause to be prepared, and to execute or cause to be executed, all documents, petitions, pleadings, and other instruments necessary, or in the sole discretion of the Authorized Officer, appropriate, to cause the initiation and prosecution of a case under the Bankruptcy Code; and it is further;

**RESOLVED**, that the Authorized Officer is authorized and directed to employ and retain McGuireWoods LLP to represent the Company in its case under the Bankruptcy Code and to assist the Company with carrying out its duties under the Bankruptcy Code, upon such retainer and compensation agreement as may seem in the sole discretion of the Authorized Officer to be appropriate; and it is further

1

**RESOLVED,** that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the sole director of the Company.

[Signature Page to Follow]

IN WITNESS WHEREOF, the undersigned sole Director of the Company has executed this written consent as of the 18th day of September, 2019.

Timothy Dailleader
Director, Oaktree Medical Centre, P.C.

*Signature Page to Resolutions of Oaktree Medical Centre, P.C.*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| IN RE: OAKTREE MEDICAL | ) | Case No: |
| CENTRE, PC, | ) |  |
|  | ) | Chapter 7 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## CORPORATE OWNERSHIP STATEMENT
## <u>OAKTREE MEDICAL CENTRE, PC</u>

Check one: __X_ DEBTOR ___PLAINTIFF ___DEFENDANT ___OTHER (specify): _____

***Instructions:*** *Fed. R. Bankr. P. 7007.1 requires corporate parties to an adversary proceeding, other than the debtor or a governmental unit, to file a statement of corporate ownership with the first pleading filed. Fed. R. Bankr. P. 1007(a)(1) requires corporate debtors to file with the petition a Corporate Ownership Statement containing the information described in Fed. R. Bankr. P. 7007.1. Check one of the statements set forth below and provide any information as directed.*

☐ **1. The following corporations directly or indirectly own 10% or more of any class of the above named corporate debtor's/party's equity interests:**

☒ **2. There are no entities that directly or indirectly own 10% or more of any class of the above named corporate debtor's/party's equity interests.**

Date: September 17, 2019

_____
Signature of Authorized Individual for Corporate Debtor/Party

_____
Aaron Kibbey
Printed Name of Authorized Individual for Corporate Debtor/Party

_____
Chief Restructuring Officer
Title of Authorized Individual for Corporate Debtor/Party

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name    Oaktree Medical Centre, P.C.

United States Bankruptcy Court for the:    Western _____ District of    N Carolina
                                                                                    (State)

Case number (*If known*):    _____

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09 / 18 / 2019        ✗ _____
               MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                     Aaron Kibbey
                                     Printed name

                                     Chief Restructuring Officer
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Oaktree Medical Centre, P.C._____

United States Bankruptcy Court for the: ___Western_____ District of ___N Carolina___
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...........................................................

    $ _____ 0.00
    Plus Unknown

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................

    $ _____ 7,999,524.07
    Plus Unknown

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................

    $ _____ 7,999,524.07
    Plus Unknown

---

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............

    $ _____ 29,479,638.28
    Plus Unknown

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* .....................................

    $ _____ 2,692,466.17
    Plus Unknown

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................

    + $ _____ 5,686,312.31
    Plus Unknown

4. **Total liabilities**..........................................................................................................
    Lines 2 + 3a + 3b

    $ _____ 37,858,416.76
    Plus Unknown

**Fill in this information to identify the case:**

Debtor name ___Oaktree Medical Centre, P.C._____

United States Bankruptcy Court for the: ___Western_____ District of ___N Carolina___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _See attached Rider 1.3_____ | _____ | ____ ____ ____ ____ | $_____35,860.97 |
| 3.2. _____ | _____ | ____ ____ ____ ____ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _None_____ $_____
   4.2. _____ $_____

5. **Total of Part 1** $_____35,860.97

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _See attached Rider 2.7_____ $_____22,663.46
   7.2. _____ $_____

Case 19-31286 Doc 1 Filed 09/9/19 Entered 09/9/19 14:28:40 Desc Main Document Page 13 of 384

**Case Name: Oaktree Medical Centre, PC**  **Case Number:**

| Part 1: | Schedule A/B:  Assets - Real and Personal Property |
|---------|-----------------------------------------------------|
|         | Cash and cash equivalents                           |

3. Checking, savings, money market, or financial brokerage accounts

| | Name of Institution (bank or brokerage firm) | Type of Account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1 | South State Bank | Checking | 3895 | $9,660.24 |
| 3.2 | South State Bank | Savings | 0117 | $489.78 |
| 3.3 | First Citizens Bank & Trust Co | Depository | 5701 | $43.60 |
| 3.4 | First Citizens Bank & Trust Co | Depository | 6001 | $25,004.10 |
| 3.5 | First Citizens Bank & Trust Co | Depository | 4323 | $663.25 |
| | | | **TOTAL** | **$35,860.97** |

**Case Name: Oaktree Medical Centre, PC**                                **Case Number:**

| Part 2: | Schedule A/B:  Assets - Real and Personal Property |
|---------|---------------------------------------------------|
|         | Deposits and Prepayments                          |

7.  Deposits, including security deposits and utility deposits

| | DESCRIPTION | NAME OF HOLDER OF DEPOSIT | CURRENT VALUE OF DEBTOR'S INTEREST |
|---|---|---|---|
| 7.1 | Two Park Trinity | Security Deposit 545 N. Pleasantburg Dr Suite 102 | $3,729.17 |
| 7.2 | Lutheran Services Carolinas | Security Deposit for 2561 Hendersonville Rd., Arden, NC  28704 25H-ARD/adm | $3,600.00 |
| 7.3 | SCE&G | Utility Deposit - Sunset Blvd West Columbia | $319.29 |
| 7.4 | Town of Waynesville | Utility Deposit - Waynesville NC | $240.00 |
| 7.5 | SCE&G | Utility Deposit - Highland Drive Columbia | $975.00 |
| 7.6 | Magnolia Center One, LLC | Security Deposit on New MB Location | $13,800.00 |

TOTAL  $          22,663.46

Debtor    Oaktree Medical Centre, P.C. _____    Case number (*if known*)_____
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. See attached Rider 2.8 _____    $_____157,352.49

8.2. _____    $_____

9. **Total of Part 2.**                                                         $_____180,015.95

   Add lines 7 through 8. Copy the total to line 81.

| **Part 3:** | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:   __$2,745,114.41__  –  __$1,669,378.18__  = ........➔    $_____1,075,736.23
                            face amount            doubtful or uncollectible accounts

11b. Over 90 days old:      __$2,729,582.81__  –  __$2,222,624.89__  = ........➔    $_____506,957.92
                            face amount            doubtful or uncollectible accounts

12. **Total of Part 3**                                                          $_____1,582,694.15

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| **Part 4:** | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. None _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. Pointe West Phase 2012, LLC _____    __18__ %    _____    $_____84,619.00

15.2. _____    _____ %    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**                                                          $_____84,619.00

    Add lines 14 through 16. Copy the total to line 83.

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page 2

**Case Name: Oaktree Medical Centre, PC**                    **Case Number:**

Part 2: **Schedule A/B:  Assets - Real and Personal Property**
Deposits and Prepayments

8.  Prepayments

| | DESCRIPTION | NAME OF HOLDER OF PAYMENT | CURRENT VALUE OF DEBTOR'S INTEREST |
|---|---|---|---|
| 8.1 | Landmark American Insurance Company - c/o Willis of North Carolina, Inc | Executive Risk Package - Policy LHP677660 - Exp 1/9/20 | $17,666.66 |
| 8.2 | Underwriters at Lloyd's London - c/o Willis of North Carolina, Inc | Executive Risk Package - Policy DOH00746111 - Exp 1/9/20 | $17,666.66 |
| 8.3 | StarStone Specialty Insurance Company - c/o Willis of North Carolina, Inc | Excess Private Management Liability - Policy H70164180ASP - Exp 1/9/20 | $14,133.34 |
| 8.4 | Underwriters at Lloyd's London - c/o Willis of North Carolina, Inc | Endorsement Excess Liability - Policy ANV122398A - Exp 1/9/20 | $53,000.00 |
| 8.5 | Crum and Forster Insurance Company - c/o Willis of North Carolina, Inc | Endorsement Excess Liability - Policy EPP-100004 - Exp 1/9/20 | $12,366.66 |
| 8.6 | Hiscox Inc - c/o Willis of North Carolina, Inc | Business Crime Policy - Policy # UC22283982 19 - Exp 7/9/20 | $6,233.50 |
| 8.7 | South Carolina Dept of Health | CLIA Laboratory Compliance Fee - #42D0954666 - 2020 to 2022 | $5,527.00 |
| 8.8 | Coversys Medical Malpractice | Excess Malpractice Premiums 8/1/18 - 8/1/19 | $30,758.67 |

**TOTAL**                    $157,352.49

Debtor    Oaktree Medical Centre, P.C. _____   Case number _(if known)_ _____
          Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** _Examples_: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

---

Debtor   Oaktree Medical Centre, P.C. _____   Case number _(if known)_____
         Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

$\qquad$ $ _____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office Computers | $____Unknown | _____ | $____Unknown |
| 42. **Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

$ ____Unknown

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☒ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

Debtor   Oaktree Medical Centre, P.C.                                   Case number (if known)_____
         Name

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 2014 Land Rover Range Rover (VIN SALGS2EF9EA148594) | $_____0.00 | KBB/Depreciation | $_____$25,413.00 |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| $_____$25,413.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    Oaktree Medical Centre, P.C.                                    Case number _(if known)_____
          Name

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See attached Rider 9.55 | _____ | $_____ | _____ | $ 0.00 |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☐ No. Go to Part 11.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Various domains | $_____ | _____ | $ Unknown |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Patient lists | $_____ | _____ | $ Unknown |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $ 6,090,921.00 | Unknown | $ 6,090,921 |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    $ 6,090,921.00

---

Case Name: **Oaktree Medical Centre, PC**          Case Number:

| Part 9: | Schedule A/B: Assets - Real and Personal Property |
|---|---|

**Real property**

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory warehouse, apartment or office building) if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | Corporate Offices, 25 Airpark Court, Greenville, SC | Leased Office Space | $0.00 | | $0.00 |
| 55.2 | Lab Services, 777 Lowery Road, Building 2, Suite 102, Greenville, SC | Leased Office/Lab Space | $0.00 | | $0.00 |
| 55.3 | Medical Clinic, 1005 Grove Road, Greenville, SC | Leased Medical Office Space | $0.00 | | $0.00 |
| 55.4 | Medical Clinic, 108 Montgomery Drive, Anderson, SC | Leased Medical Office Space | $0.00 | | $0.00 |
| 55.5 | Medical Clinic, 115 Brushy Creek Road, Easley, SC | Leased Medical Office Space | $0.00 | | $0.00 |
| 55.6 | Medical Clinic, 1650 Skylyn Drive, Suite 210, Spartanburg, SC | Leased Medical Office Space | $0.00 | | $0.00 |
| 55.7 | Medical Clinic, 120 Highland Center Park, Suite 105, (NE) Columbia, SC | Leased Medical Office Space | $0.00 | | $0.00 |
| 55.8 | Medical Clinic, 1920 2nd Loop Road, Florence, SC | Leased Medical Office Space | $0.00 | | $0.00 |
| 55.9 | Medical Clinic, 4600 Oleander Drive, Suite 1, Myrtle Beach, CA | Leased Medical Office Space | $0.00 | | $0.00 |
| 55.10 | Medical Clinic, 10 Miller Road, Sumter, SC | Leased Medical Office Space | $0.00 | | $0.00 |
| 55.11 | Medical Clinic, 2651 Hendersonville Road, Arden, NC | Leased Medical Office Space | $0.00 | | $0.00 |
| 55.12 | Medical Clinic, 3410 Sunset Boulevard, West Columbia, SC | Leased Medical Office Space | $0.00 | | $0.00 |

TOTAL     UNKNOWN

Debtor _____ Case number _(if known)_____
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____ _____ − _____ = → $_____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____ Tax year _____ $_____
_____ Tax year _____ $_____
_____ Tax year _____ $_____

73. **Interests in insurance policies or annuities**

_____ $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____ $_____

Nature of claim _____
Amount requested $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____ $_____

Nature of claim _____
Amount requested $_____

76. **Trusts, equitable or future interests in property**

$_____

77. **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

_____ $_____
_____ $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. | $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor  Oaktree Medical Centre, P.C. _____   Case number (if known) _____
        Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 35,860.97 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 180,015.95 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,582,694.15 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 84,619.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ Unknown | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 25,413.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ...............................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 6,090,921.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $ _____ | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 7,999,524.07 | ✚ 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...........................................   $ 7,999,524.07

Fill in this information to identify the case:

| Debtor name | **Oaktree Medical Centre, P.C.** |
|---|---|
| United States Bankruptcy Court for the: | **Western** District of **N Carolina** |
| | (State) |
| Case number (If known): | |

Official Form 206D

☐ Check if this is an amended filing

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.**

If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | | Column A<br>**Amount of Claim**<br>Do not deduct the value | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1**<br>**s106** | Creditor's name<br>**FIDUS INVESTMENT CORPORATION** | Describe debtor's property that is subject to a lien<br>**Substantially all assets of Oaktree Medical Centre, P.C. and Labsource, LLC** | $29,354,194.18 | UNKNOWN |

Creditor's Mailing Address

**AS LENDER AND COLLATERAL AGENT
1603 ORRINGTON #810
EVANSTON, IL  60201**

Creditor's email address, if known

Date debt was incurred

**5/6/2014**

Last 4 digts of account number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **s106**

Describe the lien

**SECURED CLAIM**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No.
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

| Debtor | Oaktree Medical Centre, P.C. | Case Number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

**Part 1:**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | Column A | Column B |
| --- | --- | --- |
|  | **Amount of Claim** | **Value of collateral that supports this claim** |
|  | Do not deduct the value | |

**2.2** **s107**

**Creditor's name**

US BANK EQUIPMENT FINANCE

**Creditor's Mailing Address**

1310 MADRID ST
MARSHALL, MN  56258

**Creditor's email address, if known**

**Date debt was incurred**

4/13/2016

**Last 4 digts of account number**

8988

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor and its relative priority.

　☑ Yes. The relative priority of creditors is specified on lines **s107**

**Describe debtor's property that is subject to a lien**

GE Healthcare - CPS Prescription Software, Centricity Practice Sclultion, CPS MU Software - Related Medical Practice Software priority lien over Fidus Investment Corporation lien on the software

Amount of Claim: $125,444.10

Value of collateral: UNKNOWN

**Describe the lien**

SECURED CLAIM

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

| Debtor | Oaktree Medical Centre, P.C. | | Case Number (if known) |
|---|---|---|---|
| | Name | | |

Oaktree Medical Centre, P.C.

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digts of account number for this entity |
|---|---|---|
| **WEST CRT HEAVY, LLC** **1603 ORRINGTON #810** **EVANSTON, IL  60201** | s106 | |
| **WEST FAMILY INVESTMENTS, INC.** **1603 ORRINGTON #810** **EVANSTON, IL  60201** | s106 | |
| **WEST INVESTMENT CORPORATION** **1603 ORRINGTON #810** **EVANSTON, IL  60201** | s106 | |
| **WEST INVESTMENT HOLDINGS, LLC** **1603 ORRINGTON #810** **EVANSTON, IL  60201** | s106 | |

Debtor  **Oaktree Medical Centre, P.C.**

Name

Case Number (if known)

| Part 3: | Total Amounts of the Claims Secured by Property |
| --- | --- |

|  | **Total of Claim Amounts** |
| --- | --- |

**3a. Total of the dollar amounts from Part 1, Column A,**
**including the amounts from the Additional Page, if any.**

3a.

$29,479,638.28

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Oaktree Medical Centre, P.C.** |
| United States Bankruptcy Court for the: | **Western**     District of   **N Carolina** |
| | (State) |
| Case number (If known): | |

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | **Total Claim** | **Priority Amount** |
|---|---|---|---|---|
| **2.1**<br>**s402** | Priority creditor's name and mailing address<br>**ALLSEP, JESSICA**<br>**113 PERRY BEND CIRCLE**<br>**APT. 101**<br>**EASLEY, SC  29640**<br><br>Date or dates debt was incurred<br>**Various**<br><br>Last 4 digts of account number<br><br>Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (____4____) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**UNPAID PTO**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $600.08 | $600.08 |
| **2.2**<br>**s403** | Priority creditor's name and mailing address<br>**AMBROSE, CAROL**<br>**113 OLD BETHLEHEM SCHOOL ROAD**<br>**PICKENS, SC  29671**<br><br>Date or dates debt was incurred<br>**Various**<br><br>Last 4 digts of account number<br><br>Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (____4____) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**UNPAID PTO**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $179.10 | $179.10 |
| **2.3**<br>**s404** | Priority creditor's name and mailing address<br>**ASHER COOPER, EMILY**<br>**189 TWIN CREEK DRIVE**<br>**BOILING SPRINGS, SC  29316**<br><br>Date or dates debt was incurred<br>**Various**<br><br>Last 4 digts of account number<br><br>Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (____4____) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**UNPAID PTO**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $258.45 | $258.45 |

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---------|----------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|

**2.4**

**s425**

Priority creditor's name and mailing address

**ASHLEY CRISP**
**1651 UNION SCHOOL RD**
**MCBEE, SC  29101**

As of the petition filing date, the claim is:

Check all that apply.

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

$10,897.44      $10,897.44

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.5**

**s405**

Priority creditor's name and mailing address

**BALDWIN, CARLY**
**2194 OLD LIBERTY RD**
**LIBERTY, SC  29657**

As of the petition filing date, the claim is:

Check all that apply.

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

$271.18      $271.18

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.6**

**s406**

Priority creditor's name and mailing address

**BARLOW, TIFFANY**
**168 ENON CHURCH ROAD**
**EASLEY, SC  29640**

As of the petition filing date, the claim is:

Check all that apply.

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

$132.32      $132.32

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.7**

**s408**

Priority creditor's name and mailing address

**BLACK, MELISSA**
**644 OLD CEDAR ROCK ROAD**
**EASLEY, SC  29640**

As of the petition filing date, the claim is:

Check all that apply.

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

$631.25      $631.25

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Oaktree Medical Centre, P.C.**

| | |
|---|---|
| Debtor Name | Case Number (if known) |

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | **Total Claim** | **Priority Amount** |
|---|---|---|---|---|

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|
| s616 | BOBBY BUFFKIN<br>4864 JORDAN CIRCLE<br>TIMMONSVILLE, SC  29161 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>Various | Basis for the claim:<br>PATIENT REFUND | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____7____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,923.08 | $9,923.08 |
|---|---|---|---|---|
| s503 | BRADLEY SWENSON<br>2900 RAMBLING PATH<br>ANDERSON, SC  29621 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>Various | Basis for the claim:<br>UNPAID PTO | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $528.84 | $528.84 |
|---|---|---|---|---|
| s409 | BRAILSFORD, DANIELLE<br>PO BOX 925<br>SUMMERTON, SC  29148 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>Various | Basis for the claim:<br>UNPAID PTO | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $416.95 | $416.95 |
|---|---|---|---|---|
| s410 | BRAND, JENNIFER<br>439 SOUTH BUNCOMBE ROAD<br>APT #525<br>GREER, SC  29650 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>Various | Basis for the claim:<br>UNPAID PTO | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,504.27 | $1,504.27 |
|---|---|---|---|---|

s507

BRANT TURNER
1276 SHADOW WAY
GREENVILLE, SC 29615

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $908.16 | $908.16 |
|---|---|---|---|---|

s411

BRINSTON, HILLARY
103 AUGUSTA STREET
EASLEY, SC 29640

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00 | $198.00 |
|---|---|---|---|---|

s412

BROWN, REGAN
342 HARTVIEW CIRCLE
ANDERSON, SC 29625

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,854.05 | $1,854.05 |
|---|---|---|---|---|

s413

BRYANT, KHAIRIYA
2900 E NORTH ST
APT. 84
WADE HAMPTON, SC 29615-1880

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| **Part 1:** | **All Creditors with PRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

**2.16** Priority creditor's name and mailing address

s414 BUCHANAN, MEGAN
3365 POTTS LANE
DALZELL, SC  29040

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

$306.90     $306.90

Date or dates debt was incurred
Various

**Basis for the claim:**
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.17** Priority creditor's name and mailing address

s415 CAPPS, LINDSEY
1425 MASSEY RD
PENDLETON, SC  29670

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

$285.75     $285.75

Date or dates debt was incurred
Various

**Basis for the claim:**
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.18** Priority creditor's name and mailing address

s416 CARTER, KATHRYN
504 SOUTH B ST
EASLEY, SC  29640

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

$373.20     $373.20

Date or dates debt was incurred
Various

**Basis for the claim:**
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.19** Priority creditor's name and mailing address

s417 CHILDERS, REBEKAH
104 IVYWAY LANE
LIBERTY, SC  29657

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

$333.80     $333.80

Date or dates debt was incurred
Various

**Basis for the claim:**
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

<table>
<tr><td style="background:black;color:white"><strong>Part 1:</strong></td><td><strong>All Creditors with PRIORITY Unsecured Claims</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority Amount |
|---|---|---|---|

**2.20**
**s418**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $740.81 | $740.81 |
|---|---|---|---|

CHRISLEY, DIANE
1205 ROYAL SUMMIT DR
SENECA, SC 29678

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**2.21**
**s419**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,437.90 | $3,437.90 |
|---|---|---|---|

COKER, SHANNON
720 DIX LANE
FLORENCE, SC 29505

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**2.22**
**s421**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.48 | $389.48 |
|---|---|---|---|

COOLEY, AMANDA
1540 EBENEZER ROAD
DARLINGTON, SC 29532

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**2.23**
**s420**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.48 | $389.48 |
|---|---|---|---|

COOLEY, KAYLA
505 WEST MAIN STREET
APT. #5
EASLEY, SC 29640

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total Claim | Priority Amount |
|---|---|---|---|

**2.24**
**s497**

Priority creditor's name and mailing address

COREY SMITH
111 BROOK STONE DR
EASLEY, SC 29642

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
- [x] No
- [ ] Yes

Total Claim: $748.93
Priority Amount: $748.93

---

**2.25**
**s423**

Priority creditor's name and mailing address

COX, ELIZABETH
219 LONGVIEW DR
WILLIAMSTON, SC 29697

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
- [x] No
- [ ] Yes

Total Claim: $162.55
Priority Amount: $162.55

---

**2.26**
**s424**

Priority creditor's name and mailing address

CRANE, ASHLEY
105 WINSTON WAY
EASLEY, SC 29640

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
- [x] No
- [ ] Yes

Total Claim: $498.96
Priority Amount: $498.96

---

**2.27**
**s426**

Priority creditor's name and mailing address

CRUM, BRANDI
1417 ZION SCHOOL ROAD
EASLEY, SC 29642

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
- [x] No
- [ ] Yes

Total Claim: $486.77
Priority Amount: $486.77

---

**Oaktree Medical Centre, P.C.**

Debtor Name                                                                                    Case Number (if known)

<div style="background:black;color:white;display:inline-block;padding:2px 8px">**Part 1:**</div>   **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total Claim | Priority Amount |
|---|---|---|---|

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,850.00 | $12,850.00 |
|---|---|---|---|---|

s427   DALTON, MANDY
247 AUDUBON ACRES DRIVE
EASLEY, SC  29642

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.80 | $91.80 |
|---|---|---|---|---|

s428   DAMERON, DELAINA
206 SPRING ESTATES DR
LIBERTY, SC  29657

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.48 | $294.48 |
|---|---|---|---|---|

s430   EBENBOECK, JULIA
16 PITTMAN ROAD
LYMAN, SC  29365

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.28 | $218.28 |
|---|---|---|---|---|

s431   EBERT, BRANDI
171 HICKORY RD
WILLIAMSTON, SC  29697

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

<table>
<tr><td colspan="2"><strong>Part 1:</strong></td><td colspan="2"><strong>All Creditors with PRIORITY Unsecured Claims</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

| | | |
|---|---|---|
| **2.32** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $666.88 | $666.88 |
| s432 | EDDINS, THOMAS<br>70 CORNELIUS DRIVE<br>PISGAH FOREST, NC  28768 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**UNPAID PTO** | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | |
|---|---|---|
| **2.33** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $623.79 | $623.79 |
| s433 | ELMORE, KYLE<br>14 LAUREL DRIVE<br>TAYLORS, SC  29687 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**UNPAID PTO** | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | |
|---|---|---|
| **2.34** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,729.32 | $2,729.32 |
| s435 | FOSTER, TRACY<br>117 FRANCIS RD<br>EASLEY, SC  29640 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**UNPAID PTO** | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | |
|---|---|---|
| **2.35** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $603.13 | $603.13 |
| s436 | GALLANT, KRISTEN<br>19 ALEXANDER ST.<br>LIBERTY, SC  29657 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**UNPAID PTO** | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

**Part 1:**    **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority Amount |
|---|---|---|

**2.36** Priority creditor's name and mailing address

**s437** GALLMAN, TARA
100 BROWN DRIVE
EASLEY, SC 29642

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

Total Claim: $587.09    Priority Amount: $587.09

**2.37** Priority creditor's name and mailing address

**s438** GILL, SABRINA
228 HAYES ROAD
PICKENS, SC 29671

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

Total Claim: $1,031.39    Priority Amount: $1,031.39

**2.38** Priority creditor's name and mailing address

**s439** GILSTRAP, JULIE
649 MASSINGILL MEMORIAL DR
PICKENS, SC 29671

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

Total Claim: $386.40    Priority Amount: $386.40

**2.39** Priority creditor's name and mailing address

**s440** GOLDSMITH, HANNAH
115 PEARSON TERRACE DR
APT. C
EASLEY, SC 29642

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

Total Claim: $592.50    Priority Amount: $592.50

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| | |
|---|---|
| **Part 1:** | **All Creditors with PRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority Amount |
|---|---|---|
| | | |

| | | | | Total Claim | Priority Amount |
|---|---|---|---|---|---|
| **2.40** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $176.40 | $176.40 |
| **s441** | GREER, JODY<br>112 FOLKSTONE CT<br>EASLEY, SC  29640 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**UNPAID PTO** | | | |
| | Last 4 digts of account number | | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | | |

| | | | | Total Claim | Priority Amount |
|---|---|---|---|---|---|
| **2.41** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $166.32 | $166.32 |
| **s443** | HALTIWANGER, LESLYE<br>208 LONGVIEW DRIVE<br>PIEDMONT, SC  29673 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**UNPAID PTO** | | | |
| | Last 4 digts of account number | | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | | |

| | | | | Total Claim | Priority Amount |
|---|---|---|---|---|---|
| **2.42** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $16.12 | $16.12 |
| **s444** | HAMILTON, PURITY<br>199 FAIR ORCHARD WAY<br>DUNCAN, SC  29334 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**UNPAID PTO** | | | |
| | Last 4 digts of account number | | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | | |

| | | | | Total Claim | Priority Amount |
|---|---|---|---|---|---|
| **2.43** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $83.33 | $83.33 |
| **s445** | HANNIGAN, KAYLEE<br>108 EDGEWOOD DRIVE<br>DUNCAN, SC  29334 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**UNPAID PTO** | | | |
| | Last 4 digts of account number | | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | | |

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| **Part 1:** | **All Creditors with PRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

**2.44**

**s446**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $597.63 | $597.63 |
|---|---|---|---|

HARE, ASHLEY
301 MORNING CREEK DRIVE
EASLEY, SC  29640

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

**2.45**

**s447**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.62 | $373.62 |
|---|---|---|---|

HARTSELL, WINNON
167 BAGWELL STREET
EASLEY, SC  29640

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

**2.46**

**s448**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.80 | $172.80 |
|---|---|---|---|

HESS, NICHOLE
891 SOUTH MECHANIC STREET
PENDLETON, SC  29670

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

**2.47**

**s449**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.17 | $222.17 |
|---|---|---|---|

HICKSON, RANDOLYN
1558 RUGER DR
SUMTER, SC  29150

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.75 | $198.75 |
|---|---|---|---|---|

s450   HILL, SAMUEL
3944 FORRESTER ROAD
GREER, SC  29651

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.52 | $102.52 |
|---|---|---|---|---|

s451   HOOD, HALLE
114 SNIPE LANE
EASLEY, SC  29642

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $275.00 | $275.00 |
|---|---|---|---|---|

s452   HORTON, BRITTANI
434 PLEASANT GREEN DR
INMAN, SC  29349

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.55 | $398.55 |
|---|---|---|---|---|

s454   HUBER, CHRISTA
110 ROYAL COURT
GREENVILLE, SC  29611

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 13 of 95

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

**Part 1:**  **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority Amount |
|---|---|---|

**2.52**   s453

**Priority creditor's name and mailing address**
HUBER, MARGARET
6780 RACKING LANE
WEDGEFIELD, SC 29168

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
UNPAID PTO

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total Claim: $43.12   Priority Amount: $43.12

---

**2.53**   s455

**Priority creditor's name and mailing address**
HUGHES, KARLA
131 SHARLA CT
LIBERTY, SC 29657

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
UNPAID PTO

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total Claim: $107.18   Priority Amount: $107.18

---

**2.54**   s456

**Priority creditor's name and mailing address**
INGRAM, BROOKE
1010 OLD HUNTS BRIDGE ROAD
GREENVILLE, SC 29617

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
UNPAID PTO

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total Claim: $816.92   Priority Amount: $816.92

---

**2.55**   s378

**Priority creditor's name and mailing address**
INTERNAL REVENUE SERVICE
KANSAS CITY, MO 64999-0202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/31/2013

**Basis for the claim:**
ASSESSMENT - FORM 1120

**Last 4 digts of account number**
2081

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__)**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total Claim: $2,039,481.19   Priority Amount: $2,039,481.19

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims   

**Oaktree Medical Centre, P.C.**

Debtor Name _____

Case Number (if known) _____

---

| Part 1: | **All Creditors with PRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

**2.56**
**s772**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $412,159.14 | $412,159.14 |

**INTERNAL REVENUE SERVICE**

**KANSAS CITY, MO  64999-0202**

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
12/31/2013

**Basis for the claim:**
ASSESSMENT - FORM 941

**Last 4 digts of account number**
2081

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)**

---

**2.57**
**s457**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.10 | $209.10 |

**JACKSON, TAMEKA**
**206 CATTERICK WAY**
**FOUNTAIN INN, SC  29644**

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
UNPAID PTO

**Last 4 digts of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

---

**2.58**
**s458**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.28 | $9.28 |

**JEFFERIES, ASHLEY**
**140 MANOR HOUSE LANE**
**CHESNEE, SC  29323**

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
UNPAID PTO

**Last 4 digts of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

---

**2.59**
**s434**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,653.85 | $8,653.85 |

**JEFFREY FARRICIELLI**
**3912 ASHTON SHORE LANE**
**MOUNT PLEASANT, SC  29466**

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
UNPAID PTO

**Last 4 digts of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

---

**Oaktree Medical Centre, P.C.**
Debtor Name

Case Number (if known)

| | | |
|---|---|---|
| **Part 1:** | **All Creditors with PRIORITY Unsecured Claims** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $558.63 | $558.63 |
|---|---|---|---|---|
| s459 | JENKINS, KRYSTAL<br>120 MERRITT DRIVE<br>EASLEY, SC 29642 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>Various | Basis for the claim:<br>UNPAID PTO | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.50 | $1,200.50 |
|---|---|---|---|---|
| s621 | JENNIFER TROISE<br>101 MILLER SPRINGS DR<br>MOORE, SC 29369 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>Various | Basis for the claim:<br>PATIENT REFUND | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___7___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,653.85 | $8,653.85 |
|---|---|---|---|---|
| s407 | JESSICA BELL<br>210 CREEK FALLS XING<br>EASLEY, SC 29640 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>Various | Basis for the claim:<br>UNPAID PTO | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,700.85 | $4,700.85 |
|---|---|---|---|---|
| s461 | JILL KESSLER<br>109 WINDSONG COURT<br>ANDERSON, SC 29621 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>Various | Basis for the claim:<br>UNPAID PTO | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

<table>
<tr><td>■ Part 1:</td><td><b>All Creditors with PRIORITY Unsecured Claims</b></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority Amount |
|---|---|---|---|

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,326.94 | $4,326.94 |
|---|---|---|---|---|

**s442**

JOHN HAAS
109 PEPPERWOOD DRIVE
GREENVILLE, SC 29611

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $823.05 | $823.05 |
|---|---|---|---|---|

**s460**

JUSTICE, RAGEN
508 TARRANT STREET
CENTRAL, SC 29630

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,225.96 | $1,225.96 |
|---|---|---|---|---|

**s475**

KATHY MOTES
260 BALLANTYNE COMMON CIRCLE
APT. 204
HENDERSONVILLE, NC 28792

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,396.64 | $3,396.64 |
|---|---|---|---|---|

**s462**

KING, NATASHA
2784 CRICKINTREE LANE
DARLINGTON, SC 29532

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority Amount |
|---|---|---|---|

**2.68** Priority creditor's name and mailing address — As of the petition filing date, the claim is: — **Total Claim** $636.30 — **Priority Amount** $636.30

**s463** KING, SHEMA
706 FOUNTAINBROOK LN
FOUNTAIN INN, SC 29644

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**2.69** Priority creditor's name and mailing address — As of the petition filing date, the claim is: — **Total Claim** $114.92 — **Priority Amount** $114.92

**s464** LANCASTER, MEGAN
36 RIDGE TOP ACRES
CANDLER, NC 28715

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**2.70** Priority creditor's name and mailing address — As of the petition filing date, the claim is: — **Total Claim** $256.75 — **Priority Amount** $256.75

**s465** LAWTON, DESTINY
1834 WESTRIDGE BLVD
CONWAY, SC 29527

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**2.71** Priority creditor's name and mailing address — As of the petition filing date, the claim is: — **Total Claim** $900.60 — **Priority Amount** $900.60

**s466** LEE, KELLY
PO BOX 271
VANCE, SC 29163

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total Claim | Priority Amount

---

**2.72**
**s622**

Priority creditor's name and mailing address

LINDA SULLIVAN
115 ODELL RD
LIBERTY, SC  29657

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$468.00 | $468.00

Date or dates debt was incurred
Various

Basis for the claim:
PATIENT REFUND

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____7____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.73**
**s422**

Priority creditor's name and mailing address

MARY COX
20 CHARTWELL CT
SUMTER, SC  29154

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$6,089.74 | $6,089.74

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.74**
**s467**

Priority creditor's name and mailing address

MCGOWENS, MAKENZIE
447 LATHAM ROAD
EASLEY, SC  29640

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$91.13 | $91.13

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.75**
**s468**

Priority creditor's name and mailing address

MCKINNEY, LISA
210 WINCHEST DRIVE
CENTRAL, SC  29630

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$244.62 | $244.62

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name _____                                    Case Number (if known) _____

| | |
|---|---|

**Part 1:**   **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority Amount |
|---|---|---|---|

**2.76**    Priority creditor's name and mailing address

**s623**

MICHELE THOMSON
963 MT SHOALS RD
ENOREE, SC  29335

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Total Claim: **$897.05**    Priority Amount: **$897.05**

Date or dates debt was incurred
Various

Last 4 digts of account number

Basis for the claim:
PATIENT REFUND

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___7___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.77**    Priority creditor's name and mailing address

**s469**

MILES, TONYA
113 SHELBY DRIVE
PICKENS, SC  29671

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Total Claim: **$50.82**    Priority Amount: **$50.82**

Date or dates debt was incurred
Various

Last 4 digts of account number

Basis for the claim:
UNPAID PTO

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.78**    Priority creditor's name and mailing address

**s470**

MILLER, JAKAILA
129 NORFOLK CIRCLE
ANDERSON, SC  29625

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Total Claim: **$272.96**    Priority Amount: **$272.96**

Date or dates debt was incurred
Various

Last 4 digts of account number

Basis for the claim:
UNPAID PTO

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.79**    Priority creditor's name and mailing address

**s471**

MILLER, KAITLYN
716 MEECE MILL ROAD
PICKENS, SC  29671

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Total Claim: **$169.83**    Priority Amount: **$169.83**

Date or dates debt was incurred
Various

Last 4 digts of account number

Basis for the claim:
UNPAID PTO

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

<table>
<tr><td>Part 1:</td><td colspan="4">All Creditors with PRIORITY Unsecured Claims</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.36 | $129.36 |
|---|---|---|---|---|

s472    MOODY, KELSEY
964 G W WHITMIRE ROAD
ROSMAN, NC  28772

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.78 | $87.78 |
|---|---|---|---|---|

s473    MOSES, ANGELA
100 PRINCETON DR
EASLEY, SC  29640

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.78 | $122.78 |
|---|---|---|---|---|

s474    MOSS, KESHIA
312 TERILYN COURT
GREENVILLE, SC  29611

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $293.76 | $293.76 |
|---|---|---|---|---|

s476    MUMFORD, ANGEL
621 ASPEN ST
FLORENCE, SC  29501

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority Amount |
|---|---|---|---|

| 2.84 | Priority creditor's name and mailing address | | | $823.37 | $823.37 |
|---|---|---|---|---|---|

**s477**

MUNEZA, SERAPHINE
5300 AUGUSTA RD
APT 81
GREENVILLE, SC 29605

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

---

| 2.85 | Priority creditor's name and mailing address | | | $1,744.00 | $1,744.00 |
|---|---|---|---|---|---|

**s478**

NEWCOMER, JOANNA
18 MONTFORD CT
TRAVELERS REST, SC 29690

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

---

| 2.86 | Priority creditor's name and mailing address | | | $123.52 | $123.52 |
|---|---|---|---|---|---|

**s479**

NEWMAN, MELANIE
121 GRANT STREET
EASLEY, SC 29640

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

---

| 2.87 | Priority creditor's name and mailing address | | | $9,254.81 | $9,254.81 |
|---|---|---|---|---|---|

**s773**

O'QUINN, JOSEPH
12 KETTERING COURT
EASLEY, SC 29642

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,112.98 | $9,112.98 |
|---|---|---|---|---|

**s480** OUELLETTE, CHRISTINE
7 STONO DRIVE
GREENVILLE, SC  29609

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $507.08 | $507.08 |
|---|---|---|---|---|

**s481** PARKER, SYLNOVIA
457 MOORER RD
SAINT MATTHEWS, SC  29135

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.00 | $130.00 |
|---|---|---|---|---|

**s626** PATRICIA MINTLINE
251 HICKS DR
INMAN, SC  29349

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**PATIENT REFUND**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___7___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,190.34 | $1,190.34 |
|---|---|---|---|---|

**s482** PATTERSON, BRANDON
7 SANDRINGHAM ROAD
TAYLORS, SC  29687

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Oaktree Medical Centre, P.C.**
Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---------|----------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority Amount** |
|--|-----------------|---------------------|

**2.92** Priority creditor's name and mailing address

**s483**
PERKINS, CAROLINE
433 HUNTER MILL RD
LIBERTY, SC  29657

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

Total Claim: $436.50   Priority Amount: $436.50

---

**2.93** Priority creditor's name and mailing address

**s484**
PHILLIPS, CASSIE
210 DANIEL STREET
ANDERSON, SC  29625

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

Total Claim: $630.50   Priority Amount: $630.50

---

**2.94** Priority creditor's name and mailing address

**s485**
POSTON, MARIAN
119 COPPERMINE DRIVE
EASLEY, SC  29642

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

Total Claim: $1,853.25   Priority Amount: $1,853.25

---

**2.95** Priority creditor's name and mailing address

**s486**
RAMSAY, JILLIAN
115 C DEERFIELD CT
EASLEY, SC  29640

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

Total Claim: $225.44   Priority Amount: $225.44

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| | |
|---|---|
| **Part 1:** | **All Creditors with PRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

| 2.96 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,615.39 | $9,615.39 |
|---|---|---|---|---|
| s380 | RE - BLAKE LECHE - KONIG DM, LLC<br>109 WAVERLY HALL LN<br>SIMPSONVILLE, SC 29681 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>8/16/2019 | **Basis for the claim:**<br>1099 SALARY | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| 2.97 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $176.54 | $176.54 |
|---|---|---|---|---|
| s487 | REYNOLDS, DANIELLE<br>116 WOODWARD WAY<br>EASLEY, SC 29640 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>Various | **Basis for the claim:**<br>UNPAID PTO | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| 2.98 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,057.69 | $6,057.69 |
|---|---|---|---|---|
| s488 | RICHARDS, DAWN<br>126 MORNING LAKE DRIVE<br>MOORE, SC 29369 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>Various | **Basis for the claim:**<br>UNPAID PTO | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| 2.99 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $651.27 | $651.27 |
|---|---|---|---|---|
| s489 | RICHEY, DIANNA<br>200 WHITMIRE ROAD<br>EASLEY, SC 29640 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>Various | **Basis for the claim:**<br>UNPAID PTO | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total Claim | Priority Amount |
|---|---|---|---|

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.00 | $46.00 |
|---|---|---|---|---|

s490  RIGDON, JENNIFER
5209 SLATER RD
ANDERSON, SC  29621

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,850.00 | $12,850.00 |
|---|---|---|---|---|

s491  ROGERS, DAVID
143 RICE`S CREEK CHURCH ROAD
LIBERTY, SC  29657

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.57 | $20.57 |
|---|---|---|---|---|

s492  SALAS, BEATRIZ
50 BELLWOOD FARM LANE
GREENVILLE, SC  29607

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,400.00 | $53,400.00 |
|---|---|---|---|---|

s379  SC DEPARTMENT OF REVENUE WITHHOLDING - EFT
WITHHOLDING
COLUMBIA, SC  29214-0004

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**3/31/2017**

Basis for the claim:
**STATE WITOLDING TAXES**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| <div style="background:black;color:white">**Part 1:**</div> | **All Creditors with PRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

**2.104** Priority creditor's name and mailing address

**s493**

SHEPPARD, SHERON
105 HADDINGTON DR
COLUMBIA, SC  29229-8786

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Total Claim: **$2,730.79**   Priority Amount: **$2,730.79**

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.105** Priority creditor's name and mailing address

**s494**

SILVA, CHRISTIANNA
1013 SIOUX ST
ANDERSON, SC  29625

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Total Claim: **$106.20**   Priority Amount: **$106.20**

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.106** Priority creditor's name and mailing address

**s495**

SIMS, ELIZABETH
124 PALM BRANCH WAY
ANDERSON, SC  29621

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Total Claim: **$1,305.36**   Priority Amount: **$1,305.36**

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.107** Priority creditor's name and mailing address

**s498**

SMITH, RITA
125 QUIET LN
EASLEY, SC  29640

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Total Claim: **$2,100.01**   Priority Amount: **$2,100.01**

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|

**2.108** Priority creditor's name and mailing address

**s496**
SMITH, ROSA
7903 E NATIONAL CEMETARY RD
FLORENCE, SC 29506

Total Claim: $306.30
Priority Amount: $306.30

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.109** Priority creditor's name and mailing address

**s499**
SPINELLI, MICHAEL
128 WILSHIRE DRIVE
GREENVILLE, SC 29609

Total Claim: $3,024.02
Priority Amount: $3,024.02

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.110** Priority creditor's name and mailing address

**s500**
STERLING, KRISTEN
217 BARRED OWL DRIVE
FOUNTAIN INN, SC 29644

Total Claim: $638.40
Priority Amount: $638.40

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.111** Priority creditor's name and mailing address

**s501**
STONELL, ELIZABETH
801 OLD LIBERTY RD
EASLEY, SC 29640

Total Claim: $213.40
Priority Amount: $213.40

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

<span style="background:black;color:white;">Part 1:</span>   **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority Amount |
|---|---|---|

| | | |
|---|---|---|
| 2.112 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $95.64 | $95.64 |
| s502 | SULLIVAN, SARAH<br>376 HUNTS BRIDGE ROAD<br>FOUNTAIN INN, SC 29644 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>Various | **Basis for the claim:**<br>UNPAID PTO | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| | | |
|---|---|---|
| 2.113 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $404.94 | $404.94 |
| s504 | TAYLOR, AMANDA<br>2572 HILLDALE DR<br>SUMTER, SC 29154 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>Various | **Basis for the claim:**<br>UNPAID PTO | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| | | |
|---|---|---|
| 2.114 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $391.30 | $391.30 |
| s505 | TELLIS, GLORIA<br>2069 PHILADELPHIA ST<br>DARLINGTON, SC 29532 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>Various | **Basis for the claim:**<br>UNPAID PTO | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| | | |
|---|---|---|
| 2.115 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $375.44 | $375.44 |
| s506 | THARP, JESSICA<br>150 BROOKSTONE DRIVE<br>EASLEY, SC 29642 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>Various | **Basis for the claim:**<br>UNPAID PTO | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

## Part 1: All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|
| | | | | |

**2.116**
**s508**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $275.40 | $275.40 |
|---|---|---|---|

VANDEKERKHOVE, AMANDA
105 CONE RIDGE DRIVE
EASLEY, SC  29640

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

---

**2.117**
**s509**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.30 | $146.30 |
|---|---|---|---|

VANDETTE, AMBER
104 DEERLAND DRIVE
PIEDMONT, SC  29673

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

---

**2.118**
**s510**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.64 | $236.64 |
|---|---|---|---|

VASQUEZ, GINA
18 LA JUAN DR
GREENVILLE, SC  29617

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
UNPAID PTO

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

---

**2.119**
**s630**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.16 | $36.16 |
|---|---|---|---|

VERISA HOGLEN
285 PISGAH VIEW RD
ASHEVILLE, NC  28806

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
PATIENT REFUND

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____7____)

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 30 of 95

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

| 2.120 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $960.64 | $960.64 |
|---|---|---|---|---|

s511

WALTERS, DEDRA
639 BESSIE RD
PIEDMONT, SC  29673

Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
UNPAID PTO

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.121 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17.36 | $17.36 |
|---|---|---|---|---|

s512

WATTS, ROXIE
1741 SHAW ROAD
WOODRUFF, SC  29388

Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
UNPAID PTO

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.122 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,756.23 | $1,756.23 |
|---|---|---|---|---|

s513

WEAVER, MICHAEL
118 TREEBROOKE DR
GREENVILLE, SC  29607

Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
UNPAID PTO

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.123 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,114.20 | $1,114.20 |
|---|---|---|---|---|

s514

WIGGINS, HEATHER
1935 MCCLELLAN STREET
FLORENCE, SC  29505

Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
UNPAID PTO

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

**Part 1:**    **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority Amount |
|---|---|---|

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.64 | $151.64 |
|---|---|---|---|---|

**s515**

WILHIDE, BETH
130 FREDRICKSBURG WAY
COLUMBIA, SC 29210

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.53 | $107.53 |
|---|---|---|---|---|

**s631**

WILLIAM GRAY
209 RIVERBREEZE RD
GREENVILLE, SC 29611

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**PATIENT REFUND**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____7____)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.16 | $34.16 |
|---|---|---|---|---|

**s516**

WILLIAMS, MILLICENT
1323 DEENA LANE
FLORENCE, SC 29506

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.40 | $233.40 |
|---|---|---|---|---|

**s517**

WILSON, ASHLEY
3633 WEST GEORGIA RD
PELZER, SC 29669

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**UNPAID PTO**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 32 of 95

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|
| **2.128** | Priority creditor's name and mailing address | $233.40 | $233.40 |

**s518**

WILSON, CHRISSIE
108 FOREST DR
LIBERTY, SC  29657

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

**Basis for the claim:**
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | Total Claim | Priority Amount |
|---|---|---|---|
| **2.129** | Priority creditor's name and mailing address | $8,461.54 | $8,461.54 |

**s429**

WOODWARD DIXON
515 DOODLE HILL ROAD
ST. MATTHEWS, SC  29135

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

**Basis for the claim:**
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | Total Claim | Priority Amount |
|---|---|---|---|
| **2.130** | Priority creditor's name and mailing address | $952.00 | $952.00 |

**s519**

ZALDIVAR, JOCELYN
5530 TERRI DRIVE
MYRTLE BEACH, SC  29588

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

**Basis for the claim:**
UNPAID PTO

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| **Part 2:** | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,579.00 |
|---|---|---|---|
| s529 | **ABBOTT (FKA ST. JUDE)**<br>**22400 NETWORK PLACE**<br>**CHICAGO, IL  60673** | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   **Various** | Basis for the claim:   **TRADE PAYABLES** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,555.53 |
|---|---|---|---|
| s612 | **ACCENT**<br>**PO BOX 952366**<br>**ST. LOUIS, MO  63195-2366** | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   **Various** | Basis for the claim:   **PATIENT REFUND** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $8,966.89 |
|---|---|---|---|
| s530 | **ACCOUNTEMPS - ROBERT HALF**<br>**12400 COLLECTIONS CENTER DRIVE**<br>**CHICAGO, IL  60693** | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   **Various** | Basis for the claim:   **CONSULTING** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $195.00 |
|---|---|---|---|
| s794 | **ACCURATE DIAGNOSTICS**<br>**1635 E NORTH STREET**<br>**GREENVILLE, SC  29607** | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   **Various** | Basis for the claim:   **TRADE PAYABLES** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.06 |
|---|---|---|---|

**s531**  ADT - 1108 M-AND - EFT
PO BOX 371878
PITTSBURGH, PA  15250-7878

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.72 |
|---|---|---|---|

**s776**  ADT - 2049 GR-GV - EFT
PO BOX 371878
PITTSBURGH, PA  15250-7878

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number   2049

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.42 |
|---|---|---|---|

**s777**  ADT - 7420 25 H-ARD - EFT
PO BOX 371878
PITTSBURGH, PA  15250-7878

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,150.35 |
|---|---|---|---|

**s532**  AGILENT TECHNOLOGIES, INC.
4187 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number   2576

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name | Case Number (if known)

<div style="background:black;color:white">Part 2:</div> **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $908.88 |

3.9 — s533

**AIRGAS USA, LLC - 2865184**
PO BOX 734672
DALLAS, TX 75373

As of the petition filing date, the claim is: $908.88

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number    5184

Basis for the claim:    TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10**    Nonpriority creditor's name and mailing address

s534    **AIRGAS USA, LLC - 2900062**
PO BOX 734672
DALLAS, TX 75373

As of the petition filing date, the claim is: $458.72

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number    0062

Basis for the claim:    TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11**    Nonpriority creditor's name and mailing address

s535    **ALFONSO INTERPRETING & TRANSPORTING INC**
PO BOX 27309
GREENVILLE, SC 29616-2204

As of the petition filing date, the claim is: $3,143.79

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12**    Nonpriority creditor's name and mailing address

s536    **ALHAMBRA US**
8 GOVERNOR WENTWORTH HWY
WOLFEBORO, NH 03894

As of the petition filing date, the claim is: $870.83

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52,711.00 |
|---|---|---|---|
| s537 | ALLERGAN USA, INC.<br>12975 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693-0129 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   TRADE PAYABLES | |
| | Last 4 digts of account number     9696 | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $148,000.00 |
|---|---|---|---|
| s538 | ALLSCRIPTS LLC --6688 (FLORENCE)- EFT<br>24630 NETWORK PLACE<br>CHICAGO, IL  60673-1246 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   TRADE PAYABLES | |
| | Last 4 digts of account number     6688 | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|
| s918 | ALY ELLEITHEE<br>C/O JANET, JANET & SUGGS, LLC<br>GERALD DRAYTON JOWERS, JR<br>500 TAYLOR ST., STE 301<br>COLUMBIA, SC  29201 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   LITIGATION<br>ELLEITHEE V. SOLIS | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69,406.92 |
|---|---|---|---|
| s539 | AMERICAN EXPRESS 1101<br>PO BOX 650448<br>DALLAS, TX  75265-0448 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   TRADE PAYABLES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| | |
|---|---|
| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $361.18 |
|---|---|---|---|
| s353 | **AMFIRST INSURANCE COMPANY**<br>PO BOX 211747<br>EAGAN, MN  55121-3711 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | **Basis for the claim:**   CUSTOMER CREDIT BALANCE | |
| | Last 4 digts of account number | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29,642.50 |
|---|---|---|---|
| s540 | **ARNALL GOLDEN GREGORY LLP - #32386**<br>171 17TH STREET NW<br>SUITE 2100<br>ATLANTA, GA  30363 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | **Basis for the claim:**   LEGAL SERVICES | |
| | Last 4 digts of account number | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $41.50 |
|---|---|---|---|
| s542 | **ASHEVILLE FIRE PROTECTION CO., INC.**<br>PO BOX 6798<br>ASHEVILLE, NC  28816 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | **Basis for the claim:**   TRADE PAYABLES | |
| | Last 4 digts of account number | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $713.34 |
|---|---|---|---|
| s675 | **AT&T- FIRST CHOICE LAB EFT**<br>PO BOX 5019<br>CAROL STREAM, IL  60197-5019 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | **Basis for the claim:**   UTILITIES | |
| | Last 4 digts of account number | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

**Oaktree Medical Centre, P.C.**

Debtor Name _____                                          Case Number (if known) _____

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**                    **Amount of Claim**

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.55 |
|---|---|---|---|
| s354 | AUSA MASTERCARE GROUP INSURANCE<br>PO BOX 1868<br>GRAPEVINE, TX 76099-1868 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER CREDIT BALANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.63 |
|---|---|---|---|
| s614 | BCBS OF NC<br>FINANCIAL PROCESSING SERVICES<br>PO BOX 30048<br>DURHAM, NC 27702 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim: PATIENT REFUND | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,123.36 |
|---|---|---|---|
| s613 | BCBS<br>ATTN: REFUNDS<br>PO BOX 6000<br>COLUMBIA, SC 29260-6000 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim: PATIENT REFUND | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.83 |
|---|---|---|---|
| s615 | BCBSSC<br>ATTN:LOCKBOX, AX-A31<br>I-20 E AT ALPINE RD<br>COLUMBIA, SC 29219-0001 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim: PATIENT REFUND | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

**Oaktree Medical Centre, P.C.**
Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,790.00 |

**s643**

BHHS JOHN M BRABHAM REAL ESTATE
DAVIS PROPERTIES
1081 ALICE DRIVE
SUMTER, SC  29151

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,335.42 |

**s544**

BIOCHEMICAL DIAGNOSTICS, INC
180 HEARTLAND BOULEVARD
EDGEWOOD, NY  11717

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number   0900

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,500.00 |

**s545**

BIOVENTUS LLC
PO BOX 732823
DALLAS, TX  75373-2823

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |

**s955**

BLAKE LECHE
DUNLAEVY LAW FIRM
C/O JEFFREY P. DUNLAEVY
37 VILLA RD., STE. 440
GREENVILLE, SC  29615

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:   LITIGATION
LECHE V. EMERGENCYMD LLC

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.       **Amount of Claim**

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.13 |
|------|--------------------------------------------------|-----------------------------------------------|---------|
| s355 | **BOON ADMINISTRATIVE SERVICES**<br>**ATTN CLAIMS**<br>**AUSTIN, TX  78755** | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER CREDIT BALANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,770.74 |
|------|--------------------------------------------------|-----------------------------------------------|-----------|
| s546 | **BOSTON SCIENTIFIC CORP--#169041 - EASLEY**<br>**PO BOX 951653**<br>**DALLAS, TX  75395-1653** | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   TRADE PAYABLES | |
| | Last 4 digts of account number   9041 | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.06 |
|------|--------------------------------------------------|-----------------------------------------------|---------|
| s547 | **BOSTON SCIENTIFIC CORP--#169768 GROVE**<br>**PO BOX 951653**<br>**DALLAS, TX  75395-1653** | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   TRADE PAYABLES | |
| | Last 4 digts of account number   9768 | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,452.84 |
|------|--------------------------------------------------|-----------------------------------------------|-----------|
| s548 | **BOSTON SCIENTIFIC CORP--#386416 - MB**<br>**PO BOX 951653**<br>**DALLAS, TX  75395-1653** | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   TRADE PAYABLES | |
| | Last 4 digts of account number   6416 | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

**Oaktree Medical Centre, P.C.**                                         

Debtor Name                                                Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.        **Amount of Claim**

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

**s920**    BRANDY KNIGHT
C/O BLUESTEIN THOMPSON SULLIVAN, LLC
ALLISON PAIGE SULLIVAN
PO BOX 7965
COLUMBIA, SC  29202

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   LITIGATION
UNITED STATES V. OAKTREE MEDICAL CENTRE, PC

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $769.40 |
|---|---|---|---|

**s549**    BULLINGTON ASSOCIATES INC.
4240 N BLACKSTOCK ROAD
SPARTANBURG, SC  29301

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,419.12 |
|---|---|---|---|

**s550**    CADWELL LABORATORIES, INC.
909 N KELLOGG ST
KENNEWICK, WA  99336

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number   3725

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,447.19 |
|---|---|---|---|

**s617**    CAINE & WEINER
PO BOX 5010
WOODLAND HILLS, CA  91365-5010

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   PATIENT REFUND

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

**s921**

CATHERINE THOMPSON AS PERSONAL REPRESENTATIVE
C/O WILLIAM J TUCK, P A
FOR THE ESTATE OF REBECCA MAYHEW CASSIDY
WILLIAM J TUCK
PO BOX 933
DARLINGTON, SC  29540

Date or dates debt was incurred

Last 4 digts of account number

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   LITIGATION
CASSIDY V. SOLIS

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,118.00 |
|---|---|---|---|

**s644**

CCP HARBINGER, LLC - FCH LAB
C/O COMMONWEALTH COMMERICAL PARTNERS, LLC
PO BOX 71150
RICHMOND, VA  23225

Date or dates debt was incurred   Various

Last 4 digts of account number

Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   RENT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,445.20 |
|---|---|---|---|

**s551**

CERILLIANT CORPORATION
811 PALOMA DRIVE, SUITE A
ROUND ROCK, TX  78665

Date or dates debt was incurred   Various

Last 4 digts of account number   3105

Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $386.77 |
|---|---|---|---|

**s676**

CITY OF ASHEVILLE WATER BILL ACCT# 0078
PO BOX 733
ASHEVILLE, NC  28802-0733

Date or dates debt was incurred   Various

Last 4 digts of account number

Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   UTILITIES

Is the claim subject to offset?

☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

**s956**   CITY OF CHARLESTON
ADDRESS UNAVAILABLE AT TIME OF FILING

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   LITIGATION
CITY OF CHARLESTON V. PURDUE PHARMA LO., ET AL

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.10 |
|---|---|---|---|

**s677**   CITY OF FLORENCE -8471 CC
CITY SERVICES BILL
PO BOX 602756
CHARLOTTE, NC  28260-2756

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number    1491

Basis for the claim:   UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 |
|---|---|---|---|

**s553**   CLIA LABORATORY PROGRAM
PO BOX 3056
PORTLAND, OR  97208-3056

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $833.93 |
|---|---|---|---|

**s554**   CLINT PHARMACEUTICALS
629 SHUTE LANE
OLD HICKORY, TN  37138

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number    0509

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.42 |

3.45

s778

CMI INC
2090 RELIABLE PARKWAY
CHICAGO, IL  60686

As of the petition filing date, the claim is: $73.42

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.46

s555

CMS IMAGING, INC.
4050 AZALEA DR
NORTH CHARLESTON, SC  29405

As of the petition filing date, the claim is: $81,373.96

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number   4825

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.47

s563

COMCAST
PO BOX 105257
ATLANTA, GA  30348-5257

As of the petition filing date, the claim is: $578.88

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number   01-2

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.48

s582

COMPANION (MCGEE)
PO BOX 100102
COLUMBIA, SC  29202

As of the petition filing date, the claim is: $400.00

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Oaktree Medical Centre, P.C.**
Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.49**

**s556**

Nonpriority creditor's name and mailing address

COMTRON, INC.
11 GRACE AVE
SUITE 208
GREAT NECK, NY  11021

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1,088.00

---

**3.50**

**s557**

Nonpriority creditor's name and mailing address

CONCUR / BAMBORA
62157 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
- [x] No
- [ ] Yes

$878.86

---

**3.51**

**s922**

Nonpriority creditor's name and mailing address

COUNTY OF GREENVILLE
C/O HARRISON WHITE, PC
JOHN B WHITE, JR
178 W MAIN ST.
SPARTANBURG, SC  29306

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:   LITIGATION
COUNTY OF GREENVILLE V. RITE AID OF SC, INC.

Is the claim subject to offset?
- [x] No
- [ ] Yes

UNKNOWN

---

**3.52**

**s558**

Nonpriority creditor's name and mailing address

COVERYS (MALPRACTICE)
PO BOX 981024
BOSTON, MA  02298

Date or dates debt was incurred    Various

Last 4 digts of account number    3997

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
- [x] No
- [ ] Yes

$30.00

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.53**

**s108**

Nonpriority creditor's name and mailing address

CREEKRIDGE CAPITAL, LLC
7808 CREEKRIDGE CIRCLE
SUITE 250
MINNEAPOLIS, MN 55439-2647

Date or dates debt was incurred   8/25/2014

Last 4 digts of account number

As of the petition filing date, the claim is:     UNKNOWN

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   TRADE DEBT

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.54**

**s559**

Nonpriority creditor's name and mailing address

CRYSTAL SPRINGS - 11357 - M-AND - EFT
PO BOX 660579
DALLAS, TX 75266-0579

Date or dates debt was incurred   Various

Last 4 digts of account number   1357

As of the petition filing date, the claim is:     $40.85

Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.55**

**s560**

Nonpriority creditor's name and mailing address

CRYSTAL SPRINGS VARIOUS
PO BOX 660579
DALLAS, TX 75266-0579

Date or dates debt was incurred   Various

Last 4 digts of account number   6528

As of the petition filing date, the claim is:     $413.92

Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.56**

**s561**

Nonpriority creditor's name and mailing address

CSP INSURANCE SERVICES
2420 HOFFMEYER RD, SUITE D
FLORENCE, SC 29501

Date or dates debt was incurred   Various

Last 4 digts of account number

As of the petition filing date, the claim is:     $948.70

Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?

☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name _____    Case Number (if known) _____

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.57** Nonpriority creditor's name and mailing address

**s639**  CUSTOM INDOOR SERVICES (CLEANING)
106 SHERBERT COURT
SPARTANBURG, SC  29303

As of the petition filing date, the claim is: $1,395.00

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

**s923**  DAVID BRUCE COFFEY
C/O CLINCH RIVER LAW, PLLC
ROBERT DZIEWULSKI
300 MARKET ST.
CLINTON, TN  37716

As of the petition filing date, the claim is: UNKNOWN

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   LITIGATION
COFFEY V. COFFEY FAMILY MEDICAL, PC

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

**s954**  DIXON BOARD
OFFICE OF INVESTIGATIONS
ATTN: CARMEN FELTON–BARNER
SC DEPT. OF LABOR LICENSING & REGULATION
P.O. BOX 11329
COLUMBIA, SC  29211-1329

As of the petition filing date, the claim is: UNKNOWN

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   LITIGATION
DIXON BOARD COMPLAINT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

**s679**  DOMINION ENERGY - 0386 (HIGHLAND) EFT
PO BOX 100255
COLUMBIA, SC  29202-3255

As of the petition filing date, the claim is: $497.46

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number    0386

Basis for the claim:   UTILITIES

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name                                                                                Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $947.68 |

**s678    DOMINION ENERGY-COLA NE 1414 (SCE&G)**
PO BOX 100255
COLUMBIA, SC  29202-3255

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Last 4 digts of account number

Basis for the claim:   **UTILITIES**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |

**s926    DONNA RAUCH**
C/O BLUESTEIN THOMPSON SULLIVAN, LLC
ALLISON PAIGE SULLIVAN
PO BOX 7965
COLUMBIA, SC  29202

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   **LITIGATION**
**UNITED STATES V. OAKTREE MEDICAL CENTRE, PC**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |

**s925    DONNA RAUCH**
C/O ROTHSTEIN LAW FIRM, P A
DAVID E ROTHSTEIN
1312 AUGUSTA ST.
GREENVILLE, SC  29605

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   **LITIGATION**
**RAUCH V. OAKTREE MEDICAL CENTRE, PC**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,258.27 |

**s645    DOUBLE DUTCH - MYRTLE BEACH**
1801 NEW HANOVER MEDICAL PARK DRIVE
WILMINGTON, NC  28403

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Last 4 digts of account number

Basis for the claim:   **RENT**

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 49 of 95

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.65**

**s684**

Nonpriority creditor's name and mailing address

**DUKE ENERGY - 2942-GR-GV EFT**
PO BOX 70516
CHARLOTTE, NC  28272-0516

Date or dates debt was incurred   Various

Last 4 digts of account number    2942

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:   UTILITIES

Is the claim subject to offset?
- [x] No
- [ ] Yes

$4,688.35

---

**3.66**

**s683**

Nonpriority creditor's name and mailing address

**DUKE ENERGY --0272 M-AND EFT**
PO BOX 70515
CHARLOTTE, NC  28272-0516

Date or dates debt was incurred   Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:   UTILITIES

Is the claim subject to offset?
- [x] No
- [ ] Yes

$14.86

---

**3.67**

**s685**

Nonpriority creditor's name and mailing address

**DUKE ENERGY PROGRESS-4782-ARDEN**
PO BOX 1003
CHARLOTTE, NC  28201

Date or dates debt was incurred   Various

Last 4 digts of account number    4782

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:   UTILITIES

Is the claim subject to offset?
- [x] No
- [ ] Yes

$850.72

---

**3.68**

**s686**

Nonpriority creditor's name and mailing address

**DUKE ENERGY PROGRESS-6321-FLO EFT**
PO BOX 1003
CHARLOTTE, NC  28201-1003

Date or dates debt was incurred   Various

Last 4 digts of account number    6321

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:   UTILITIES

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1,754.20

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 50 of 95

**Oaktree Medical Centre, P.C.**

Debtor Name                                                     Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,092.29 |
|---|---|---|---|

s680    DUKE ENERGY---1408 M-AND EFT
PO BOX 70516
CHARLOTTE, NC  28272-0516

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number    1408

Basis for the claim:    UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $221.69 |
|---|---|---|---|

s682    DUKE ENERGY-3267-RICK ERWIN APT EFT

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:    UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $467.14 |
|---|---|---|---|

s681    DUKE ENERGY---6376 GR-GV EFT
PO BOX 70516
CHARLOTTE, NC  28272-0516

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:    UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,314.51 |
|---|---|---|---|

s687    EASLEY COMB UTILITIES-64622001-BC-ES EF
PO BOX 619
EASLEY, SC  29641-0619

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number    2001

Basis for the claim:    UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name _____

Case Number (if known) _____

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,019.16 |
|---|---|---|---|
| s564 | ECLINICAL WORKS, LLC (ECW)<br>PO BOX 847950<br>BOSTON, MA  02284-7950 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    Various

Last 4 digts of account number    4142

Basis for the claim:    TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.35 |
|---|---|---|---|
| s688 | ELECTRIC CITY UTILITIES CC<br>CITY OF ANDERSON<br>PO BOX 63061<br>CHARLOTTE, NC  28263 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:    UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,591.00 |
|---|---|---|---|
| s565 | ELECTRODE STORE, THE<br>PO BOX 188<br>ENUMCLAW, WA  98022 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,445.16 |
|---|---|---|---|
| s566 | ELLIOTT DAVIS DECOSIMO, LLC-AUDIT<br>PO BOX 6286<br>GREENVILLE, SC  29606-6286 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:    ACCOUNTING SERVICES

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>All Creditors with NONPRIORITY Unsecured Claims</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,100.00 |
|---|---|---|---|
| s567 | ELLIOTT DAVIS DECOSIMO, LLC-TAX<br>PO BOX 6286<br>GREENVILLE, SC 29606-6286 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   ACCOUNTING SERVICES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $667.50 |
|---|---|---|---|
| s568 | EMPLOYMENT SCREENING SERVICES, INC<br>DEPT K, PO BOX 830520<br>BIRMINGHAM, AL 35283 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   TRADE PAYABLES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $60.00 |
|---|---|---|---|
| s569 | EVER GREEN ENVIROMENTAL, LLC<br>PO BOX 25627<br>GREENVILLE, SC 29616 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   TRADE PAYABLES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,711.13 |
|---|---|---|---|
| s570 | EXPERIAN HEALTH, INC.-BILLING<br>PO BOX 886133<br>LOS ANGELOS, CA 90088-6133 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   TRADE PAYABLES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

**Oaktree Medical Centre, P.C.**

Debtor Name                                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,768.75 |
|------|--------------------------------------------------|-----------------------------------------------|------------|

s571   FAGRON STERILE SERVICES (JCB)
       8710 E 34TH ST. N
       WICHITA, KS  67226

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,025.00 |
|------|--------------------------------------------------|-----------------------------------------------|-----------|

s572   FIBRENEW
       117 BOARDWALK RUN
       ROCK HILL, SC  29732

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,485.87 |
|------|--------------------------------------------------|-----------------------------------------------|------------|

s573   FIRST CITIZENS BANK-VISA
       PO BOX 63038
       CHARLOTTE, NC  28263-3038

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,679.98 |
|------|--------------------------------------------------|-----------------------------------------------|-----------|

s574   FISHER SCIENTIFIC
       ACCOUNT #038451-001
       PO BOX 404705
       ATLANTA, GA  30384-4705

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number   8451

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name _____    Case Number (if known) _____

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.87 |
|---|---|---|---|
| s618 | FORETHOUGHT<br>PO BOX 16500<br>CLEARWATER, FL  33766-6500 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    Various

Basis for the claim:   PATIENT REFUND

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|
| s953 | FORGIONE<br>C/O DAVID GOULD<br>DASH & ASSOCS.<br>ATTN: MOLLY ROWAN<br>ONE LIBERTY PLAZA, 165 BROADWAY, FL. 23<br>NEW YORK, NY  10006 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |

Date or dates debt was incurred

Basis for the claim:   LITIGATION
FORGIONE PATIENT COMPLAINT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.87 |
|---|---|---|---|
| s576 | GARFIELD SIGNS & GRAPHICS, LLC<br>203 FORD STREET<br>GREER, SC  29650 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $727,931.70 |
|---|---|---|---|
| s779 | GE HEALTHCARE IITS USA CORP<br>15724 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |

Date or dates debt was incurred    Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**
Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $201,943.55 |
|---|---|---|---|

s577   GE HEALTHCARE-CHICAGO (SOFTWARE & TRAININ
C/O OEC MEDICAL SYSTEMS INC.
2984 COLLECTIONS CENTER DR
CHICAGO, IL  60693

Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    TRADE PAYABLES

Last 4 digts of account number    5403

Is the claim subject to offset?
☑ No
☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.99 |
|---|---|---|---|

s619   GEHA
PO BOX 410014
KANSAS CITY, MO  64179-9775

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    PATIENT REFUND

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

s927   GEORGETOWN PHYSICIAN SERVICES LLC
C/O NELSON MULLINS RILEY & SCARBOROUGH LLP
SUSAN P MACDONALD
PO BOX 3939
MYRTLE BEACH, SC  29578

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:    LITIGATION
GEORGETOWN PHYSICIAN SERVICES V. SNODERLY

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,626.73 |
|---|---|---|---|

s575   G-FIVE, INC.
297-H GARLINGTON RD
GREENVILLE, SC  29615

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

**Oaktree Medical Centre, P.C.**
Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,460.00 |
| **s646** | GREAT HERON - W COLUMBIA EFT<br>FRANK HAHNE<br>208 BARNACLE CIRCLE<br>LEXINGTON, SC  29072 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   RENT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,952.25 |
| **s578** | GREENVILLE OFFICE SUPPLY (GOS)<br>PO BOX 3358<br>GREENVILLE, SC  29602 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   TRADE PAYABLES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.94 |
| **s689** | GREENVILLE WATER- RICK ERWIN APT- CC<br>PO BOX 687<br>GREENVILLE, SC  29602-0687 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.83 |
| **s690** | GREENVILLE WATER SYSTEM-5250-GR-GV CC<br>PO BOX 687<br>GREENVILLE, SC  29602-0687 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   UTILITIES | |
| | Last 4 digts of account number    5250 | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Oaktree Medical Centre, P.C.**

Debtor Name                                                                      Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                                                        **Amount of Claim**

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.78 |
|---|---|---|---|
| s691 | GREENVILLE WATER SYSTEM-5252- GR-GV CC<br>PO BOX 687<br>GREENVILLE, SC  29602-0687 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   UTILITIES | |
| | Last 4 digts of account number   5252 | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $151,047.42 |
|---|---|---|---|
| s647 | GROVE 1005 - GROVE RD GREENVILLE<br>25 AIRPARK COURT<br>GREENVILLE, SC  29607 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   RENT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,906.09 |
|---|---|---|---|
| s579 | HALYARD SALES, LLC (AVANOS)<br>PO BOX 732583<br>DALLAS, TX  75373-2583 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   TRADE PAYABLES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 |
|---|---|---|---|
| s580 | HATCHELL LANDSCAPE-FLO<br>PO BOX 5320<br>FLORENCE, SC  29502 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   TRADE PAYABLES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims                    page 58 of 95

**Oaktree Medical Centre, P.C.**

Debtor Name                                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.101** Nonpriority creditor's name and mailing address

**s581**   HENRY SCHEIN- 4636 - EFT
PO BOX 371952
PITTSBURG, PA 15250-7952

As of the petition filing date, the claim is:                                  $65,930.06

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various          Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number    4636

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.102** Nonpriority creditor's name and mailing address

**s780**   HERALD 16297 (FLORENCE)
PO BOX 1288
DILLON, SC 29536

As of the petition filing date, the claim is:                                  $217.04

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various          Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number    0001

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address

**s648**   HIGHLAND CENTER DRIVE-COLUMBIA
C/O TRINITY PARTNERS MANAGEMENT - AR
440 S CHURCH ST, STE 800
CHARLOTTE, NC 28202

As of the petition filing date, the claim is:                                  $12,377.66

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various          Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address

**s620**   HUMANA GOLD CHOICE
PO BOX 14601
LEXINGTON, KY 40512-4601

As of the petition filing date, the claim is:                                  $299.79

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various          Basis for the claim:   PATIENT REFUND

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name | Case Number (if known)

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,034,223.00
---|---|---|---
s585 | HURON CONSULTING SERVICES, LLC (DEFERRED)<br>4795 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **CONSULTING**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,367.00
---|---|---|---
s584 | HURON CONSULTING SERVICES, LLC<br>4795 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **CONSULTING**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150,000.00
---|---|---|---
s586 | IMAGING SOLUTIONS, INC.<br>3223 32ND AVE S, STE 201<br>FARGO, ND 58103-6278 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **LITIGATION JUDGMENT**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,865.40
---|---|---|---
s587 | IMCS INTEGRATED MICRO-CHROMATOGRAPHY SYST<br>110 CENTRUM DRIVE<br>IRMO, SC 29063 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **TRADE PAYABLES**

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 60 of 95

**Oaktree Medical Centre, P.C.**

Debtor Name | Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.109** Nonpriority creditor's name and mailing address

**s649** INFINITY ENTERPRISES - FLORENCE
C/O DR DEAN BANKS
9303 VENEZIA CIRCLE
MYRTLE BEACH, SC 29579

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    RENT

Is the claim subject to offset?
☑ No
☐ Yes

$274,076.00

---

**3.110** Nonpriority creditor's name and mailing address

**s589** INTEGRA PAIN MANAGEMENT
PO BOX 100416
ATLANTA, GA 30384

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

$1,800.00

---

**3.111** Nonpriority creditor's name and mailing address

**s782** ION TECHNOLOGY SUPPORT INC
1204 COPELAND OAKS DRIVE
MORRISVILLE, NC 27560

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

$5,100.00

---

**3.112** Nonpriority creditor's name and mailing address

**s590** IRON MOUNTAIN - SC77X
PO BOX 27128
NEW YORK, NY 10087-7128

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

$315.04

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 61 of 95

**Oaktree Medical Centre, P.C.**

| | |
|---|---|
| Debtor Name | Case Number (if known) |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Amount of Claim**

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.54 |
|---|---|---|---|
| s591 | IRON MOUNTAIN - SC826-SHRED (SUMTER)<br>PO BOX 27128<br>NEW YORK, NY  10087 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:   TRADE PAYABLES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,134.02 |
|---|---|---|---|
| s592 | IRON MOUNTAIN - SR995-STORAGE<br>PO BOX 27128<br>NEW YORK, NY  10087-7128 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:   TRADE PAYABLES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,000.00 |
|---|---|---|---|
| s787 | JAMES EARLE`S CLEANING SERVICE(1099)<br>PO BOX 251<br>SANDY SPRINGS, SC  29677 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:   TRADE PAYABLES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.56 |
|---|---|---|---|
| s593 | JANT PHARMACAL<br>16530 VENTURA BLVD<br>SUITE 512<br>ENCINO, CA  91436 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:   TRADE PAYABLES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 62 of 95 |
|---|---|---|

**Oaktree Medical Centre, P.C.**

Debtor Name | Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

| | | |
|---|---|---|
| **3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $749.73 |

**s594** JOHNSON CONTROLS SECURITY SOLUTIONS
PO BOX 371967
PITTSBURGH, PA  15250-7967

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.118** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $1,867,873.44

**s595** JONES DAY
1420 PEACHTREE STREET, N E , SUITE 800
ATLANTA, GA  30309

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   LEGAL SERVICES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.119** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   UNKNOWN

**s929** KONIG PM LLC
C/O DUNLAEVY LAW FIRM
JEFFREY P DUNLAEVY
37 VILLA RD , STE 440
GREENVILLE, SC  29615

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:   LITIGATION
LECHE V. EMERGENCYMD LLC

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.120** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $5,453.58

**s596** KUDZU STAFFING, INC.
PO BOX 51627
POWDERSVILLE, SC  29673

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name _____        Case Number (if known) _____

<div style="background:black;color:white;display:inline-block;">**Part 2:**</div>  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.        **Amount of Claim**

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,931.86 |
|---|---|---|---|

**s597**      LABTECH DIAGNOSTICS
1502 E GREENVILLE STREET
ANDERSON, SC  29621

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,817.54 |
|---|---|---|---|

**s583**      LINCOLN NATIONAL LIFE-DENTAL
PO BOX 0821
CAROL STREAM, IL  60132

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number    7420

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,340.00 |
|---|---|---|---|

**s598**      LIPOMED
150 CAMBRIDGE PARK DRIVE
SUITE 705
CAMBRIDGE, MA  02140

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

**s930**      LUCIOUS DANA SAPP
C/O PARHAM SMITH & ARCHENHOLD, LLC
ASHLEE EDWARDS WINKLER
15 WASHINGTON PARK
GREENVILLE, SC  29601

Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   LITIGATION
SAPP V. FIRSTCHOICE HEALTHCARE, PC

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name                                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.125** Nonpriority creditor's name and mailing address                                                   $8,106.00

s650    LUTHERAN SERVICES - ARDEN, NC
        ATTN: KIRBY NICKERSON
        PO BOX 947
        SALISBURY, NC  28145

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.126** Nonpriority creditor's name and mailing address                                                   $8,138.00

s599    MAG MUTUAL INSURANCE AGENCY, LLC
        PO BOX 52979
        ATLANTA, GA  30355-0979

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.127** Nonpriority creditor's name and mailing address                                                   $12.64

s356    MAGNACARE
        PO BOX 1001
        GARDEN CITY, NY  11530

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER CREDIT BALANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.128** Nonpriority creditor's name and mailing address                                                   $2.13

s600    MARION DAVIS INC.
        PO BOX 2429
        EASLEY, SC  29641-2429

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims                    page 65 of 95

**Oaktree Medical Centre, P.C.**
Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.129**

**s931**

Nonpriority creditor's name and mailing address

**MARLENE SAPP**
C/O PARHAM SMITH & ARCHENHOLD, LLC
ASHLEE EDWARDS WINKLER
15 WASHINGTON PARK
GREENVILLE, SC  29601

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

UNKNOWN

Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   LITIGATION
SAPP V. FIRSTCHOICE HEALTHCARE, PC

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.130**

**s651**

Nonpriority creditor's name and mailing address

**MARY BLACK HEALTH - SPARTANBURG**
SRHS-ACCOUNTING
ATTN: DANA HORTON
SPARTANBURG, SC  29303

Date or dates debt was incurred      Various

Last 4 digts of account number

As of the petition filing date, the claim is:

$49,533.68

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   RENT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.131**

**s601**

Nonpriority creditor's name and mailing address

**MCGUIREWOODS LLP**
ATTN: ACCOUNTS RECEIVABLE
800 E CANAL STREET
RICHMOND, VA  23219-3916

Date or dates debt was incurred      Various

Last 4 digts of account number

As of the petition filing date, the claim is:

$50,725.00

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   LEGAL SERVICES

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.132**

**s602**

Nonpriority creditor's name and mailing address

**MCKESSON MEDICAL-SURGICAL**
PO BOX 634404
CINCINNATI, OH  45263-4404

Date or dates debt was incurred      Various

Last 4 digts of account number      6784

As of the petition filing date, the claim is:

$847.91

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.133** Nonpriority creditor's name and mailing address

s783  **MEDICAL LABORATORY SOLUTIONS, INC.**
270 RUTLEDGE RD, STE D
FLETCHER, NC  28732

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

$2,942.50

---

**3.134** Nonpriority creditor's name and mailing address

s357  **MEDIPLUS**
PO BOX 9126
DES MOINES, IA  50306

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    CUSTOMER CREDIT BALANCE

Is the claim subject to offset?
☑ No
☐ Yes

$276.77

---

**3.135** Nonpriority creditor's name and mailing address

s603  **MEDTRONIC INC. USA**
PO BOX 409201
ATLANTA, GA  30384-9201

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

$37,335.36

---

**3.136** Nonpriority creditor's name and mailing address

s604  **MP COMPUTER SYSTEMS INC**
PO BOX 5752
FLORENCE, SC  29502

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

$125.00

---

**Oaktree Medical Centre, P.C.**

Debtor Name _____

Case Number (if known) _____

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.58

**s624** MSA CARE GUARD
PO BOX 827
BURLINGTON, MA  01803

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   PATIENT REFUND

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN

**s932** MURIEL CALHOUN
C/O BLUESTEIN THOMPSON SULLIVAN, LLC
ALLISON PAIGE SULLIVAN
PO BOX 7965
COLUMBIA, SC  29202

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:   LITIGATION
UNITED STATES V. OAKTREE MEDICAL CENTRE, PC

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,920.00

**s605** MY WEB NINJA LLC
400 W LEGION BLVD
OWENSBORO, KY  42303

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.06

**s358** NALC - CIGNA
PO BOX 188004
CHATTANOOGA, TN  37422

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER CREDIT BALANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**
_____
Debtor Name

Case Number (if known) _____

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>All Creditors with NONPRIORITY Unsecured Claims</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
|---|---|---|---|
| **3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,507.50 |

**s606**  NELSON MULLINS RILEY&SCARBOROUGH LLP EFT
104 SOUTH MAIN STREET
NINTH FLOOR
GREENVILLE, SC 29601

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    LEGAL SERVICES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| **3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |

**s951**  NORMA LEE WILSON
C/O GEORGE BROWN
LOWE YEAGER & BROWN PLCC
900 S. GAY ST., STE. 2102
KNOXVILLE, TN 37902

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:    LITIGATION
WILSON V. LOWE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| **3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,579.09 |

**s607**  OGLETREE DEAKINS
PO BOX 89
COLUMBIA, SC 29202

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    LEGAL SERVICES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| **3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,124.80 |

**s608**  OTIS ELEVATOR COMPANY
PO BOX 73579
CHICAGO, IL 60673

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    TRADE PAYABLES

Last 4 digts of account number    1644

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 69 of 95

**Oaktree Medical Centre, P.C.**

Debtor Name | Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,722.31 |
|---|---|---|---|

**s625** PALMETTO GBA/MEDICARE - SC
FINANCE & ACCOUNTING
PO BOX 100246
COLUMBIA, SC  29202-3280

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   PATIENT REFUND

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $549.16 |
|---|---|---|---|

**s627** PERMA
PO BOX 183188
COLUMBUS, OH  43218

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   PATIENT REFUND

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,943.34 |
|---|---|---|---|

**s609** PHENOMENEX
411 MADRID AVENUE
TORRANCE, CA  90501-1430

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.82 |
|---|---|---|---|

**s692** PIEDMONT NATURAL GAS-7002-ANDERSON EFT
PO BOX 1246
CHARLOTTE, NC  28201-1246

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 70 of 95

**Oaktree Medical Centre, P.C.**

| | |
|---|---|
| Debtor Name | Case Number (if known) |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,302.72 |
|---|---|---|---|
| s628 | PIONEER CREDIT RECOVERY<br>PO BOX 979113<br>SAINT LOUIS, MO  63197-9000 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:   PATIENT REFUND | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,131.26 |
|---|---|---|---|
| s610 | PLATINUM CODE<br>8095 215TH STREET W<br>LAKEVILLE, MN  55044 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:   TRADE PAYABLES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.91 |
|---|---|---|---|
| s359 | PLUMBERS AND PIPEFITTERS<br>PO BOX 840<br>MACON, GA  31202 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER CREDIT BALANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.86 |
|---|---|---|---|
| s611 | PMD - LAKESIDE<br>209 DEPOT STREET<br>SUITE B<br>GREER, SC  29651 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:   TRADE PAYABLES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.153** Nonpriority creditor's name and mailing address

s360    POMCO
PO BOX 118
SYRACUSE, NY  13206

As of the petition filing date, the claim is:                                    $8.73

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER CREDIT BALANCE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.154** Nonpriority creditor's name and mailing address

s632    PRACTICE DIAGNOSTIC SYSTEMS, LLC (PDS)
PRACTICAL DATA SOLUTIONS
33 BULLET HILL RD
SOUTHBURY, CT  06488

As of the petition filing date, the claim is:                                    $5,852.25

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.155** Nonpriority creditor's name and mailing address

s633    PRAXAIR, INC - 76578884-EQUIP LEASE
PO BOX 120812 DEPT 0812
DALLAS, TX  75312-0812

As of the petition filing date, the claim is:                                    $3,347.46

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number    8884

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.156** Nonpriority creditor's name and mailing address

s634    PRAXAIR, INC - 71713891 SHARE LS
PO BOX 120812 DEPT 0812
DALLAS, TX  75312-0812

As of the petition filing date, the claim is:                                    $38.92

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number    3891

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $723.74 |
|---|---|---|---|

s784    PRINTTEK
57 BATESVILLE COURT
GREER, SC  29650

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:    TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.00 |
|---|---|---|---|

s636    PRIORITY ONE SECURITY-GROVE
PO BOX 602577
CHARLOTTE, NC  28260-2577

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:    UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,787.28 |
|---|---|---|---|

s785    PURCHASE POWER - 0962-0380 CORP EFT
PO BOX 371874
PITTSBURGH, PA  15250-7874

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:    TRADE PAYABLES

Last 4 digts of account number    0380

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.70 |
|---|---|---|---|

s637    PYE-BARKER FIRE AND SAFETY LLC
PO BOX 69
ROSEWELL, GA  30077

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:    TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Oaktree Medical Centre, P.C.**
Debtor Name

Case Number (if known)

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.13 |
|---|---|---|---|

s361

QUALCARE, INC
PO BOX 249
PISCATAWAY, NJ  08855-0241

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER CREDIT BALANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,231.32 |
|---|---|---|---|

s786

QUARTZY, INC.
DEPT 3895
PO BOX 123895
DALLAS, TX  75312-3895

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.27 |
|---|---|---|---|

s642

READYREFRESH BY NESTLE
PO BOX 856192
LOUISVILLE, KY  40285-6192

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 |
|---|---|---|---|

s640

REFLECTIONS MAINTENANCE SERVICES INC
PO BOX 2105
LEICESTER, NC  28748

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

| Debtor Name | | Case Number (if known) |
|---|---|---|

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $477.73 |

| | |
|---|---|
| s638 | **REGISTERED AGENT SOLUTIONS INC**<br>1701 DIRECTORS BLVD<br>SUITE 300<br>AUSTIN, TX 78744 |

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number   2695

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |

| | |
|---|---|
| s653 | **RMG - OSTEOARTHRITIS CENTERS OF AMER**<br>OSTEOARTHRITIS CENTERS OF AMERICA<br>1937 WEST PALMETTO ST.<br>FLORENCE, SC 29501 |

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |

| | |
|---|---|
| s933 | **ROBERT MATHEWSON**<br>C/O LOUTHIAN LAW FIRM, P A<br>HERBERT W LOUTHIAN, JR<br>PO BOX 1299<br>COLUMBIA, SC 29202 |

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   LITIGATION<br>UNITED STATES V. OAKTREE MEDICAL CENTRE, PC

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,650.00 |

| | |
|---|---|
| s652 | **ROBERTS DEVELOPMENT - ANDERSON**<br>PO BOX 393<br>ANDERSON, SC 29622 |

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   RENT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name _____      Case Number (if known) _____

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.169**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      Unknown

s788    ROBINSON BRADSHAW & HINSON, P A
101 N TRYON STREET
SUITE 1900
CHARLOTTE, NC 28246

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   LEGAL SERVICES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.170**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $3,950.00

s641    ROJAS LANDSCAPING, LLC (1099)
228 OLD CEDAR ROCK RD
EASLEY, SC 29640

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.171**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $2,526.57

s654    SAFETY-KLEEN SYSTEMS, INC.
PO BOX 650509
DALLAS, TX 75265-0509

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number   5078

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.172**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $772.11

s693    SANTEE COOPER-393782 EFT
PO BOX 188
MONCKS CORNER, SC 29461-0188

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number   0000

Basis for the claim:   UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name _____    Case Number (if known) _____

<table>
<tr><td style="background:black;color:white"><strong>Part 2:</strong></td><td colspan="2"><strong>All Creditors with NONPRIORITY Unsecured Claims</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

<div align="right"><strong>Amount of Claim</strong></div>

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 |
|---|---|---|---|

**s655**  SC DEPARTMENT OF HEALTH & ENVIRONMENTAL
PO BOX 100103
COLUMBIA, SC  29202-3103

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

**Basis for the claim:    TRADE PAYABLES**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 |
|---|---|---|---|

**s656**  SCRUB SHOP, THE
1000 N PINE ST #4
SPARTANBURG, SC  29303

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

**Basis for the claim:    TRADE PAYABLES**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $437.00 |
|---|---|---|---|

**s657**  SE CONSTRUCTION, LLC
PO BOX 428
PIEDMONT, SC  29673

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

**Basis for the claim:    TRADE PAYABLES**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 |
|---|---|---|---|

**s658**  SECURITY CENTRAL
PO BOX 602371
CHARLOTTE, NC  28260-2371

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

**Basis for the claim:    TRADE PAYABLES**

Last 4 digts of account number    0060

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,112.00

**s659**
SELECT LABORATORY - SC
PO BOX 13030
GREENSBORO, NC 27415

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,423.38

**s362**
SFM RISK SOLUTIONS
PO BOX 9416
MINNEAPOLIS, MN 55440

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER CREDIT BALANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,335.80

**s660**
SHAUL LAW
3330 CUMBERLAND BLVD SE
SUITE 925
ATLANTA, GA 30339

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.180** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00

**s662**
SHRED A WAY - 25H-ARD
PO BOX 161732
BOILING SPRINGS, SC 29316

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 |
|-------|------|------|------|

s663   SHRED A WAY - S-SP
PO BOX 161732
BOILING SPRINGS, SC  29307

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,648.00 |
|-------|------|------|------|

s661   SHRED A WAY-OMC& ALL
PO BOX 51132
PIEDMONT, SC  29673

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $613.73 |
|-------|------|------|------|

s664   SHRED IT
28883 NETWORK PLACE
CHICAGO, IL  60673

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $704.70 |
|-------|------|------|------|

s665   SHUR SHRED
PO BOX 6776
FLORENCE, SC  29502

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name                                                                    Case Number (if known)

| Part 2: | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,986.86 |
|---|---|---|---|

s666    SMITH JORDAN & LAVERY PA 18-0329E
        PO BOX 1207
        EASLEY, SC  29641

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   LEGAL SERVICES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.32 |
|---|---|---|---|

s667    SMITH, JORDAN & LAVERY, PA
        ATTN: GRADY JORDAN
        PO BOX 1207
        EASLEY, SC  29641

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.57 |
|---|---|---|---|

s363    SOUTHERN GUARANTY INS COMPANY
        PO BOX 14770
        LEXINGTON, KY  40512-4000

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER CREDIT BALANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,371.78 |
|---|---|---|---|

s364    SPECIAL FUNDS
        60 E 42ND ST
        NEW YORK, NY  10165-2799

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER CREDIT BALANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.35 |

**s668**

SPECTRIO
PO BOX 890271
CHARLOTTE, NC 28289-0271

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.190**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $1,888.29

**s694**

SPECTRUM BUSINES - MAIN CONTROL ACCOUNT
PO BOX 742614
CINCINNATI, OH 45274-2614

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.191**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $399.00

**s696**

SPECTRUM BUSINESS -GROVE - 2319 EFT
PO BOX 742614
CINCINNATI, OH 45274

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.192**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $3,265.36

**s695**

SPECTRUM BUSINESS- MAIN CONTROL 1901
PO BOX 70872
CHARLOTTE, NC 28272-0872

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number    1901

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                                      **Amount of Claim**

---

**3.193**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:         $108.00

**s669**     STANFORD DOSIMETRY LLC                   Check all that apply.
                1204 RAYMOND ST.
                BELLINGHAM, WA  98229                   ☐ Contingent
                                                   ☑ Unliquidated
                                                   ☐ Disputed

Date or dates debt was incurred    **Various**         Basis for the claim:    **TRADE PAYABLES**

Last 4 digts of account number                  Is the claim subject to offset?
                                                        ☑ No
                                                        ☐ Yes

---

**3.194**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:         $180.64

**s789**     STAPLES BUSINESS ADVANTAGE          Check all that apply.
                PO BOX 105638
                ATLANTA, GA  30348-5638               ☐ Contingent
                                                    ☑ Unliquidated
                                                   ☐ Disputed

Date or dates debt was incurred    **Various**         Basis for the claim:    **TRADE PAYABLES**

Last 4 digts of account number                  Is the claim subject to offset?
                                                        ☑ No
                                                        ☐ Yes

---

**3.195**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:         UNKNOWN

**s934**     STATE OF GEORGIA EX REL TERRI NIX      Check all that apply.
                C/O OFFICE OF THE ATTORNEY GENERAL
                SARA ELIZABETH VANN
                GEORGIA MEDICAID FRAUD CONTROL UNIT     ☑ Contingent
                200 PIEDMONT AVE. SE, WEST TOWER, FL 19    ☑ Unliquidated
                ATLANTA, GA  30334                     ☑ Disputed

Date or dates debt was incurred             Basis for the claim:    **LITIGATION**
                                               **UNITED STATES V. UNITED BIOLOGICS, LLC D.B.A. UNITED**
Last 4 digts of account number                               **ALLERGY SERVICES F.K.A. UNITED ALLERGY LABS**

                                                   Is the claim subject to offset?
                                                        ☑ No
                                                        ☐ Yes

---

**3.196**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:         UNKNOWN

**s935**     STEPHANIE WEBB                      Check all that apply.
                C/O RICHARDSON PLOWDEN & ROBINSON, P A
                C CLIFFORD ROLLINS                 ☑ Contingent
                PO BOX 7788                       ☑ Unliquidated
                COLUMBIA, SC  29202                 ☐ Disputed

Date or dates debt was incurred             Basis for the claim:    **LITIGATION**
                                               **WEBB V. OAKTREE MEDICAL CENTRE, PC**
Last 4 digts of account number

                                                   Is the claim subject to offset?
                                                        ☑ No
                                                        ☐ Yes

---

**Oaktree Medical Centre, P.C.**
_____
Debtor Name                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.38 |
|---|---|---|---|

s670   STERICYCLE INC-8270496
PO BOX 6582
CAROL STREAM, IL  60197-6582

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number   0496

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,490.69 |
|---|---|---|---|

s671   STERICYCLE INC-8290165
PO BOX 6582
CAROL STREAM, IL  60197-6582

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number   0165

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 |
|---|---|---|---|

s790   STONE'S PEST SERVICES, LLC
PO BOX 13443
FLORENCE, SC  29504

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number   1041

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,828.41 |
|---|---|---|---|

s672   STRYKER SALES CORP (CACTUS)
PO BOX 70119
CHICAGO, IL  60673-0119

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**
Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

s936 TERRI NIX
C/O BRACKER & MARCUS LLC
JASON MARCUS
3225 SHALLOWFORD RD , STE 1120
MARIETTA, GA  30062

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   LITIGATION
UNITED STATES V. UNITED BIOLOGICS, LLC D.B.A. UNITED ALLERGY SERVICES F.K.A. UNITED ALLERGY LABS

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.75 |
|---|---|---|---|

s781 THE BENEFIT COMPANY, INC.
PO BOX 211486
COLUMBIA, SC  29221

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     Various

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLES

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.86 |
|---|---|---|---|

s365 THRIVENT
PO BOX 14057
CLEARWATER, FL  33766

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER CREDIT BALANCE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $303.90 |
|---|---|---|---|

s697 TIME WARNER - HIGHLAND EFT
PO BOX 70872
CHARLOTTE, NC  28272-0872

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     Various

Last 4 digts of account number     -001

Basis for the claim:   UTILITIES

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.205** Nonpriority creditor's name and mailing address

**s673** TOTAL MEDICAL EQUIPMENT SALES INC
KYLE BLACKWELL
3000 OLD ALABAMA RD 119-110
ALPHARETTA, GA  30022

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:    $4,989.13

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.206** Nonpriority creditor's name and mailing address

**s698** TOWN OF WAYNESVILLE CC
9 S MAIN STREET
SUITE 110
WAYNESVILLE, NC  28786

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:    $135.23

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.207** Nonpriority creditor's name and mailing address

**s937** TRACY HAWKINS
C/O KASSEL MCVEY
JOHN D KASSEL
PO BOX 1476
COLUMBIA, SC  29202

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:    UNKNOWN

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:    LITIGATION
UNITED STATES V. OAKTREE MEDICAL CENTRE, PC

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.208** Nonpriority creditor's name and mailing address

**s674** TRANSMED CO, LLC
DRUG TESTING & LABORATORY SUPPLIES
1595 PEACHTREE PKWY, SUITE 204-350
CUMMING, GA  30041

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:    $2,313.75

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLES

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

| Debtor Name | Case Number (if known) |
|---|---|

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.209**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $101.15

**s629**    TRAVELERS INS PROPERTY CASUALTY
PO BOX 4614
BUFFALO, NY 14240

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   PATIENT REFUND

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.210**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $979.50

**s707**    ULINE
ACCOUNTS RECEIVABLE
PO BOX 88741
CHICAGO, IL 60680-1741

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number   3101

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.211**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $574.93

**s708**    UNIFORM ADVANTAGE
ATTN: ACCOUNTS RECEIVABLE
PO BOX 14190
FORT LAUDERDALE, FL 33302

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.212**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      UNKNOWN

**s938**    UNITED STATES OF AMERICA EX REL DONNA RAUCH
C/O OFFICES OF THE U S ATTORNEYS
ELIZABETH C WARREN
MURIEL CALHOUN, AND BRANDY KNIGHT
1441 MAIN ST., STE 500
COLUMBIA, SC 29201

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:   LITIGATION
UNITED STATES V. OAKTREE MEDICAL CENTRE, PC

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name                                            Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.      **Amount of Claim**

---

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

**s939**    **UNITED STATES OF AMERICA EX REL ROBERT MATHEWSON**
C/O OFFICES OF THE U S ATTORNEYS
ELIZABETH C WARREN
1441 MAIN ST., STE 500
COLUMBIA, SC  29201

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:    **LITIGATION**
**UNITED STATES V. OAKTREE MEDICAL CENTRE, PC**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

**s940**    **UNITED STATES OF AMERICA EX REL TERRI NIX**
C/O OFFICE OF THE U S ATTORNEY—ATL600
NEELI BEN–DAVID, NORTHERN DISTRICT OF GA
600 U S COURTHOUSE, 75 TED TURNER DR SW
ATLANTA, GA  30303

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:    **LITIGATION**
**UNITED STATES V. UNITED BIOLOGICS, LLC D.B.A. UNITED ALLERGY SERVICES F.K.A. UNITED ALLERGY LABS**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

**s941**    **UNITED STATES OF AMERICA EX REL TRACY HAWKINS**
C/O OFFICES OF THE U S ATTORNEYS
ELIZABETH C WARREN
1441 MAIN ST., STE 500
COLUMBIA, SC  29201

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:    **LITIGATION**
**UNITED STATES V. OAKTREE MEDICAL CENTRE, PC**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $450.00 |
|---|---|---|---|

**s709**    **UPSTATE EXTERMINATING & PEST CONTROL, INC**
324 OUR ROAD
PICKENS, SC  29671

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digits of account number

Basis for the claim:    **TRADE PAYABLES**

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 87 of 95

**Oaktree Medical Centre, P.C.**
Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.217** Nonpriority creditor's name and mailing address

**s710**
US COMPOUNDING
1270 DON`S LANE
CONWAY, AR 72032

$19,530.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.218** Nonpriority creditor's name and mailing address

**s699**
VERIZON WIRELESS-9782-00001 EFT
PO BOX 660108
DALLAS, TX 75266-0108

$1,408.63

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    UTILITIES

Last 4 digts of account number    0001

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.219** Nonpriority creditor's name and mailing address

**s711**
V-SOFT CONSULTING GROUP, INC
101 BULLITT LN, STE 205
LOUISVILLE, KY 40222

$10,397.27

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.220** Nonpriority creditor's name and mailing address

**s700**
WASTE INDUSTRIES - 3843-GR-GV EFT
PO BOX 791519
BALTIMORE, MD 21279-1519

$336.78

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    UTILITIES

Last 4 digts of account number    3843

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**
Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.60 |
|---|---|---|---|
| s701 | WASTE MANAGEMENT- ARDEN - EFT<br>PO BOX 4648<br>CAROL STREAM, IL  60197 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:    UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $506.24 |
|---|---|---|---|
| s702 | WASTE MANAGEMENT- BC-ES - EFT<br>PO BOX 4648<br>CAROL STREAM, IL  60197-4648 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:    UTILITIES | |
| | Last 4 digts of account number    1054 | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.15 |
|---|---|---|---|
| s703 | WASTE MANAGEMENT- L-FLO - EFT<br>PO BOX 4648<br>CAROL STREAM, IL  60197-4648 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:    UTILITIES | |
| | Last 4 digts of account number    72-0 | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.78 |
|---|---|---|---|
| s704 | WASTE MANAGEMENT- M-AND - EFT<br>PO BOX 4648<br>CAROL STREAM, IL  60197-4648 | Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:    UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Oaktree Medical Centre, P.C.**

| | |
|---|---|
| Debtor Name | Case Number (if known) |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**All Creditors with NONPRIORITY Unsecured Claims**</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                                   **Amount of Claim**

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.07 |
|---|---|---|---|

**s705**   WASTE MANAGEMENT-W COL - EFT
PO BOX 4648
CAROL STREAM, IL  60197-4648

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **UTILITIES**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.33 |
|---|---|---|---|

**s366**   WC BUNCH & ASSOCIATES
PO BOX 32037
LAKELAND, FL  33802-2002

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   **CUSTOMER CREDIT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.46 |
|---|---|---|---|

**s367**   WC STATE OF CONNECTICUT
55 ELM ST
HARTFORD, CT  06106-1746

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   **CUSTOMER CREDIT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $751.86 |
|---|---|---|---|

**s368**   WCO BROADSPIRE/MEDCOR - WCO
PO BOX 14645
LEXINGTON, KY  40512

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   **CUSTOMER CREDIT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.229** Nonpriority creditor's name and mailing address

s369 WCO CONNECTICUT INTERLOCAL RISK MANAGEMENT A
PO BOX 9558
NEW HAVEN, CT 06535-0558

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER CREDIT BALANCE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.02

---

**3.230** Nonpriority creditor's name and mailing address

s370 WCO GALLAGHER BASSETT SERVICES
PO BOX 2831
CLINTON, IA 52733-2801

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER CREDIT BALANCE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,071.59

---

**3.231** Nonpriority creditor's name and mailing address

s371 WCO MEDIVEST
2100 ALAFAYA TRL
OVIEDO, FL 32765

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER CREDIT BALANCE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$761.68

---

**3.232** Nonpriority creditor's name and mailing address

s712 WESLEY JANITORIAL SERVICE LLC
PO BOX 3553
COLUMBIA, SC 29230

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim: TRADE PAYABLES

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$750.00

---

**Oaktree Medical Centre, P.C.**

Debtor Name                                              Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                               **Amount of Claim**

---

**3.233**    Nonpriority creditor's name and mailing address              As of the petition filing date, the claim is:            **$393.46**

**s706**    WINDSTREAM - 1517 EFT
        PO BOX 9001950
        LOUISVILLE, KY 40290-1950

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.234**    Nonpriority creditor's name and mailing address              As of the petition filing date, the claim is:            **$80,000.00**

**s714**    XACT DATA DISCOVERY
        DBA XACT DATA DISCOVERY
        5800 FOXRIDGE DR, STE 406
        MISSION, KS 66202

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.235**    Nonpriority creditor's name and mailing address              As of the petition filing date, the claim is:            **$1,250.00**

**s713**    X-RAY COMPLIANCE SOLUTION, LLC
        2080 OWENS RD
        LEESVILLE, SC 29070

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.236**    Nonpriority creditor's name and mailing address              As of the petition filing date, the claim is:            **$125.00**

**s715**    YORK X-RAY--M498 - ANDERSON
        PO BOX 326
        20 HAMPTON ROAD
        LYMAN, SC 29365

Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    TRADE PAYABLES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,554.48 |
|---|---|---|---|

**s716**

**YORK X-RAY--M568 WEST COLUMBIA**
**PO BOX 326**
**20 HAMPTON RD**
**LYMAN, SC  29365**

Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    **TRADE PAYABLES**

**Last 4 digts of account number**

Is the claim subject to offset?

☑ No
☐ Yes

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

List in alphabetical order any others who must be notified for claims already listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 or Part 2 did you enter the related creditor? | Last 4 digts of account number for this entity |
|---|---|---|
| BLAKE LECHE<br>109 WAVERLY HALL LN<br>SIMPSONVILLE, SC  29681 | s955 | |
| DAVID BRUCE COFFEY<br>261 UNDERPASS DR.<br>ONEIDA, TN  37841-5885 | s923 | |
| GEORGETOWN PHYSICIAN SERVICES, LLC<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>C/O THOMAS F. MORAN<br>3751 ROBERT GRISSOM PKY., FL. 3<br>MYRTLE BEACH, SC  29577 | s927 | |
| IMAGING SOLUTIONS HEALTHCARE LLC<br>ANDERSON, BOTTRELL, SANDEN & THOMPSON<br>C/O MICHAEL J. HOFER<br>5257 27TH ST. S., STE. 101<br>FARGO, ND  58104 | s586 | |
| IMAGING SOLUTIONS HEALTHCARE LLC<br>C/O ANDERSON, BOTTRELL, SANDEN & THOMPSON<br>DAVID J HAUFF<br>PO BOX 10247<br>FARGO, ND  58104 | s586 | |
| KONIG PM LLC<br>C/O BLAKE LECHE<br>109 WAVERLY HALL LN.<br>SIMPSONVILLE, SC  29681 | s929 | |

**Oaktree Medical Centre, P.C.**

Debtor Name

Case Number (if known)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of Claim Amounts** |
|---|---|---|
| 5a. Total Claims from Part 1 | 5a. | $2,692,466.17 |
| 5b. Total Claims from Part 2 | 5b. + | $5,686,312.31 |
| | | PLUS UNKNOWN |
| 5c. Total of Parts 1 and 2 | 5c. | $8,378,778.48 |
| Lines 5a + 5b = 5c. | | PLUS UNKNOWN |

| Fill in this information to identify the case: |
|---|

| Debtor name | Oaktree Medical Centre, P.C. | | | |
|---|---|---|---|---|
| United States Bankruptcy Court for the: | Western | District of | N Carolina | |
| | | | (State of) | |
| Case Number (if known): | | Chapter | 7 | |

☐ Check if this is an amended filing

# Official Form 206G

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DOCTOR OF CHIROPRACTOR (DC) | ABHAY PATEL<br>9 NEW ALTAMONT TERRACE<br>GREENVILLE, SC 29609 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | WORKERS COMPENSATION INSURANCE POLICY (ALL COMPANIES) | ACCIDENT FUND (WORKERS COMPENSATION) INSURANCE COMPANY OF AMERICA<br>PO BOX, MI 48901-7990 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | STAFFING AGENCY - AGREEMENT | ACCOUNTEMPS - ROBERT HALF<br>12400 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | SECURITY MONITORING CONTRACT 401497420 | ADT<br>PO BOX 371878<br>PITTSBURGH, PA 15250-7878 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | SECURITY MONITORING CONTRACT 402041108 | ADT<br>PO BOX 371878<br>PITTSBURGH, PA 15250-7878 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

Debtor  Oaktree Medical Centre, P.C.

Case Number (if known): _____

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 6 | State what the contract or lease is for and the nature of the debtor's interest | SECURITY MONITORING CONTRACT 401542049 | ADT PO BOX 371878 PITTSBURGH, PA 15250-7878 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 7 | State what the contract or lease is for and the nature of the debtor's interest | OXYGEN CYLINDER RENTALS MULTIPLE LOCATIONS 2865184 | AIRGAS USA, LLC PO BOX 734672 DALLAS, TX 75373 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 8 | State what the contract or lease is for and the nature of the debtor's interest | OXYGEN CYLINDER RENTALS MULTIPLE LOCATIONS 2900062 | AIRGAS USA, LLC PO BOX 734672 DALLAS, TX 75373 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 9 | State what the contract or lease is for and the nature of the debtor's interest | FAX SERVICES | ALHAMBRA US 8 GOVERNOR WENTWORTH HWY WOLFEBORO, NH 03894 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 10 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE CONTRACT 10036688 | ALLSCRIPTS LLC 24630 NETWORK PLACE CHICAGO, IL 60673-1246 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 11 | State what the contract or lease is for and the nature of the debtor's interest | MASTER PURCHASE AGREEMENT | ALLSCRIPTS 24630 NETWORK PLACE CHICAGO, IL 60673-1246 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

Debtor  Oaktree Medical Centre, P.C.                                    Case Number (if known):

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 12 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT – INTERFACE SOFTWARE SYSTEM | ALLSCRIPTS<br>24630 NETWORK PLACE<br>CHICAGO, IL  60673-1246 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 13 | State what the contract or lease is for and the nature of the debtor's interest | ONLINE BACKUP ADDENDUM TO MASTER AGREEMENT | ALLSCRIPTS<br>24630 NETWORK PLAE<br>CHICAGO, IL  60673-1246 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 14 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE BENEFITS CONTRACTS 010-39844 | AMERITAS LIFE INSURANCE CORP-DENTAL<br>PO BOX 81889<br>LINCOLN, NE  68501-1889 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 15 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - PHYSICIAN ASSISTANT | AMY HANCOCK<br>5804 SPINETAIL DR<br>NORTH MYRTLE BEACH, SC  29582 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 16 | State what the contract or lease is for and the nature of the debtor's interest | ANSWERING SERVICES CONTRACT | ANSWERPROCOMMUNICATIONS, LLC<br>PO BOX 890340<br>CHARLOTTE, NC  28289-0340 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 17 | State what the contract or lease is for and the nature of the debtor's interest | MEDICAL CONSULTING CONTRACT | ASBURY MED-SURE, LLC (ROGER YAPP)<br>1560 ASBURY AVE<br>WINNETKA, IL  60093 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

Debtor  Oaktree Medical Centre, P.C.                                    Case Number (if known):

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 18 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - PHYSICIAN ASSISTANT (PA) | ASHLEY CRISP 1651 UNION SCHOOL RD MCBEE, SC  29101 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 19 | State what the contract or lease is for and the nature of the debtor's interest | EMR AND BILLING SYSTEM | ATHENAHEALTH – 311 ARSENAL STREET WATERTOWN, MA  02472 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 20 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE | BHHS JOHN M BRABHAM REAL ESTATE DAVIS PROPERTIES 1081 ALICE DRIVE SUMTER, SC  29151 |
| | State the term remaining | EXPIRES: 9/30/2019 | |
| | List the contract number of any government contract | | |
| 2. 21 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT CONTRACT | BLAKE LECHE - KONIG DM, LLC (1099) BLAKE LECHE 109 WAVERLY HALL LN SIMPSONVILLE, SC  29681 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 22 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - MEDICAL DOCTOR (MD) | BLAKE LECHE 109 WAVERLY HALL LN SIMPSONVILLE, SC  29681 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 23 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE BENEFITS CONTRACTS BAA98/BAA98 | BLUECHOICE HEALTH PLAN PO BOX 6000 COLUMBIA, SC  29260-6000 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

Debtor   **Oaktree Medical Centre, P.C.**                                      Case Number (if known):
Name

██ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT / PRICING AGREEMENT / REBATE AGREE 164881 | BOSTON SCIENTIFIC CORP PO BOX 951653 DALLAS, TX 75395-1653 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT - MEDICAL DOCTOR (MD) | BRADLEY SWENSON 2900 RAMBLING PATH ANDERSON, SC 29621 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | 1099 INDEPENDENT CONTRACTOR AGREEMENT | BRANT TURNER -PRECISE HEALTH RES-BAM BRANT TURNER 1276 SHADOW WAY GREENVILLE, SC 29615 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT - PHYSICIANS ASSISTANT (PA) | BRANT TURNER 1276 SHADOW WAY GREENVILLE, SC 29615 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | JOB POSTING CONTRACT CT4278229 | CAREER BUILDER LLC 13047 COLLECTION CENTER DRIVE CHICAGO, IL 60693-0130 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT - CLINICAL LIAISON | CARLEE BRIGHT 115 ROSEBERRY HILL DRIVE LYMAN, SC 29365 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

Debtor  Oaktree Medical Centre, P.C.                                                    Case Number (if known):
_____
Name

▉  **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 30 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - FAMILY NURSE PRACTITIONER ( | CAROL BERRY 2843 HERMITAGE LANE FLORENCE, SC  29501 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 31 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE | CCP HARBINGER, LLC - FCH LAB C/O COMMONWEALTH COMMERICAL PARTNERS, LLC PO BOX 71150 RICHMOND, VA  23225 |
| | State the term remaining | EXPIRES: 11/30/2022 | |
| | List the contract number of any government contract | | |
| 2. 32 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - MEDICAL DOCTOR (MD) | CHRISTOPHER RUBEL 480 WEBBER ROAD SPARTANBURG, SC  29307 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 33 | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT 1150078 | CITY OF ASHEVILLE WATER BILL ACCT# 0078 PO BOX 733 ASHEVILLE, NC  28802-0733 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 34 | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT 34000149-448471 | CITY OF FLORENCE -8471 CC CITY SERVICES BILL PO BOX 602756 CHARLOTTE, NC  28260-2756 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 35 | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT 85-009255-01 | CITY OF WEST COLUMBIA CC WATER COLLECTION DIVISION - CITY HALL PO BOX 4044 WEST COLUMBIA, SC  29171-4044 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| Debtor | Oaktree Medical Centre, P.C. | | Case Number (if known): |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2. 36 | State what the contract or lease is for and the nature of the debtor's interest | SC DEPT OF HEALTH LAB 1/20 TO 1/22 | CLIA LABORATORY PROGRAM PO BOX 3056 PORTLAND, OR 97208-3056 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 37 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | CMS IMAGIN, INC. /AVREO, INC – 4050 AZALEA DR NORTH CHARLESTON, SC 29405 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 38 | State what the contract or lease is for and the nature of the debtor's interest | CT SCANNER - CONTRACT 201806-4825-FIRST CHOICE | CMS IMAGING, INC. 4050 AZALEA DR NORTH CHARLESTON, SC 29405 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 39 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT SERVICES AGREEMENT | COFFEY FAMILY MEDICAL 281 UNDERPASS DR ONEIDA, TN 37841 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 40 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE BENEFITS CONTRACTS GROUP #390 25 76179 0000 | COMPANION LIFE PO BOX 100102 COLUMBIA, SC 29202 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 41 | State what the contract or lease is for and the nature of the debtor's interest | LABGEN LABORATORY MANAGEMENT SYSTEM - MAINTENANCE | COMTRON, INC. 11 GRACE AVE SUITE 208 GREAT NECK, NY 11021 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

Debtor  Oaktree Medical Centre, P.C.

Name

Case Number (if known):

| | | |
|---|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease** | | |
| **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2. 42 | State what the contract or lease is for and the nature of the debtor's interest | CONCUR EXPENSE REPORTING CONTRACT  (IN LABSOURCE N | CONCUR / BAMBORA 62157 COLLECTIONS CENTER DRIVE CHICAGO, IL  60693 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2. 43 | State what the contract or lease is for and the nature of the debtor's interest | MALPRACTICE INSURANCE CONTRACT 002PRM0000083997 | COVERYS PO BOX 981024 BOSTON, MA  02298 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2. 44 | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT 638719616066528 | CRYSTAL SPRINGS PO BOX 660579 DALLAS, TX  75266-0579 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2. 45 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE CONTRACT WIND HAIL POLICY | CSP INSURANCE SERVICES 2420 HOFFMEYER RD, SUITE D FLORENCE, SC  29501 |
|---|---|---|---|
| | State the term remaining | EXPIRES: 8/6/2020 | |
| | List the contract number of any government contract | | |

| 2. 46 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - LICENSED NURSE PRACTITIONER | DAMIEN BAILEY 202 COBBLESTONE XING GAFFNEY, SC  29341 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2. 47 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - NURSE PRACTITIONER | DANIELLE CRAIS 113 HOLLY LEAF LANE LEXINGTON, SC  29072 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| Debtor | Oaktree Medical Centre, P.C. | | Case Number (if known): |
|--------|------------------------------|---|--------------------------|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 48 | State what the contract or lease is for and the nature of the debtor's interest | LAB EQUIPMENT MAINTENANCE | DATA INNOVATIONS LLC<br>PO BOX 101978<br>ATLANTA, GA 30392-1978 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 49 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - MEDICAL DOCTOR (MD) | DAVID ROGERS<br>PO BOX 618<br>EASLEY, SC 29641 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 50 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - PHYSICIANS ASSISTANT (PA) | DEREK ROPER<br>245 SAINT PAUL RD<br>EASLEY, SC 29642 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 51 | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT<br>7-2101-0462-1414 | DOMINION ENERGY<br>PO BOX 100255<br>COLUMBIA, SC 29202-3255 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 52 | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT<br>7-2101-0972-0386 | DOMINION ENERGY<br>PO BOX 100255<br>COLUMBIA, SC 29202-3255 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 53 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE | DOUBLE DUTCH - MYRTLE BEACH<br>1801 NEW HANOVER MEDICAL PARK DRIVE<br>WILMINGTON, NC 28403 |
| | State the term remaining | EXPIRES: 8/31/2019 | |
| | List the contract number of any government contract | | |

Debtor  Oaktree Medical Centre, P.C.                                    Case Number (if known):

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2. 54 | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT 839 242 4076  & 461 795 1597 | DUKE ENERGY PROGRESS PO BOX 1003 CHARLOTTE, NC  28201-1003 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2. 55 | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT 1864762942 & 1122820272 | DUKE ENERGY PO BOX 70516 CHARLOTTE, NC  28272-0516 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2. 56 | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT 1788141408  & 1711026376 | DUKE ENERGY PO BOX 70516 CHARLOTTE, NC  28272-0516 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2. 57 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER AND PHONE SERVICES | DYNAMIC QUEST / ENROUTE 3775 ROSEWELL RD SUITE 350 MARIETTA, GA  30062 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2. 58 | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT 64622001 | EASLEY COMB UTILITIES PO BOX 619 EASLEY, SC  29641-0619 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2. 59 | State what the contract or lease is for and the nature of the debtor's interest | BILLING / CLINIC SOFTWARE CONTRACT 14142 | ECLINICAL WORKS, LLC PO BOX 847950 BOSTON, MA  02284-7950 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| Debtor | Oaktree Medical Centre, P.C. | | Case Number (if known): | |
|--------|------------------------------|--|-------------------------|--|
| | Name | | | |

### ▉ Additional Page if Debtor Has More Executory Contracts or Unexpired Lease

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--|--|--|
| **2. 60** | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT<br>500033640 | ELECTRIC CITY UTILITIES CC<br>CITY OF ANDERSON<br>PO BOX 63061<br>CHARLOTTE, NC  28263 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| **2. 61** | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - MEDICAL DOCTOR | ELIZABETH SNODERLY<br>4691 MILL POND CT<br>MURRELLS INLET, SC  29576 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| **2. 62** | State what the contract or lease is for and the nature of the debtor's interest | 1099 INDEPENDENT CONTRACTOR AGREEMENT | ERIC HARRELL - ECORP, LLC (1099) BAM<br>25 DRAPER STREET<br>UNIT 432<br>GREENVILLE, SC  29611 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| **2. 63** | State what the contract or lease is for and the nature of the debtor's interest | BILLING SOFTWARE / SUBSCRIPTION CONTRACT<br>A/C 123220 | EXPERIAN HEALTH, INC.<br>PO BOX 886133<br>LOS ANGELES, CA  90088-6133 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| **2. 64** | State what the contract or lease is for and the nature of the debtor's interest | OFFSITE STORAGE CONTRACT | EXTRA STORAGE SPACE<br>104 LA VON LN<br>EASLEY, SC  29642 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| **2. 65** | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - MEDICAL DOCTOR (MD) | FELIX MUNIZ<br>1015 NUTT STREET<br>APT. 334<br>WILMINGTON, NC  28401 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

Debtor  Oaktree Medical Centre, P.C.                                    Case Number (if known):

Name

■  **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2. 66** State what the contract or lease is for and the nature of the debtor's interest — EMPLOYEE BENEFITS CONTRACTS 1001030 &1001031 <br> State the term remaining — UNKNOWN <br> List the contract number of any government contract | FIDELITY SECURITY LIFE INS FSL / EYEMED PREMIUMS PO BOX 632530 CINCINNATI, OH  45263-2530 |
| **2. 67** State what the contract or lease is for and the nature of the debtor's interest — BANKING AGREEMENTS - ETC <br> State the term remaining — UNKNOWN <br> List the contract number of any government contract | FIRST CITIZENS BANK & TRUST COMPANY ATTN: NATOSHA DREWS PO BOX 29 COLUMBIA, SC  29202 |
| **2. 68** State what the contract or lease is for and the nature of the debtor's interest — BILLING CONTRACT - EXPIRED BUT SETTLEMENT AGREEMEN 138172 <br> State the term remaining — UNKNOWN <br> List the contract number of any government contract | GE HEALTHCARE, INC. PO BOX 640200 PITTSBURGH, PA  15264-0200 |
| **2. 69** State what the contract or lease is for and the nature of the debtor's interest — COPIER CONTRACTS <br> State the term remaining — UNKNOWN <br> List the contract number of any government contract | G-FIVE, INC. 297-H GARLINGTON RD GREENVILLE, SC  29615 |
| **2. 70** State what the contract or lease is for and the nature of the debtor's interest — PEST CONTROL CONTRACT <br> State the term remaining — UNKNOWN <br> List the contract number of any government contract | GIBSON PEST CONTROL 3601 SWEETEN CREEK RD PO BOX 989 SKYLAND, NC  28776 |
| **2. 71** State what the contract or lease is for and the nature of the debtor's interest — EMPLOYMENT AGREEMENT - MEDICAL DOCTOR (MD) <br> State the term remaining — UNKNOWN <br> List the contract number of any government contract | GISELE GIRAULT 145 LAKE POINTE DR FORT MILL, SC  29708 |

Debtor   Oaktree Medical Centre, P.C.                                      Case Number (if known):

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 72 | State what the contract or lease is for and the nature of the debtor's interest | ADMINISTRATIVE SERVICES AGREEMENT | GRANADA NEIL (1099) - BAM 1399 ASHLEYBROOK LANE SUITE 100 WINSTON SALEM, NC  27103 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 73 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE | GREAT HERON - W COLUMBIA EFT FRANK HAHNE 208 BARNACLE CIRCLE LEXINGTON, SC  29072 |
| | State the term remaining | EXPIRES: 5/31/2020 | |
| | List the contract number of any government contract | | |
| 2. 74 | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT 0017695250  & 0017695252 | GREENVILLE WATER SYSTEM PO BOX 687 GREENVILLE, SC  29602-0687 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 75 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE - RELATED PARTY | GROVE 1005 LLC 25 AIRPARK COURT GREENVILLE, SC  29607 |
| | State the term remaining | EXPIRES: 12/31/2028 | |
| | List the contract number of any government contract | | |
| 2. 76 | State what the contract or lease is for and the nature of the debtor's interest | COMPLIANCE SUBSCRIPTION CONTRACT | HEALTHCARE COMPLIANCE PROS, INC. 10891 SCOTTY DRIVE SOUTH JORDAN, UT  84095 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 77 | State what the contract or lease is for and the nature of the debtor's interest | COPIER CONTRACTS 16297-0001 | HERALD 16297 (FLORENCE) PO BOX 1288 DILLON, SC  29536 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

Debtor   Oaktree Medical Centre, P.C.                                          Case Number (if known):

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2. 78 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE | HIGHLAND CENTER DRIVE-COLUMBIA C/O TRINITY PARTNERS MANAGEMENT - AR 440 S CHURCH ST, STE 800 CHARLOTTE, NC  28202 |
| | State the term remaining | EXPIRES: 2/29/2020 | |
| | List the contract number of any government contract | | |

| 2. 79 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS CRIME POLICY - POLICY # UC22283982 19 | HISCOX INC - C/O WILLIS OF NORTH CAROLINA, INC 29754 NETWORK PLACE CHICAGO, IL  60673-1297 |
| | State the term remaining | EXPIRES: 7/9/2020 | |
| | List the contract number of any government contract | | |

| 2. 80 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTANT CONTRACT - FINANCIAL ADVISORY | HURON CONSULTING SERVICES, LLC 4795 PAYSPHERE CIRCLE CHICAGO, IL  60674 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2. 81 | State what the contract or lease is for and the nature of the debtor's interest | ULTRASOUND QUOTE AGREEMENT | IMAGING ASSOCIATES, INC. – 3223 32ND AVE S, STE 201 FARGO, ND  58103-6278 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2. 82 | State what the contract or lease is for and the nature of the debtor's interest | IMAGING EQUIPMENT LEASE | IMAGING SOLUTIONS, INC. 3223 32ND AVE S, STE 201 FARGO, ND  58103-6278 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2. 83 | State what the contract or lease is for and the nature of the debtor's interest | EMAIL HOSTING AGREEMENT | IMMEDION, LLC PO BOX 745116 ATLANTA, GA  30374-5116 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

Debtor  Oaktree Medical Centre, P.C.

Name

Case Number (if known):

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 84 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | REAL ESTATE LEASE <br><br> EXPIRES: 5/5/2019 | INFINITY ENTERPRISES - FLORENCE <br> C/O DR DEAN BANKS <br> 9303 VENEZIA CIRCLE <br> MYRTLE BEACH, SC  29579 |
| 2. 85 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EQUIPMENT MAINTENANCE CONTRACT <br><br> UNKNOWN | ION TECHNOLOGY SUPPORT INC <br> 1204 COPELAND OAKS DRIVE <br> MORRISVILLE, NC  27560 |
| 2. 86 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PAPERWORK STORAGE CONTRACT <br><br> UNKNOWN | IRON MOUNTAIN <br> PO BOX 27128 <br> NEW YORK, NY  10087-7128 |
| 2. 87 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CLINIC AND PROVIDER MEDICAL MALPRACTICE INSURANCE <br><br> EXPIRES: 8/1/2020 | IRONSHORE INSURANCE LIMITED <br> 175 POWDER FOREST DR <br> WEATOGUE, CT  06089 |
| 2. 88 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | 1099 INDEPENDENT CONTRACTOR AGREEMENT <br><br> UNKNOWN | J D HAAS, LLC (1099) <br> 109 PEPPERWOOD DRIVE <br> GREENVILLE, SC  29611 |
| 2. 89 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TELE-RADIOLOGY SERVICES AGREEMENT <br><br> UNKNOWN | JAMES CAIN (1099) BAM <br> 113 RATHFARNHAM CIRCLE <br> ASHEVILLE, NC  28803 |

Debtor  Oaktree Medical Centre, P.C.                                            Case Number (if known):

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 90 | State what the contract or lease is for and the nature of the debtor's interest | CLEANING SERVICES AGREEMENT | JAMES EARLE`S CLEANING SERVICE(1099) PO BOX 251 SANDY SPRINGS, SC  29677 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 91 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - NURSE PRACTICIONER (NP) | JAMMIE STEPHENS 256 COPPERLEAF DRIVE MYRTLE BEACH, SC  29588 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 92 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - MEDICAL DOCTOR (MD) | JAY PATEL 14 KETTERING COURT EASLEY, SC  29642 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 93 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - MEDICAL DOCTOR (MD) | JEFFREY FARRICIELLI 3912 ASHTON SHORE LANE MOUNT PLEASANT, SC  29466 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 94 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - NURSE PRACTITIONER (NP) | JESSICA BELL 210 CREEK FALLS XING EASLEY, SC  29640 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 95 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - NURSE PRACTITIONER (NP) | JILL KESSLER 109 WINDSONG COURT ANDERSON, SC  29621 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

Debtor  Oaktree Medical Centre, P.C.                                    Case Number (if known):

Name

<div style="border:1px solid black;width:30px;height:20px;background:black;display:inline-block;"></div> **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 96 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - PHYSICAL THERAPY DOCTOR (PT | JOHN HAAS 109 PEPPERWOOD DRIVE GREENVILLE, SC  29611 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 97 | State what the contract or lease is for and the nature of the debtor's interest | SECURITY MONITORING CONTRACT | JOHNSON CONTROLS SECURITY SOLUTIONS PO BOX 371967 PITTSBURGH, PA  15250-7967 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 98 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - MEDICAL DOCTOR (MD) | JOSEPH O`QUINN 12 KETTERING COURT EASLEY, SC  29642 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 99 | State what the contract or lease is for and the nature of the debtor's interest | 1099 INDEPENDENT CONTRACTOR AGREEMENT | JOSEPH O`QUINN/JWO ENTE (1099) BAM JWO ENTERPRISE, LLC 12 KETTERING CT EASLEY, SC  29642 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 100 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - NURSE PRACTITIONER | KATHY MOTES 260 BALLANTYNE COMMON CIRCLE APT. 204 HENDERSONVILLE, NC  28792 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 101 | State what the contract or lease is for and the nature of the debtor's interest | STAFFING AGENCY - AGREEMENT | KUDZU STAFFING, INC. PO BOX 51627 POWDERSVILLE, SC  29673 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

Debtor   Oaktree Medical Centre, P.C.                                     Case Number (if known):
Name

■  **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2. 102 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTIVE RISK PACKAGE - POLICY LHP677660 | LANDMARK AMERICAN INSURANCE COMPANY C/O WILLIS OF NORTH CAROLINA, INC 29754 NETWORK PLACE CHICAGO, IL 60673-1297 |
| | State the term remaining | EXPIRES: 1/9/2020 | |
| | List the contract number of any government contract | | |
| 2. 103 | State what the contract or lease is for and the nature of the debtor's interest | PEST CONTROL CONTRACT | LEXINGTON TERMITE & PEST CONTROL, INC. 439 HEARTWOOD DRIVE LEXINGTON, SC 29073 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 104 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE BENEFITS CONTRACTS 401593660 | LIBERTY MUTUAL INSURANCE PO BOX 188025 FAIRFIELD, OH 45018-8025 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 105 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE BENEFITS CONTRACTS OTMCTRE-BL-1565801 | LINCOLN NATIONAL LIFE INSURANCE CO. PO BOX 0821 CAROL STREAM, IL 60132-0821 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 106 | State what the contract or lease is for and the nature of the debtor's interest | 1099 INDEPENDENT CONTRACTOR AGREEMENT | LISA FORGIONE BAM (1099) 301 HOLLY ST CLINTON, SC 29325 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 107 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - MEDICAL DOCTOR (MD) | LISA FORGIONE 301 HOLLY STREET CLINTON, SC 29325 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| Debtor | Oaktree Medical Centre, P.C. | | Case Number (if known): |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2. 108** | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE | LUTHERAN SERVICES - ARDEN, NC<br>ATTN: KIRBY NICKERSON<br>PO BOX 947<br>SALISBURY, NC 28145 |
| | State the term remaining | EXPIRES: 1/21/2021 | |
| | List the contract number of any government contract | | |
| **2. 109** | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE | MAGNOLIA CENTER ONE, LLC<br>367 DEBORDIEU BLVD<br>GEORGETOWN, SC 29440 |
| | State the term remaining | EXPIRES: 8/31/2024 | |
| | List the contract number of any government contract | | |
| **2. 110** | State what the contract or lease is for and the nature of the debtor's interest | TANK RENTAL AND SERVICE AGREEMENTS | MAR COR INC<br>16233 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| **2. 111** | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE | MARY BLACK HEALTH - SPARTANBURG<br>SRHS-ACCOUNTING<br>ATTN: DANA HORTON<br>SPARTANBURG, SC 29303 |
| | State the term remaining | EXPIRES: 7/31/2020 | |
| | List the contract number of any government contract | | |
| **2. 112** | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - NURSE PRACTITIONER (NP) | MARY COX<br>20 CHARTWELL CT<br>SUMTER, SC 29154 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| **2. 113** | State what the contract or lease is for and the nature of the debtor's interest | 1099 INDEPENDENT CONTRACTOR AGREEMENT | MATT FURMAN BAM<br>100 BEAVER LAKE DR<br>ELGIN, SC 29045 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

Debtor  Oaktree Medical Centre, P.C.                                      Case Number (if known):

Name

■ Additional Page if Debtor Has More Executory Contracts or Unexpired Lease

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 114 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE - RELATED PARTY | MCCOLLUM BUSINESS LLC 435 PROVIDENCE DR EASLEY, SC  29642 |
| | State the term remaining | EXPIRES: 12/29/2028 | |
| | List the contract number of any government contract | | |
| 2. 115 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES | MCGUIREWOODS, LLP TOWER TWO- SIXTY 260 FORBES AVE PITTSBURGH, PA  15222 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 116 | State what the contract or lease is for and the nature of the debtor's interest | LAB EQUIPMENT SERVICE CONTRACT 438 | MEDICAL LABORATORY SOLUTIONS, INC. 270 RUTLEDGE RD, STE D FLETCHER, NC  28732 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 117 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - NURSE PRACTITIONER | MELODY DEANGELIS 198 OLD BLACKSMITH ROAD SIX MILE, SC  29682 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 118 | State what the contract or lease is for and the nature of the debtor's interest | CREDIT CARD PROCESSING AGREEMENT | MERCHANT CREDIT CARD PROCESSING PO BOX 6600 HAGERSTOWN, MD  21741-6600 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 119 | State what the contract or lease is for and the nature of the debtor's interest | WEBSITE HOSTING AND MANAGEMENT | MY WEB NINJA LLC 400 W LEGION BLVD OWENSBORO, KY  42303 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

Debtor  Oaktree Medical Centre, P.C.                                                     Case Number (if known):
_____

Name

█  **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 120 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - NURSE PRACTITIONER | NORMA SWEET 744 VIOLA COURT COLUMBIA, SC  29229 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 121 | State what the contract or lease is for and the nature of the debtor's interest | SECURITY MONITORING CONTRACT | PALMETTO SECURITY CO, INC. 4 MEDICAL COURT SUMTER, SC  29150 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 122 | State what the contract or lease is for and the nature of the debtor's interest | PAYMENT SERVICES CONTRACT | PAY PLUS / ZELLIS PAYMENTS 18167 US HIGHWAY 19 NORTH SUITE 300 CLEARWATER, FL  33764 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 123 | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT 7002854727002 | PIEDMONT NATURAL GAS PO BOX 660920 DALLAS, TX  75266-0920 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 124 | State what the contract or lease is for and the nature of the debtor's interest | POSTAGE MACHINE LEASE | PITNEY BOWES PO BOX 371887 PITTSBURGH, PA  15250-7887 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 125 | State what the contract or lease is for and the nature of the debtor's interest | PDS SOFTWARE SYSTEM CONTRACT | PRACTICE DIAGNOSTIC SYSTEMS, LLC (PDS) PRACTICAL DATA SOLUTIONS 33 BULLET HILL RD SOUTHBURY, CT  06488 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

Debtor  Oaktree Medical Centre, P.C.                                        Case Number (if known):

Name

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2. 126 | State what the contract or lease is for and the nature of the debtor's interest | NITROGEN SYSTEM CONTRACT PJ700 | PRAXAIR 1939 BLUFF ROAD COLUMBIA, SC  29201 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2. 127 | State what the contract or lease is for and the nature of the debtor's interest | MALPRACTICE INSURANCE - INSURANCE FINANCE | PREMIUM FUNDING ASSOCIATES, INC 1 WORLD FINANCIAL CENTER 200 LIBERTY STREET NEW YORK, NY  10281 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2. 128 | State what the contract or lease is for and the nature of the debtor's interest | FINANCER OF IRON SHORE INSURANCE LIMITED MALPRACTICE INSURANCE | PREMIUM FUNDING ASSOCIATES, INC 1 WORLD FINANCIAL CENTER 200 LIBERTY STREET NEW YORK, NY  10281 |
|---|---|---|---|
| | State the term remaining | EXPIRES: 6/1/2020 | |
| | List the contract number of any government contract | | |

| 2. 129 | State what the contract or lease is for and the nature of the debtor's interest | SECURITY MONITORING CONTRACT | PRIORITY ONE SECURITY-GROVE PO BOX 602577 CHARLOTTE, NC  28260-2577 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2. 130 | State what the contract or lease is for and the nature of the debtor's interest | HSA BENEFITS CONTRACTS | PROBENEFITS, INC. PO BOX 896200 CHARLOTTE, NC  28289 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2. 131 | State what the contract or lease is for and the nature of the debtor's interest | HR / PAYROLL SYSTEM CONTRACT | PROPEL HR, INC. 669 N ACADEMY ST GREENVILLE, SC  29601 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| Debtor | Oaktree Medical Centre, P.C. | | Case Number (if known): | |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 132 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE BENEFITS CONTRACTS | PRUDENTIAL GROUP INSURANCE<br>PO BOX 101241<br>ATLANTA, GA  30392-1241 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 133 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE | ROBERTS DEVELOPMENT<br>PO BOX 393<br>ANDERSON, SC  29622 |
| | State the term remaining | EXPIRES: 7/31/2023 | |
| | List the contract number of any government contract | | |
| 2. 134 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - PHYSICIANS ASSISTANT (PA) | RYAN GROTH<br>70 BENT CREEK PRESERVE ROAD<br>ASHEVILLE, NC  28806 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 135 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - CHIROPRACTOR | RYAN MITCHELL<br>1959 OSPREY DRIVE<br>FLORENCE, SC  29501 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 136 | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT<br>3937820000 | SANTEE COOPER-EFT<br>PO BOX 188<br>MONCKS CORNER, SC  29461-0188 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 137 | State what the contract or lease is for and the nature of the debtor's interest | SHREDDING CONTRACT | SHRED A WAY<br>PO BOX 161732<br>BOILING SPRINGS, SC  29316 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

Debtor  Oaktree Medical Centre, P.C.                                    Case Number (if known):

Name

▉ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 138 | State what the contract or lease is for and the nature of the debtor's interest | SHREDDING CONTRACT | SHRED A WAY<br>PO BOX 51132<br>PIEDMONT, SC  29673 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 139 | State what the contract or lease is for and the nature of the debtor's interest | SHREDDING CONTRACT | SHRED IT<br>28883 NETWORK PLACE<br>CHICAGO, IL  60673 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 140 | State what the contract or lease is for and the nature of the debtor's interest | SHREDDING CONTRACT | SHRED360<br>7001 ST. ANDREWS RD #365<br>COLUMBIA, SC  29212 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 141 | State what the contract or lease is for and the nature of the debtor's interest | SHREDDING CONTRACT | SHUR SHRED<br>PO BOX 6776<br>FLORENCE, SC  29502 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 142 | State what the contract or lease is for and the nature of the debtor's interest | CLIA LAB COMPLIANCE CERTIFICATE | SOUTH CAROLINA DEPARTMENT OF HEALTH<br>2600 BULL ST<br>COLUMBIA, SC  29201 |
| | State the term remaining | EXPIRES: 4/18/2022 | |
| | List the contract number of any government contract | | |
| 2. 143 | State what the contract or lease is for and the nature of the debtor's interest | BANKING AGREEMENTS - ETC | SOUTH STATE BANK<br>200 EAST BROAD STREET, SUITE 100<br>GREENVILLE, SC  29601 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

Debtor  Oaktree Medical Centre, P.C.                                                   Case Number (if known):
_____
Name

███  **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2. 144** | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT 202-910821901 | SPECTRUM BUSINESS PO BOX 70872 CHARLOTTE, NC  28272-0872 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| **2. 145** | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT 202-916908101-001 | SPECTRUM BUSINESS PO BOX 742614 CINCINNATI, OH  45274-2614 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| **2. 146** | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT 202-910821901-001 | SPECTRUM BUSINESS PO BOX 742614 CINCINNATI, OH  45274-2614 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| **2. 147** | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT 8351 10 002 4592319 | SPECTRUM BUSINESS PO BOX 742614 CINCINNATI, OH  45274-2614 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| **2. 148** | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT 8345 79 680 0002727 | SPECTRUM BUSINESS PO BOX 742614 CINCINNATI, OH  45274-2614 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| **2. 149** | State what the contract or lease is for and the nature of the debtor's interest | EXCESS PRIVATE MANAGEMENT LIABILITY POLICY H70164180ASP | STARSTONE SPECIALTY INSURANCE COMPANY C/O WILLIS OF NORTH CAROLINA, INC 29754 NETWORK PLACE CHICAGO, IL  60673-1297 |
| | State the term remaining | EXPIRES: 1/9/2020 | |
| | List the contract number of any government contract | | |

Debtor  Oaktree Medical Centre, P.C.

Name

Case Number (if known):

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 150 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT | STEEPLECHASE PATHOLOGY, LLC(1099) ATTN: RENEE THOMAS, MD 1905 CARRIAGE HOUSE LANE CAMDEN, SC 29020 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 151 | State what the contract or lease is for and the nature of the debtor's interest | MULTI SITE SERVICE AGREEMENT | STERICYCLE PO BOX 6582 CAROL STREAM, IL 60197-6582 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 152 | State what the contract or lease is for and the nature of the debtor's interest | PEST CONTROL CONTRACT 1041 | STONE`S PEST SERVICES, LLC PO BOX 13443 FLORENCE, SC 29504 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 153 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - MEDICAL DOCTOR (MD) | SYBIL REDDICK 32 QUAIL HILL DRIVE GREENVILLE, SC 29607 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 154 | State what the contract or lease is for and the nature of the debtor's interest | PEST CONTROL CONTRACT | TERMINIX CENTRAL ACCOUNTING OFFICE PO BOX 2627 COLUMBIA, SC 29202-2627 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 155 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE BENEFITS CONTRACTS | THE BENEFIT COMPANY, INC. PO BOX 211486 COLUMBIA, SC 29221 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

Debtor  Oaktree Medical Centre, P.C.                                    Case Number (if known):

Name

██ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2. 156** State what the contract or lease is for and the nature of the debtor's interest | 1099 INDEPENDENT CONTRACTOR AGREEMENT | THE CENTER FOR REGENERATIVE MEDICINE JEFFREY FARRICIELLI 131 QUEENSBOROUGH BLVD, STE 102 MT PLEASANT, SC  29464 |
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |
| **2. 157** State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES | TIM DAILEADER (DRIVETRAIN) EFT 257 CENTRAL PARK WEST APT 7A NEW YORK, NY  10024 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2. 158** State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT DIRECTORSHIP | TIM DAILEADER (DRIVETRAIN) EFT 257 CENTRAL PARK WEST APT 7A NEW YORK, NY  10024 |
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |
| **2. 159** State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT 202-601898902-001 | TIME WARNER PO BOX 70872 CHARLOTTE, NC  28272-0872 |
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |
| **2. 160** State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT | TOWN OF WAYNESVILLE CC 9 S MAIN STREET SUITE 110 WAYNESVILLE, NC  28786 |
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |
| **2. 161** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT MANAGER AGREEMENT COFFEY FAMILY MEDICAL | TRIZETTO DEPT CH 16897 PALATINE, IL  60055-6897 |
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

| Debtor | Oaktree Medical Centre, P.C. | | Case Number (if known): | |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 162 | State what the contract or lease is for and the nature of the debtor's interest | CREDIT CARD PROCESSING AGREEMENT | TSYS HEALTH SERVICES 12202 AIRPORT WAY SUITE 100 BROOMFIELD, CO 80021 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 163 | State what the contract or lease is for and the nature of the debtor's interest | PEST CONTROL CONTRACT 803 749-7751 001 1892 | U-AT & T PO BOX 105262 ATLANTA, GA 30348-5262 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 164 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTIVE RISK PACKAGE - POLICY DOH00746111 | UNDERWRITERS AT LLOYD`S LONDON C/O WILLIS OF NORTH CAROLINA, INC 29754 NETWORK PLACE CHICAGO, IL 60673-1297 |
| | State the term remaining | EXPIRES: 1/9/2020 | |
| | List the contract number of any government contract | | |
| 2. 165 | State what the contract or lease is for and the nature of the debtor's interest | ENDORSEMENT EXCESS LIABILITY - POLICY ANV122398A | UNDERWRITERS AT LLOYD`S LONDON C/O WILLIS OF NORTH CAROLINA, INC 29754 NETWORK PLACE CHICAGO, IL 60673-1297 |
| | State the term remaining | EXPIRES: 1/9/2020 | |
| | List the contract number of any government contract | | |
| 2. 166 | State what the contract or lease is for and the nature of the debtor's interest | PEST CONTROL CONTRACT | UPSTATE EXTERMINATING & PEST CONTROL, INC 324 OUR ROAD PICKENS, SC 29671 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 167 | State what the contract or lease is for and the nature of the debtor's interest | CELL PHONE CONTRACT 503926928-00001 | VERIZON WIRELES PO BOX 660108 DALLAS, TX 75266-0108 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

Debtor   Oaktree Medical Centre, P.C.                                    Case Number (if known):

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 168 | State what the contract or lease is for and the nature of the debtor's interest | 401K PLAN PROVIDER | VOYA INSTITUTIONAL TRUST COMPANY ATTN: LOCKBOX 3015 4 CHASE METRO TECH CENTER, 7TH FLOOR EAST BROOKLYN, NY  11245 |
|  | State the term remaining | UNKNOWN |  |
|  | List the contract number of any government contract |  |  |
| 2. 169 | State what the contract or lease is for and the nature of the debtor's interest | STAFFING AGENCY - AGREEMENT | V-SOFT CONSULTING GROUP, INC 101 BULLITT LN, STE 205 LOUISVILLE, KY  40222 |
|  | State the term remaining | UNKNOWN |  |
|  | List the contract number of any government contract |  |  |
| 2. 170 | State what the contract or lease is for and the nature of the debtor's interest | PEST CONTROL CONTRACT | W E BLACK TERMITE & PEST CONTROL INC PO BOX 1053 ANDERSON, SC  29622 |
|  | State the term remaining | UNKNOWN |  |
|  | List the contract number of any government contract |  |  |
| 2. 171 | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT TRASH SERVICES  - GROVE RD  - 001033843 | WASTE INDUSTRIES PO BOX 791519 BALTIMORE, MD  21279-1519 |
|  | State the term remaining | UNKNOWN |  |
|  | List the contract number of any government contract |  |  |
| 2. 172 | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT TRASH SERVICES - ARDEN - 20-00731-73009 | WASTE MANAGEMENT PO BOX 4648 CAROL STREAM, IL  60197 |
|  | State the term remaining | UNKNOWN |  |
|  | List the contract number of any government contract |  |  |
| 2. 173 | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT TRASH SERVICES  - W COLUMBIA # 19-56039-33001 | WASTE MANAGEMENT PO BOX 4648 CAROL STREAM, IL  60197 |
|  | State the term remaining | UNKNOWN |  |
|  | List the contract number of any government contract |  |  |

Debtor  Oaktree Medical Centre, P.C.                                     Case Number (if known): 

Name

■ Additional Page if Debtor Has More Executory Contracts or Unexpired Lease

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 174 | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT TRASH SERVICES - ANDERSON 10-36711-73008 | WASTE MANAGEMENT PO BOX 4648 CAROL STREAM, IL  60197 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 175 | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT TRASH SERVICES - FLORENCE - 13-35010-62004 | WASTE MANAGEMENT PO BOX 4648 CAROL STREAM, IL  60197 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 176 | State what the contract or lease is for and the nature of the debtor's interest | UTILITIES CONTRACT TRASH SERVICES - EASLEY 10-36508-43002 | WASTE MANAGEMENT PO BOX 4648 CAROL STREAM, IL  60197 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 177 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - MEDICAL DOCTOR (MD) | WOODWARD DIXON 515 DOODLE HILL ROAD ST. MATTHEWS, SC  29135 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2. 178 | State what the contract or lease is for and the nature of the debtor's interest | DATA EXTRACTION CONTRACT- TERMINATED BY BALANCE DU | XACT DATA DISCOVERY DBA XACT DATA DISCOVERY 5800 FOXRIDGE DR, STE 406 MISSION, KS  66202 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

Fill in this information to identify your case:

| Debtor 1 | Oaktree Medical Centre, P.C. | | |
|---|---|---|---|
| United States Bankruptcy Court for the: | Western | District of | N Carolina |
| | | | (State of) |
| Case Number (if known): | | Chapter | 7 |

☐ **Check if this is an amended filing**

## Official Form 206H
## SCHEDULE H - CODEBTORS
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor Name and Mailing Address | Column 2: Creditor Name | Check all schedules that apply: |
|---|---|---|---|
| 2.1 | DANIEL MCCOLLUM 435 PROVIDENCE DR EASLEY, SC 29642 | CREEKRIDGE CAPITAL, LLC | ☐ D ☑ E/F ☐ G |
| 2.2 | DANIEL MCCOLLUM 435 PROVIDENCE DR EASLEY, SC 29642 | FIDUS INVESTMENT CORPORATION | ☑ D (s106) ☐ E/F ☐ G |
| 2.3 | EAST TENNESSEE MEDICAL GROUP, P.C. 25 AIRPARK COURT GREENVILLE, SC 29607 | FIDUS INVESTMENT CORPORATION | ☑ D (s106) ☐ E/F ☐ G |
| 2.4 | EXIGO PHARMACEUTICALS, LLC 25 AIRPARK COURT GREENVILLE, SC 29607 | FIDUS INVESTMENT CORPORATION | ☑ D (s106) ☐ E/F ☐ G |
| 2.5 | FIRST CHOICE HEALTHCARE, P.C. 25 AIRPARK COURT GREENVILLE, SC 29607 | FIDUS INVESTMENT CORPORATION | ☑ D (s106) ☐ E/F ☐ G |
| 2.6 | LABSOURCE, LLC 25 AIRPARK COURT GREENVILLE, SC 29607 | CREEKRIDGE CAPITAL, LLC | ☐ D ☑ E/F ☐ G |

Debtor Oaktree Medical Centre, P.C.

Name

| | Case Number (if known): |
|---|---|

■ Additional Page to List More Codebtors

| | Column 1: Codebtor Name and Mailing Address | Column 2: Creditor Name | Check all schedules that apply: |
|---|---|---|---|
| 2.7 | LABSOURCE, LLC 25 AIRPARK COURT GREENVILLE, SC 29607 | FIDUS INVESTMENT CORPORATION | ☑ D (s106) ☐ E/F ☐ G |
| 2.8 | MCCOLLUM BUSINESS LLC 435 PROVIDENCE DR EASLEY, SC 29642 | CREEKRIDGE CAPITAL, LLC | ☐ D ☑ E/F ☐ G |
| 2.9 | OAKTREE MEDICAL CENTRE, LLC 25 AIRPARK COURT GREENVILLE, SC 29607 | FIDUS INVESTMENT CORPORATION | ☑ D (s106) ☐ E/F ☐ G |
| 2.10 | PAIN MANAGEMENT ASSOCIATES OF NORTH CAROLINA, P.C. 25 AIRPARK COURT GREENVILLE, SC 29607 | FIDUS INVESTMENT CORPORATION | ☑ D (s106) ☐ E/F ☐ G |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Oaktree Medical Centre, P.C. |
| United States Bankruptcy Court for the: | Western District of N Carolina (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019 MM / DD / YYYY to | Filing date | ☑ Operating a business ☐ Other _____ | $ 13,791,719.00 |
| **For prior year:** | From 01/01/2018 MM / DD / YYYY to | 12/31/2018 MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | $ 28,139,510.00 |
| **For the year before that:** | From 01/01/2017 MM / DD / YYYY to | 12/31/2017 MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | $ 24,123,482.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019 MM / DD / YYYY to | Filing date | Rental income from sub-leases | $ 35,022.00 |
| **For prior year:** | From 01/01/2018 MM / DD / YYYY to | 12/31/2018 MM / DD / YYYY | Rental income from sub-leases | $ 50,283.00 |
| **For the year before that:** | From 01/01/2017 MM / DD / YYYY to | 12/31/2017 MM / DD / YYYY | Rental income from sub-leases | $ 52,849.00 |

Case 19-31286   Doc 1   Filed 09/19/19   Entered 09/19/19 17:13:54   Desc Main
Document      Page 156 of 384

| Debtor | Oaktree Medical Centre, PC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See attached Rider 2.3 | _____ | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State          ZIP Code | _____ | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State          ZIP Code | | | ☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See attached Rider 2.4 | _____ | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | _____ | | _____ |
| | | | | |
| | City          State          ZIP Code | _____ | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Debtor | Oaktree Medical Centre, PC | Case number *(if known)* |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City State ZIP Code | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City State ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City State ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See attached Rider 3.7 | | Name | ☐ Pending |
| | Case number | | Street | ☐ On appeal |
| | | | City State ZIP Code | ☐ Concluded |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | Case number | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | | | City State ZIP Code | |

| Debtor | Oaktree Medical Centre, PC | Case number (if known) |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ _____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City        State        ZIP Code | | City        State        ZIP Code |
| | Date of order or assignment | |

---

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | _____ | $ _____ |
| | Street | | | |
| | City        State        ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| 9.2. | Recipient's name | | | $ _____ |
| | Street | | | |
| | City        State        ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

---

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| Theft of Medical Supplies / Treatment Medications (2 offices) | None | 8/1/19 | $ 109,414.18 |

| Debtor | Oaktree Medical Centre, PC | Case number *(if known)* |
|---|---|---|
| | Name | |

<table>
<tr><th style="background:black;color:white">Part 6:</th><th>Certain Payments or Transfers</th></tr>
</table>

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | See attached Rider 6.11 | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City        State        ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City        State        ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

Debtor    Oaktree Medical Centre, PC
_____    Case number *(if known)*_____
             Name

---

13. **Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See attached Rider 6.13 | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |
| | **Who received transfer?** | | | $_____ |
| 13.2. | | | | |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

**Part 7:    Previous Locations**

---

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | See attached Rider 7.14 | From _____    To _____ |
| | Street | |
| | | |
| | City          State     ZIP Code | |
| 14.2. | | From _____    To _____ |
| | Street | |
| | | |
| | City          State     ZIP Code | |

---

| Debtor | Oaktree Medical Centre, PC | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | See attached Rider 8.15 <br> Facility name <br><br> Street <br><br> City     State     ZIP Code | _____ <br> _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> _____ <br> _____ | _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____ <br> Facility name <br><br> Street <br><br> City     State     ZIP Code | _____ <br> _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> _____ <br> _____ | _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.   Patient medical and insurance info, address, phone, dob & soc sec.nos.

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Oaktree Medical Centre, PC Retirement Plan | EIN: 58-2332081 |

Has the plan been terminated?

☑ No

☐ Yes

---

| Debtor | Oaktree Medical Centre, PC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | See attached Rider 10.18 _____ <br> Name _____ <br> Street _____ <br> _____ <br> City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ <br> Name _____ <br> Street _____ <br> _____ <br> City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name _____ <br> Street _____ <br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| See attached Rider 10.20 _____ <br> Name _____ <br> Street _____ <br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

| Debtor | Oaktree Medical Centre, PC | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City          State          ZIP Code | | | |

---

**Part 12:** **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| _____ | _____ | _____ | |
| Name | Name | | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Oaktree Medical Centre, PC | | Case number (if known) |
|---|---|---|---|
| | Name | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Street | | Dates business existed |
| | City          State          ZIP Code | | From _____   To _____ |
| 25.2. | Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Street | | Dates business existed |
| | City          State          ZIP Code | | From _____   To _____ |
| 25.3. | Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Street | | Dates business existed |
| | City          State          ZIP Code | | From _____   To _____ |

| Debtor | Oaktree Medical Centre, PC | Case number *(if known)* |
|--------|---------------------------|--------------------------|
| | Name | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|------------------|------------------|
| 26a.1. Christine Ouellette<br>Name<br>7 Stono Drive<br>Street | From 4/11/16 To 8/22/19 |
| Greenville SC 29609<br>City State ZIP Code | |
| 26a.2. David Webb<br>Name<br>220 Chelsea Place Ave.<br>Street | From 4/6/15 To 3/8/19 |
| Ormond Beach FL 32174<br>City State ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|------------------|------------------|
| 26b.1. Elliott Davis, LLC<br>Name<br>200 E. Broad Street<br>Street | From _____ To present |
| Greenville SC 29601<br>City State ZIP Code | |
| 26b.2. Dixon Hughes Goodman, LP<br>Name<br>11 Brendan Way<br>Street | From _____ To _____ |
| Greenville SC 29615<br>City State ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|
| 26c.1. See attached Rider 13.26c<br>Name<br><br>Street<br><br><br>City State ZIP Code | _____<br>_____<br>_____ |

| Debtor | Oaktree Medical Centre, PC | Case number (if known) |
|---|---|---|
| | Name | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.
_____    _____
Name                                 _____
_____    _____
Street
_____
_____
City                  State    ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    See attached Rider 13.26d
_____
Name
_____
Street
_____
_____
City                  State    ZIP Code

| Name and address |
|---|

26d.2.
_____
Name
_____
Street
_____
_____
City                  State    ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.
_____
Name
_____
Street
_____
_____
City                  State    ZIP Code

| Debtor | Oaktree Medical Centre, PC | Case number (if known) |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.

Name

Street

City _____ State _____ ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Daniel A. McCollum | 435 Providence Way, Easley, SC  29642 | Owner / Shareholder | 100% |
| Aaron Kibbey | 1166 6th Ave., New York, NY  10036 | Chief Restructuring Officer | |
| Timothy Daileader | 630 Third Ave., 21st Floor, New York, NY 10017 | Independent Board Member | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael Brohm | 4221 River Bottom Drive, Norcross, GA  30092 | Chief Executive Officer | From 4/18 To 3/19 |
| David Webb | 220 Chelsea Place Ave., Ormond Bch, FL 32174 | Chief Financial Officer | From 4/15 To 3/19 |
| | | | From To |
| | | | From To |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See attached Rider 13.30 | | | |
| Name | | | |
| Street | | | |
| City _____ State _____ ZIP Code | | | |
| Relationship to debtor | | | |

| Debtor | Oaktree Medical Centre, PC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

|  | Name and address of recipient | _____   _____   _____ |
|---|---|---|
| 30.2 | | |
| | Name _____ | _____ |
| | Street _____ | _____ |
| | _____ | |
| | City _____ State ____ ZIP Code ____ | _____ |
| | **Relationship to debtor** | _____ |
| | _____ | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Oaktree Medical Centre, P.C. | EIN: _5_ _8_ – _2_ _3_ _3_ _2_ _0_ _8_ _1_ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _09_ / _18_ / _2019_
              MM  / DD / YYYY

✗ _Aaron Kibbey_                    Printed name   Aaron Kibbey
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☒ Yes

Debtor: **Oaktree Medical Centre, P.C.**              Case number (if known):

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | | Reasons for payment or transfer |
| --- | --- | --- | --- | --- | --- |
| 3.1 | ACCIDENT FUND (WORKERS COMP)-EFT<br>PO BOX 77000<br>DEPT 77125<br>DETROIT, MI 48277-0125 | 07/15/2019<br>08/12/2019 | $4,046.90<br>$3,988.48 | | OTHER INSURANCE<br>OTHER INSURANCE |
| | | | SUBTOTAL | $8,035.38 | |
| 3.2 | ACCOUNTEMPS - ROBERT HALF<br>12400 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | 07/05/2019<br>07/19/2019<br>08/26/2019 | $3,445.34<br>$6,415.06<br>$5,607.16 | | TEMP SERVICES<br>TEMP SERVICES<br>TEMP SERVICES |
| | | | SUBTOTAL | $15,467.56 | |
| 3.3 | AGILENT TECHNOLOGIES, INC.<br>4187 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | 06/21/2019<br>07/05/2019<br>07/19/2019 | $2,590.92<br>$4,016.55<br>$4,986.56 | | LAB SUPPLIES<br>LAB SUPPLIES<br>LAB SUPPLIES |
| | | | SUBTOTAL | $11,594.03 | |
| 3.4 | AMERICAN EXPRESS<br>PO BOX 650448<br>DALLAS, TX 75265-0448 | 07/12/2019<br>08/19/2019 | $29,524.40<br>$5,000.00 | | CREDIT CARD<br>CREDIT CARD |
| | | | SUBTOTAL | $34,524.40 | |
| 3.5 | ASBURY MED-SURE, LLC (ROGER YAPP)<br>1560 ASBURY AVE<br>WINNETKA, IL 60093 | 07/12/2019 | $24,813.08 | | PROFESSIONAL FEES |
| | | | SUBTOTAL | $24,813.08 | |
| 3.6 | BIOVENTUS LLC<br>PO BOX 732823<br>DALLAS, TX 75373-2823 | 06/28/2019<br>07/05/2019 | $900.00<br>$7,800.00 | | DIRECT MEDICAL<br>DIRECT MEDICAL |
| | | | SUBTOTAL | $8,700.00 | |
| 3.7 | BMC GROUP INC<br>600 FIRST AVE<br>SEATTLE, WA 98104 | 08/22/2019<br>09/12/2019 | $12,500.00<br>$2,460.00 | | PROFESSIONAL FEES<br>PROFESSIONAL FEES |
| | | | SUBTOTAL | $14,960.00 | |
| 3.8 | BOSTON SCIENTIFIC CORP<br>PO BOX 951653<br>DALLAS, TX 75395-1653 | 06/21/2019<br>06/28/2019<br>07/05/2019<br>07/12/2019<br>07/19/2019 | $3,515.15<br>$2,338.21<br>$2,786.03<br>$860.26<br>$5,090.30 | | DIRECT MEDICAL<br>DIRECT MEDICAL<br>DIRECT MEDICAL<br>DIRECT MEDICAL<br>DIRECT MEDICAL |
| | | | SUBTOTAL | $14,589.95 | |
| 3.9 | COFFEY FAMILY MEDICAL<br>281 UNDERPASS DR<br>ONEIDA, TN 37841 | 06/20/2019<br>06/28/2019<br>07/03/2019<br>07/18/2019 | $55,000.00<br>$4,190.80<br>$80,000.00<br>$30,000.00 | | INTERCOMPANY TRANSFER<br>INTERCOMPANY TRANSFER<br>INTERCOMPANY TRANSFER<br>INTERCOMPANY TRANSFER |
| | | | SUBTOTAL | $169,190.80 | |

*Prepared by BMC Group on 09/18/2019*

Debtor: **Oaktree Medical Centre, P.C.**                                              Case number (if known):

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

|  | Creditor's name and address | Dates | Total amount or value | | Reasons for payment or transfer |
|---|---|---|---|---|---|
| 3.10 | COVERYS (MALPRACTICE)<br>PO BOX 981024<br>BOSTON, MA 02298 | 06/28/2019 | | $9,164.00 | MALPRACTICE INSURANCE |
| | | | SUBTOTAL | $9,164.00 | |
| 3.11 | DYNAMIC QUEST FKA ENROUTE<br>4821 KOGER BLVD<br>GREENSBORO, NC 27407 | 07/12/2019 | | $31,177.74 | IT SERVICES |
| | | 08/16/2019 | | $32,361.60 | IT SERVICES |
| | | | SUBTOTAL | $63,539.34 | |
| 3.12 | FAGRON STERILE SERVICES (JCB)<br>8710 E 34TH ST. N<br>WICHITA, KS 67226 | 06/21/2019 | | $660.00 | DIRECT MEDICAL |
| | | 06/28/2019 | | $1,402.50 | DIRECT MEDICAL |
| | | 07/05/2019 | | $2,227.50 | DIRECT MEDICAL |
| | | 07/12/2019 | | $1,443.75 | DIRECT MEDICAL |
| | | 07/19/2019 | | $1,155.00 | DIRECT MEDICAL |
| | | | SUBTOTAL | $6,888.75 | |
| 3.13 | FIDUS INVESTMENT CORPORATION<br>AS LENDER AND COLLATERAL AGENT<br>1603 ORRINGTON #810<br>EVANSTON, IL 60201 | 09/09/2019 | | $206,000.00 | PAYMENT FOR LIEN RELEASE |
| | | 09/17/2019 | | $57,037.50 | PAYMENT FOR LIEN RELEASE |
| | | | SUBTOTAL | $263,037.50 | |
| 3.14 | FIRST CITIZENS BANK-VISA<br>PO BOX 63038<br>CHARLOTTE, NC 28263-3038 | 06/28/2019 | | $15,349.35 | CREDIT CARD |
| | | | SUBTOTAL | $15,349.35 | |
| 3.15 | GOS-GREENVILLE OFFICE SUPPLY<br>PO BOX 3358<br>GREENVILLE, SC 29602 | 06/21/2019 | | $2,615.64 | OFFICE SUPPLIES |
| | | 06/28/2019 | | $3,107.39 | OFFICE SUPPLIES |
| | | 07/05/2019 | | $2,763.65 | OFFICE SUPPLIES |
| | | 07/12/2019 | | $1,146.60 | OFFICE SUPPLIES |
| | | 07/19/2019 | | $369.30 | OFFICE SUPPLIES |
| | | | SUBTOTAL | $10,002.58 | |
| 3.16 | HENRY SCHEIN<br>PO BOX 371952<br>PITTSBURG, PA 15250-7952 | 06/21/2019 | | $3,025.73 | DIRECT MEDICAL |
| | | 06/28/2019 | | $7,624.05 | DIRECT MEDICAL |
| | | 07/05/2019 | | $9,436.41 | DIRECT MEDICAL |
| | | 07/12/2019 | | $7,633.47 | DIRECT MEDICAL |
| | | 07/19/2019 | | $7,805.17 | DIRECT MEDICAL |
| | | 07/26/2019 | | $10,297.97 | DIRECT MEDICAL |
| | | | SUBTOTAL | $45,822.80 | |
| 3.17 | HI-BLUECHOICE HEALTHPLAN<br>PO BOX 6000<br>COLUMBIA, SC 29260-6000 | 07/19/2019 | | $153,381.00 | HEALTH INSURANCE |
| | | 08/14/2019 | | $153,490.25 | HEALTH INSURANCE |
| | | | SUBTOTAL | $306,871.25 | |

*Prepared by BMC Group on 09/18/2019*

Debtor: **Oaktree Medical Centre, P.C.**                                      Case number (if known):

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|
| 3.18 | HI-LINCOLN NATIONAL LIFE INSURANCE CO.<br>PO BOX 0821<br>CAROL STREAM, IL 60132-0821 | 07/19/2019 | | $9,706.82 | OTHER INSURANCE |
| | | | SUBTOTAL | $9,706.82 | |
| 3.19 | HI-LINCOLN NATIONAL LIFE-DENTAL<br>PO BOX 0821<br>CAROL STREAM, IL 60132 | 08/02/2019 | | $9,503.42 | OTHER INSURANCE |
| | | 08/09/2019 | | $9,119.90 | OTHER INSURANCE |
| | | | SUBTOTAL | $18,623.32 | |
| 3.20 | HI-PROBENEFITS, INC. - EFT<br>PO BOX 896200<br>CHARLOTTE, NC 28289 | 06/25/2019 | | $2,983.53 | OTHER INSURANCE |
| | | 07/09/2019 | | $4,915.12 | OTHER INSURANCE |
| | | 07/23/2019 | | $8,016.89 | OTHER INSURANCE |
| | | 08/06/2019 | | $8,235.55 | OTHER INSURANCE |
| | | 08/26/2019 | | $4,590.14 | EMPLOYEE BENEFITS |
| | | | SUBTOTAL | $28,741.23 | |
| 3.21 | HI-PRUDENTIAL GROUP INSURANCE<br>PO BOX 101241<br>ATLANTA, GA 30392-1241 | 08/02/2019 | | $10,203.41 | OTHER INSURANCE |
| | | | SUBTOTAL | $10,203.41 | |
| 3.22 | HURON CONSULTING SERVICES, LLC<br>4795 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | 06/28/2019 | | $199,402.26 | PROFESSIONAL FEES |
| | | 08/09/2019 | | $234,396.57 | PROFESSIONAL FEES |
| | | 08/28/2019 | | $56,000.00 | PROFESSIONAL FEES |
| | | 09/11/2019 | | $188,000.00 | PROFESSIONAL FEES |
| | | 09/17/2019 | | $64,179.55 | PROFESSIONAL FEES |
| | | 09/18/2019 | | $148,734.00 | PROFESSIONAL FEES |
| | | | SUBTOTAL | $890,712.38 | |
| 3.23 | IMMEDION, LLC<br>PO BOX 745116<br>ATLANTA, GA 30374-5116 | 06/21/2019 | | $2,125.00 | IT SUPPORT |
| | | 07/05/2019 | | $10,800.45 | IT SUPPORT |
| | | 09/06/2019 | | $6,319.70 | IT SERVICES |
| | | | SUBTOTAL | $19,245.15 | |
| 3.24 | ION TECHNOLOGY SUPPORT INC<br>1204 COPELAND OAKS DRIVE<br>MORRISVILLE, NC 27560 | 06/28/2019 | | $6,444.00 | LAB SUPPLIES |
| | | 07/05/2019 | | $2,550.00 | LAB SUPPLIES |
| | | | SUBTOTAL | $8,994.00 | |
| 3.25 | MCGUIREWOODS LLP<br>ATTN: ACCOUNTS RECEIVABLE<br>800 E CANAL STREET<br>RICHMOND, VA 23219-3916 | 06/28/2019 | | $213,699.63 | PROFESSIONAL FEES |
| | | 08/09/2019 | | $163,808.60 | PROFESSIONAL FEES |
| | | 08/23/2019 | | $150,000.00 | PROFESSIONAL FEES |
| | | 08/28/2019 | | $50,000.00 | PROFESSIONAL FEES |
| | | 09/11/2019 | | $84,000.00 | PROFESSIONAL FEES |
| | | 09/18/2019 | | $61,620.00 | PROFESSIONAL FEES |
| | | | SUBTOTAL | $723,128.23 | |

Debtor: **Oaktree Medical Centre, P.C.**                                    Case number (if known):

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers, including expense reimbursements, to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- | --- |
| 3.26 | MCKESSON MEDICAL-SURGICAL<br>PO BOX 634404<br>CINCINNATI, OH 45263-4404 | 06/21/2019 | | $759.32 | DIRECT MEDICAL |
| | | 07/12/2019 | | $9,206.85 | DIRECT MEDICAL |
| | | 07/19/2019 | | $404.19 | DIRECT MEDICAL |
| | | | SUBTOTAL | $10,370.36 | |
| 3.27 | MEDTRONIC INC. USA<br>PO BOX 409201<br>ATLANTA, GA 30384-9201 | 06/28/2019 | | $9,561.21 | DIRECT MEDICAL |
| | | 07/19/2019 | | $455.80 | DIRECT MEDICAL |
| | | | SUBTOTAL | $10,017.01 | |
| 3.28 | RE - ROJAS LANDSCAPING, LLC (1099)<br>228 OLD CEDAR ROCK RD<br>EASLEY, SC 29640 | 06/21/2019 | | $5,160.00 | VENDOR |
| | | 07/05/2019 | | $5,365.00 | VENDOR |
| | | 07/19/2019 | | $8,222.50 | VENDOR |
| | | | SUBTOTAL | $18,747.50 | |
| 3.29 | RENT - DOUBLE DUTCH - MYRTLE BEACH<br>1801 NEW HANOVER MEDICAL PARK DRIVE<br>WILMINGTON, NC 28403 | 07/03/2019 | | $8,317.55 | RENT |
| | | | SUBTOTAL | $8,317.55 | |
| 3.30 | RENT - GREAT HERON - W COLUMBIA EFT<br>FRANK HAHNE<br>208 BARNACLE CIRCLE<br>LEXINGTON, SC 29072 | 07/03/2019 | | $7,460.00 | RENT |
| | | | SUBTOTAL | $7,460.00 | |
| 3.31 | RENT - GROVE 1005 - GROVE RD<br>GREENVILLE<br>25 AIRPARK COURT<br>GREENVILLE, SC 29607 | 07/03/2019 | | $23,450.81 | RENT - RELATED PARTY |
| | | 08/15/2019 | | $23,317.45 | RENT - RELATED PARTY |
| | | | SUBTOTAL | $46,768.26 | |
| 3.32 | RENT - HIGHLAND CENTER DRIVE-<br>COLUMBIA<br>C/O TRINITY PARTNERS MANAGEMENT - AR<br>440 S CHURCH ST, STE 800<br>CHARLOTTE, NC 28202 | 07/03/2019 | | $11,079.12 | RENT |
| | | | SUBTOTAL | $11,079.12 | |
| 3.33 | RENT - INFINITY ENTERPRISES - FLORENCE<br>C/O DR DEAN BANKS<br>9303 VENEZIA CIRCLE<br>MYRTLE BEACH, SC 29579 | 07/03/2019 | | $26,029.83 | RENT |
| | | | SUBTOTAL | $26,029.83 | |
| 3.34 | RENT - MARY BLACK HEALTH -<br>SPARTANBURG<br>SRHS-ACCOUNTING<br>ATTN: DANA HORTON<br>SPARTANBURG, SC 29303 | 07/03/2019 | | $24,048.44 | RENT |
| | | | SUBTOTAL | $24,048.44 | |

Debtor: **Oaktree Medical Centre, P.C.**                                        Case number (if known):

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers, including expense reimbursements, to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | | Reasons for payment or transfer |
|---|---|---|---|---|---|
| 3.35 | SC DEPARTMENT OF REVENUE WITHHOLDING -EFT WITHHOLDING COLUMBIA, SC 29214-0004 | 06/20/2019 | | $8,900.00 | IRS RE-PAYMENT |
| | | 07/22/2019 | | $8,900.00 | IRS RE-PAYMENT |
| | | 08/20/2019 | | $8,900.00 | IRS RE-PAYMENT |
| | | | SUBTOTAL | $26,700.00 | |
| 3.36 | SE CONSTRUCTION, LLC PO BOX 428 PIEDMONT, SC 29673 | 06/28/2019 | | $3,490.00 | REPAIRS |
| | | 07/12/2019 | | $2,100.00 | REPAIRS |
| | | 07/19/2019 | | $2,100.00 | REPAIRS |
| | | | SUBTOTAL | $7,690.00 | |
| 3.37 | SOUTH STATE BANK 200 EAST BROAD STREET, SUITE 100 GREENVILLE, SC 29601 | 07/08/2019 | | $2,181.42 | BANK FEES |
| | | 08/07/2019 | | $2,864.95 | BANK FEES |
| | | 08/30/2019 | | $15.00 | BANK FEES |
| | | 09/09/2019 | | $2,389.66 | BANK FEES |
| | | | SUBTOTAL | $7,451.03 | |
| 3.38 | TIM DAILEADER (DRIVETRAIN) EFT 257 CENTRAL PARK WEST APT 7A NEW YORK, NY 10024 | 07/12/2019 | | $45,979.53 | PROFESSIONAL FEES |
| | | | SUBTOTAL | $45,979.53 | |
| 3.39 | TRIZETTO DEPT CH 16897 PALATINE, IL 60055-6897 | 07/19/2019 | | $13,084.98 | BILLING SYSTEM |
| | | 08/02/2019 | | $14,927.79 | BILLING SYSTEM |
| | | | SUBTOTAL | $28,012.77 | |
| 3.40 | TSYS HEALTH SERVICES 12202 AIRPORT WAY SUITE 100 BROOMFIELD, CO 80021 | 06/27/2019 | | $70.00 | BILLING SYSTEM |
| | | 07/10/2019 | | $4,932.97 | BILLING SYSTEM |
| | | 07/22/2019 | | $762.31 | BILLING SYSTEM |
| | | 07/23/2019 | | $145.00 | BILLING SYSTEM |
| | | 08/02/2019 | | $197.00 | BILLING SYSTEM |
| | | 08/12/2019 | | $5,163.38 | BILLING SYSTEM |
| | | 08/15/2019 | | $60.00 | BILLING SYSTEM |
| | | 08/20/2019 | | $75.00 | BILLING SYSTEM |
| | | | SUBTOTAL | $11,405.66 | |
| 3.41 | UNITED STATES TREASURY IRS C/O INTERNAL REVENUE SERVICE KANSAS CITY, MO 64999-0202 | 06/25/2019 | | $100,000.00 | IRS RE-PAYMENT |
| | | 07/25/2019 | | $100,000.00 | IRS RE-PAYMENT |
| | | | SUBTOTAL | $200,000.00 | |

*Prepared by BMC Group on 09/18/2019*

Debtor: **Oaktree Medical Centre, P.C.**      Case number (if known):

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers, including expense reimbursements, to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.42 | UPS - 0EY445 - OMC LAB<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | 06/21/2019 | $1,124.02 | SHIPPING |
| | | 06/28/2019 | $1,257.14 | SHIPPING |
| | | 07/05/2019 | $888.54 | SHIPPING |
| | | 07/12/2019 | $1,042.42 | SHIPPING |
| | | 07/19/2019 | $1,116.08 | SHIPPING |
| | | 07/26/2019 | $922.85 | SHIPPING |
| | | 08/02/2019 | $915.07 | SHIPPING |
| | | 08/09/2019 | $868.15 | SHIPPING |
| | | 08/15/2019 | $568.70 | SHIPPING |
| | | 08/23/2019 | $465.84 | SHIPPING COSTS |
| | | **SUBTOTAL** | $9,168.81 | |
| 3.43 | US BANK EQUIPMENT FINANCE<br>1310 MADRID DT<br>MARSHALL, MN 56258 | 06/21/2019 | $5,333.75 | EQUIPMENT LEASE |
| | | 07/22/2019 | $5,333.75 | EQUIPMENT LEASE |
| | | **SUBTOTAL** | $10,667.50 | |
| 3.44 | US COMPOUNDING<br>1270 DON'S LANE<br>CONWAY, AR 72032 | 06/21/2019 | $5,250.00 | DIRECT MEDICAL |
| | | 07/05/2019 | $4,150.00 | DIRECT MEDICAL |
| | | **SUBTOTAL** | $9,400.00 | |
| 3.45 | WEST INVESTMENT HOLDINGS, LLC<br>1603 ORRINGTON #810<br>EVANSTON, IL 60201 | 09/09/2019 | $206,000.00 | PAYMENT FOR LIEN RELEASE |
| | | 09/17/2019 | $57,037.50 | PAYMENT FOR LIEN RELEASE |
| | | **SUBTOTAL** | $263,037.50 | |
| 3.46 | WILLIS OF NORTH CAROLINA, INC. EFT<br>29754 NETWORK PLACE<br>CHICAGO, IL 60673-1297 | 08/01/2019 | $179,735.00 | D&O INSURANCE |
| | | 09/17/2019 | $79,500.00 | MALPRACTICE INSURANCE |
| | | **SUBTOTAL** | $259,235.00 | |
| 3.47 | XACT DATA DISCOVERY<br>DBA XACT DATA DISCOVERY<br>5800 FOXRIDGE DR, STE 406<br>MISSION, KS 66202 | 07/12/2019 | $20,000.00 | DATA SERVICES |
| | | **SUBTOTAL** | $20,000.00 | |
| | | **TOTAL** | $3,793,491.18 | |

*Prepared by BMC Group on 09/18/2019*

Debtor: **Oaktree Medical Centre, P.C.**                                          Case number (if known):

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**4. Payments or other transfers of property made within 1 year before filing for bankruptcy**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1 | BROHM, MICHAEL | 9/28/2018 | $938.31 | 1099 PAYMENT |
| | 7203 GLEN FOREST DR | 9/28/2018 | $12,634.21 | WAGES, NET |
| | GREENVILLE, SC 29607 | 10/12/2018 | $938.31 | 1099 PAYMENT |
| | | 10/12/2018 | $12,838.97 | WAGES, NET |
| | **Relationship to debtor** | 10/26/2018 | $938.31 | 1099 PAYMENT |
| | FORMER CHIEF EXECUTIVE OFFICER | 10/26/2018 | $13,466.07 | WAGES, NET |
| | | 11/9/2018 | $938.31 | 1099 PAYMENT |
| | | 11/9/2018 | $13,462.81 | WAGES, NET |
| | | 11/23/2018 | $938.31 | 1099 PAYMENT |
| | | 11/23/2018 | $13,462.81 | WAGES, NET |
| | | 12/5/2018 | $938.31 | 1099 PAYMENT |
| | | 12/7/2018 | $12,089.90 | WAGES, NET |
| | | 12/19/2018 | $938.31 | 1099 PAYMENT |
| | | 12/21/2018 | $12,089.91 | WAGES, NET |
| | | 1/4/2019 | $938.31 | 1099 PAYMENT |
| | | 1/4/2019 | $11,060.91 | WAGES, NET |
| | | 1/16/2019 | $938.31 | 1099 PAYMENT |
| | | 1/18/2019 | $11,062.15 | WAGES, NET |
| | | 1/30/2019 | $938.31 | 1099 PAYMENT |
| | | 2/1/2019 | $11,062.15 | WAGES, NET |
| | | 2/14/2019 | $938.31 | 1099 PAYMENT |
| | | 2/15/2019 | $11,062.14 | WAGES, NET |
| | | 2/28/2019 | $938.31 | 1099 PAYMENT |
| | | 3/1/2019 | $10,237.12 | WAGES, NET |
| | | 3/29/2019 | $1,806.44 | WAGES, NET |
| | | 8/16/2019 | $1,450.00 | 1099 PAYMENT |
| | | **SUBTOTAL** | $159,045.31 | |

*Prepared by BMC Group on 09/19/2019*

Debtor: **Oaktree Medical Centre, P.C.**                                                    Case number (if known):

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.2 | COFFEY FAMILY MEDICAL | 9/27/2018 | $25,000.00 | CASH FUNDING FOR OPERATIONS |
|  | 281 UNDERPASS DR | 9/28/2018 | $15,000.00 | CASH FUNDING FOR OPERATIONS |
|  | ONEIDA, TN 37841 | 10/2/2018 | $1,004.01 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 10/9/2018 | $1,752.43 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | **Relationship to debtor** | 10/23/2018 | $25.06 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | MANAGED BY OAKTREE MEDICAL CENTRE, LLC | 10/24/2018 | $158.20 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 10/24/2018 | $150.00 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 10/24/2018 | $151.25 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 10/25/2018 | $47.39 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 10/25/2018 | $6,747.87 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 11/7/2018 | $1,752.43 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 11/12/2018 | $95.20 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 12/1/2018 | $14,116.00 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 12/7/2018 | $1,752.43 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 12/19/2018 | $29.68 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 12/19/2018 | $148.79 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 12/20/2018 | $1,354.26 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 12/23/2018 | $5,332.00 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 12/31/2018 | $47,897.00 | CASH FUNDING FOR OPERATIONS |
|  |  | 1/7/2019 | $1,752.43 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 2/4/2019 | $4,755.00 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 2/7/2019 | $1,752.43 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 2/14/2019 | $70,000.00 | CASH FUNDING OF PAYROLL |
|  |  | 2/28/2019 | $140,875.91 | CASH FUNDING OF PAYROLL |
|  |  | 3/7/2019 | $1,752.43 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 3/14/2019 | $255.58 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 3/15/2019 | $25,000.00 | CASH FUNDING FOR OPERATIONS |
|  |  | 3/28/2019 | $453.95 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 4/1/2019 | $1,950.75 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 4/8/2019 | $1,752.43 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 5/1/2019 | $1,033.05 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 5/7/2019 | $412.57 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 5/20/2019 | $433.57 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 5/20/2019 | $44.45 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 5/21/2019 | $31.27 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 5/21/2019 | $172.32 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 6/7/2019 | $6,900.00 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 6/20/2019 | $55,000.00 | CASH FUNDING FOR OPERATIONS |
|  |  | 7/3/2019 | $80,000.00 | CASH FUNDING FOR OPERATIONS |
|  |  | 7/10/2019 | $182.83 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 7/10/2019 | $155.23 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 7/10/2019 | $45.75 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 7/11/2019 | $45.00 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 7/11/2019 | $121.99 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 7/18/2019 | $30,000.00 | CASH FUNDING FOR OPERATIONS |
|  |  | 7/23/2019 | $44.20 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 7/23/2019 | $94.50 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | 7/24/2019 | $161.81 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  |  | **SUBTOTAL** | $547,693.45 |  |

Debtor: **Oaktree Medical Centre, P.C.**                                                    Case number (if known):

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**4. Payments or other transfers of property made within 1 year before filing for bankruptcy that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

|     | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|-----|---------------------------|-------|----------------------|--------------------------------|
| 4.3 | COREY SMITH | 9/28/2018 | UNKNOWN | WAGES, NET |
|     | 111 BROOK STONE DR | 10/12/2018 | UNKNOWN | WAGES, NET |
|     | EASLEY, SC 29642 | 10/26/2018 | UNKNOWN | WAGES, NET |
|     |  | 11/9/2018 | UNKNOWN | WAGES, NET |
|     | **Relationship to debtor** | 11/23/2018 | UNKNOWN | WAGES, NET |
|     | NEPHEW OF OAKTREE MEDICAL CENTRE PC OWNER | 12/7/2018 | UNKNOWN | WAGES, NET |
|     |  | 12/21/2018 | UNKNOWN | WAGES, NET |
|     |  | 1/4/2019 | UNKNOWN | WAGES, NET |
|     |  | 1/18/2019 | UNKNOWN | WAGES, NET |
|     |  | 2/1/2019 | UNKNOWN | WAGES, NET |
|     |  | 2/15/2019 | UNKNOWN | WAGES, NET |
|     |  | 3/1/2019 | UNKNOWN | WAGES, NET |
|     |  | 3/15/2019 | UNKNOWN | WAGES, NET |
|     |  | 3/29/2019 | UNKNOWN | WAGES, NET |
|     |  | 4/12/2019 | UNKNOWN | WAGES, NET |
|     |  | 4/26/2019 | UNKNOWN | WAGES, NET |
|     |  | 5/10/2019 | UNKNOWN | WAGES, NET |
|     |  | 5/24/2019 | UNKNOWN | WAGES, NET |
|     |  | 6/7/2019 | UNKNOWN | WAGES, NET |
|     |  | 6/21/2019 | UNKNOWN | WAGES, NET |
|     |  | 7/5/2019 | UNKNOWN | WAGES, NET |
|     |  | 7/19/2019 | UNKNOWN | WAGES, NET |
|     |  | 8/2/2019 | UNKNOWN | WAGES, NET |
|     |  | 8/16/2019 | UNKNOWN | WAGES, NET |
|     |  | 8/30/2019 | UNKNOWN | WAGES, NET |
|     |  | **SUBTOTAL** | UNKNOWN |  |

Debtor: **Oaktree Medical Centre, P.C.**                                         Case number (if known):

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**4. Payments or other transfers of property made within 1 year before filing for bankruptcy that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.4 | DALTON, MANDY | 9/28/2018 | UNKNOWN | WAGES, NET |
| | 247 AUDUBON ACRES DRIVE | 10/12/2018 | UNKNOWN | WAGES, NET |
| | EASLEY, SC 29642 | 10/26/2018 | UNKNOWN | WAGES, NET |
| | | 11/9/2018 | UNKNOWN | WAGES, NET |
| | **Relationship to debtor** | 11/23/2018 | UNKNOWN | WAGES, NET |
| | EX-WIFE OF OAKTREE MEDICAL CENTRE PC OWNER | 12/7/2018 | UNKNOWN | WAGES, NET |
| | | 12/21/2018 | UNKNOWN | WAGES, NET |
| | | 1/4/2019 | UNKNOWN | WAGES, NET |
| | | 1/18/2019 | UNKNOWN | WAGES, NET |
| | | 2/1/2019 | UNKNOWN | WAGES, NET |
| | | 2/15/2019 | UNKNOWN | WAGES, NET |
| | | 3/1/2019 | UNKNOWN | WAGES, NET |
| | | 3/15/2019 | UNKNOWN | WAGES, NET |
| | | 3/29/2019 | UNKNOWN | WAGES, NET |
| | | 4/12/2019 | UNKNOWN | WAGES, NET |
| | | 4/26/2019 | UNKNOWN | WAGES, NET |
| | | 5/10/2019 | UNKNOWN | WAGES, NET |
| | | 5/24/2019 | UNKNOWN | WAGES, NET |
| | | 6/7/2019 | UNKNOWN | WAGES, NET |
| | | 6/21/2019 | UNKNOWN | WAGES, NET |
| | | 7/5/2019 | UNKNOWN | WAGES, NET |
| | | 7/19/2019 | UNKNOWN | WAGES, NET |
| | | 8/2/2019 | UNKNOWN | WAGES, NET |
| | | 8/16/2019 | UNKNOWN | WAGES, NET |
| | | 8/30/2019 | UNKNOWN | WAGES, NET |
| | | **SUBTOTAL** | UNKNOWN | |

*Prepared by BMC Group on 09/19/2019*

Debtor: **Oaktree Medical Centre, P.C.**                                    Case number (if known):

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**4. Payments or other transfers of property made within 1 year before filing for bankruptcy that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.5 | DANIEL MCCOLLUM | 9/28/2018 | $13,813.80 | 1099 PAYMENT |
| | 435 PROVIDENCE DR | 9/28/2018 | $8,604.95 | WAGES, NET |
| | EASLEY, SC 29642 | 10/12/2018 | $13,813.80 | 1099 PAYMENT |
| | | 10/12/2018 | $8,604.95 | WAGES, NET |
| | **Relationship to debtor** | 10/26/2018 | $13,813.80 | 1099 PAYMENT |
| | 100% OWNERSHIP INTEREST IN DEBTOR | 10/26/2018 | $8,608.24 | WAGES, NET |
| | | 11/9/2018 | $13,813.80 | 1099 PAYMENT |
| | | 11/9/2018 | $8,604.94 | WAGES, NET |
| | | 11/23/2018 | $13,813.80 | 1099 PAYMENT |
| | | 11/23/2018 | $8,604.95 | WAGES, NET |
| | | 12/7/2018 | $13,813.80 | 1099 PAYMENT |
| | | 12/7/2018 | $8,604.95 | WAGES, NET |
| | | 12/21/2018 | $13,813.80 | 1099 PAYMENT |
| | | 12/21/2018 | $8,604.94 | WAGES, NET |
| | | 1/4/2019 | $13,813.80 | 1099 PAYMENT |
| | | 1/4/2019 | $26,751.41 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
| | | 1/4/2019 | $7,092.13 | WAGES, NET |
| | | 1/18/2019 | $5,379.38 | WAGES, NET |
| | | 1/22/2019 | $13,813.80 | 1099 PAYMENT |
| | | 2/1/2019 | $13,813.80 | 1099 PAYMENT |
| | | 2/1/2019 | $5,379.38 | WAGES, NET |
| | | 2/15/2019 | $13,813.80 | 1099 PAYMENT |
| | | 2/15/2019 | $5,379.37 | WAGES, NET |
| | | 3/1/2019 | $13,813.80 | 1099 PAYMENT |
| | | 3/1/2019 | $5,379.38 | WAGES, NET |
| | | 3/14/2019 | $13,813.80 | 1099 PAYMENT |
| | | 3/15/2019 | $5,379.37 | WAGES, NET |
| | | 3/28/2019 | $13,813.80 | 1099 PAYMENT |
| | | 3/29/2019 | $5,460.37 | WAGES, NET |
| | | 4/11/2019 | $13,813.80 | 1099 PAYMENT |
| | | 4/12/2019 | $5,379.37 | WAGES, NET |
| | | 4/26/2019 | $13,813.80 | 1099 PAYMENT |
| | | 4/26/2019 | $5,379.38 | WAGES, NET |
| | | 5/9/2019 | $13,813.80 | 1099 PAYMENT |
| | | 5/10/2019 | $5,379.38 | WAGES, NET |
| | | 5/23/2019 | $13,813.80 | 1099 PAYMENT |
| | | 5/24/2019 | $5,379.37 | WAGES, NET |
| | | 6/6/2019 | $13,813.80 | 1099 PAYMENT |
| | | 6/7/2019 | $5,379.38 | WAGES, NET |
| | | 6/20/2019 | $13,813.80 | 1099 PAYMENT |
| | | 6/21/2019 | $5,411.96 | WAGES, NET |
| | | 7/3/2019 | $13,813.80 | 1099 PAYMENT |
| | | 7/5/2019 | $5,942.65 | WAGES, NET |
| | | 7/19/2019 | $5,942.65 | WAGES, NET |
| | | 8/2/2019 | $2,678.49 | WAGES, NET |
| | | 8/16/2019 | $1,648.06 | WAGES, NET |
| | | **SUBTOTAL** | $465,049.20 | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                                    Page 5 of 10

*Prepared by BMC Group on 09/19/2019*

Debtor: **Oaktree Medical Centre, P.C.**                                                    Case number (if known):

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**4. Payments or other transfers of property made within 1 year before filing for bankruptcy that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

|     | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|-----|---|---|---|---|
| 4.6 | EXIGO | 9/27/2018 | $5,000.00 | CASH FUNDING FOR OPERATIONS |
|     | 25 AIRPARK COURT | 9/27/2018 | $1,000.00 | CASH FUNDING FOR OPERATIONS |
|     | GREENVILLE, SC 29607 | 10/10/2018 | $110,805.95 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|     |  | 12/11/2018 | $300.00 | CASH FUNDING FOR OPERATIONS |
|     | **Relationship to debtor** | 12/12/2018 | $1,000.00 | CASH FUNDING FOR OPERATIONS |
|     | 100% OWNED BY DEBTOR'S OWNER | 2/14/2019 | $8,500.00 | CASH FUNDING FOR OPERATIONS |
|     |  | 2/14/2019 | $10,000.00 | CASH FUNDING FOR OPERATIONS |
|     |  | 2/14/2019 | $10,000.00 | CASH FUNDING FOR OPERATIONS |
|     |  | 2/22/2019 | $2,000.00 | CASH FUNDING FOR OPERATIONS |
|     |  | 2/28/2019 | $8,500.00 | CASH FUNDING FOR OPERATIONS |
|     |  | 3/14/2019 | $5,000.00 | CASH FUNDING FOR OPERATIONS |
|     |  | 3/22/2019 | $13,000.00 | CASH FUNDING FOR OPERATIONS |
|     |  | 3/27/2019 | $10,000.00 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|     |  | 5/8/2019 | $550.00 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|     |  | 5/10/2019 | $5,000.00 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|     |  | 5/21/2019 | $102.21 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|     |  | 5/23/2019 | $5,000.00 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|     |  | 6/7/2019 | $5,500.00 | CASH FUNDING FOR OPERATIONS |
|     |  | 6/11/2019 | $5,000.00 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|     |  | 7/3/2019 | $3,100.00 | CASH FUNDING FOR OPERATIONS |
|     |  | 7/19/2019 | $1,000.00 | CASH FUNDING FOR OPERATIONS |
|     |  | **SUBTOTAL** | $210,358.16 |  |
|     |  |  |  |  |
| 4.7 | GRANADA NEIL (1099) - BAM | 10/12/2018 | $2,500.00 | 1099 PAYMENT |
|     | 1399 ASHLEYBROOK LANE | 11/16/2018 | $2,500.00 | 1099 PAYMENT |
|     | SUITE 100 | 12/7/2018 | $2,500.00 | 1099 PAYMENT |
|     | WINSTON SALEM, NC 27103 | 1/4/2019 | $2,500.00 | 1099 PAYMENT |
|     |  | 1/25/2019 | $2,500.00 | 1099 PAYMENT |
|     | **Relationship to debtor** | 2/14/2019 | $2,500.00 | 1099 PAYMENT |
|     | FRIENDLY SHAREHOLDER OF PMA OF NC | 3/7/2019 | $1,134.00 | 1099 PAYMENT |
|     |  | 3/14/2019 | $2,500.00 | 1099 PAYMENT |
|     |  | 4/15/2019 | $2,500.00 | 1099 PAYMENT |
|     |  | 5/15/2019 | $2,500.00 | 1099 PAYMENT |
|     |  | 6/14/2019 | $2,500.00 | 1099 PAYMENT |
|     |  | 7/15/2019 | $2,500.00 | 1099 PAYMENT |
|     |  | 8/15/2019 | $2,500.00 | 1099 PAYMENT |
|     |  | **SUBTOTAL** | $31,134.00 |  |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                          Page 6 of 10

*Prepared by BMC Group on 09/19/2019*

Debtor: **Oaktree Medical Centre, P.C.**　　　　　　　　　　Case number (if known):

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 4. Payments or other transfers of property made within 1 year before filing for bankruptcy

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.8 | JOSEPH O`QUINN<br>12 KETTERING COURT<br>EASLEY, SC 29642 | 9/28/2018 | $6,633.49 | WAGES, NET |
|  |  | 10/12/2018 | $6,634.49 | WAGES, NET |
|  |  | 10/26/2018 | $6,635.49 | WAGES, NET |
|  | **Relationship to debtor** | 11/9/2018 | $6,636.49 | WAGES, NET |
|  | 100% OWNER OF FIRST CHOICE HEALTHCARE | 11/23/2018 | $6,637.49 | WAGES, NET |
|  |  | 12/7/2018 | $6,638.49 | WAGES, NET |
|  |  | 12/21/2018 | $6,639.49 | WAGES, NET |
|  |  | 1/4/2019 | $6,640.49 | WAGES, NET |
|  |  | 1/18/2019 | $6,641.49 | WAGES, NET |
|  |  | 2/1/2019 | $6,642.49 | WAGES, NET |
|  |  | 2/15/2019 | $6,643.49 | WAGES, NET |
|  |  | 3/1/2019 | $6,644.49 | WAGES, NET |
|  |  | 3/15/2019 | $6,645.49 | WAGES, NET |
|  |  | 3/29/2019 | $6,646.49 | WAGES, NET |
|  |  | 4/12/2019 | $6,647.49 | WAGES, NET |
|  |  | 4/26/2019 | $6,648.49 | WAGES, NET |
|  |  | 5/10/2019 | $6,649.49 | WAGES, NET |
|  |  | 5/24/2019 | $6,650.49 | WAGES, NET |
|  |  | 6/7/2019 | $6,651.49 | WAGES, NET |
|  |  | 6/21/2019 | $6,652.49 | WAGES, NET |
|  |  | 7/5/2019 | $6,653.49 | WAGES, NET |
|  |  | 7/19/2019 | $6,654.49 | WAGES, NET |
|  |  | 8/2/2019 | $6,655.49 | WAGES, NET |
|  |  | 8/16/2019 | $6,656.49 | WAGES, NET |
|  |  | 8/30/2019 | $6,657.49 | WAGES, NET |
|  |  | **SUBTOTAL** | $166,137.25 |  |

*Prepared by BMC Group on 09/19/2019*

Debtor: **Oaktree Medical Centre, P.C.**                                         Case number (if known):

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.9 | JOSEPH O`QUINN/JWO ENTE (1099) BAM | 9/28/2018 | $3,846.15 | 1099 PAYMENT |
| | JWO ENTERPRISE, LLC | 10/12/2018 | $3,846.15 | 1099 PAYMENT |
| | 12 KETTERING CT | 10/26/2018 | $11,846.15 | 1099 PAYMENT |
| | EASLEY, SC 29642 | 11/9/2018 | $3,846.15 | 1099 PAYMENT |
| | **Relationship to debtor** | 11/23/2018 | $3,846.15 | 1099 PAYMENT |
| | 100% OWNER OF FIRST CHOICE HEALTHCARE | 12/5/2018 | $3,846.15 | 1099 PAYMENT |
| | | 12/19/2018 | $3,846.15 | 1099 PAYMENT |
| | | 1/4/2019 | $3,846.15 | 1099 PAYMENT |
| | | 1/16/2019 | $3,846.15 | 1099 PAYMENT |
| | | 1/30/2019 | $3,846.15 | 1099 PAYMENT |
| | | 2/14/2019 | $3,846.15 | 1099 PAYMENT |
| | | 2/28/2019 | $3,846.15 | 1099 PAYMENT |
| | | 3/14/2019 | $3,846.15 | 1099 PAYMENT |
| | | 3/28/2019 | $3,846.15 | 1099 PAYMENT |
| | | 4/11/2019 | $3,846.15 | 1099 PAYMENT |
| | | 4/26/2019 | $3,846.15 | 1099 PAYMENT |
| | | 5/10/2019 | $3,846.15 | 1099 PAYMENT |
| | | 5/23/2019 | $3,846.15 | 1099 PAYMENT |
| | | 6/6/2019 | $3,846.15 | 1099 PAYMENT |
| | | 6/20/2019 | $3,846.15 | 1099 PAYMENT |
| | | 6/28/2019 | $600.00 | 1099 PAYMENT |
| | | 7/3/2019 | $3,846.15 | 1099 PAYMENT |
| | | 7/18/2019 | $3,846.15 | 1099 PAYMENT |
| | | 7/26/2019 | $155.00 | 1099 PAYMENT |
| | | 8/1/2019 | $3,846.15 | 1099 PAYMENT |
| | | 8/15/2019 | $3,846.15 | 1099 PAYMENT |
| | | 8/29/2019 | $3,846.15 | 1099 PAYMENT |
| | | 9/17/2019 | $12,980.77 | 1099 PAYMENT |
| | | **SUBTOTAL** | $117,889.52 | |

Debtor: **Oaktree Medical Centre, P.C.**                                Case number (if known):

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| 4.10 | MCCOLLUM, JAMES<br>409 HAVERHILL CIRCLE<br>EASLEY, SC 29642 | 9/21/2018 | $557.15 | 1099 PAYMENT |
| | | 10/5/2018 | $1,606.13 | 1099 PAYMENT |
| | | 10/19/2018 | $401.28 | 1099 PAYMENT |
| | **Relationship to debtor** | 11/2/2018 | $654.18 | 1099 PAYMENT |
| | RELATIVE OF OWNER | 11/16/2018 | $351.50 | 1099 PAYMENT |
| | | 11/30/2018 | $363.50 | 1099 PAYMENT |
| | | 12/14/2018 | $391.22 | 1099 PAYMENT |
| | | 12/28/2018 | $1,622.08 | 1099 PAYMENT |
| | | 1/11/2019 | $298.52 | 1099 PAYMENT |
| | | 1/25/2019 | $687.86 | 1099 PAYMENT |
| | | 2/8/2019 | $900.68 | 1099 PAYMENT |
| | | 2/22/2019 | $1,538.84 | 1099 PAYMENT |
| | | 3/8/2019 | $441.37 | 1099 PAYMENT |
| | | 3/22/2019 | $309.49 | 1099 PAYMENT |
| | | 4/5/2019 | $500.94 | 1099 PAYMENT |
| | | 4/19/2019 | $346.39 | 1099 PAYMENT |
| | | 5/3/2019 | $852.50 | 1099 PAYMENT |
| | | 5/17/2019 | $431.03 | 1099 PAYMENT |
| | | 5/31/2019 | $355.36 | 1099 PAYMENT |
| | | 6/14/2019 | $502.33 | 1099 PAYMENT |
| | | 6/28/2019 | $595.42 | 1099 PAYMENT |
| | | 7/5/2019 | $525.00 | 1099 PAYMENT |
| | | 7/12/2019 | $435.12 | 1099 PAYMENT |
| | | 7/19/2019 | $775.00 | 1099 PAYMENT |
| | | 7/26/2019 | $451.47 | 1099 PAYMENT |
| | | 8/26/2019 | $2,319.08 | 1099 PAYMENT |
| | | **SUBTOTAL** | $18,213.44 | |
| 4.11 | PROCARE FLIGHT, LLC<br>25 AIRPARK CT<br>GREENVILLE, SC 29607 | 1/4/2019 | $26,751.41 | REIMBURSEMENT FOR TRAVEL |
| | | **SUBTOTAL** | $26,751.41 | |
| | **Relationship to debtor** | | | |
| | 100% OWNED BY DEBTOR'S OWNER | | | |
| 4.12 | RENT - GROVE 1005 - GROVE RD<br>GREENVILLE<br>25 AIRPARK COURT<br>GREENVILLE, SC 29607 | 9/28/2018 | $35,053.00 | RENT PAYMENT |
| | | 11/5/2018 | $35,053.00 | RENT PAYMENT |
| | | 11/30/2018 | $22,100.00 | RENT PAYMENT |
| | | 12/28/2018 | $22,000.00 | RENT PAYMENT |
| | **Relationship to debtor** | 2/1/2019 | $22,100.00 | RENT PAYMENT |
| | 100% OWNED BY DEBTOR'S OWNER | 3/4/2019 | $21,000.00 | RENT PAYMENT |
| | | 3/14/2019 | $938.31 | 1099 PAYMENT |
| | | 3/29/2019 | $23,412.12 | RENT PAYMENT |
| | | 5/3/2019 | $21,924.82 | RENT PAYMENT |
| | | 5/31/2019 | $21,929.38 | RENT PAYMENT |
| | | 7/3/2019 | $23,450.81 | RENT PAYMENT |
| | | 8/15/2019 | $23,317.45 | RENT PAYMENT |
| | | **SUBTOTAL** | $272,278.89 | |

*Prepared by BMC Group on 09/19/2019*

Debtor: **Oaktree Medical Centre, P.C.**                                    Case number (if known):

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**4. Payments or other transfers of property made within 1 year before filing that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.13 | TIM DAILEADER (DRIVETRAIN) EFT<br>257 CENTRAL PARK WEST APT 7A<br>NEW YORK, NY 10024 | 10/19/2018 | $23,024.32 | INDEPENDENT BOARD MEMBER FEES |
| | | 3/12/2019 | $50,424.66 | INDEPENDENT BOARD MEMBER FEES |
| | | 5/3/2019 | $46,176.19 | INDEPENDENT BOARD MEMBER FEES |
| | **Relationship to debtor** | 7/12/2019 | $45,979.53 | INDEPENDENT BOARD MEMBER FEES |
| | BOARD MEMBER OF DEBTOR | **SUBTOTAL** | $165,604.70 | |
| 4.14 | WEBB, DAVID<br>220 CHELSEA PLACE AVE<br>ORMOND, FL 32174 | 9/28/2018 | $5,662.10 | WAGES, NET |
| | | 10/12/2018 | $5,662.10 | WAGES, NET |
| | | 10/26/2018 | $5,664.91 | WAGES, NET |
| | **Relationship to debtor** | 11/9/2018 | $5,662.11 | WAGES, NET |
| | FORMER CHIEF FINANCIAL OFFICER | 11/23/2018 | $5,662.10 | WAGES, NET |
| | | 12/7/2018 | $5,659.50 | WAGES, NET |
| | | 12/21/2018 | $5,833.60 | WAGES, NET |
| | | 1/4/2019 | $5,063.57 | WAGES, NET |
| | | 1/18/2019 | $5,064.82 | WAGES, NET |
| | | 2/1/2019 | $5,064.82 | WAGES, NET |
| | | 2/15/2019 | $5,064.82 | WAGES, NET |
| | | 3/1/2019 | $5,064.82 | WAGES, NET |
| | | **SUBTOTAL** | $65,129.27 | |
| 4.15 | WEBB, KIMBERLY<br>220 CHELSEA PLACE AVE<br>APT A<br>ORMOND, FL 32174 | 9/28/2018 | UNKNOWN | WAGES, NET |
| | | 10/12/2018 | UNKNOWN | WAGES, NET |
| | | 10/26/2018 | UNKNOWN | WAGES, NET |
| | | 11/9/2018 | UNKNOWN | WAGES, NET |
| | **Relationship to debtor** | 11/23/2018 | UNKNOWN | WAGES, NET |
| | SPOUSE OF FORMER CHIEF FINANCIAL OFFICER | 12/7/2018 | UNKNOWN | WAGES, NET |
| | | 12/21/2018 | UNKNOWN | WAGES, NET |
| | | 1/4/2019 | UNKNOWN | WAGES, NET |
| | | 1/18/2019 | UNKNOWN | WAGES, NET |
| | | 2/1/2019 | UNKNOWN | WAGES, NET |
| | | 2/15/2019 | UNKNOWN | WAGES, NET |
| | | 3/1/2019 | UNKNOWN | WAGES, NET |
| | | 3/15/2019 | UNKNOWN | WAGES, NET |
| | | 3/29/2019 | UNKNOWN | WAGES, NET |
| | | 4/12/2019 | UNKNOWN | WAGES, NET |
| | | 4/26/2019 | UNKNOWN | WAGES, NET |
| | | 5/10/2019 | UNKNOWN | WAGES, NET |
| | | 5/24/2019 | UNKNOWN | WAGES, NET |
| | | 6/7/2019 | UNKNOWN | WAGES, NET |
| | | 6/21/2019 | UNKNOWN | WAGES, NET |
| | | **SUBTOTAL** | UNKNOWN | |

**TOTAL**   $2,245,284.60  PLUS UNKNOWN

*Prepared by BMC Group on 09/19/2019*

Oaktree Medical Centre, P.C.    Case Number:

| Part 3: | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** |
| | Legal Actions of Assignments |

7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits within 1 year before filing this case

| | CASE TITLE | CASE NUMBER | NATURE OF CASE | COURT OR AGENCY'S NAME AND ADDRESS | STATUS |
|---|---|---|---|---|---|
| 7.1 | Georgetown Physician Services v. FCHC, Dr. Snoderly | CA No. 2017-CP-26-03112 | Lawsuit from provider's former employer | 15th Judicial Circuit - Horry County, SC 1301 2nd Ave., Conway, SC  29626 | Active - Discovery |
| 7.2 | Leche v. EmergencyMD (v. PMA) | CA No. 2018-CP-23-01439 | PMA became third-party defendant to provider's lawsuit against former employer. | 13th Judicial Circuit - Greenville County, SC 305 E North St. #325, Greenville, SC  29601 | Active - Discovery |
| 7.3 | Cassidy v. OMC, Dr. Morris Solis | CA No. 2018-CP-21-2365 | Medical malpractice lawsuit against Dr. Morris Solis and Oaktree re: patient overdose death | 12th Judicial Circuit - Florence County, SC 180 N Irby St #11 Florence, SC  29501 | Active - Discovery |
| 7.4 | Elleithee v. Oaktree, Dr. Morris Solis | CA No. 2018-CP-32-03126 | Medical malpractice lawsuit against Dr. Morris Solis and Oaktree | Lexington County, SC 205 E Main St Suite 309, Lexington, SC | Active - Discovery |
| 7.5 | Norma Lee Wilson v. Colton Lowe, Advanced Spine and Pain, PC, et al. | 2019-CV-9264 | Sexual assault claims lawsuit against former Coffey physician assistant Colton Lowe, Bruce Coffey, and CFMC/Advanced Spine and Pain | Scott County Circuit Court - TN 575 Scott High Dr #B, Huntsville, TN  37756 | Active - Discovery |
| 7.6 | Donna Rauch v. OMC, McCollum, and Webb | CA No. 2019-CP-23-02961 | Lawsuit from former employee alleging breach of settlement agreement from prior lawsuit | 13th Judicial Circuit - Greenville County, SC 305 E North St. #325, Greenville, SC  29601 | Active - Discovery |
| 7.7 | Imaging Solutions | CA No. 2017-CP-23-07952 | Judgment against Oaktree PC for $150K in North Dakota for breach of contract with leasing company | 13th Judicial Circuit - Greenville County, SC 305 E North St. #325, Greenville, SC  29601 | Judgment |
| 7.8 | Karen Mathewson v. OMC | EEOC #: 14C-2017-00802 and SHAC # 2-17-307D, A, RET | Age discrimination complaint from former employee | EEOC; DOL | Settled |
| 7.9 | Sapp v. FCHC, Carol Ann Berry | CA No. 2018-CP-21-862 | Medical malpractice lawsuit against Carol Ann Berry (mid-level provider in Florence) and FirstChoice | 12th Judicial Circuit - Florence County, SC 180 N Irby St #11 Florence, SC  29501 | Settled |
| 7.10 | Stephanie Webb v. OMC | CA No. 2018-CP-32-0___; Case No.: 3:18-cv-00924-JMC-SVH | Discrimination complaint from former employee (Dr. Webb) for pregnancy and sex discrimination | 11th Judicial Circuit - Lexington County, SC; US District Court for the District of South Carolina | Settled |
| 7.11 | In re: SC Opioid Litigation | CA No. 2018-CP-23-01294 | Lawsuit on behalf of county governments against dozens of pharmacies, practices, providers, etc., including CVS, Walgreens, Walmart, etc. | 13th Judicial Circuit - Greenville County, SC 305 E North St. #325, Greenville, SC  29601 | Active - Pleadings |
| 7.12 | Forgione Patient Complaint | N/A | Dr. Forgione received a letter from a patient's attorney, demanding that patient be released from the practice and demanding that Forgione cease harassing the patient. | N/A | Active - Awaiting response from OC |
| 7.13 | Dixon Board Complaint | 2019-247 | Patient complaint to the SC DLLR accusing Dr. Dixon of neglect/abandonment | South Carolina Department of Labor, Licensing and Regulation 110 Centerview Dr, Columbia, SC  29210 | Active - Pending review by OIE |
| 7.14 | US v. United Allergy Services, et al. | CA No. 1:14-cv-01486.LMM | Whistleblower suit from former employee of United Allergy Services, with whom OMC did business. Suit alleges False Claims Act violations. | US District Court for the Northern District of Georgia 75 Ted Turner Dr NW, Suite 2211, Atlanta, GA  30303 | Active - Pleadings |
| 7.15 | US v. OMC PC, et al. | CA No. 6:15-cv-01589-DCC-K | Consolidated whistleblower actions re False Claims Act | US District Court for the District of South Carolina 300 E Washington St #304, Greenville, SC  29601 | Active - Pleadings |
| 7.16 | City of Charleston v. Purdue Pharma LO., et al | CA No. 2019-CP-10-4294 | RE: South Carolina Opioid Litigation | South Carolina Court of Common Pleas Ninth Circuit District 100 Broad St Charleston, SC  29401 | Active - Pending |
| 7.17 | Coffey v. Coffey Family Medical et al. | 11,023 | Alledged breach of lease agreement with Dr. Coffey | Scott Country Chancer Court 575 Scott High Dr. Huntsville, TN  37756 | Active - Pleadings |

Case 19-31286   Doc 1   Filed 09/19/19   Entered 09/19/19 17:13:33   Desc Main
Document      Page 186 of 384

**Oaktree Medical Centre, P.C.**                                                                                      **Case Number:**

| Part 3: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---|---|
| | Legal Actions of Assignments |

7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits within 1 year before filing this case

| | CASE TITLE | CASE NUMBER | NATURE OF CASE | COURT OR AGENCY'S NAME AND ADDRESS | STATUS |
|---|---|---|---|---|---|
| 7.18 | Coffey v. Coffey Family Medical et al. | 11,022 | Alledged breach of employment agreement with Dr. Coffey | Scott Country Chancer Court 575 Scott High Dr. Huntsville, TN  37756 | Active - Pleadings |

**Oaktree Medical Centre, P.C.**                                    **Case Number:**

| Part 6: | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** |
|---------|--------------------|

Certain Payments or Transfers

11. Payments related to bankruptcy within 1 year prior to filing.

| | Name | Address | Email or website | Who made payment, if not debtor? | If not money describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|---|---|---|
| 11.1 | BMC Group, Inc | 600 First Avenue Seattle, WA  98104 | | | | 8/22/2019 | $12,500.00 |
| 11.2 | BMC Group, Inc | 600 First Avenue Seattle, WA  98104 | | | | 9/12/2019 | $2,460.00 |
| 11.3 | Huron Consulting | 4795 Paysphere Circle Chicago, IL  60674 | | | | 09/30/2018 | $300,000.00 |
| 11.4 | Huron Consulting | 4795 Paysphere Circle Chicago, IL  60674 | | | | 10/25/2018 | $50,000.00 |
| 11.5 | Huron Consulting | 4795 Paysphere Circle Chicago, IL  60674 | | | | 11/01/2018 | $75,000.00 |
| 11.6 | Huron Consulting | 4795 Paysphere Circle Chicago, IL  60674 | | | | 11/08/2018 | $20,515.84 |
| 11.7 | Huron Consulting | 4795 Paysphere Circle Chicago, IL  60674 | | | | 12/31/2018 | $319,026.00 |
| 11.8 | Huron Consulting | 4795 Paysphere Circle Chicago, IL  60674 | | | | 03/11/2019 | $983,361.25 |
| 11.9 | Huron Consulting | 4795 Paysphere Circle Chicago, IL  60674 | | | | 05/02/2019 | $200,253.66 |
| 11.10 | Huron Consulting | 4795 Paysphere Circle Chicago, IL  60674 | | | | 06/07/2019 | $98,624.01 |
| 11.11 | Huron Consulting | 4795 Paysphere Circle Chicago, IL  60674 | | | | 06/14/2019 | $98,624.01 |
| 11.12 | Huron Consulting | 4795 Paysphere Circle Chicago, IL  60674 | | | | 06/28/2019 | $199,402.26 |
| 11.13 | Huron Consulting | 4795 Paysphere Circle Chicago, IL  60674 | | | | 08/09/2019 | $46,991.94 |
| 11.14 | Huron Consulting | 4795 Paysphere Circle Chicago, IL  60674 | | | | 08/09/2019 | $187,404.63 |
| 11.15 | Huron Consulting | 4795 Paysphere Circle Chicago, IL  60674 | | | | 08/28/2019 | $56,000.00 |
| 11.16 | Huron Consulting | 4795 Paysphere Circle Chicago, IL  60674 | | | | 09/11/2019 | $188,000.00 |
| 11.17 | Huron Consulting | 4795 Paysphere Circle Chicago, IL  60674 | | | | 09/17/2019 | $22,000.00 |
| 11.18 | Huron Consulting | 4795 Paysphere Circle Chicago, IL  60674 | | | | 09/18/2019 | $148,734.00 |
| 11.19 | McGuireWoods LLP | Attn: Accounts Receivable 800 E. Canal Street Richmond, VA  23219-3916 | | | | 09/21/2018 | $83,234.26 |
| 11.20 | McGuireWoods LLP | Attn: Accounts Receivable 800 E. Canal Street Richmond, VA  23219-3916 | | | | 10/19/2018 | $24,866.62 |

NOTE: The payments made by Goodrich Petroleum Company, L.L.C. were on behalf of itself and related companies in
contemplation of and connection with the pending bankruptcy cases filed herein.

**Oaktree Medical Centre, P.C.**                                                                  Case Number:

| Part 6: | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** |
|---|---|
| | Certain Payments or Transfers |

11.  Payments related to bankruptcy within 1 year prior to filing.

| | Name | Address | Email or website | Who made payment, if not debtor? | If not money describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|---|---|---|
| 11.21 | McGuireWoods LLP | Attn: Accounts Receivable 800 E. Canal Street Richmond, VA  23219-3916 | | | | 12/31/2018 | $60,000.00 |
| 11.22 | McGuireWoods LLP | Attn: Accounts Receivable 800 E. Canal Street Richmond, VA  23219-3916 | | | | 03/12/2019 | $173,065.78 |
| 11.23 | McGuireWoods LLP | Attn: Accounts Receivable 800 E. Canal Street Richmond, VA  23219-3916 | | | | 05/02/2019 | $236,252.63 |
| 11.24 | McGuireWoods LLP | Attn: Accounts Receivable 800 E. Canal Street Richmond, VA  23219-3916 | | | | 06/07/2019 | $57,422.00 |
| 11.25 | McGuireWoods LLP | Attn: Accounts Receivable 800 E. Canal Street Richmond, VA  23219-3916 | | | | 06/14/2019 | $57,422.00 |
| 11.26 | McGuireWoods LLP | Attn: Accounts Receivable 800 E. Canal Street Richmond, VA  23219-3916 | | | | 06/28/2019 | $213,699.63 |
| 11.27 | McGuireWoods LLP | Attn: Accounts Receivable 800 E. Canal Street Richmond, VA  23219-3916 | | | | 08/09/2019 | $163,808.60 |
| 11.28 | McGuireWoods LLP | Attn: Accounts Receivable 800 E. Canal Street Richmond, VA  23219-3916 | | | | 08/23/2019 | $150,000.00 |
| 11.29 | McGuireWoods LLP | Attn: Accounts Receivable 800 E. Canal Street Richmond, VA  23219-3916 | | | | 08/28/2019 | $50,000.00 |
| 11.30 | McGuireWoods LLP | Attn: Accounts Receivable 800 E. Canal Street Richmond, VA  23219-3916 | | | | 09/11/2019 | $84,000.00 |
| 11.31 | McGuireWoods LLP | Attn: Accounts Receivable 800 E. Canal Street Richmond, VA  23219-3916 | | | | 09/18/2019 | $61,620.00 |

NOTE: The payments made by Goodrich Petroleum Company, L.L.C. were on behalf of itself and related companies in contemplation of and connection with the pending bankruptcy cases filed herein.

**Oaktree Medical Centre, P.C.**                                                                        Case Number:

| Part 6: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---|---|
| | Certain Payments or Transfers |

13. Transfers not already listed on this statement

| | Recipient of Transfer Name and address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | Elite Diagnostics<br>9731 - J Southern Pine Blvd.<br>Charlotte, NC  28273 | Sale of FirstChoice Lab Equipment | 8/23/2019 | $125,000.00 |
| 13.2 | Clarity<br>3312 N. Oak St. Ext. Ste. B3<br>Valdosta, CA  31605 | Sale of Other Lab Equipment (POL) | 8/28/2019 | $24,000.00 |
| 13.3 | Georgia MedPro LLC<br>125 Talmadge Dr SE<br>Moultrie, GA  31768 | Sale of West Columbia Equipment | 8/29/2019 | $27,000.00 |
| 13.4 | Multi Specialty Billing LLC<br>247 Audubon Acres Dr<br>Easley, SC  29642<br>(Former Employee's Business) | Sale of Easley Storage Units | 9/16/2019 | $1,000.00 |
| 13.5 | Total Medical Equipment Sales and Service<br>1525 Morrison Parkway<br>Alpharetta, GA  30009 | Sale of Easley Clinic Equipment | 9/6/2019 & 9/10/2019 | $26,000.00 |
| 13.6 | Total Medical Equipment Sales and Service<br>1525 Morrison Parkway<br>Alpharetta, GA  30009 | Sale of Easley X-Ray | 9/10/2019 | $5,000.00 |
| 13.7 | Multi Specialty Billing LLC<br>247 Audubon Acres Dr<br>Easley, SC  29642<br>(Former Employee's Business) | Sale of Easley Furniture | 9/11/2019 | $7,000.00 |
| 13.8 | Total Medical Equipment Sales and Service<br>1525 Morrison Parkway<br>Alpharetta, GA  30009 | Sale of Grove Road Clinic Equipment | 9/6/2019 & 9/10/2019 | $45,000.00 |
| 13.9 | Multi Specialty Billing LLC<br>247 Audubon Acres Dr<br>Easley, SC  29642<br>(Former Employee's Business) | Sale of Grove Furniture | 9/11/2019 | $5,000.00 |
| 13.10 | Superior Pain Management<br>108 Montgomery Drive<br>Anderson, SC  29621<br>(Former Employee's business) | Sale of Anderson Clinic Equipment | 8/28/2019 | $35,500.00 |
| 13.11 | Georgia MedPro LLC<br>125 Talmadge Dr SE<br>Moultrie, GA  31768 | Sale of NE Columbia Equipment | 9/5/2019 & 9/10/2019 | $21,500.00 |
| 13.12 | Dr. Jeffrey Farricielli MD<br>3912 Ashton Shore Lane<br>Mount Pleasant, SC  29466 | Sale of Florence Clinic Equipment | 8/29/2019 | $22,500.00 |
| 13.13 | Georgia MedPro LLC<br>125 Talmadge Dr SE<br>Moultrie, GA  31768 | Sale of Sumter Clinic Equipment | 9/10/2019 | $25,000.00 |
| 13.14 | L5+S1 Med Holdings | Sale of Sumter Clinic | 9/5/2019 | $11,500.00 |

**Oaktree Medical Centre, P.C.**                                                              **Case Number:**

| Part 6: | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** |
|---|---|
| | Certain Payments or Transfers |

13.  Transfers not already listed on this statement

| | Recipient of Transfer<br>Name and address | Description of property transferred<br>or payments received or debts paid<br>in exchange | Date transfer was<br>made | Total amount or<br>value |
|---|---|---|---|---|
| 13.15 | Georgia MedPro LLC<br>125 Talmadge Dr SE<br>Moultrie, GA  31768 | Sale of Myrtle Beach Clinic<br>Equipment | 9/5/2019 & 9/10/2019 | $28,000.00 |
| 13.16 | Total Medical Equipment Sales and<br>Service<br>1525 Morrison Parkway<br>Alpharetta, GA  30009 | Sale of Spartanburg X-Ray | 9/10/2019 | $12,000.00 |
| 13.17 | Georgia MedPro LLC<br>125 Talmadge Dr SE<br>Moultrie, GA  31768 | Sale of Spartanburg Clinic Equipment | 9/16/2019 | $7,500.00 |
| 13.18 | Multi Specialty Billing LLC<br>247 Audubon Acres Dr<br>Easley, SC  29642<br>(Former Employee's Business) | Sale of Spartanburg Clinic Furniture | 9/11/2019 | $5,000.00 |
| 13.19 | Computers on Main<br>641 N Main St<br>Greenville, SC  29609 | Sale of IT Assets - Workstations +<br>Monitors | 9/9/2019 | $16,000.00 |
| 13.20 | Dawn Richards<br>126 Morning Lake Drive<br>Moore, SC  29369 | Sale of 2013 Lexus ES | 8/29/2019 | $6,800.00 |
| 13.21 | Superior Pain Management<br>108 Montgomery Drive<br>Anderson, SC  29621<br>(Former Employee's business) | Sale of Ultrasound Machine | 9/11/2019 | $2,500.00 |
| 13.22 | Toyota of Easley<br>5643 Calhoun Memorial Hwy<br>Easley, SC  29642 | Sale of Toyota - 2008 Matrix | 9/9/2019 | $2,000.00 |

**Oaktree Medical Centre, P.C.**                                        Case Number:

| Part 7: | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** |
|---------|------------------------------------------------------------------------------|
|         | Previous Locations                                                           |

14. Previous addresses

|        |                                         |                |              |       |     | Dates of Occupancy | |
|--------|-----------------------------------------|----------------|--------------|-------|-----|--------------------|-----------|
|        | Address 1                               | Address 2      | City         | State | Zip | From               | To        |
| 14.1   | 25 Airpark Court                        | Greenville     | SC           | 29607 |     | 1/1/2016           | 8/30/2019 |
| 14.2   | 777 Lowery Road, Building 2, Suite 102  | Greenville     | SC           | 29607 |     | 1/1/2016           | 8/30/2019 |
| 14.3   | 1005 Grove Road                         | Greenville     | SC           | 29605 |     | 1/1/2016           | 8/30/2019 |
| 14.4   | 108 Montgomery Drive                    | Anderson       | SC           | 29621 |     | 1/1/2016           | 8/30/2019 |
| 14.5   | 115 Brushy Creek Road                   | Easley         | SC           | 29642 |     | 1/1/2016           | 8/30/2019 |
| 14.6   | 1650 Skylyn Drive, Suite 210            | Spartanburg    | SC           | 29307 |     | 1/1/2016           | 9/30/2016 |
| 14.7   | 120 Highland Center Park, Suite 105     | (NE) Columbia  | SC           | 29223 |     | 1/1/2016           | 8/30/2019 |
| 14.8   | 1920 2nd Loop Road                      | Florence       | SC           | 29501 |     | 1/1/2016           | 8/30/2019 |
| 14.9   | 4600 Oleander Drive, Suite. 1           | Myrtle Beach   | SC           | 29577 |     | 1/1/2016           | 8/30/2019 |
| 14.10  | 10 Miller Road                          | Sumter         | SC           | 29150 |     | 1/1/2016           | 8/30/2019 |
| 14.11  | 2561 Hendersonville Road                | Arden          | NC           | 28704 |     | 1/1/2016           | 8/30/2019 |
| 14.12  | 49 Galloway Street                      | Waynesville    | NC           | 28786 |     | 4/21/2016          | 7/1/2019  |
| 14.13  | 3410 Sunset Boulevard                   | West Columbia  | SC           | 29169 |     | 1/1/2016           | 8/30/2019 |
| 14.14  | 2270 Ashley Crossing Drive              | Charleston     | SC           | 29407 |     | 1/1/2016           | 3/10/2017 |

Oaktree Medical Centre, P.C.                                                    Case Number:

| Part 8: | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** |
|---------|-----------------------------------------------------------------------------|
|         | Health Care Bankruptcies |

15.  Health Care Bankruptcies

| | Facility Name and Address | Nature of the Business | Number of patients in Debtor's care | Location where records are maintained | Electronic and/or Paper Record Storage |
|---|---|---|---|---|---|
| 15.1 | Pain Management Associates - Greenville<br>1005 Grove Road<br>Greenville, SC  29605 | Medical diagnosis, treatment, and medication management | 4,365 | Electronic and Offsite Storage with Shred America LLC | Both |
| 15.2 | Pain Management Associates - Anderson<br>108 Montgomery Drive<br>Anderson SC  29621 | Medical diagnosis, treatment, and medication management | 2,479 | Electronic and Offsite Storage with Shred America LLC | Both |
| 15.3 | Pain Management Associates - Easley<br>115 Brushy Creek Road<br>Easley, SC  29642 | Medical diagnosis, treatment, and medication management | 5,214 | Electronic and Offsite Storage with Shred America LLC | Both |
| 15.4 | Pain Management Associates - Spartanburg<br>1650 Skylyn Drive, Suite 210<br>Spartanburg, SC  29307 | Medical diagnosis, treatment, and medication management | 3,642 | Electronic and Offsite Storage with Shred America LLC | Both |
| 15.5 | The Pain Center - Northeast Columbia<br>120 Highland Center Park<br>Suite 105<br>Columbia SC  29223 | Medical diagnosis, treatment, and medication management | 2,194 | Electronic and Offsite Storage with Shred America LLC | Both |
| 15.6 | The Pain Center at FirstChoice Healthcare - Florence<br>1920 2nd Loop Road<br>Florence, SC  29501 | Medical diagnosis, treatment, and medication management | 3,235 | Electronic and Offsite Storage with Shred America LLC | Both |
| 15.7 | The Pain Center at FirstChoice Healthcare - Myrtle Beach<br>4600 Oleander Drive<br>Suite 1<br>Myrtle Beach, SC  29577 | Medical diagnosis, treatment, and medication management | 1,967 | Electronic and Offsite Storage with Shred America LLC | Both |
| 15.8 | The Pain Center of FirstChoice Healthcare - Sumter<br>10 Miller Road<br>Sumter, SC  29150 | Medical diagnosis, treatment, and medication management | 1,604 | Electronic and Offsite Storage with Shred America LLC | Both |
| 15.9 | Pain Management Associates of North Carolina, PC - Arden<br>2561 Hendersonville Road<br>Arden, NC  28704 | Medical diagnosis, treatment, and medication management | 1,579 | Electronic and Offsite Storage with Shred America LLC | Both |
| 15.10 | The Pain Center - West Columbia<br>3410 Sunset Boulevard<br>West Columbia, SC  29169 | Medical diagnosis, treatment, and medication management | 2,119 | Electronic and Offsite Storage with Shred America LLC | Both |

**Oaktree Medical Centre, P.C.**                                                    Case Number:

| Part 10: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---|---|

**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18.  Closed financial accounts within 1 year prior to filing.

|  | Financial insititution name | Address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|---|
| 18.1 | Countybank | 419 Main Street Greenwood, SC  29646 | 9201 | Depository | Closed 12/26/18 | $25.00 |
| 18.2 | U.S. Bank | 425 Walnut Street Cincinnnati, OH 45202 | 6541 | Depository | Closed 12/4/18 | $956.71 |
| 18.3 | U.S. Bank | 425 Walnut Street Cincinnnati, OH 45202 | 4208 | Depository | Closed 1/3/19 | $5.00 |

**Oaktree Medical Centre, P.C.**                                                            Case Number:

| Part 10: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---|---|

Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

20.  Off-premises storage where property kept within 1 year before filing.

|  | Facility name | Facility address | Name of anyone with access to it | Address | Description of the contents | Does debtor still have it? Y/N) |
|---|---|---|---|---|---|---|
| 20.1 | Extra Storage Space | 04 La Von Ln Easley, SC  29642 | Daniel McCollum | 435 Providence Way Easley, SC  29642 | Furniture and Fixtures | No |
| 20.2 | Extra Storage Space | 04 La Von Ln Easley, SC  29642 | Mandy Dalton | 247 Audobon Acres Dr Easley, SC  29642 | Furniture and Fixtures | No |
| 20.3 | Iron Mountain | PO Box 27128 New York, NY  10087 | Huron Consulting | 1166 6th Avenue New York, NY  10036 | Paperwork | Yes |
| 20.4 | ShredAmerica Records Storage | 1682 Katy Lane Fort Mill, SC  29708 | Patrick Lawton | 226 Peters Glenn Ct Simpsonville, SC  29681 | Paperwork Only | Yes |
| 20.5 | Life Storage | 1701 Woodruff Lane Greenville, SC  29607 | Patrick Lawton | 226 Peters Glenn Ct Simpsonville, SC  29681 | Corporate Documents / Physical Corporate Servers / Other remaining equipment | Yes |
| 20.6 | Enroute Networks | 3775 Roswell Rd Marietta, GA  30062 | | | Online Active Servers with Accounting and all other records | Yes |

**Oaktree Medical Centre, P.C.**                                  **Case Number:**

| Part 13 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---|---|
|  | Details About the Debtor's Business or Connections to Any Business |

26.  Books, records, and financial statements

   26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case filed.

| | Name | Address | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1 | Iron Mountain | 1166 6th Avenue<br>New York, NY  10036 | Paperwork Only |
| 26c.2 | ShredAmerica Records Storage | 1682 Katy Lane<br>Fort Mill, SC  29708 | Paperwork Only |
| 26c.3 | Life Storage | 1701 Woodruff Road<br>Greenville, SC  29607 | Corporate Documents / Physical Corporate Servers / Other remaining Equipment |
| 26c.4 | Enroute Networks | 3775 Roswell Rd<br>Marietta, GA  30062 | Online Active Servers with Accounting and all other records |
| 26c.5 | Aaron Kibbey - Huron Consulting | 1166 Avenue of the Americas, Suite 300<br>New York, NY  10036 | CRO - Various Records |
| 26c.6 | Propel HR | 669 N Academy St<br>Greenville, SC  29601 | Human Resources / Payroll Data |

**Oaktree Medical Centre, P.C.**  Case Number:

| Part 13: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
|---|---|
| | Details About the Debtor's Business or Connections to Any Business |

26.  Books, records, and financial statements

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case

| | Name | Address | City | State | Zip | |
|---|---|---|---|---|---|---|
| 26d.1 | Alleon Capital | 1086 Teaneck Rd Suite | Teaneck | NJ | 07666 | |
| 26d.2 | Camac Partners | 401 Park Ave S | New York | NY | 10016 | |
| 26d.3 | Capitol Pain (a/k/a CPI) | 8015 Shoal Creek Blvd Suite #103 | Austin | TX | 75757 | |
| 26d.4 | New State Capital | 2001 Palmer Ave  Suite 205 | Larchmont | NY | 10538 | |
| 26d.5 | JMB Capital | 999 Avenue of the Stars | Los Angeles | CA | 90067 | |
| 26d.6 | Lifebrite | Christian Fletcher<br>9 Corporate Blvd NE,  Suite 150 | Atlanta | GA | 30329 | |
| 26d.7 | National Spine & Pain Ceters, LLC | Robert L. Manning<br>11921 Rockville Pike,  Suite 505 | Rockville | MD | 20852 | |
| 26d.8 | United States Department of Justice | Attn:  Christopher Teranova<br>175 N. Street NE | Washington | DC | 20002 | |

Debtor: **Oaktree Medical Centre, P.C.**                                    Case number (if known):

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reasons for providing the value |
|---|---|---|---|
| **30.1** BROHM, MICHAEL | $12,634.21 | 9/28/2018 | WAGES, NET |
| 7203 GLEN FOREST DR | $938.31 | 9/28/2018 | 1099 PAYMENT |
| GREENVILLE, SC 29607 | $12,838.97 | 10/12/2018 | WAGES, NET |
| | $938.31 | 10/12/2018 | 1099 PAYMENT |
| **Relationship to debtor** | $13,466.07 | 10/26/2018 | WAGES, NET |
| | $938.31 | 10/26/2018 | 1099 PAYMENT |
| FORMER CHIEF EXECUTIVE OFFICER | $13,462.81 | 11/9/2018 | WAGES, NET |
| | $938.31 | 11/9/2018 | 1099 PAYMENT |
| | $13,462.81 | 11/23/2018 | WAGES, NET |
| | $938.31 | 11/23/2018 | 1099 PAYMENT |
| | $938.31 | 12/5/2018 | 1099 PAYMENT |
| | $12,089.90 | 12/7/2018 | WAGES, NET |
| | $938.31 | 12/19/2018 | 1099 PAYMENT |
| | $12,089.91 | 12/21/2018 | WAGES, NET |
| | $938.31 | 1/4/2019 | 1099 PAYMENT |
| | $11,060.91 | 1/4/2019 | WAGES, NET |
| | $938.31 | 1/16/2019 | 1099 PAYMENT |
| | $11,062.15 | 1/18/2019 | WAGES, NET |
| | $938.31 | 1/30/2019 | 1099 PAYMENT |
| | $11,062.15 | 2/1/2019 | WAGES, NET |
| | $938.31 | 2/14/2019 | 1099 PAYMENT |
| | $11,062.14 | 2/15/2019 | WAGES, NET |
| | $938.31 | 2/28/2019 | 1099 PAYMENT |
| | $10,237.12 | 3/1/2019 | WAGES, NET |
| | $1,806.44 | 3/29/2019 | WAGES, NET |
| | $1,450.00 | 8/16/2019 | 1099 PAYMENT |
| SUBTOTAL | $159,045.31 | | |

Debtor: **Oaktree Medical Centre, P.C.**                                    Case number (if known):

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reasons for providing the value |
|---|---|---|---|
| **30.2**  COFFEY FAMILY MEDICAL | $25,000.00 | 9/27/2018 | CASH FUNDING FOR OPERATIONS |
| 281 UNDERPASS DR | $15,000.00 | 9/28/2018 | CASH FUNDING FOR OPERATIONS |
| ONEIDA, TN 37841 | $1,004.01 | 10/2/2018 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $1,752.43 | 10/9/2018 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
| **Relationship to debtor** | $25.06 | 10/23/2018 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $158.20 | 10/24/2018 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
| MANAGED BY OAKTREE MEDICAL CENTRE, LLC | $150.00 | 10/24/2018 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $151.25 | 10/24/2018 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $47.39 | 10/25/2018 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $6,747.87 | 10/25/2018 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $1,752.43 | 11/7/2018 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $95.20 | 11/12/2018 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $14,116.00 | 12/1/2018 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $1,752.43 | 12/7/2018 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $29.68 | 12/19/2018 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $148.79 | 12/19/2018 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $1,354.26 | 12/20/2018 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $5,332.00 | 12/23/2018 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $47,897.00 | 12/31/2018 | CASH FUNDING FOR OPERATIONS |
|  | $1,752.43 | 1/7/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $4,755.00 | 2/4/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $1,752.43 | 2/7/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $70,000.00 | 2/14/2019 | CASH FUNDING OF PAYROLL |
|  | $140,875.91 | 2/28/2019 | CASH FUNDING OF PAYROLL |
|  | $1,752.43 | 3/7/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $255.58 | 3/14/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $25,000.00 | 3/15/2019 | CASH FUNDING FOR OPERATIONS |
|  | $453.95 | 3/28/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $1,950.75 | 4/1/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $1,752.43 | 4/8/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $1,033.05 | 5/1/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $412.57 | 5/7/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $433.57 | 5/20/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $44.45 | 5/20/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $31.27 | 5/21/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $172.32 | 5/21/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $6,900.00 | 6/7/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $55,000.00 | 6/20/2019 | CASH FUNDING FOR OPERATIONS |
|  | $80,000.00 | 7/3/2019 | CASH FUNDING FOR OPERATIONS |
|  | $182.83 | 7/10/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $155.23 | 7/10/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $45.75 | 7/10/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $45.00 | 7/11/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $121.99 | 7/11/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $30,000.00 | 7/18/2019 | CASH FUNDING FOR OPERATIONS |
|  | $44.20 | 7/23/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $94.50 | 7/23/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | $161.81 | 7/24/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
|  | **SUBTOTAL**   $547,693.45 |  |  |

Debtor: **Oaktree Medical Centre, P.C.**                                                    Case number (if known):

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reasons for providing the value |
|---|---|---|---|
| **30.3** COREY SMITH<br>111 BROOK STONE DR<br>EASLEY, SC 29642 | UNKNOWN | 9/28/2018 | WAGES, NET |
| | UNKNOWN | 10/12/2018 | WAGES, NET |
| | UNKNOWN | 10/26/2018 | WAGES, NET |
| **Relationship to debtor** | UNKNOWN | 11/9/2018 | WAGES, NET |
| | UNKNOWN | 11/23/2018 | WAGES, NET |
| NEPHEW OF OAKTREE MEDICAL CENTRE<br>PC OWNER | UNKNOWN | 12/7/2018 | WAGES, NET |
| | UNKNOWN | 12/21/2018 | WAGES, NET |
| | UNKNOWN | 1/4/2019 | WAGES, NET |
| | UNKNOWN | 1/18/2019 | WAGES, NET |
| | UNKNOWN | 2/1/2019 | WAGES, NET |
| | UNKNOWN | 2/15/2019 | WAGES, NET |
| | UNKNOWN | 3/1/2019 | WAGES, NET |
| | UNKNOWN | 3/15/2019 | WAGES, NET |
| | UNKNOWN | 3/29/2019 | WAGES, NET |
| | UNKNOWN | 4/12/2019 | WAGES, NET |
| | UNKNOWN | 4/26/2019 | WAGES, NET |
| | UNKNOWN | 5/10/2019 | WAGES, NET |
| | UNKNOWN | 5/24/2019 | WAGES, NET |
| | UNKNOWN | 6/7/2019 | WAGES, NET |
| | UNKNOWN | 6/21/2019 | WAGES, NET |
| | UNKNOWN | 7/5/2019 | WAGES, NET |
| | UNKNOWN | 7/19/2019 | WAGES, NET |
| | UNKNOWN | 8/2/2019 | WAGES, NET |
| | UNKNOWN | 8/16/2019 | WAGES, NET |
| | UNKNOWN | 8/30/2019 | WAGES, NET |
| SUBTOTAL | UNKNOWN | | |
| **30.4** DALTON, MANDY<br>247 AUDUBON ACRES DRIVE<br>EASLEY, SC 29642 | UNKNOWN | 9/28/2018 | WAGES, NET |
| | UNKNOWN | 10/12/2018 | WAGES, NET |
| | UNKNOWN | 10/26/2018 | WAGES, NET |
| **Relationship to debtor** | UNKNOWN | 11/9/2018 | WAGES, NET |
| | UNKNOWN | 11/23/2018 | WAGES, NET |
| EX-WIFE OF OAKTREE MEDICAL CENTRE<br>PC OWNER | UNKNOWN | 12/7/2018 | WAGES, NET |
| | UNKNOWN | 12/21/2018 | WAGES, NET |
| | UNKNOWN | 1/4/2019 | WAGES, NET |
| | UNKNOWN | 1/18/2019 | WAGES, NET |
| | UNKNOWN | 2/1/2019 | WAGES, NET |
| | UNKNOWN | 2/15/2019 | WAGES, NET |
| | UNKNOWN | 3/1/2019 | WAGES, NET |
| | UNKNOWN | 3/15/2019 | WAGES, NET |
| | UNKNOWN | 3/29/2019 | WAGES, NET |
| | UNKNOWN | 4/12/2019 | WAGES, NET |
| | UNKNOWN | 4/26/2019 | WAGES, NET |
| | UNKNOWN | 5/10/2019 | WAGES, NET |
| | UNKNOWN | 5/24/2019 | WAGES, NET |
| | UNKNOWN | 6/7/2019 | WAGES, NET |
| | UNKNOWN | 6/21/2019 | WAGES, NET |
| | UNKNOWN | 7/5/2019 | WAGES, NET |
| | UNKNOWN | 7/19/2019 | WAGES, NET |
| | UNKNOWN | 8/2/2019 | WAGES, NET |
| | UNKNOWN | 8/16/2019 | WAGES, NET |
| | UNKNOWN | 8/30/2019 | WAGES, NET |
| SUBTOTAL | UNKNOWN | | |

Debtor: **Oaktree Medical Centre, P.C.**                                                    Case number (if known):

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reasons for providing the value |
|---|---|---|---|
| **30.5** DANIEL MCCOLLUM<br>435 PROVIDENCE DR<br>EASLEY, SC 29642 | $13,813.80 | 9/28/2018 | 1099 PAYMENT |
| | $8,604.95 | 9/28/2018 | WAGES, NET |
| | $13,813.80 | 10/12/2018 | 1099 PAYMENT |
| **Relationship to debtor** | $8,604.95 | 10/12/2018 | WAGES, NET |
| | $8,608.24 | 10/26/2018 | WAGES, NET |
| 100% OWNERSHIP INTEREST IN DEBTOR | $13,813.80 | 10/26/2018 | 1099 PAYMENT |
| | $8,604.94 | 11/9/2018 | WAGES, NET |
| | $13,813.80 | 11/9/2018 | 1099 PAYMENT |
| | $8,604.95 | 11/23/2018 | WAGES, NET |
| | $13,813.80 | 11/23/2018 | 1099 PAYMENT |
| | $8,604.95 | 12/7/2018 | WAGES, NET |
| | $13,813.80 | 12/7/2018 | 1099 PAYMENT |
| | $8,604.94 | 12/21/2018 | WAGES, NET |
| | $13,813.80 | 12/21/2018 | 1099 PAYMENT |
| | $7,092.13 | 1/4/2019 | WAGES, NET |
| | $26,751.41 | 1/4/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
| | $13,813.80 | 1/4/2019 | 1099 PAYMENT |
| | $5,379.38 | 1/18/2019 | WAGES, NET |
| | $13,813.80 | 1/22/2019 | 1099 PAYMENT |
| | $13,813.80 | 2/1/2019 | 1099 PAYMENT |
| | $5,379.38 | 2/1/2019 | WAGES, NET |
| | $13,813.80 | 2/15/2019 | 1099 PAYMENT |
| | $5,379.37 | 2/15/2019 | WAGES, NET |
| | $13,813.80 | 3/1/2019 | 1099 PAYMENT |
| | $5,379.38 | 3/1/2019 | WAGES, NET |
| | $13,813.80 | 3/14/2019 | 1099 PAYMENT |
| | $5,379.37 | 3/15/2019 | WAGES, NET |
| | $13,813.80 | 3/28/2019 | 1099 PAYMENT |
| | $5,460.37 | 3/29/2019 | WAGES, NET |
| | $13,813.80 | 4/11/2019 | 1099 PAYMENT |
| | $5,379.37 | 4/12/2019 | WAGES, NET |
| | $13,813.80 | 4/26/2019 | 1099 PAYMENT |
| | $5,379.38 | 4/26/2019 | WAGES, NET |
| | $13,813.80 | 5/9/2019 | 1099 PAYMENT |
| | $5,379.38 | 5/10/2019 | WAGES, NET |
| | $13,813.80 | 5/23/2019 | 1099 PAYMENT |
| | $5,379.37 | 5/24/2019 | WAGES, NET |
| | $13,813.80 | 6/6/2019 | 1099 PAYMENT |
| | $5,379.38 | 6/7/2019 | WAGES, NET |
| | $13,813.80 | 6/20/2019 | 1099 PAYMENT |
| | $5,411.96 | 6/21/2019 | WAGES, NET |
| | $13,813.80 | 7/3/2019 | 1099 PAYMENT |
| | $5,942.65 | 7/5/2019 | WAGES, NET |
| | $5,942.65 | 7/19/2019 | WAGES, NET |
| | $2,678.49 | 8/2/2019 | WAGES, NET |
| | $1,648.06 | 8/16/2019 | WAGES, NET |
| | **SUBTOTAL** $465,049.20 | | |

Debtor: **Oaktree Medical Centre, P.C.**                                                    Case number (if known):

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
| --- | --- |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reasons for providing the value |
| --- | --- | --- | --- |
| **30.6** EXIGO | $5,000.00 | 9/27/2018 | CASH FUNDING FOR OPERATIONS |
| 25 AIRPARK COURT | $1,000.00 | 9/27/2018 | CASH FUNDING FOR OPERATIONS |
| GREENVILLE, SC 29607 | $110,805.95 | 10/10/2018 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
| | $300.00 | 12/11/2018 | CASH FUNDING FOR OPERATIONS |
| **Relationship to debtor** | $1,000.00 | 12/12/2018 | CASH FUNDING FOR OPERATIONS |
| 100% OWNED BY DEBTOR'S OWNER | $8,500.00 | 2/14/2019 | CASH FUNDING FOR OPERATIONS |
| | $10,000.00 | 2/14/2019 | CASH FUNDING FOR OPERATIONS |
| | $10,000.00 | 2/14/2019 | CASH FUNDING FOR OPERATIONS |
| | $2,000.00 | 2/22/2019 | CASH FUNDING FOR OPERATIONS |
| | $8,500.00 | 2/28/2019 | CASH FUNDING FOR OPERATIONS |
| | $5,000.00 | 3/14/2019 | CASH FUNDING FOR OPERATIONS |
| | $13,000.00 | 3/22/2019 | CASH FUNDING FOR OPERATIONS |
| | $10,000.00 | 3/27/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
| | $550.00 | 5/8/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
| | $5,000.00 | 5/10/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
| | $102.21 | 5/21/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
| | $5,000.00 | 5/23/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
| | $5,500.00 | 6/7/2019 | CASH FUNDING FOR OPERATIONS |
| | $5,000.00 | 6/11/2019 | PAYMENT FOR EXPENSES ON COMPANYS BEHALF |
| | $3,100.00 | 7/3/2019 | CASH FUNDING FOR OPERATIONS |
| | $1,000.00 | 7/19/2019 | CASH FUNDING FOR OPERATIONS |
| | **SUBTOTAL** $210,358.16 | | |
| **30.7** GRANADA NEIL (1099) - BAM | $2,500.00 | 10/12/2018 | 1099 PAYMENT |
| 1399 ASHLEYBROOK LANE | $2,500.00 | 11/16/2018 | 1099 PAYMENT |
| SUITE 100 | $2,500.00 | 12/7/2018 | 1099 PAYMENT |
| WINSTON SALEM, NC 27103 | $2,500.00 | 1/4/2019 | 1099 PAYMENT |
| **Relationship to debtor** | $2,500.00 | 1/25/2019 | 1099 PAYMENT |
| FRIENDLY SHAREHOLDER OF PMA OF NC | $2,500.00 | 2/14/2019 | 1099 PAYMENT |
| | $1,134.00 | 3/7/2019 | 1099 PAYMENT |
| | $2,500.00 | 3/14/2019 | 1099 PAYMENT |
| | $2,500.00 | 4/15/2019 | 1099 PAYMENT |
| | $2,500.00 | 5/15/2019 | 1099 PAYMENT |
| | $2,500.00 | 6/14/2019 | 1099 PAYMENT |
| | $2,500.00 | 7/15/2019 | 1099 PAYMENT |
| | $2,500.00 | 8/15/2019 | 1099 PAYMENT |
| | **SUBTOTAL** $31,134.00 | | |

Debtor: **Oaktree Medical Centre, P.C.**                                                      Case number (if known):

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reasons for providing the value |
|---|---|---|---|---|
| 30.8 | JOSEPH O`QUINN<br>12 KETTERING COURT<br>EASLEY, SC 29642 | $6,633.49 | 9/28/2018 | WAGES, NET |
| | | $6,634.49 | 10/12/2018 | WAGES, NET |
| | | $6,635.49 | 10/26/2018 | WAGES, NET |
| | **Relationship to debtor** | $6,636.49 | 11/9/2018 | WAGES, NET |
| | | $6,637.49 | 11/23/2018 | WAGES, NET |
| | 100% OWNER OF FIRST CHOICE<br>HEALTHCARE | $6,638.49 | 12/7/2018 | WAGES, NET |
| | | $6,639.49 | 12/21/2018 | WAGES, NET |
| | | $6,640.49 | 1/4/2019 | WAGES, NET |
| | | $6,641.49 | 1/18/2019 | WAGES, NET |
| | | $6,642.49 | 2/1/2019 | WAGES, NET |
| | | $6,643.49 | 2/15/2019 | WAGES, NET |
| | | $6,644.49 | 3/1/2019 | WAGES, NET |
| | | $6,645.49 | 3/15/2019 | WAGES, NET |
| | | $6,646.49 | 3/29/2019 | WAGES, NET |
| | | $6,647.49 | 4/12/2019 | WAGES, NET |
| | | $6,648.49 | 4/26/2019 | WAGES, NET |
| | | $6,649.49 | 5/10/2019 | WAGES, NET |
| | | $6,650.49 | 5/24/2019 | WAGES, NET |
| | | $6,651.49 | 6/7/2019 | WAGES, NET |
| | | $6,652.49 | 6/21/2019 | WAGES, NET |
| | | $6,653.49 | 7/5/2019 | WAGES, NET |
| | | $6,654.49 | 7/19/2019 | WAGES, NET |
| | | $6,655.49 | 8/2/2019 | WAGES, NET |
| | | $6,656.49 | 8/16/2019 | WAGES, NET |
| | | $6,657.49 | 8/30/2019 | WAGES, NET |
| | **SUBTOTAL** | $166,137.25 | | |

Debtor: **Oaktree Medical Centre, P.C.**                                    Case number (if known):

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reasons for providing the value |
|---|---|---|---|---|
| 30.9 | JOSEPH O`QUINN/JWO ENTE (1099) BAM | $3,846.15 | 9/28/2018 | 1099 PAYMENT |
| | JWO ENTERPRISE, LLC | $3,846.15 | 10/12/2018 | 1099 PAYMENT |
| | 12 KETTERING CT | $11,846.15 | 10/26/2018 | 1099 PAYMENT |
| | EASLEY, SC 29642 | $3,846.15 | 11/9/2018 | 1099 PAYMENT |
| | **Relationship to debtor** | $3,846.15 | 11/23/2018 | 1099 PAYMENT |
| | | $3,846.15 | 12/5/2018 | 1099 PAYMENT |
| | 100% OWNER OF FIRST CHOICE HEALTHCARE | $3,846.15 | 12/19/2018 | 1099 PAYMENT |
| | | $3,846.15 | 1/4/2019 | 1099 PAYMENT |
| | | $3,846.15 | 1/16/2019 | 1099 PAYMENT |
| | | $3,846.15 | 1/30/2019 | 1099 PAYMENT |
| | | $3,846.15 | 2/14/2019 | 1099 PAYMENT |
| | | $3,846.15 | 2/28/2019 | 1099 PAYMENT |
| | | $3,846.15 | 3/14/2019 | 1099 PAYMENT |
| | | $3,846.15 | 3/28/2019 | 1099 PAYMENT |
| | | $3,846.15 | 4/11/2019 | 1099 PAYMENT |
| | | $3,846.15 | 4/26/2019 | 1099 PAYMENT |
| | | $3,846.15 | 5/10/2019 | 1099 PAYMENT |
| | | $3,846.15 | 5/23/2019 | 1099 PAYMENT |
| | | $3,846.15 | 6/6/2019 | 1099 PAYMENT |
| | | $3,846.15 | 6/20/2019 | 1099 PAYMENT |
| | | $600.00 | 6/28/2019 | 1099 PAYMENT |
| | | $3,846.15 | 7/3/2019 | 1099 PAYMENT |
| | | $3,846.15 | 7/18/2019 | 1099 PAYMENT |
| | | $155.00 | 7/26/2019 | 1099 PAYMENT |
| | | $3,846.15 | 8/1/2019 | 1099 PAYMENT |
| | | $3,846.15 | 8/15/2019 | 1099 PAYMENT |
| | | $3,846.15 | 8/29/2019 | 1099 PAYMENT |
| | | $12,980.77 | 9/17/2019 | 1099 PAYMENT |
| | SUBTOTAL | $117,889.52 | | |

Debtor: **Oaktree Medical Centre, P.C.**                                    Case number (if known):

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws,  bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | | Amount of money or description and value of property | Dates | Reasons for providing the value |
|---|---|---|---|---|
| 30.10 | MCCOLLUM, JAMES<br>409 HAVERHILL CIRCLE<br>EASLEY, SC 29642 | $557.15 | 9/21/2018 | 1099 PAYMENT |
| | | $1,606.13 | 10/5/2018 | 1099 PAYMENT |
| | | $401.28 | 10/19/2018 | 1099 PAYMENT |
| | **Relationship to debtor** | $654.18 | 11/2/2018 | 1099 PAYMENT |
| | RELATIVE OF OWNER | $351.50 | 11/16/2018 | 1099 PAYMENT |
| | | $363.50 | 11/30/2018 | 1099 PAYMENT |
| | | $391.22 | 12/14/2018 | 1099 PAYMENT |
| | | $1,622.08 | 12/28/2018 | 1099 PAYMENT |
| | | $298.52 | 1/11/2019 | 1099 PAYMENT |
| | | $687.86 | 1/25/2019 | 1099 PAYMENT |
| | | $900.68 | 2/8/2019 | 1099 PAYMENT |
| | | $1,538.84 | 2/22/2019 | 1099 PAYMENT |
| | | $441.37 | 3/8/2019 | 1099 PAYMENT |
| | | $309.49 | 3/22/2019 | 1099 PAYMENT |
| | | $500.94 | 4/5/2019 | 1099 PAYMENT |
| | | $346.39 | 4/19/2019 | 1099 PAYMENT |
| | | $852.50 | 5/3/2019 | 1099 PAYMENT |
| | | $431.03 | 5/17/2019 | 1099 PAYMENT |
| | | $355.36 | 5/31/2019 | 1099 PAYMENT |
| | | $502.33 | 6/14/2019 | 1099 PAYMENT |
| | | $595.42 | 6/28/2019 | 1099 PAYMENT |
| | | $525.00 | 7/5/2019 | 1099 PAYMENT |
| | | $435.12 | 7/12/2019 | 1099 PAYMENT |
| | | $775.00 | 7/19/2019 | 1099 PAYMENT |
| | | $451.47 | 7/26/2019 | 1099 PAYMENT |
| | | $2,319.08 | 8/26/2019 | 1099 PAYMENT |
| | **SUBTOTAL** | $18,213.44 | | |
| 30.11 | PROCARE FLIGHT, LLC<br>25 AIRPARK CT<br>GREENVILLE, SC 29607 | $26,751.41 | 1/4/2019 | REIMBURSEMENT FOR TRAVEL |
| | **SUBTOTAL** | $26,751.41 | | |
| | **Relationship to debtor** | | | |
| | 100% OWNED BY DEBTOR'S OWNER | | | |
| 30.12 | RENT - GROVE 1005 - GROVE RD<br>GREENVILLE<br>25 AIRPARK COURT<br>GREENVILLE, SC 29607 | $35,053.00 | 9/28/2018 | RENT PAYMENT |
| | | $35,053.00 | 11/5/2018 | RENT PAYMENT |
| | | $22,100.00 | 11/30/2018 | RENT PAYMENT |
| | | $22,000.00 | 12/28/2018 | RENT PAYMENT |
| | **Relationship to debtor** | $22,100.00 | 2/1/2019 | RENT PAYMENT |
| | 100% OWNED BY DEBTOR'S OWNER | $21,000.00 | 3/4/2019 | RENT PAYMENT |
| | | $938.31 | 3/14/2019 | 1099 PAYMENT |
| | | $23,412.12 | 3/29/2019 | RENT PAYMENT |
| | | $21,924.82 | 5/3/2019 | RENT PAYMENT |
| | | $21,929.38 | 5/31/2019 | RENT PAYMENT |
| | | $23,450.81 | 7/3/2019 | RENT PAYMENT |
| | | $23,317.45 | 8/15/2019 | RENT PAYMENT |
| | **SUBTOTAL** | $272,278.89 | | |
| 30.13 | TIM DAILEADER (DRIVETRAIN) EFT<br>257 CENTRAL PARK WEST APT 7A<br>NEW YORK, NY 10024 | $23,024.32 | 10/19/2018 | INDEPENDENT BOARD MEMBER FEES |
| | | $50,424.66 | 3/12/2019 | INDEPENDENT BOARD MEMBER FEES |
| | | $46,176.19 | 5/3/2019 | INDEPENDENT BOARD MEMBER FEES |
| | **Relationship to debtor** | $45,979.53 | 7/12/2019 | INDEPENDENT BOARD MEMBER FEES |
| | BOARD MEMBER OF DEBTOR | **SUBTOTAL** | $165,604.70 | | |

*Prepared by BMC Group on 09/19/2019*

Debtor: **Oaktree Medical Centre, P.C.**                                   Case number (if known):

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reasons for providing the value |
|---|---|---|---|
| 30.14 WEBB, DAVID<br>220 CHELSEA PLACE AVE<br>ORMOND, FL 32174 | $5,662.10 | 9/28/2018 | WAGES, NET |
| | $5,662.10 | 10/12/2018 | WAGES, NET |
| | $5,664.91 | 10/26/2018 | WAGES, NET |
| **Relationship to debtor** | $5,662.11 | 11/9/2018 | WAGES, NET |
| | $5,662.10 | 11/23/2018 | WAGES, NET |
| FORMER CHIEF FINANCIAL OFFICER | $5,659.50 | 12/7/2018 | WAGES, NET |
| | $5,833.60 | 12/21/2018 | WAGES, NET |
| | $5,063.57 | 1/4/2019 | WAGES, NET |
| | $5,064.82 | 1/18/2019 | WAGES, NET |
| | $5,064.82 | 2/1/2019 | WAGES, NET |
| | $5,064.82 | 2/15/2019 | WAGES, NET |
| | $5,064.82 | 3/1/2019 | WAGES, NET |
| **SUBTOTAL** | $65,129.27 | | |
| 30.15 WEBB, KIMBERLY<br>220 CHELSEA PLACE AVE<br>APT A<br>ORMOND, FL 32174 | UNKNOWN | 9/28/2018 | WAGES, NET |
| | UNKNOWN | 10/12/2018 | WAGES, NET |
| | UNKNOWN | 10/26/2018 | WAGES, NET |
| **Relationship to debtor** | UNKNOWN | 11/9/2018 | WAGES, NET |
| | UNKNOWN | 11/23/2018 | WAGES, NET |
| SPOUSE OF FORMER CHIEF FINANCIAL<br>OFFICER | UNKNOWN | 12/7/2018 | WAGES, NET |
| | UNKNOWN | 12/21/2018 | WAGES, NET |
| | UNKNOWN | 1/4/2019 | WAGES, NET |
| | UNKNOWN | 1/18/2019 | WAGES, NET |
| | UNKNOWN | 2/1/2019 | WAGES, NET |
| | UNKNOWN | 2/15/2019 | WAGES, NET |
| | UNKNOWN | 3/1/2019 | WAGES, NET |
| | UNKNOWN | 3/15/2019 | WAGES, NET |
| | UNKNOWN | 3/29/2019 | WAGES, NET |
| | UNKNOWN | 4/12/2019 | WAGES, NET |
| | UNKNOWN | 4/26/2019 | WAGES, NET |
| | UNKNOWN | 5/10/2019 | WAGES, NET |
| | UNKNOWN | 5/24/2019 | WAGES, NET |
| | UNKNOWN | 6/7/2019 | WAGES, NET |
| | UNKNOWN | 6/21/2019 | WAGES, NET |
| **SUBTOTAL** | UNKNOWN | | |
| **TOTAL** | $2,245,284.60 PLUS UNKNOWN | | |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

IN RE: OAKTREE MEDICAL
      CENTRE, PC,

              Debtor.

)
)
)
)
)
)
)
)
)

Case No:

Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR THE DEBTOR

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named Debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . $25,000

      Prior to the filing of this statement I have received . . . . . . . . . . . . . . . $25,000

      Balance due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0

2.      The source of the compensation paid to me was:

      ☒ Debtor        ☐ Other (specify)

3.      The source of compensation to be paid to me is:

      ☒ Debtor        ☐ Other (specify)

4.      ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

           a.    Analysis of the Debtor's financial situation, and rendering advice to the debtor in

determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs, and plan which may be required; and

c. Representation of the Debtor at the meeting of creditors and any adjourned hearings thereof.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in the bankruptcy proceeding.

9/18/2019
Date

*Signature of attorney*

McGuireWoods LLP
*Name of law firm*

AAPC-ADVANCING THE BUSINESS OF
HEALTHCARE
PO BOX 35199
SEATTLE, WA 98124


ABBOTT FKA ST. JUDE
22400 NETWORK PLACE
CHICAGO, IL 60673


ABHAY PATEL
9 NEW ALTAMONT TERRACE
GREENVILLE, SC 29609


ACCENT
PO BOX 952366
ST. LOUIS, MO 63195-2366


ACCIDENT FUND WORKERS COMP -EFT
PO BOX 77000
DEPT 77125
DETROIT, MI 48277-0125


ACCIDENT FUND WORKERS COMPENSATION
INSURANCE COMPANY OF AMERICA
PO BOX, MI 48901-7990


ACCOUNTEMPS - ROBERT HALF
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


ACCURATE DIAGNOSTICS
1635 E NORTH STREET
GREENVILLE, SC 29607


ACEVEDO, DANIELLA
1122 TALL OAKS CIRCLE
PIEDMONT, SC 29673

Case 19-05155-jw   Doc 1   Filed 09/19/19   Entered 09/19/19 14:28:40   Desc Main
Document   Page 209 of 384

ADAMS, LEON
11 GREEN OAK DRIVE
SIMPSONVILLE, SC 29680


ADOBE SYSTEMS INC
29322 NETWORK PLACE
CHICAGO, IL 60673-1293


ADT - 1108 M-AND - EFT
PO BOX 371878
PITTSBURGH, PA 15250-7878


ADT - 2049 GR-GV - EFT
PO BOX 371878
PITTSBURGH, PA 15250-7878


ADT - 7420 25 H-ARD - EFT
PO BOX 371878
PITTSBURGH, PA 15250-7878


ADT
PO BOX 371878
PITTSBURGH, PA 15250-7878


AFLAC
ATTN: REMITTANCE PROCESSING SERVICES
1932 WYNNTON ROAD
COLUMBUS, GA 31993-0797


AGILENT TECHNOLOGIES, INC.
4187 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


AHL, KRISTI
782 EAST BUTLER ROAD
APT. NBR 1118

MAULDIN, SC 29662


AIRGAS USA, LLC - 2865184
PO BOX 734672
DALLAS, TX 75373


AIRGAS USA, LLC - 2900062
PO BOX 734672
DALLAS, TX 75373


AIRGAS USA, LLC
PO BOX 734672
DALLAS, TX 75373


ALEXANDER, ANTHONY
4323 BYRNES BOULEVARD
FLORENCE, SC 29506


ALFONSO INTERPRETING AND TRANSPORTING
INC
PO BOX 27309
GREENVILLE, SC 29616-2204


ALHAMBRA US
8 GOVERNOR WENTWORTH HWY
WOLFEBORO, NH 03894


ALI, ROWAN
3536 W FOREST LAKE DRIVE
FLORENCE, SC 29501


ALLAN, RICHMOND
502 THORNHILL DR
SPARTANBURG, SC 29301-6425


ALLEN, JADA

143 BLOSSOM ROAD
MARION, SC 29571


ALLERGAN USA, INC.
12975 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0129


ALLISON, CHRISTLE
143 BLOSSOM RD
MARION, SC 29571


ALLSCRIPTS LLC --6688 FLORENCE - EFT
24630 NETWORK PLACE
CHICAGO, IL 60673-1246


ALLSCRIPTS LLC
24630 NETWORK PLACE
CHICAGO, IL 60673-1246


ALLSCRIPTS
24630 NETWORK PLACE
CHICAGO, IL 60673-1246


ALLSCRIPTS
24630 NETWORK PLAE
CHICAGO, IL 60673-1246


ALLSEP, JESSICA
113 PERRY BEND CIRCLE
APT. 101
EASLEY, SC 29640


ALVAREZ, ELIZABETH
8 JANICES LANE
FLETCHER, NC 28732

ALY ELLEITHEE
C/O JANET, JANET AND SUGGS, LLC
GERALD DRAYTON JOWERS, JR
500 TAYLOR ST., STE 301
COLUMBIA, SC 29201


AMBROSE, CAROL
113 OLD BETHLEHEM SCHOOL ROAD
PICKENS, SC 29671


AMERICAN EXPRESS 1101
PO BOX 650448
DALLAS, TX 75265-0448


AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265-0448


AMERITAS LIFE INSURANCE CORP-DENTAL
PO BOX 81889
LINCOLN, NE 68501-1889


AMFIRST INSURANCE COMPANY
PO BOX 211747
EAGAN, MN 55121-3711


AMMONS, CHRISTINA
129 ASH TERRACE
CANTON, NC 28716


AMY HANCOCK
5804 SPINETAIL DR
NORTH MYRTLE BEACH, SC 29582


ANALYTICAL SALES AND SERVICE, INC.
237 WEST PARKWAY, UNIT ONE
POMPTON PLAINS, NJ 07444

ANCRUM, ALEXA
220 EVANS DRIVE
ROEBUCK, SC 29376


ANDERSON, CALVIN
305 EAST MARLBORO STREET
FLORENCE, SC 29506


ANDERSON, LATOYA
7 SHULER DRIVE
SUMTER, SC 29150


ANSWERPROCOMMUNICATIONS, LLC
PO BOX 890340
CHARLOTTE, NC 28289-0340


ANSWERPROCOMMUNICATIONS, LLC---4180
PO BOX 890340
CHARLOTTE, NC 28289-0340


ARNALL GOLDEN GREGORY LLP - NBR 32386
171 17TH STREET NW
SUITE 2100
ATLANTA, GA 30363


ARTLIP, MIKALAH
1313 KENNEDY ROAD
LUGOFF, SC 29078


ASBURY MED-SURE, LLC ROGER YAPP
1560 ASBURY AVE
WINNETKA, IL 60093


ASHER COOPER, EMILY
189 TWIN CREEK DRIVE
BOILING SPRINGS, SC 29316

ASHEVILLE FIRE PROTECTION CO., INC.
PO BOX 6798
ASHEVILLE, NC 28816


ASHLEY CRISP
1651 UNION SCHOOL RD
MCBEE, SC 29101


ASHMORE, DEVIAUNA
124 RIVERDALE RD
SIMPSONVILLE, SC 29680


AT AND T- FIRST CHOICE LAB EFT
PO BOX 5019
CAROL STREAM, IL 60197-5019


ATHENAHEALTH -
311 ARSENAL STREET
WATERTOWN, MA 02472


ATKINSON, JENNIFER
518 RENA ATKINSON ROAD
JOHNSONVILLE, SC 29555


ATLANTIC LAB EQUIPMENT, INC.
PO BOX 4405
SALEM, MA 01970


AUSA MASTERCARE GROUP INSURANCE
PO BOX 1868
GRAPEVINE, TX 76099-1868


AZELKAS, LINDSEY
2038 AVANT CIRCLE
ANDERSON, SC 29625

BAGWELL, KALLEY
PO BOX 680
PIEDMONT, SC 29673


BAILEY, DAMIEN
202 COBBLESTONE XING
GAFFNEY, SC 29341


BAILEY, NICOLE
4551 OLD SPARTANBURG ROAD
APT. 518
TAYLORS, SC 29687


BAKER, RITA
200 BLUFF DRIVE
GREENVILLE, SC 29605


BALDWIN, CARLY
2194 OLD LIBERTY RD
LIBERTY, SC 29657


BALLENGER, CAYLIE
419 VICTORY LANE
MOORE, SC 29369


BANNISTER, WYATT AND STALVERY, LLC
401 PETTIGRU STREET
GREENVILLE, SC 29601


BARBARE, AMBER
PO BOX 193
FINGERVILLE, SC 29338


BARFIELD, MELISSA
217 ARBOR OAKS CIRCLE

IRMO, SC 29063


BARLOW, TIFFANY
168 ENON CHURCH ROAD
EASLEY, SC 29640


BARTON, AMANDA
3524 HILL SPRINGS DRIVE
LEXINGTON, SC 29073


BAYNE, KAYLA
10 RIVEREEN WAY
SIMPSONVILLE, SC 29680


BAYNE, KIMBERLY
148 MAY APPLE DRIVE
HENDERSONVILLE, NC 28792


BCBS OF NC
FINANCIAL PROCESSING SERVICES
PO BOX 30048
DURHAM, NC 27702


BCBS
ATTN: REFUNDS
PO BOX 6000
COLUMBIA, SC 29260-6000


BCBSSC
ATTN:LOCKBOX, AX-A31
I-20 E AT ALPINE RD
COLUMBIA, SC 29219-0001


BEARD, DEIDRA
45 THOROUGHBRED CIRCLE
ARDEN, NC 28704

BEATTIE B. ASHMORE P.A.
650 E. WASHINGTON STREET
GREENVILLE, SC 29601


BELL, JESSICA
210 CREEK FALLS XING
EASLEY, SC 29640


BELLAMY, LISA
402 BRIGHT WATER LANE
GREENVILLE, SC 29609


BENAVIDEZ, HEATHER
1032 SANDIELD ROAD
BLYTHEWOOD, SC 29016


BENSON, ANGELA
108 VIEW PLACE
EASLEY, SC 29640


BERRY, ALYSSA
20 LONE OAK LANE
CANDLER, NC 28715


BERRY, CAROL
2843 HERMITAGE LANE
FLORENCE, SC 29501


BERRYHILL, AMANDA
PO BOX 15316
GREENVILLE, SC 29610


BESSE MEDICAL SUPPLY - 000096572 - BC-ES
1576 SOLUTIONS CENTER
CHICAGO, IL 60677-1005

BHHS JOHN M BRABHAM REAL ESTATE
DAVIS PROPERTIES
1081 ALICE DRIVE
SUMTER, SC 29151


BILLADEAU, BRITTANI
5 CRYSTAL SPRINGS RD
APT 750
GREENVILLE, SC 29615


BIOCHEMICAL DIAGNOSTICS, INC
180 HEARTLAND BOULEVARD
EDGEWOOD, NY 11717


BIOVENTUS LLC
PO BOX 732823
DALLAS, TX 75373-2823


BLACK, DEBORAH
102 B FAIRWAY DRIVE
PICKENS, SC 29671


BLACK, MELISSA
644 OLD CEDAR ROCK ROAD
EASLEY, SC 29640


BLACKWELL, ROBERT
706 ARCADIAN WAY
CHARLESTON, SC 29407


BLAIR, MEGAN
208 CASTLE DRIVE NBR 1384
MYRTLE BEACH, SC 29579


BLAKE LECHE - KONIG DM, LLC 1099
BLAKE LECHE
109 WAVERLY HALL LN

SIMPSONVILLE, SC 29681


BLAKE LECHE
109 WAVERLY HALL LN
SIMPSONVILLE, SC 29681


BLAKE LECHE
DUNLAEVY LAW FIRM
C/O JEFFREY P. DUNLAEVY
37 VILLA RD., STE. 440
GREENVILLE, SC 29615


BLANTON, CHASITY
117 GREENBRIAR DRIVE
C/O BRENDA JOLLEY
SIMPSONVILLE, SC 29680


BLUECHOICE HEALTH PLAN
PO BOX 6000
COLUMBIA, SC 29260-6000


BLUEGRASS BIOMEDICAL INC
363 SOUTH 4TH STREET
PO BOX 296
DANVILLE, KY 40422


BMC GROUP INC
600 FIRST AVE
SEATTLE, WA 98104


BOBBY BUFFKIN
4864 JORDAN CIRCLE
TIMMONSVILLE, SC 29161


BOJKO, JOLENE
119 HAVEN REST
EASLEY, SC 29641

BOON ADMINISTRATIVE SERVICES
ATTN CLAIMS
AUSTIN, TX 78755


BOSTON SCIENTIFIC CORP
PO BOX 951653
DALLAS, TX 75395-1653


BOSTON SCIENTIFIC CORP-NBR 169041-EASLEY
PO BOX 951653
DALLAS, TX 75395-1653


BOSTON SCIENTIFIC CORP--NBR 169768 GROVE
PO BOX 951653
DALLAS, TX 75395-1653


BOSTON SCIENTIFIC CORP--NBR 386416 - MB
PO BOX 951653
DALLAS, TX 75395-1653


BOUSE, ELAINE
123 QUINCY DRIVE
GREER, SC 29650


BRADLEY SWENSON
2900 RAMBLING PATH
ANDERSON, SC 29621


BRADY, KIMBERLY
128 EDGEWOOD AVE
EASLEY, SC 29640


BRAILSFORD, DANIELLE
PO BOX 925
SUMMERTON, SC 29148

BRAND, JENNIFER
439 SOUTH BUNCOMBE ROAD
APT NBR 525
GREER, SC 29650


BRANDY KNIGHT
C/O BLUESTEIN THOMPSON SULLIVAN, LLC
ALLISON PAIGE SULLIVAN
PO BOX 7965
COLUMBIA, SC 29202


BRANHAM, JINA
422 SPRING VILLAGE ROAD
LUGOFF, SC 29078


BRANT TURNER -PRECISE HEALTH RES-BAM
BRANT TURNER
1276 SHADOW WAY
GREENVILLE, SC 29615


BRANT TURNER
1276 SHADOW WAY
GREENVILLE, SC 29615


BRIGHT, CARLEE
115 ROSEBERRY HILL DRIVE
LYMAN, SC 29365


BRINKLEY, ASHLEY
655 BRIDGE STREET
BAMBERG, SC 29003


BRINKMAN, CARL
6727 SILVERTON LANE
DELAWARE, OH 43015

BRINSTON, HILLARY
103 AUGUSTA STREET
EASLEY, SC 29640


BRITO, SHERI
PO BOX 1023
ENKA, NC 28728


BRODIE, JANET
283 RAILROAD AVENUE NORTH
SALLEY, SC 29137


BROHM, MICHAEL
7203 GLEN FOREST DR
GREENVILLE, SC 29607


BROOKS, LATOYA
2670 DRY POCKET
APT. 628
GREER, SC 29650


BROWN, CANDICE
7243 FONTANA DR
COLUMBIA, SC 29209


BROWN, CAROLINE
119 RICKMAN DRIVE
APT 7
CENTRAL, SC 29630


BROWN, JACQUELINE
800 LARGO CT
LYMAN, SC 29365


BROWN, LISA
212 BERLIN ROAD
SALLEY, SC 29137

Case 19-31286    Doc 1    Filed 09/19/19    Entered 09/19/19 14:38:40    Desc Main
Document    Page 223 of 384

BROWN, REGAN
342 HARTVIEW CIRCLE
ANDERSON, SC 29625


BROWN, ROBIN
403 HIGH VALLEY BOULEVARD
GREENVILLE, SC 29605


BROWN, TAMEKA
627 MAXIE DRIVE
ANDERSON, SC 29624


BRUNSON, JASMINE
1068 OLD POCALLA ROAD
SUMTER, SC 29150


BRUNSON, MARISSA
1213 PRINGLE ROAD
PINEWOOD, SC 29125


BRYANT, KHAIRIYA
2900 E NORTH ST
APT. 84
WADE HAMPTON, SC 29615-1880


BRYANT, LESIA
255 GARVIN RD
LIBERTY, SC 29657


BRYANT, STEPHANIE
82 MONTAGUE RD
GREENVILLE, SC 29617


BRYSON, TRACEY
425 SELLWOOD CIRCLE
SIMPSONVILLE, SC 29680

BUCHANAN, MEGAN
3365 POTTS LANE
DALZELL, SC 29040


BUCKNER, JENNI
337 SPLIT PINE COVE
CLYDE, NC 28721


BULLINGTON ASSOCIATES INC.
4240 N BLACKSTOCK ROAD
SPARTANBURG, SC 29301


BURCH, MARCELLE
1580 PLEASANT GROVE RD
LYNCHBURG, SC 29080


BURNS, STEPHANIE
10 AVEBURY COURT
TRAVELERS REST, SC 29690


BURR FORMAN MCNAIR LLP
PO BOX 11390
COLUMBIA, SC 29211


BUZYAN, MARINA
1037 S MAIN ST
MARS HILL, NC 28754-6270


BYRD, ELESHA
12201 GARRET PARK LANE
UNIT 112
LOUISVILLE, KY 40223


CACTUS, LLC
1040 LEGRAND BLVD

SUITE D
CHARLESTON, SC 29492


CADWELL LABORATORIES, INC.
909 N KELLOGG ST
KENNEWICK, WA 99336


CAIN, LINDSEY
710 COLLEGE AVE
ANDERSON, SC 29621


CAINE AND WEINER
PO BOX 5010
WOODLAND HILLS, CA 91365-5010


CALDWELL, INDIA
511 HARRIER CLIFF COURT
BOILING SPRINGS, SC 29316


CALHOUN, CRYSTAL
2200 ANDERSON HWY
WILLIAMSTON, SC 29697


CALVERT, CHRISTY
206 LEWIS ROAD
WILLIAMSTON, SC 29697


CANTRELL, MISTY
87 E MAIN ST.
INMAN, SC 29349


CAPITAL REPORTING COMPANY
PO BOX 71303
CHICAGO, IL 60694


CAPPS, LINDSEY

1425 MASSEY RD
PENDLETON, SC 29670

CAREER BUILDER LLC
13047 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0130

CARLEE BRIGHT
115 ROSEBERRY HILL DRIVE
LYMAN, SC 29365

CAROL BERRY
2843 HERMITAGE LANE
FLORENCE, SC 29501

CAROLINA SURFACE RESTORATION LLC
2131 CAMELOT COURT
FLORENCE, SC 29505

CARTER, ALYSSA
1504 DELOACHE ST.
CAMDEN, SC 29020

CARTER, KATHRYN
504 SOUTH B ST
EASLEY, SC 29640

CASE, CASSIDY
1741 HIGHWAY 11
LANDRUM, SC 29356

CASE, ELIZABETH
2711 GENOA DRIVE
SUMTER, SC 29153

CATHERINE THOMPSON AS PERSONAL REP.

C/O WILLIAM J TUCK, P A, WILLIAM J TUCK
FOR THE ESTATE OF REBECCA MAYHEW CASSIDY
PO BOX 933
DARLINGTON, SC 29540


CCP HARBINGER, LLC - FCH LAB
C/O COMMONWEALTH COMMERICAL PARTNERS LLC
PO BOX 71150
RICHMOND, VA 23225


CERILLIANT CORPORATION
811 PALOMA DRIVE, SUITE A
ROUND ROCK, TX 78665


CHAPMAN AND CUTLER, LLP
PO BOX 71291
CHICAGO, IL 60694


CHARLES, LATOYA
3022 LONGFELLOW DRIVE
FLORENCE, SC 29505


CHAVEZ, MARIA
333 BRISTOL ST
FLORENCE, SC 29501


CHEMELL, MORRIS
9207 ARDMORE SPRINGS CIRCLE
GREENVILLE, SC 29615


CHEW-ROBINSON, BRISHAUNA
169 CARRIE LANE
GASTON, SC 29053


CHILDERS, REBEKAH
104 IVYWAY LANE
LIBERTY, SC 29657

CHOICE MED HEALTHCARE INC
9245 LAGUNA SPRINGS STE 200
ELK GROVE, CA 95758


CHRISLEY, DIANE
1205 ROYAL SUMMIT DR
SENECA, SC 29678


CHRISTOPHER RUBEL
480 WEBBER ROAD
SPARTANBURG, SC 29307


CHUBB GROUP
3440 TORINGDON WAY, SUITE 307
CHARLOTTE, NC 28277


CITY OF ASHEVILLE WATER BILL
PO BOX 733
ASHEVILLE, NC 28802-0733


CITY OF CHARLESTON
ADDRESS UNAVAILABLE AT TIME OF FILING


CITY OF FLORENCE -8471 CC
CITY SERVICES BILL
PO BOX 602756
CHARLOTTE, NC 28260-2756


CITY OF MYRTLE BEACH BUSINESS LICENSE
UTILITY BILLING
PO BOX 2468
MYRTLE BEACH, SC 29578-2468


CITY OF WEST COLUMBIA CC
WATER COLLECTION DIVISION - CITY HALL
PO BOX 4044

WEST COLUMBIA, SC 29171-4044


CLAY, SILVER
3408 WALHALLA HIGHWAY
SIX MILE, SC 29682


CLEAPOR, AMANDA
770 PEACHTREE ROAD
CHESNEE, SC 29323


CLIA LABORATORY PROGRAM
PO BOX 3056
PORTLAND, OR 97208-3056


CLINKSCALES, JESSICA
3522 WOODCONE TRAIL
ANDERSON, SC 29624


CLINT PHARMACEUTICALS
629 SHUTE LANE
OLD HICKORY, TN 37138


CMI INC
2090 RELIABLE PARKWAY
CHICAGO, IL 60686


CMS IMAGIN, INC. /AVREO, INC -
4050 AZALEA DR
NORTH CHARLESTON, SC 29405


CMS IMAGING, INC.
4050 AZALEA DR
NORTH CHARLESTON, SC 29405


COASTAL SANITARY SUPPLY CO.
PO BOX 12490

FLORENCE, SC 29504


COFFEY FAMILY MEDICAL
281 UNDERPASS DR
ONEIDA, TN 37841


COGGIN, SHARON
640 NORTH BENNETT ST.
SOUTHERN PINES, NC 28387


COGGINS, ASHLEY
1713 BURNT GIN RD
GAFFNEY, SC 29340


COKER, SHANNON
720 DIX LANE
FLORENCE, SC 29505


COLEY, ETHEL
5294 GEORGIA HIGHWAY 144
BAXLEY, GA 31513


COLLEGE OF AMERICAN PATHOLOGISTS
PO BOX 71698
CHICAGO, IL 60694-1698


COLLINS, FARANGIS
4 TALL PINE LANE
SURFSIDE BEACH, SC 29575


COLLINS, JOSHUA
1353 PHILADELPHIA ST.
HARTSVILLE, SC 29550


COMCAST
PO BOX 105257

ATLANTA, GA 30348-5257


COMPANION LIFE
PO BOX 100102
COLUMBIA, SC 29202


COMPANION MCGEE
PO BOX 100102
COLUMBIA, SC 29202


COMTRON, INC.
11 GRACE AVE
SUITE 208
GREAT NECK, NY 11021


CONCUR / BAMBORA
62157 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


CONE INSTRUMENTS INC.
DEPT 2465
PO BOX 11407
BIRMINGHAM, AL 35246


CONSOLIDATED NEURO SUPPLY
6682 WATERS EDGE
LOVELAND, OH 45140


COOK, SHANNON
116 DONNA LANE
EASLEY, SC 29642


COOLEY, AMANDA
1540 EBENEZER ROAD
DARLINGTON, SC 29532

```
COOLEY, KAYLA
505 WEST MAIN STREET
APT. NBR 5
EASLEY, SC 29640



COPE, HEATHER
3958 PANTHER CREEK ROAD
CLYDE, NC 28721



COREY SMITH
111 BROOK STONE DR
EASLEY, SC 29642



COSMAN MEDICAL
22 TERRY AVE.
BURLINGTON, MA 01803



COULTER, MAGGIE
52 NATURAL SPRING LOOP
WAYNESVILLE, NC 28786



COUNTY OF GREENVILLE
C/O HARRISON WHITE, PC
JOHN B WHITE, JR
178 W MAIN ST.
SPARTANBURG, SC 29306



COVERYS MALPRACTICE
PO BOX 981024
BOSTON, MA 02298



COVERYS
PO BOX 981024
BOSTON, MA 02298



COX, ELIZABETH
219 LONGVIEW DR
WILLIAMSTON, SC 29697
```

COX, MARY
20 CHARTWELL CT
SUMTER, SC 29154


COX, TORIA
119 ALEX TRAIL
WAYNESVILLE, NC 28786


CRAIS, DANIELLE
113 HOLLY LEAF LANE
LEXINGTON, SC 29072


CRANE, ASHLEY
105 WINSTON WAY
EASLEY, SC 29640


CREEKRIDGE CAPITAL VENDOR FINANCING
7808 CREEKRIDGE CIRCLE
SUITE 250
MINNEAPOLIS, MN 55439


CREEKRIDGE CAPITAL, LLC
7808 CREEKRIDGE CIRCLE
SUITE 250
MINNEAPOLIS, MN 55439-2647


CREEKRIDGE CAPITAL, LLC
PO BOX 1880
MINNEAPOLIS, MN 55480-1880


CRISALLI, JENESSA
135 OSPREY COVE LOOP
MYRTLE BEACH, SC 29588


CRISP, ASHLEY

Case 19-31286   Doc 1   Filed 09/19/19   Entered 09/19/19 14:28:40   Desc Main
Document   Page 234 of 384

1651 UNION SCHOOL RD
MCBEE, SC 29101


CROCKER, KAYLA
8444 OCONNOR CRESENT
NORFOLK, VA 23503


CROOKE, RYAN
724 MUDDY SPRINGS ROAD
LEXINGTON, SC 29073


CRUELL, SAPRINA
208 SOUTH CAROLINA AVENUE
SPARTANBURG, SC 29306


CRUM, BRANDI
1417 ZION SCHOOL ROAD
EASLEY, SC 29642


CRYSTAL SPRINGS - 11357 - M-AND - EFT
PO BOX 660579
DALLAS, TX 75266-0579


CRYSTAL SPRINGS VARIOUS
PO BOX 660579
DALLAS, TX 75266-0579


CRYSTAL SPRINGS
PO BOX 660579
DALLAS, TX 75266-0579


CSP INSURANCE SERVICES
2420 HOFFMEYER RD, SUITE D
FLORENCE, SC 29501


CUMMINGS, MARTHA

4 RHONDA CT
GREENVILLE, SC 29617


CUSTOM INDOOR SERVICES CLEANING
106 SHERBERT COURT
SPARTANBURG, SC 29303


DALTON, MANDY
247 AUDUBON ACRES DRIVE
EASLEY, SC 29642


DAMERON, DELAINA
206 SPRING ESTATES DR
LIBERTY, SC 29657


DAMIEN BAILEY
202 COBBLESTONE XING
GAFFNEY, SC 29341


DANIEL MCCOLLUM
435 PROVIDENCE DR
EASLEY, SC 29642


DANIELLE CRAIS
113 HOLLY LEAF LANE
LEXINGTON, SC 29072


DATA INNOVATIONS LLC
PO BOX 101978
ATLANTA, GA 30392-1978


DAVID BRUCE COFFEY
261 UNDERPASS DR.
ONEIDA, TN 37841-5885


DAVID BRUCE COFFEY

C/O CLINCH RIVER LAW, PLC
ROBERT DZIEWULSKI
300 MARKET ST.
CLINTON, TN 37716


DAVID BRUCE COFFEY
C/O CLINCH RIVER LAW, PLLC
ROBERT DZIEWULSKI
300 MARKET ST.
CLINTON, TN 37716


DAVID ROGERS
PO BOX 618
EASLEY, SC 29641


DAVIS, RENITA
273 SOUTHLAND AVE
29316
BOILING SPRINGS, SC 29316-9610


DAVIS, YATIA
123 CRAWFORD ROAD
COLUMBIA, SC 29203


DAWSON, ASIA
905 PINE TOP CIRCLE
ANDERSON, SC 29626


DEANGELIS, MELODY
198 OLD BLACKSMITH ROAD
SIX MILE, SC 29682


DELLA SALA, SANDRA
202 POSSOM TROT ROAD
BLACKSBURG, SC 29702


DEREK ROPER
245 SAINT PAUL RD

EASLEY, SC 29642


DIAGNOSTIC PRODUCTS INTERNATIONAL, INC
1395 S MARIETTA PKWY
BLDG 200, STE 200
MARIETTA, GA 30067


DICKSON, KATIE
109 WOODLAND DRIVE
GREENVILLE, SC 29617


DICOLA, SARA
441 SOUTH COLLEGE STREET
HEATH SPRINGS, SC 29058


DILLARD, CYNTHIA
2016 CULPEPPERWOODS DR
DUNCAN, SC 29334


DIMAS-VILLANUEVA, DIANNA
417 SMOKEY JOE COURT
LEXINGTON, SC 29073


DIXON BOARD
OFC OF INVESTIGATIONS, C FELTON-BARNER
SC DEPT OF LABOR LICENSING AND REGUL.
P.O. BOX 11329
COLUMBIA, SC 29211-1329


DIXON HUGHES GOODMAN, LLP
PO BOX 602828
CHARLOTTE, NC 28260-2828


DIXON, WOODWARD
515 DOODLE HILL ROAD
ST. MATTHEWS, SC 29135

DOCKERY, CRYSTAL
148 DUSTIN ST
EASLEY, SC 29642


DOMINION ENERGY - 0386 HIGHLAND EFT
PO BOX 100255
COLUMBIA, SC 29202-3255


DOMINION ENERGY
PO BOX 100255
COLUMBIA, SC 29202-3255


DOMINION ENERGY-COLA NE 1414 SCE AND G
PO BOX 100255
COLUMBIA, SC 29202-3255


DONNA RAUCH
C/O BLUESTEIN THOMPSON SULLIVAN, LLC
ALLISON PAIGE SULLIVAN
PO BOX 7965
COLUMBIA, SC 29202


DONNA RAUCH
C/O ROTHSTEIN LAW FIRM, P A
DAVID E ROTHSTEIN
1312 AUGUSTA ST.
GREENVILLE, SC 29605


DOUBLE DUTCH - MYRTLE BEACH
1801 NEW HANOVER MEDICAL PARK DRIVE
WILMINGTON, NC 28403


DR. DAVID BRUCE COFFEY
281 UNDERPASS DR
ONEIDA, TN 37841


DUBOSE, JAIMIE

37B PALMETTO DRIVE
INMAN, SC 29349

DUKE ENERGY - 2942-GR-GV EFT
PO BOX 70516
CHARLOTTE, NC 28272-0516

DUKE ENERGY --0272 M-AND EFT
PO BOX 70515
CHARLOTTE, NC 28272-0516

DUKE ENERGY PROGRESS
PO BOX 1003
CHARLOTTE, NC 28201-1003

DUKE ENERGY PROGRESS-4782-ARDEN
PO BOX 1003
CHARLOTTE, NC 28201

DUKE ENERGY PROGRESS-6321-FLO EFT
PO BOX 1003
CHARLOTTE, NC 28201-1003

DUKE ENERGY
PO BOX 70516
CHARLOTTE, NC 28272-0516

DUKE ENERGY---1408 M-AND EFT
PO BOX 70516
CHARLOTTE, NC 28272-0516

DUKE ENERGY-3267-RICK ERWIN APT EFT
ADDRESS UNAVAILABLE AT TIME OF FILING

DUKE ENERGY---6376 GR-GV EFT
PO BOX 70516

CHARLOTTE, NC 28272-0516

DUNCAN, ERIKA
9 WRENS NEST ROAD
SWANNANOA, NC 28778

DUNCAN, JASMINE
702 GABBY COURT
WOODRUFF, SC 29388

DURRAH, STEPHANIE
329 SUGAR RIDGE ROAD
INMAN, SC 29349

DUVALL, TIFFANI
213 SWEETGUM CIRCLE
WILLIAMSTON, SC 29697

DYER, BRITTANY
136 ROCHESTER ROAD
EASLEY, SC 29640

DYNAMIC QUEST / ENROUTE
3775 ROSEWELL RD SUITE 350
MARIETTA, GA 30062

DYNAMIC QUEST / ENROUTE
3775 ROSEWELL RD
SUITE 350
MARIETTA, GA 30062

DYNAMIC QUEST FKA ENROUTE
4821 KOGER BLVD
GREENSBORO, NC 27407

EA MEDICAL

10541 STATE HIGHWAY 81
CANTON, MO 63435


EAGLE PHARMACY
2200 RIVERCHASE CENTER
SUITE 675
HOOVER, AL 35244


EARLE, NATALIE
918 CRESTVIEW RD
APT A-3
EASLEY, SC 29642


EASLEY COMB UTILITIES
PO BOX 619
EASLEY, SC 29641-0619


EASLEY COMB UTILITIES-64622001-BC-ES EF
PO BOX 619
EASLEY, SC 29641-0619


EBENBOECK, JULIA
16 PITTMAN ROAD
LYMAN, SC 29365


EBERT, BRANDI
171 HICKORY RD
WILLIAMSTON, SC 29697


ECLINICAL WORKS, LLC ECW
PO BOX 847950
BOSTON, MA 02284-7950


ECLINICAL WORKS, LLC
PO BOX 847950
BOSTON, MA 02284-7950

EDDINS, THOMAS
70 CORNELIUS DRIVE
PISGAH FOREST, NC 28768


EDWARDS, GARY
119 ELLIOT LANE
EASLEY, SC 29640


EDWARDS, MELODY
698 FOSTER ROAD
WELLFORD, SC 29385


EFFLER, ASHTON
13 STRANGE ST
SUMTER, SC 29153


ELECTRIC CITY UTILITIES CC
CITY OF ANDERSON
PO BOX 63061
CHARLOTTE, NC 28263


ELECTRODE STORE, THE
PO BOX 188
ENUMCLAW, WA 98022


ELECTROMEDICAL
4371 SHALLOWFORD IND PKWY
PO BOX 670893
MARIETTA, GA 30066


ELIZABETH SNODERLY
4691 MILL POND CT
MURRELLS INLET, SC 29576


ELLIOTT DAVIS DECOSIMO, LLC
PO BOX 6286
GREENVILLE, SC 29606-6286

ELLIOTT DAVIS DECOSIMO, LLC-AUDIT
PO BOX 6286
GREENVILLE, SC 29606-6286


ELLIOTT DAVIS DECOSIMO, LLC-TAX
PO BOX 6286
GREENVILLE, SC 29606-6286


ELLIS, RENEE
103 PECAN TREE CIRCLE
EASLEY, SC 29640


ELLIS, TAYLOR
111 GREEN AVE
FOUNTAIN INN, SC 29644


ELMORE, KYLE
14 LAUREL DRIVE
TAYLORS, SC 29687


EMPLOYMENT SCREENING SERVICES, INC
DEPT K, PO BOX 830520
BIRMINGHAM, AL 35283


ENTZMINGER, LARISSA
624 BRIARCLIFF WEST
ELGIN, SC 29045


ENVIRONMENTAL SAFETY PROFESSIONALS, INC
7419 KNIGHTDALE BLVD SUITE 115
KNIGHTDALE, NC 27545


EPIMED, INT
141 SAL LANDRIO DR
CROSSROAD BUSINESS PARK

JOHNSTOWN, NY 12095


EPPS, HEIDI
15 HAMMETT STREET EXTENSION
GREENVILLE, SC 29609


ERIC HARRELL - ECORP, LLC 1099 BAM
25 DRAPER STREET
UNIT 432
GREENVILLE, SC 29611


EVANS, REBECCA
1090 LAKE LOGAN ROAD
CANTON, NC 28716


EVER GREEN ENVIROMENTAL, LLC
PO BOX 25627
GREENVILLE, SC 29616


EVINS, ABRIANNA
300 DOONBEG DRIVE
APT. 29
DUNCAN, SC 29334


EXIGO
25 AIRPARK COURT
GREENVILLE, SC 29607


EXPERIAN HEALTH, INC.
PO BOX 886133
LOS ANGELES, CA 90088-6133


EXPERIAN HEALTH, INC.-BILLING
PO BOX 886133
LOS ANGELOS, CA 90088-6133

EXTRA STORAGE SPACE
104 LA VON LN
EASLEY, SC 29642


FAGRON STERILE SERVICES JCB
8710 E 34TH ST. N
WICHITA, KS 67226


FARRICIELLI, JEFFREY
3912 ASHTON SHORE LANE
MOUNT PLEASANT, SC 29466


FARROW, KAREN
415 ROE ROAD
GREENVILLE, SC 29611


FELIX MUNIZ
1015 NUTT STREET
APT. 334
WILMINGTON, NC 28401


FERRELL, KANESHIA
107 REBECCA STREET
GREENVILLE, SC 29607


FIBRENEW
117 BOARDWALK RUN
ROCK HILL, SC 29732


FIDELITY SECURITY LIFE INS
FSL / EYEMED PREMIUMS
PO BOX 632530
CINCINNATI, OH 45263-2530


FIDUS INVESTMENT CORPORATION
AS LENDER AND COLLATERAL AGENT
1603 ORRINGTON NBR 810
EVANSTON, IL 60201

FIDUS INVESTMENT CORPORATION
US BANK CORPORATE TRUST BOSTON
SDS 12-2302
MINNEAPOLIS, MN 55486-2302


FIELDER, QUANTINA
204 CAMDEN LANE
GREENVILLE, SC 29605


FIELDS, CHERA
619 JASMIN DR
ANDERSON, SC 29626-1237


FIELDS, GENENE
110 THORNBY ROAD
IRMO, SC 29063


FIRST CITIZENS BANK AND TRUST COMPANY
ATTN: NATOSHA DREWS
PO BOX 29
COLUMBIA, SC 29202


FIRST CITIZENS BANK-VISA
PO BOX 63038
CHARLOTTE, NC 28263-3038


FISHER SCIENTIFIC
PO BOX 404705
ATLANTA, GA 30384-4705


FISHER, MELONDY
43 MARAVISTA AVENUE
GREENVILLE, SC 29617


FLANAGAN, MORGAN

830 THREE AND TWENTY ROAD
EASLEY, SC 29642


FLOWERS, TASHA
205 GREEN VALLEY ROAD
STARR, SC 29684


FORD, MELANIE
304 NORTHBROWN ROAD
COLUMBIA, SC 29229


FORETHOUGHT
PO BOX 16500
CLEARWATER, FL 33766-6500


FORGIONE
C/O DAVID GOULD
DASH AND ASSOCS., ATTN: MOLLY ROWAN
ONE LIBERTY PLAZA, 165 BROADWAY, FL. 23
NEW YORK, NY 10006


FORGIONE, LISA
301 HOLLY STREET
CLINTON, SC 29325


FOSTER, LADAWN
603 RIDGE TRAIL DR
COLUMBIA, SC 29229


FOSTER, TRACY
117 FRANCIS RD
EASLEY, SC 29640


FRIDDLE, MELISSA
106 AUBURN TOP LANE
MAULDIN, SC 29662

Case 19-31286    Doc 1    Filed 09/19/19    Entered 09/19/19 14:28:40    Desc Main
Document    Page 248 of 384

FUJIFILM MEDICAL SYSTEMS USA, INC
419 W AVENUE
STAMFORD, CT 06902


FULMORE, VANESSA
1509 MCMILLAN LN
FLORENCE, SC 29506


FURMAN, MATTHEW
100 BEAVER LAKE DRIVE
ELGIN, SC 29045


GADDIS, FELECIA
162 FULBRIGHT ROAD
WAYNESVILLE, NC 28785


GADDIS, KENDRA
55 BAM LOFT LANE
CANTON, NC 28716


GALLANT, KRISTEN
19 ALEXANDER ST.
LIBERTY, SC 29657


GALLMAN, TARA
100 BROWN DRIVE
EASLEY, SC 29642


GAMBINO, PATRICIA
29 KONNAROCK CIRCLE
GREENVILLE, SC 29617


GARFIELD SIGNS AND GRAPHICS, LLC
203 FORD STREET
GREER, SC 29650

GE HEALTHCARE IITS USA CORP
15724 COLLECTIONS CENTER DR
CHICAGO, IL 60693


GE HEALTHCARE, INC.
PO BOX 640200
PITTSBURGH, PA 15264-0200


GE HEALTHCARE-CHICAGO SOFTWARE AND
TRAINING
C/O OEC MEDICAL SYSTEMS INC.
2984 COLLECTIONS CENTER DR
CHICAGO, IL 60693


GE HEALTHCARE-CHICAGO
C/O OEC MEDICAL SYSTEMS INC.
2984 COLLECTIONS CENTER DR
CHICAGO, IL 60693


GEHA
PO BOX 410014
KANSAS CITY, MO 64179-9775


GEORGETOWN PHYSICIAN SERVICES LLC
C/O NELSON MULLINS RILEY AND SCARBOROUGH
SUSAN P MACDONALD
PO BOX 3939
MYRTLE BEACH, SC 29578


GEORGETOWN PHYSICIAN SERVICES, LLC
NELSON MULLINS RILEY AND SCARBOROUGH LLP
C/O THOMAS F. MORAN
3751 ROBERT GRISSOM PKY., FL. 3
MYRTLE BEACH, SC 29577


GEORGIA MEDPRO
3195 FREEDOM LANE
MOULTRIE, GA 31788

G-FIVE, INC.
297-H GARLINGTON RD
GREENVILLE, SC 29615


GIBBS, KWAKITA
705 RICHLAND ST
APT 2
COLUMBIA, SC 29201


GIBSON PEST CONTROL
3601 SWEETEN CREEK RD
PO BOX 989
SKYLAND, NC 28776


GIBSON, LINDSEY
1615 GLADDEN ST.
COLUMBIA, SC 29205


GILL, SABRINA
228 HAYES ROAD
PICKENS, SC 29671


GILSTRAP, JULIE
649 MASSINGILL MEMORIAL DR
PICKENS, SC 29671


GILSTRAP, JULIE
649 MASSINGILL MEMORIAL DRIVE
PICKENS, SC 29671


GIRAULT, GISELE
145 LAKE POINTE DR
FORT MILL, SC 29708


GISELE GIRAULT
145 LAKE POINTE DR

FORT MILL, SC 29708


GLOBAL STAR MEDICAL
1901 E 50TH ST
TEXARKANA, AR 71854


GLOVER, MAISHA
116 LAMBETH DRIVE
COLUMBIA, SC 29209


GODFREY, DEBORAH
280 CHEDDAR ROAD
BELTON, SC 29697


GOINS, KRISTINA
121 CAMELIA DRIVE
SUMMERVILLE, SC 29485


GOLDSMITH, HANNAH
115 PEARSON TERRACE DR
APT. C
EASLEY, SC 29642


GONZALEZ, ANA
201 EAST BEATTIE STREET
LIBERTY, SC 29657


GOODWIN, AMANDA
5822 STAGECOACH ROAD
EFFINGHAM, SC 29541


GOS-GREENVILLE OFFICE SUPPLY
PO BOX 3358
GREENVILLE, SC 29602


GOWAN, TAYLOR

1450 OLD NC 20
LEICESTER, NC 28748


GOWIN, ELLIE
232 HALO DRIVE
WELLFORD, SC 29385


GRAHAM, ERICA
326 ORANGE STREET
LOT 37
DARLINGTON, SC 29532


GRAINGER
730 CONGAREE RD
GREENVILLE, SC 29607


GRANADA NEIL 1099 - BAM
1399 ASHLEYBROOK LANE
SUITE 100
WINSTON SALEM, NC 27103


GRAYBILL, HEATHER
1409 ROPER MOUNTAIN ROAD
APT. 323
GREENVILLE, SC 29615


GREAT HERON - W COLUMBIA EFT
FRANK HAHNE
208 BARNACLE CIRCLE
LEXINGTON, SC 29072


GREENE, JOSHUA
222 PINE CONE LOOP
BISHOPVILLE, SC 29010


GREENVILLE OFFICE SUPPLY GOS
PO BOX 3358
GREENVILLE, SC 29602

GREENVILLE WATER- RICK ERWIN APT- CC
PO BOX 687
GREENVILLE, SC 29602-0687


GREENVILLE WATER SYSTEM
PO BOX 687
GREENVILLE, SC 29602-0687


GREENVILLE WATER SYSTEM-5250-GR-GV CC
PO BOX 687
GREENVILLE, SC 29602-0687


GREENVILLE WATER SYSTEM-5252- GR-GV CC
PO BOX 687
GREENVILLE, SC 29602-0687


GREER, JODY
112 FOLKSTONE CT
EASLEY, SC 29640


GRIFFIN, JESSICA
304 RICK COURT
PELZER, SC 29669


GROTH, RYAN
70 BENT CREEK PRESERVE ROAD
ASHEVILLE, NC 28806


GROVE 1005 - GROVE RD GREENVILLE
25 AIRPARK COURT
GREENVILLE, SC 29607


GROVE 1005 LLC
25 AIRPARK COURT
GREENVILLE, SC 29607

GUNTER, NATALIE
1227 PRICEVILLE ROAD
GILBERT, SC 29054


HAAS, JOHN
109 PEPPERWOOD DRIVE
GREENVILLE, SC 29611


HALLMAN, CAMERON
14 SCARLETT STREET
GREENVILLE, SC 29607


HALTIWANGER, LESLYE
208 LONGVIEW DRIVE
PIEDMONT, SC 29673


HALYARD SALES, LLC AVANOS
PO BOX 732583
DALLAS, TX 75373-2583


HAMBY, LESLEY
226 MURPHY ROAD
BELTON, SC 29627


HAMILTON, PURITY
199 FAIR ORCHARD WAY
DUNCAN, SC 29334


HAMM, JESSICA
6 EBENWAY LN
SIMPSONVILLE, SC 29680


HANCOCK, AMY
5804 SPINETAIL DR
NORTH MYRTLE BEACH, SC 29582

HANNIGAN, KAYLEE
108 EDGEWOOD DRIVE
DUNCAN, SC 29334


HARBIN, TRACY
101 CANFIELD RD
HONEA PATH, SC 29654-9511


HARE, ASHLEY
301 MORNING CREEK DRIVE
EASLEY, SC 29640


HARRELL, ERIC
25 DRAPER STREET
APT 432
GREENVILLE, SC 29611


HARRINGTON, STEPHANIE
2205 BROAD DRIVE
FLORENCE, SC 29505


HARSEY, STEPHANIE
121 FLEETWOOD DRIVE
LEXINGTON, SC 29073


HARTSELL, WINNON
167 BAGWELL STREET
EASLEY, SC 29640


HARVEY, IRENE
9 DELORES STREET
GREENVILLE, SC 29605


HATCHELL LANDSCAPE-FLO
PO BOX 5320

FLORENCE, SC 29502


HAWKINS, SHANNON
116 STARRWOOD DR
STARR, SC 29684


HAWKINS, TRACY
1233 NAZARETH RD
SPARTANBURG, SC 29301


HAYNSWORTH SINKLER BOYD, PA
ONE NORTH MAIN , 2ND FLOOR
PO BOX 2048
GREENVILLE, SC 29601-2048


HEALTHCARE COMPLIANCE PROS, INC.
10891 SCOTTY DRIVE
SOUTH JORDAN, UT 84095


HEALTHFIRST
DEPT CH 14330
PALATINE, IL 60055-4330


HEBRON, ANTONIA
51 LIVINGSTON TER
GREENVILLE, SC 29607-4397


HEMINGWAY, LUCINDA
209 FORESTWOOD DRIVE
COLUMBIA, SC 29223


HEMPHILL, ASHELY
116 GETTYS DR
GAFFNEY, SC 29341


HENRY SCHEIN- 4636 - EFT

PO BOX 371952
PITTSBURG, PA 15250-7952


HENRY SCHEIN
135 DURYEA RD
MELVILLE, NY 11747


HENRY SCHEIN
PO BOX 371952
PITTSBURG, PA 15250-7952


HENRY, RAVEN
119 DUKE AVE.
COLUMBIA, SC 29203


HERALD 16297 FLORENCE
PO BOX 1288
DILLON, SC 29536


HERNANDEZ, CYNTHIA
168 HARRIS TRL RD
GAFFNEY, SC 29341


HESS, NICHOLE
891 SOUTH MECHANIC STREET
PENDLETON, SC 29670


HI-AMERITAS LIFE INSURANCE CORP-DENTAL
PO BOX 81889
LINCOLN, NE 68501-1889


HI-ASSURANT HEALTH-COMPAS
PO BOX 624
MILWAUKEE, WI 53201-0624


HI-BLUECHOICE HEALTHPLAN

PO BOX 6000
COLUMBIA, SC 29260-6000


HICKSON, RANDOLYN
1558 RUGER DR
SUMTER, SC 29150


HI-COMPANION LIFE
PO BOX 100102
COLUMBIA, SC 29202


HI-FIDELITY SECURITY LIFE INS
FSL / EYEMED PREMIUMS
PO BOX 632530
CINCINNATI, OH 45263-2530


HIGHLAND CENTER DRIVE-COLUMBIA
C/O TRINITY PARTNERS MANAGEMENT - AR
440 S CHURCH ST, STE 800
CHARLOTTE, NC 28202


HIGHLAND IMAGING
PO BOX 63
ALLARDT, TN 38504


HI-LIBERTY MUTUAL INSURANCE
PO BOX 188025
FAIRFIELD, OH 45018-8025


HI-LINCOLN NATIONAL LIFE INSURANCE CO.
PO BOX 0821
CAROL STREAM, IL 60132-0821


HI-LINCOLN NATIONAL LIFE-DENTAL
PO BOX 0821
CAROL STREAM, IL 60132

HILL, KAREN
25 CRYSTAL AVE.
GREENVILLE, SC 29605


HILL, MORGAN
161 WILLOWOOD DR
SPARTANBURG, SC 29303


HILL, SAMUEL
3944 FORRESTER ROAD
GREER, SC 29651


HINTON, BRITTNI
4807 OLD SPARTANBURG RD
1500-K
TAYLORS, SC 29687-4238


HINTON, JULIE
5 MERRYWOOD DR
TAYLORS, SC 29687


HIOTT PRINTING COMPANY
207 JOHNSON STREET
PO BOX 997
PICKENS, SC 29671


HIOTT, TIFFANY
240 SYLVIA ROAD
BELTON, SC 29627


HI-PROBENEFITS, INC. - EFT
PO BOX 896200
CHARLOTTE, NC 28289


HI-PRUDENTIAL GROUP INSURANCE
PO BOX 101241
ATLANTA, GA 30392-1241

HIRT, KATIE
245 HADLEY COMMONS DR
MAULDIN, SC 29662


HISCOX INC
C/O WILLIS OF NORTH CAROLINA, INC
29754 NETWORK PLACE
CHICAGO, IL 60673-1297


HI-THE BENEFIT COMPANY, INC
PO BOX 211486
COLUMBIA, SC 29221


HOLMAN, LAUREN
103 RED LEAF CT
EASLEY, SC 29642


HONAKER, PATRICK
412 KIMBALL DRIVE
MARION, SC 29571


HONEA, KATIE
110 DRURY LANE
MAULDIN, SC 29662


HOOD, HALLE
114 SNIPE LANE
EASLEY, SC 29642


HORTON, BRITTANI
434 PLEASANT GREEN DR
INMAN, SC 29349


HOUCK-MORRIS, MELISSA
120 PENN CIRCLE

GALIVANTS FERRY, SC 29544


HOWARD, EUGENIA
PO BOX 42
ARCADIA, SC 29320


HUBER, CHRISTA
110 ROYAL COURT
GREENVILLE, SC 29611


HUBER, MARGARET
6780 RACKING LANE
WEDGEFIELD, SC 29168


HUDGENS, CAMEISHA
741 WOODRUFF RD
APT. 2512
GREENVILLE, SC 29607


HUDSON, EMILEE
200 N LYLES AVENUE
LANDRUM, SC 29356


HUDSON, ZENOBIA
7585 HIGH MAPLE COURT
NORTH CHARLESTON, SC 29418


HUFF, KATIE
402 A NORTH MAIN STREET
GREER, SC 29650


HUGHES, KARLA
131 SHARLA CT
LIBERTY, SC 29657


HUMANA GOLD CHOICE

PO BOX 14601
LEXINGTON, KY 40512-4601


HURON CONSULTING SERVICES, LLC DEFERRED
4795 PAYSPHERE CIRCLE
CHICAGO, IL 60674


HURON CONSULTING SERVICES, LLC
4795 PAYSPHERE CIRCLE
CHICAGO, IL 60674


HUTLEY, JOYCE
2 AIKEN UNO LANE
TAYLORS, SC 29687


IBRAHIM, ANGELIA
4005 GROUSEWOOD DRIVE
MYRTLE BEACH, SC 29588


IBUY OFFICESUPPLY
14940 28TH AVE NORTH
PLYMOUTH, MN 55447


IMAGING ASSOCIATES, INC. -
3223 32ND AVE S, STE 201
FARGO, ND 58103-6278


IMAGING SOLUTIONS HEALTHCARE LLC
ANDERSON, BOTTRELL, SANDEN AND THOMPSON
C/O MICHAEL J. HOFER
5257 27TH ST. S., STE. 101
FARGO, ND 58104


IMAGING SOLUTIONS HEALTHCARE LLC
C/O ANDERSON BOTTRELL SANDEN AND
THOMPSON, DAVID J HAUFF
PO BOX 10247
FARGO, ND 58104

IMAGING SOLUTIONS, INC.
3223 32ND AVE S, STE 201
FARGO, ND 58103-6278


IMCS INTEGRATED MICRO-CHROMATOGRAPHY
SYST
110 CENTRUM DRIVE
IRMO, SC 29063


IMHOF, BEVERLY
200 CROSSVINE WAY
SIMPSONVILLE, SC 29680


IMMEDION, LLC
PO BOX 745116
ATLANTA, GA 30374-5116


INDEXX, INC.
303 HAYWOOD ROAD
GREENVILLE, SC 29607


INFINITY ENTERPRISES - FLORENCE
C/O DR DEAN BANKS
9303 VENEZIA CIRCLE
MYRTLE BEACH, SC 29579


INFINITY MED CHOICE ORTHOPEDIC
8698 ELK GROVE BLVD
STE 1 - 208
ELK GROVE, CA 95624


INGRAM, BROOKE
1010 OLD HUNTS BRIDGE ROAD
GREENVILLE, SC 29617

INNES, JOANNE
214 DRAYTON STREET
WINNSBORO, SC 29180


INTEGRA PAIN MANAGEMENT
PO BOX 100416
ATLANTA, GA 30384


INTERNAL REVENUE SERVICE

KANSAS CITY, MO 64999-0202


INTERSTATE HEALTH PHYSICS CONSULTING LLC
112 DEERCHASE LANE
LEXINGTON, SC 29072


ION TECHNOLOGY SUPPORT INC
1204 COPELAND OAKS DRIVE
MORRISVILLE, NC 27560


IRON MOUNTAIN - SC77X
PO BOX 27128
NEW YORK, NY 10087-7128


IRON MOUNTAIN - SC826-SHRED SUMTER
PO BOX 27128
NEW YORK, NY 10087


IRON MOUNTAIN - SR995-STORAGE
PO BOX 27128
NEW YORK, NY 10087-7128


IRON MOUNTAIN
PO BOX 27128
NEW YORK, NY 10087-7128

IRONSHORE INSURANCE LIMITED
175 POWDER FOREST DR
WEATOGUE, CT 06089


ISLER, MARY
8 JACKSON DRIVE
STARTEX, SC 29377


IT-RECOUP LLC
1709 LAKE DRIVE WEST
CHANHASSEN, MN 55317


J D HAAS, LLC 1099
109 PEPPERWOOD DRIVE
GREENVILLE, SC 29611


JACKSON AND COKER PERMANENT, LLC.
2655 NORTHWINDS PARKWAY
ALPHARETTA, GA 30009


JACKSON, DE-ADRIENNE
116 ELETA DRIVE
LEXINGTON, SC 29073


JACKSON, TAMEKA
206 CATTERICK WAY
FOUNTAIN INN, SC 29644


JAMES CAIN 1099 BAM
113 RATHFARNHAM CIRCLE
ASHEVILLE, NC 28803


JAMES EARLES CLEANING SERVICE 1099
PO BOX 251
SANDY SPRINGS, SC 29677

JAMMIE STEPHENS
256 COPPERLEAF DRIVE
MYRTLE BEACH, SC 29588


JANT PHARMACAL
16530 VENTURA BLVD
SUITE 512
ENCINO, CA 91436


JAY PATEL
14 KETTERING COURT
EASLEY, SC 29642


JEFFERIES, ASHLEY
140 MANOR HOUSE LANE
CHESNEE, SC 29323


JEFFREY FARRICIELLI
3912 ASHTON SHORE LANE
MOUNT PLEASANT, SC 29466


JENKINS, KRYSTAL
120 MERRITT DRIVE
EASLEY, SC 29642


JENKINS, TRISHA
2212 PAMPLICO HIGHWAY
APT. J3
FLORENCE, SC 29505


JENNIFER TROISE
101 MILLER SPRINGS DR
MOORE, SC 29369


JENNINGS, KAYLA
587 LIBERTY HIGHWAY
LIBERTY, SC 29657

JESSICA BELL
210 CREEK FALLS XING
EASLEY, SC 29640


JETER, LAKEILA
449 GRANADA DRIVE
SPARTANBURG, SC 29303


JILL KESSLER
109 WINDSONG COURT
ANDERSON, SC 29621


JOBES, LYNNE
1340 LONGCREEK DRIVE
COLUMBIA, SC 29210


JOHANNING, JODI
106 PHILLIPS LANE
GREER, SC 29650


JOHN HAAS
109 PEPPERWOOD DRIVE
GREENVILLE, SC 29611


JOHNSON CONTROLS SECURITY SOLUTIONS
PO BOX 371967
PITTSBURGH, PA 15250-7967


JOHNSON, CHASITY
110 K C BERRY ROAD
STARR, SC 29684


JOHNSON, DEBORAH
108 COUNTRY COVE LANE
GREER, SC 29651

JONES DAY
1420 PEACHTREE STREET, N E , SUITE 800
ATLANTA, GA 30309


JONES, CORINE
230 ROPER MOUNTAIN ROAD EXTENSION
APT 703G
GREENVILLE, SC 29615


JONES, MALIKA
300 SULPHUR SPRINGS RD
APT NBR 06
GREENVILLE, SC 29617


JONES, VALARIE
252 DANBY CT
COLUMBIA, SC 29212-1844


JOSEPH OQUINN
12 KETTERING COURT
EASLEY, SC 29642


JOSEPH OQUINN/JWO ENTE 1099 BAM
JWO ENTERPRISE, LLC
12 KETTERING CT
EASLEY, SC 29642


JUSTICE, RAGEN
508 TARRANT STREET
CENTRAL, SC 29630


KATHY MOTES
260 BALLANTYNE COMMON CIRCLE
APT. 204
HENDERSONVILLE, NC 28792

KEARSE, SHERICA
20 RIVERSIDE DRIVE
TAYLORS, SC 29687


KEFFER, SARAH
335 ZIMMERMAN ROAD
INMAN, SC 29349


KEITH, CHELLA
111 MAYWOOD DRIVE
TAYLORS, SC 29687


KEITH, CHRISTINA
625 FARRS BRIDGE ROAD
GREENVILLE, SC 29611


KENNEDY, AMY
PO BOX 194
WAGENER, SC 29164


KENNEDY, TANGELA
10 CAPEWOOD ROAD
APT 127
SIMPSONVILLE, SC 29680


KERSHAW, DESTINY
222 LUKESVILLE ROAD
BUFFALO, SC 29321


KESSLER, JILL
109 WINDSONG COURT
ANDERSON, SC 29621


KING, NATASHA
2784 CRICKINTREE LANE
DARLINGTON, SC 29532

KING, SHEMA
706 FOUNTAINBROOK LANE
FOUNTAIN INN, SC 29644


KING, SHEMA
706 FOUNTAINBROOK LN
FOUNTAIN INN, SC 29644


KINNUNEN, COURTNEY
1628 SOUTH MCELHANEY ROAD
GREER, SC 29651


KIRKLAND, KARA
177 GARVIN DRIVE
WAGENER, SC 29164


KONIG PM LLC
C/O BLAKE LECHE
109 WAVERLY HALL LN.
SIMPSONVILLE, SC 29681


KONIG PM LLC
C/O DUNLAEVY LAW FIRM
JEFFREY P DUNLAEVY
37 VILLA RD , STE 440
GREENVILLE, SC 29615


KUDZU STAFFING, INC.
PO BOX 51627
POWDERSVILLE, SC 29673


LABTECH DIAGNOSTICS
1502 E GREENVILLE STREET
ANDERSON, SC 29621


LACROIX, AMI
328 GEORGES CREEK DR

EASLEY, SC 29640


LANCASTER, MEGAN
36 RIDGE TOP ACRES
CANDLER, NC 28715


LANCE, MORGAN
368 MOUNT BETHEL RD
PICKENS, SC 29671


LANDMARK AMERICAN INSURANCE COMPANY
C/O WILLIS OF NORTH CAROLINA, INC
29754 NETWORK PLACE
CHICAGO, IL 60673-1297


LAWSON, ASHLEY
321 LINDEN HALL LANE
EASLEY, SC 29640


LAWTON, DESTINY
1834 WESTRIDGE BLVD
CONWAY, SC 29527


LEAGUE, JAMES
209 WOODY CREEK ROAD
GREER, SC 29650


LEAVENWORTH, JOY
219 CATTERICK WAY
FOUNTAIN INN, SC 29644


LECHE, AMANDA
305 CHENOWETH DRIVE
SIMPSONVILLE, SC 29681


LECHE, BLAKE

109 WAVERLY HALL LN
SIMPSONVILLE, SC 29681


LEE, KELLY
PO BOX 271
VANCE, SC 29163


LEE, SHANNON
4637 OXFORD ROAD
COLUMBIA, SC 29209


LEONARD MEYER LLP
120 N LASALLE ST, STE 2000
CHICAGO, IL 60601


LEVASSEUR, DAWN
41 WESTERN AVENUE
FAIRFIELD, ME 04937


LEXINGTON TERMITE AND PEST CONTROL, INC.
439 HEARTWOOD DRIVE
LEXINGTON, SC 29073


LIBERTY MUTUAL INSURANCE
PO BOX 188025
FAIRFIELD, OH 45018-8025


LIBERTY MUTUAL INSURANCE-EFT
PO BOX 188025
FAIRFIELD, OH 45018-8025


LICHOTA, LISA
516 FOXCROFT RD
GREENVILLE, SC 29615


LINCE, KATHY

30 HARLEY CREEK ROAD
CANTON, NC 28716


LINCOLN NATIONAL LIFE INSURANCE CO.
PO BOX 0821
CAROL STREAM, IL 60132-0821


LINCOLN NATIONAL LIFE-DENTAL
PO BOX 0821
CAROL STREAM, IL 60132


LINDA SULLIVAN
115 ODELL RD
LIBERTY, SC 29657


LINDLER, CAMERON
22 FRIARTUCK ROAD
GREENVILLE, SC 29608


LINDLER, TINA
11245 GARNERS FERRY RD
EASTOVER, SC 29044


LIPOMED
150 CAMBRIDGE PARK DRIVE
SUITE 705
CAMBRIDGE, MA 02140


LISA FORGIONE BAM 1099
301 HOLLY ST
CLINTON, SC 29325


LISA FORGIONE
301 HOLLY STREET
CLINTON, SC 29325

LITTLEJOHN, AQUINNDA
426 ESTELLE ROAD
GAFFNEY, SC 29341


LIVEYON
7700 IRVINE CNTR DR NBR 800
IRVINE, CA 92618


LLOYD, HEATHER
114 NORTHVIEW RD
WEST COLUMBIA, SC 29169


LOHMAN, REBECKAH
104 FAWN CT
LEXINGTON, SC 29072


LONG, KAITLYN
4875 BUFFALO WEST SPRINGS HIGHWAY
PAULINE, SC 29374


LONG, SHANE
231 CORN ROAD
GREENVILLE, SC 29607


LOWE, KAREN
386 THISTLE LN
MYRTLE BEACH, SC 29579


LUCAS, AMANDA
168 SANDY CREEK CT
GASTON, SC 29053


LUCIOUS DANA SAPP
C/O PARHAM SMITH AND ARCHENHOLD, LLC
ASHLEE EDWARDS WINKLER
15 WASHINGTON PARK
GREENVILLE, SC 29601

LUCKY, KIM
207 14TH STREET APT E-11
HARTSVILLE, SC 29550


LUMPKIN, CONSTANT
346 CAUDELL DRIVE
LAVONIA, GA 30553


LUTHERAN SERVICES - ARDEN, NC
ATTN: KIRBY NICKERSON
PO BOX 947
SALISBURY, NC 28145


LYKES, AMY
211 FOXGLOVE DRIVE
SWANSEA, SC 29160


LYLES, PAMELA
284 FERNDALE DRIVE
BOILING SPRINGS, SC 29316


LYONS, BRITTANY
610 FOREST CREEK CIRCLE
GREER, SC 29651


MACK, ERICA
170 SHERMAN DRIVE
BOILING SPRINGS, SC 29316


MAG MUTUAL INSURANCE AGENCY, LLC
PO BOX 52979
ATLANTA, GA 30305


MAG MUTUAL INSURANCE AGENCY, LLC
PO BOX 52979
ATLANTA, GA 30355-0979

MAGNACARE
PO BOX 1001
GARDEN CITY, NY 11530


MAGNOLIA CENTER ONE, LLC
367 DEBORDIEU BLVD
GEORGETOWN, SC 29440


MAR COR INC
16233 COLLECTIONS CENTER DR
CHICAGO, IL 60693


MARION DAVIS INC.
PO BOX 2429
EASLEY, SC 29641-2429


MARLENE SAPP
C/O PARHAM SMITH AND ARCHENHOLD, LLC
ASHLEE EDWARDS WINKLER
15 WASHINGTON PARK
GREENVILLE, SC 29601


MARLING, BREANNE
203 SHUTTER ROAD
CENTRAL, SC 29630


MARTIN, KAREENA
2554 BOILING SPRINGS ROAD
BOILING SPRINGS, SC 29316


MARTINDALE, KIMBERLY
18 MANIOUS DRIVE
ARDEN, NC 28704


MARTINEZ, BRENDA

116 OLD STONE ROAD
COLUMBIA, SC 29229


MARY BLACK HEALTH - SPARTANBURG
SRHS-ACCOUNTING
ATTN: DANA HORTON
SPARTANBURG, SC 29303


MARY COX
20 CHARTWELL CT
SUMTER, SC 29154


MASON, DIANA
10 MILL PARK COURT
GREENVILLE, SC 29611


MASSEY, ELISABETH
19 DANBURY DRIVE
GREENVILLE, SC 29615


MATT FURMAN BAM
100 BEAVER LAKE DR
ELGIN, SC 29045


MAULDIN, KARESA
306 PARK WEST CIRCLE
EASLEY, SC 29642


MAYES, DANA
1710 WOODS DRIVE
FLORENCE, SC 29505


MAYS, ROBERT
310 ELM DRIVE
MAULDIN, SC 29662

MCBEE, TOBEY
116 ALLSBROOK PLACE
MOORE, SC 29369


MCCARLEY, JOSHUA
225 CARDINAL LN
CHESNEE, SC 29323


MCCASKILL, PATRICIA
305 FALLEN TIMBER TRAIL
BLYTHEWOOD, SC 29016


MCCLAM, MARY
1321 GILBERT DRIVE
FLORENCE, SC 29506


MCCOLLUM BUSINESS LLC
435 PROVIDENCE DR
EASLEY, SC 29642


MCCOLLUM, JAMES
409 HAVERHILL CIR
EASLEY, SC 29642


MCCOLLUM, JAMES
409 HAVERHILL CIRCLE
EASLEY, SC 29642


MCDOUGAL, ASHLEY
1614 CHEROKEE ROAD
FLORENCE, SC 29501


MCFADDEN, JANEISHA
1226 PATTY RD
CADES, SC 29518

MCGEE, CHARRA
1634 DOGWOOD STREET
CAYCE, SC 29033


MCGOWENS, MAKENZIE
447 LATHAM ROAD
EASLEY, SC 29640


MCGUIREWOODS, LLP
TOWER TWO- SIXTY
260 FORBES AVE
PITTSBURGH, PA 15222


MCHENRY, KIMBERLY
101 SHARON HEIGHTS DR
LIBERTY, SC 29657


MCKESSON MEDICAL-SURGICAL
PO BOX 634404
CINCINNATI, OH 45263-4404


MCKINNEY, LISA
210 WINCHEST DRIVE
CENTRAL, SC 29630


MEDICAL LABORATORY SOLUTIONS, INC.
270 RUTLEDGE RD, STE D
FLETCHER, NC 28732


MEDIPLUS
PO BOX 9126
DES MOINES, IA 50306


MEDLIN, LISA
159 GLENDALE LN
EASLEY, SC 29640

MEDLINE INDUSTRIES, INC.
DEPT CH 14400
PALATINE, IL 60055-4400


MEDSUPPLY PARTNERS
3715 ATLANTA INDUSTRIAL PKWY
SUITE B
ATLANTA, GA 30331


MEDTRONIC INC. USA
PO BOX 409201
ATLANTA, GA 30384-9201


MEEHAN, GRETA
1026 WALDEN CREEK WAY
GREENVILLE, SC 29615


MEEKINS, TONISHA
223 JIMMY LOVE LANE
COLUMBIA, SC 29212


MEHAFFEY, BRITTANY
9 HOWARD DRIVE
CANTON, NC 28716


MELODY DEANGELIS
198 OLD BLACKSMITH ROAD
SIX MILE, SC 29682


MERCEDES MEDICAL
7590 COMMERCE COURT
SARASOTA, FL 34243


MERCHANT CREDIT CARD PROCESSING
PO BOX 6600
HAGERSTOWN, MD 21741-6600

MERITMEDICAL INC.
PO BOX 204842
DALLAS, TX 75320-4842


MICHELE THOMSON
963 MT SHOALS RD
ENOREE, SC 29335


MIKELL, SUSAN
7013 OLD GREENVILLE HWY
LIBERTY, SC 29657


MILES, TONYA
113 SHELBY DRIVE
PICKENS, SC 29671


MILLER, JAKAILA
129 NORFOLK CIRCLE
ANDERSON, SC 29625


MILLER, JAMES
104 LONG CREEK COURT
INMAN, SC 29349


MILLER, KAITLYN
716 MEECE MILL ROAD
PICKENS, SC 29671


MIMMS CONTRACTING LLC
PO BOX 6732
COLUMBIA, SC 29260


MINKS, DENISE
1032 PORTICO LOOP
MYRTLE BEACH, SC 29577

MITCHELL, CHARLES
108 COMMON OAKS CT
SIMPSONVILLE, SC 29681-3931


MITCHELL, RYAN
1959 OSPREY DRIVE
FLORENCE, SC 29501


MOKAN, ROMAN
429 MEADOW ROAD
INMAN, SC 29349


MOLONEY, KEVIN
105 LAPORT DR
MAULDIN, SC 29662


MOODY, KELSEY
964 G W WHITMIRE ROAD
ROSMAN, NC 28772


MOORE, CHRISTY
1011 WEST SHOCKLEY FERRY ROAD
ANDERSON, SC 29626


MOORE, MIRANDA
1708 CHIMNEY SWIFT LN
WEST COLUMBIA, SC 29169-5418


MOREHEAD, NICHOLE
1715 DR JOHNS RD
WESTMINSTER, SC 29693-5254


MORGANO, GABRIELLE
6 CHUCKWOOD COURT
SIMPSONVILLE, SC 29680

MORRIS, REGINA
556 BRONZE DRIVE
LEXINGTON, SC 29072


MORRIS, WENDY
3367 YOUNG CHARLES DR
FLORENCE, SC 29501


MOSES, ANGELA
100 PRINCETON DR
EASLEY, SC 29640


MOSS, KAYLYN
414 KILLION DR
GAFFNEY, SC 29340


MOSS, KESHIA
312 TERILYN COURT
GREENVILLE, SC 29611


MOTES, KATHY
260 BALLANTYNE COMMON CIRCLE
APT. 204
HENDERSONVILLE, NC 28792


MOTT, TRACY
211 PINECREST DRIVE
MAULDIN, SC 29662


MOUNTAINSIDE MEDICAL EQUIPMENT
5955 NY-291
MARCY, NY 13403


MP COMPUTER SYSTEMS INC
PO BOX 5752
FLORENCE, SC 29502

MSA CARE GUARD
PO BOX 827
BURLINGTON, MA 01803


MULL, CAROLA
230 DONNAN ROAD
APT 1B
TAYLORS, SC 29687


MUMFORD, ANGEL
621 ASPEN ST
FLORENCE, SC 29501


MUNEZA, SERAPHINE
5300 AUGUSTA RD
APT 81
GREENVILLE, SC 29605


MUNIZ, FELIX
1015 NUTT STREET
APT. 334
WILMINGTON, NC 28401


MURIEL CALHOUN
C/O BLUESTEIN THOMPSON SULLIVAN, LLC
ALLISON PAIGE SULLIVAN
PO BOX 7965
COLUMBIA, SC 29202


MY WEB NINJA LLC
400 W LEGION BLVD
OWENSBORO, KY 42303


MYERS, RICHARD
411 RIVER STREET
APT NBR 303
GREENVILLE, SC 29601

NABORS, TERRI
505 WESTCHESTER RD
EASLEY, SC 29640


NALC - CIGNA
PO BOX 188004
CHATTANOOGA, TN 37422


NATUS NEUROLOGY INCORPORATED
PO BOX 3604
CAROL STREAM, IL 60132-3604


NAZERY, XAVIER
312 PERSIAN COURT
HOPKINS, SC 29061


NEFF, MELANIE
1800 FM 1640 ROAD NBR 416
RICHMOND, TX 77469


NELMES, SHANNON
207 WALNUT DRIVE
PICKENS, SC 29671


NELSON MULLINS RILEY AND SCARBOROUGH
LLP EFT
104 SOUTH MAIN STREET NINTH FLOOR
GREENVILLE, SC 29601


NELSON, BRITTNEY
911 SASSAFRAS DR
SUMTER, SC 29150


NEWCOMER, JOANNA
18 MONTFORD CT

TRAVELERS REST, SC 29690


NEWMAN, MELANIE
121 GRANT STREET
EASLEY, SC 29640


NEXT LEVEL FLOORING SOLUTIONS, LLC
444 BEAUCATCHER UNIT 6
ASHEVILLE, NC 28805


NICHOLSON RUSHTON, ANN
324 SMOKEY COURT
LEXINGTON, SC 29073


NIXON, IESHA
1514 GLENWOOD ROAD
SPARTANBURG, SC 29307


NORMA LEE WILSON
C/O GEORGE BROWN
LOWE YEAGER AND BROWN PLCC
900 S. GAY ST., STE. 2102
KNOXVILLE, TN 37902


NORMA SWEET
744 VIOLA COURT
COLUMBIA, SC 29229


NORTON, MICHELLE
110 PINE LAKE DRIVE
EASLEY, SC 29642


OCONNOR, ANGIE
741 WOODRUFF ROAD
APT 2035
GREENVILLE, SC 29607

ODOM, JESSICA
158 PLEMMONS RD
LYMAN, SC 29365


OGLETREE DEAKINS
PO BOX 89
COLUMBIA, SC 29202


OLDHAM, KIMBERLY
311 WATTS HILL RD
ELGIN, SC 29045-8860


OQUINN, JOSEPH
12 KETTERING COURT
EASLEY, SC 29642


ORASURE TECHNOLOGIES, INC. CC
PO BOX 780518
PHILADELPHIA, PA 19178-0518


ORTHOGEN RX
LOCKBOX 28390
28390 NETWORK PLACE
CHICAGOE, IL 60673-1283


OSBORNE, LAVOSKSKIE
108 SANDPINE CIRCLE
COLUMBIA, SC 29229


OTIS ELEVATOR COMPANY
PO BOX 73579
CHICAGO, IL 60673


OUELLETTE, CHRISTINE
7 STONO DRIVE
GREENVILLE, SC 29609

OWENS, MIRANDA
428 CHILDRESS RD
EASLEY, SC 29640


PAGE, JENNIFER
641 SLATTON SHOALS ROAD
PELZER, SC 29669


PAGE, KILEY
218 SHADOW CREEK LANE
ANDERSON, SC 29621


PALL CORP
PO BOX 419501
BOSTON, MA 02241


PALMER, ANGELA
227 CAMELLIA CIR
GAFFNEY, SC 29341-1138


PALMER, SOMMER
109 JAMES RD
EASLEY, SC 29642


PALMETTO GBA/MEDICARE - SC
FINANCE AND ACCOUNTING
PO BOX 100246
COLUMBIA, SC 29202-3280


PALMETTO SECURITY CO, INC.
4 MEDICAL COURT
SUMTER, SC 29150


PALMETTO UNIFORM, INC.
2015 J WEST EVANS ST
FLORENCE, SC 29501

PARKER, SYLNOVIA
457 MOORER RD
SAINT MATTHEWS, SC 29135


PATEL, ABHAY
9 NEW ALTAMONT TERRACE
GREENVILLE, SC 29609


PATEL, JAY
14 KETTERING COURT
EASLEY, SC 29642


PATRICIA MINTLINE
251 HICKS DR
INMAN, SC 29349


PATTERSON, BRANDON
7 SANDRINGHAM ROAD
TAYLORS, SC 29687


PAUL, LURIKA
100 FAIRFOREST ROAD
APT. B-1
COLUMBIA, SC 29212


PAULINE, CELIA
1587 GILES ROAD
LEXINGTON, NC 27295


PAY PLUS / ZELLIS PAYMENTS
18167 US HIGHWAY 19 NORTH
SUITE 300
CLEARWATER, FL 33764


PELKEY, CHRISTY

412 FOREST HILL ROAD
WAYNESVILLE, NC 28785


PERKINELMER HEALTH SCIENCES INC.
13633 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0136


PERKINS, AMY
5 SKILTON DR
TRAVELERS REST, SC 29690


PERKINS, CAROLINE
433 HUNTER MILL RD
LIBERTY, SC 29657


PERKINS, LYNN
145 RIVERWOOD TRAIL
MARIETTA, SC 29661


PERMA
PO BOX 183188
COLUMBUS, OH 43218


PHENOMENEX
411 MADRID AVENUE
TORRANCE, CA 90501-1430


PHILLIPS, CASSIE
210 DANIEL STREET
ANDERSON, SC 29625


PHILLIPS, CHRISTA
405 LENHARDT ROAD
EASLEY, SC 29640


PIEDMONT NATURAL GAS

PO BOX 660920
DALLAS, TX 75266-0920


PIEDMONT NATURAL GAS-7002-ANDERSON EFT
PO BOX 1246
CHARLOTTE, NC 28201-1246


PIONEER CREDIT RECOVERY
PO BOX 979113
SAINT LOUIS, MO 63197-9000


PIPETTE.COM
10360 SORRENTO VALLEY RD, SUITE E
SAN DIEGO, CA 92121


PITNEY BOWES
PO BOX 371887
PITTSBURGH, PA 15250-7887


PJP MARKETPLACE
9355 BLUE GRASS ROAD
PHILADELPHIA, PA 19114


PLATINUM CODE
8095 215TH STREET W
LAKEVILLE, MN 55044


PLUMBERS AND PIPEFITTERS
PO BOX 840
MACON, GA 31202


PMD - LAKESIDE
209 DEPOT STREET
SUITE B
GREER, SC 29651

POMCO
PO BOX 118
SYRACUSE, NY 13206


POSTON, HANNAH
105 WINSTON WAY
EASLEY, SC 29640


POSTON, MARIAN
119 COPPERMINE DRIVE
EASLEY, SC 29642


POUGH, QUEEN
13405 CRESCENT SPRINGS DRIVE NBR 4
CHARLOTTE, NC 28273


POWELL, AMY
113 SHEFFIELD ROAD
EASLEY, SC 29642


POWELL, RALONDA
237 LAUREL LANE NBR 25
FLORENCE, SC 29506


PR-AARP MEDDICARE COMPLETE
PO BOX 31362
SALT LAKE CITY, UT 84131


PR-ABSOLUTE TOTAL CARE
PO BOX 3050
FARMINGTON, MO 63640-3821


PR-ABSOLUTETOTAL CARE
PO BOX 602939
CHARLOTTE, NC 28260

PR-ACCENT COST CONTAINMENT SOLUTIONS
PO BOX 542007
OMAHA, NE 68154-8007

PR-ACCENT
PO BOX 952366
SAINT LOUIS, MO 63195-2366

PRACTICE DIAGNOSTIC SYSTEMS, LLC PDS
PRACTICAL DATA SOLUTIONS
33 BULLET HILL RD
SOUTHBURY, CT 06488

PR-ADVANCED PHYSICAL THERAPY
5284 CALHOUN MEM HWY
STE L
EASLEY, SC 29640

PR-AETNA
PO BOX 14079
LEXINGTON, KY 40512-4079

PR-AMERICAN RETIREMENT LIFE INS
PO BOX 30010
AUSTIN, TX 78755

PR-AMERICAS 1ST CHOICE
PO BOX 210769
COLUMBIA, SC 29221-0769

PR-ANS SOLUTIONS LLC
92 E MAIN STREET SUITE 307
SOMERVILLE, NJ 08876

PRAXAIR
1939 BLUFF ROAD
COLUMBIA, SC 29201

PRAXAIR
PO BOX 120812 DEPT 0812
DALLAS, TX 75312-0812


PRAXAIR, INC - 76578884-EQUIP LEASE
PO BOX 120812 DEPT 0812
DALLAS, TX 75312-0812


PRAXAIR, INC. - 71713891 SHARE LS
PO BOX 120812 DEPT 0812
DALLAS, TX 75312-0812


PR-BCBS OF NC
FINANCIAL PROCESSING SERVICES
PO BOX 30048
DURHAM, NC 27702


PR-BCBSSC
ATTN:LOCKBOX, AX-A31
I-20 E AT ALPINE RD
COLUMBIA, SC 29219-0001


PR-BENEFIT ADMINISTRATIVE SYSTEMS, LLC
17475 JOVANNA DRIVE, SUITE 1D
HOMEWOOD, IL 60430-1082


PR-BLUE CROSS BLUE SHIELD OF SC
PO BOX 100300
COLUMBIA, SC 29212


PR-BLUECHOICE HEALTH PLAN
21555 OXNARD ST
WOODLAND HILLS, CA 91367


PR-BROADSPIRE SERVICES, INC.
PO BOX 14645

LEXINGTON, KY 40572


PR-CAINE AND WEINER
PO BOX 5010
WOODLAND HILLS, CA 91365


PR-CARE IMPROVEMENT PLUS
PO BOX 822657
PHILADELPHIA, PA 19182-2657


PR-CGS ADMINISTRATORS LLC
PO BOX 955152
ST LOUIS, MO 63195


PR-CHAPPELL, SMITH AND ARDEN, PA
PO BOX 12330
COLUMBIA, SC 29211


PR-CHRISTIAN AND DAVIS
1007 E WASHINGTON ST
GREENVILLE, SC 29601


PR-CIGNA
PO BOX 188061
CHATTANOOGA, TN 37422-8061


PR-COLLINS AND LACY
PO BOX 12487
COLUMBIA, SC 29211


PR-CONDUENT PAYMENT INTEGRITY SOLUTIONS
REFUND DEPT
PO BOX 3009
NAPPERVILLE, IL 60566


PR-CONSUMERS CHOICE HEALTH PLAN

ATTN: RECOVERIES DIVISION
PO BOX 779
LITTLE ROCK, AR 72203


PR-CONTINENTAL BENEFITS
PO BOX 3610
BRANDON, FL 33509


PR-COTIVITI HEALTHCARE
ATTN: FIRST CHOICE VIP CARE CLAIMS
555 NORTH LANE, SUITE 6020
CONSHOHOCKEN, PA 19428


PR-DEPARTMENT OF VETERANS AFFAIRS
1100 TUNNELL ROAD
ASHEVILLE, NC 28801


PRECISE HEALTH RESOURCES, LLC
C/O BRANT TURNER
102 SWEETWATER CT
GREER, SC 29650


PREFERRED HEALTH
3209 SW PORT ST. LUCIE BLVD NBR 114
PORT ST. LUCIE, FL 34953


PREFERRED MEDICAL PRODUCTS
PO BOX 100
DUCKTOWN, TN 37326


PREMIER FIRE PROTECTION
PO BOX 1765
SIMPSONVILLE, SC 29681


PREMIER MEDICAL LAB SERVICES
PO BOX 2009
FOUNTAIN INN, SC 29644

PREMIUM FUNDING ASSOCIATES, INC
1 WORLD FINANCIAL CENTER
200 LIBERTY STREET
NEW YORK, NY 10281


PR-EMPLOYERS PREFFERED INS CO
PO BOX 71088
CHARLOTTE, NC 28272


PRESCOTT, GLYNIS
516 N NETTLES ST.
BISHOPVILLE, SC 29010


PRESCRIBERS LETTER
3120 W MARCH LANE
PO BOX 8190
STOCKTON, CA 95297-0842


PRESTIGE STAFFING LLC
8010 ROSWELL ROAD
SUITE 330
ATLANTA, GA 30350


PRESTON LOUNDS
5 NORTH PLAINVIEW DR
GREENVILLE, SC 29611


PR-FORETHOUGHT
PO BOX 16500
CLEARWATER, FL 33766-6500


PR-GEHA
PO BOX 410014
KANSAS CITY, MO 64179-9775


PR-GHI

PO BOX 2814
NEW YORK, NY 10116-2814


PR-HARTSVILLE PHYSICAL THERAPY
1920 SECOND LOOP RD
STE 5
FLORENCE, SC 29501


PR-HEALTH SCOPE BENEFITS
ATTN: RECOVERIES DIVISION
27 COPRORATE HILL DRIVE
LITTLE ROCK, AR 72205


PR-HEALTHNET FEDERAL SERVICES VETERANS
PO BOX 2748
VIRGINIA BEACH, VA 23450


PR-HEWITT, COLEMAN AND ASSOCIATES, INC
ATTN: WESLEY COMMONS
PO BOX 6708
GREENVILLE, SC 29606


PR-HOWARD, HOWARD, FRANCIS AND REID
PO BOX 10383
GREENVILLE, SC 29603


PR-HUMANA GOLD CHOICE
PO BOX 14601
LEXINGTON, KY 40512-4601


PR-HUMANA HEALTH CARE PLANS
PO BOX 931655
ATLANTA, GA 31193-1655


PR-HUMANA INC
PO BOX 14601
LEXINGTON, KY 40512-4601

Case 19-31286 Doc 1 Filed 09/19/19 Entered 09/19/19 17:13:34 Desc Main
Document Page 299 of 384

PRICE, MARY
421 FANNIE MAE LANE
WAYNESVILLE, NC 28786


PRIME LINE INC
PO BOX 51569
PIEDMONT, SC 29673


PRINCE, LAUREN
108 GRAY LOG TURN
PIEDMONT, SC 29673


PRINCIPAL FINANCIAL GROUP
PO BOX 10372
DES MOINES, IA 50306-0372


PRINCIPAL LIFE
PO BOX 39710
COLORODO SPRINGS, CO 80949-3910


PR-INTEGRA BMS, INC.
A/R DEPARTMENT
PO BOX 1240
MATTHEWS, NC 28106-1240


PRINTTEK
57 BATESVILLE COURT
GREER, SC 29650


PRIORITY ONE SECURITY-GROVE
PO BOX 602577
CHARLOTTE, NC 28260-2577


PRIORITY ONE
PO BOX 602577
CHARLOTTE, NC 28260-2577

PR-JENNIFER TROISE
101 MILLER SPRINGS DR
MOORE, SC 29369


PR-LINDA SULLIVAN
115 ODELL RD
LIBERTY, SC 29657


PR-MCCARTHY, BURGESS AND WOLFF
MB AND W BUILDING
26000 CANNON RD
CLEVELAND, OH 44146


PR-MCWHIRTER, BELLINGER AND ASSOC
1807 HAMPTON ST.
COLUMBIA, SC 29201


PR-MEDICARE PART B
PALMETTO GBA/MEDICARE
MEDICARE PART B-FINANCE AND ACCOUNTING
COLUMBIA, SC 29202-3280


PR-MICHELE THOMSON
963 MT SHOALS RD
ENOREE, SC 29335


PR-MOAA MEDIPLUS
PO BOX 9126
DES MOINES, IA 50306


PR-MOLINA HEALTHCARE OF OHIO
DEPT 781661
PO BOX 78000
DETROIT, MI 48278-1661

PR-MOLINA HEALTHCARE OF S C
PO BOX 602960
CHAROLOTTE, NC 28260-2960


PR-MSA CARE GUARD
PO BOX 827
BURLINGTON, MA 01803


PR-NATIONAL ELEVATOR INDUSTRY
19 CAMPUS BLVD STE 200
NEWTON SQUARE, PA 19073-3288


PROBENEFITS, INC.
PO BOX 896200
CHARLOTTE, NC 28289


PROCARE FLIGHT, LLC
25 AIRPARK CT
GREENVILLE, SC 29607


PROGRESSIVE BUISNESS PUBLICATIONS
370 TECHNOLOGY DRIVE
MALVERN, PA 19355


PR-OMNI HELATHCARE LLC
270 CARPENTER DRIVE NE
SUITE 695
ATLANTA, GA 30328


PROPEL HR, INC.
669 N ACADEMY ST
GREENVILLE, SC 29601


PROPES, AMELIA
106 ZION STREET
EASLEY, SC 29640

PROPES, HEATHER
106 ZION STREET
EASLEY, SC 29640


PROPHET, SHANDA
113 MIMOSA DRIVE
GASTON, SC 29053


PROPROFS
6800 ALTAMOR DR
LOS ANGELES, CA 90045


PROTURF BUILDER
DOUGLAS J YOUNG
27 CONWAY DR
GREENVILLE, SC 29615


PROVIDENCE HOMEOWNERS ASSOCIATION
216 PROVIDENCE WAY
EASLEY, SC 29642


PR-PALMETTO GBA/MEDICARE
PO BOX 100190
COLUMBIA, SC 29202-3190


PR-PATRICIA MINTLINE
251 HICKS DR
INMAN, SC 29349


PR-PERMA
PO BOX 183188
COLUMBUS, OH 43218


PR-PIONEER CREDIT RECOVERY
PO BOX 979113
SAINT LOUIS, MO 63197-9000

PR-PLANNED ADMIN INC
PO BOX 6927,
COLUMBIA, SC 29260


PR-PLANNED ADMINISTRATORS, INC
ATTN: REFUNDS
PO BOX 6927
COLUMBIA, SC 29260


PR-POMCO
PO BOX 159 EASTWOOD STATION
SYRACUSE, NY 13206


PR-PRS-PAYMENT RESOLUTION SERVICE
PO BOX 415000
NASHVILLE, TN 37241-0836


PR-RECEIVABLE MANAGEMENT SERVIC
1250 E DIEHL RD STE 300
NAPERVILLE, IL 60563


PRS
PO BOX 292437
NASHVILLE, TN 37229-2437


PR-SALLEY LAW FIRM
129 EAST MAIN ST
LEXINGTON, SC 29072


PR-SC DEPARTMENT OF HEALTH AND HUMAN
CASH RECEIPTS
PO BOX 8355
COLUMBIA, SC 29202-8355


PR-SC MEDICAID
PO BOX 1412

COLUMBIA, SC 29202-1412


PR-SEDGWICK CLAIMS MANAGEMENT SERVICES
PO BOX 14434
LEXINGTON, KY 40512-4434


PR-SENTRY SELECT INSURANCE CO.
PO BOX 8032
STEVENS POINT, WI 54481


PR-TCC
ATTN: SANDRA MYRICK
PO BOX 22557
CHARLESTON, SC 29413


PR-THE DENNISON LAW FIRM
PO BOX 2468
GREENVILLE, SC 29602


PR-THE JOEL BIEBER FIRM
15 S MAIN STREET SUITE 600
GREENVILLE, SC 29601


PR-TRAVELERS INS PROPERTY CASUALTY
PO BOX 4614
BUFFALO, NY 14240


PR-TRICARE FOR LIFE
PO BOX 7928
MADISON, WI 53707-7928


PR-TRUSTMARK LIFE INSURANCE
PO BOX 2942
CLINTON, IA 52733-2942


PRUDENTIAL GROUP INSURANCE

PO BOX 101241
ATLANTA, GA 30392-1241


PRUITT, JAMIE
209 MAPLE DRIVE
ANDERSON, SC 29621


PR-UMR EATON CORPORATION
PO BOX 30541
SALT LAKE CITY, UT 84130


PR-UNIFIED LIFE INSURANCE CO
PO BOX 25326
OVERLAND PARK, KS 66225


PR-UNITED HEALTHCARE SERVICES, INC.
PO BOX 31362
SALT LAKE CITY, UT 84130-0555


PR-UNITED HEALTHCARE
PO BOX 101760
ATLANTA, GA 30392-1760


PR-UPMC HEALTHPLAN
PO BOX 2999
PITTSBURG, PA 15230


PR-UTICA MUTUAL INSURANCE COMPANY
ATTN: REFUNDS
PO BOX 5310
BINGHAMPTON, NY 13902-9955


PR-VERISA HOGLEN
285 PISGAH VIEW RD
ASHEVILLE, NC 28806

PR-VHG RECOVERY SERVICES
PO BOX 740804
ATLANTA, GA 30374


PR-WELLCARE RECOVERY DEPT
PO BOX 31658
TAMPA, FL 33631-3584


PR-WELLCARE
PO BOX 31658
TAMPA, FL 33631


PR-WILLIAM GRAY
209 RIVERBREEZE RD
GREENVILLE, SC 29611


PR-WILLIAMS AND KAMB
PO BOX 10693
GREENVILLE, SC 29603


PR-XEROX RECOVERY SERVICES
31355 OAK CREST DRIVE
SUITE 100
WESTLAKE VILLAGE, CA 91361


PR-ZIPPERER LORBERBAUM AND BEAUVAIS
PO BOX 9147
SAVANNAH, GA 31412


PSNC ENERGY
PO BOX 100256
COLUMBIA, SC 29202-3256


PSS CAROLINAS 2231 MYRTLE BEACH
PO BOX 741378
ATLANTA, GA 30374-1378

PT - ANDERSON COUNTY TREASURER
PO BOX 1658
ANDERSON, SC 29622


PT - BEAUFORT COUNTY TREASURER
BUSINESS LICENSE DEPARTMENT
PO DRAWER 1228
BEAUFORT, SC 29901-1228


PT - BUNCOMBE COUNTY TAX COLLECTOR-ARDEN
35 WOODFIN STREET, SUITE 204
ASHEVILLE, NC 28801-3014


PT - CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA, SC 29202-3242


PT - GREENVILLE COUNTY TAX COLLECTOR
DEPARTMENT 390
PO BOX 100221
COLUMBIA, SC 29202-3221


PT - HORRY COUNTY TREASURER
DEPT 330 PO BOX 100215
COLUMBIA, SC 29202-3215


PT - INFINITY ENTERPRISES LLC
DEAN BANKS
1906 OSPREY DR
FLORENCE, SC 29501-6123


PT - LAURIE WALSH CARPENTER FLORENCE
PO BOX 100501
FLORENCE, SC 29502-0501


PT - OREN L BRADY III COUNTY TREASURER
PO BOX 5807

SPARTANBURG, SC 29304


PT - PICKENS COUNTY TREASURER
222 MCDANIEL AVENUE
B-6
PICKENS, SC 29671-2754


PT - RICHLAND COUNTY TREASURER
PO BOX 11947
COLUMBIA, SC 29211


PT - SPARTANBURG COUNTY TAX COLLECTOR
PO BOX 3060
SPARTANBURG, SC 29304


PTG INC
114 WILLIAMS STREET
GROUND LEVEL
GREENVILLE, SC 29601


PULSE MEDICAL INC DBA RADIATION CONCEPT
1130 ADA STREET SUITE B
BLUE RIDGE, GA 30513


PURCHASE POWER - 0541-9860 POSTAGE
PO BOX 371874
PITTSBURGH, PA 15250-7874


PURCHASE POWER - 0962-0380 CORP EFT
PO BOX 371874
PITTSBURGH, PA 15250-7874


PURITY MEDICAL PRODUCTS
PO BOX 940
PLACENTIA, CA 92871

PYE-BARKER FIRE AND SAFETY LLC
PO BOX 69
ROSEWELL, GA 30077


QS/1 DATA SYSTEMS
201 W ST. JOHN ST
SPARTANBURG, SC 29306


QUADRANGLE RESEARCH
PO BOX 12873
RESEARCH TRIANGLE PARK, NC 27709


QUALCARE, INC
PO BOX 249
PISCATAWAY, NJ 08855-0241


QUALITY SERVICE COMPANY, LLC
2208 NATIONAL AVENUE
FLORENCE, SC 29501


QUARTZY, INC.
DEPT 3895
PO BOX 123895
DALLAS, TX 75312-3895


QUEST DIAGNOSTICS
PO BOX 740709
ATLANTA, GA 30374-0709


QUILL CORPORATION
PO BOX 37600
PHILADELPHIA, PA 19101-0600


R AND L CARRIERS
PO BOX 271
WILMINGTON, OH 45177-0271

RACKLEY, BRIANNA
321 TEAKWOOD DRIVE
EASLEY, SC 29640


RACKLEY, MELISSA
321 TEAKWOOD DR
EASLEY, SC 29640


RADFORD, TRACY
218 SPRING ESTATES DR
LIBERTY, SC 29657


RADIOLOGY ASSOCIATES OF THE CAROLINAS
PO BOX 669
SIMPSONVILLE, SC 29681


RAINBOW SIGNS, INC.
PO BOX 712
GREENWOOD, SC 29648


RAJMAN 02, LLC
ATTN: MRS KAILASH PANDYA
274-B COMMONWEALTH DR
GREENVILLE, SC 29615


RAMOS, KIMBERLY
222 ABERDEEN DRIVE
ANDERSON, SC 29621


RAMSAY, JILLIAN
115 C DEERFIELD CT
EASLEY, SC 29640


RANDALL, ANNE
26 BEE MEADOWS CIR
SWANNANOA, NC 28778

Case 19-31286    Doc 1    Filed 09/19/19    Entered 09/19/19 14:28:40    Desc Main
Document    Page 311 of 384

RATLIFF, WANDA
303 HUDDERSFIELD DRIVE
PIEDMONT, SC 29673


RAWLINS, ASIA SIMONE
1022 MANOR LANE
CONWAY, SC 29526


RAY, CATHY
165 KNIGHT DRIVE
CLYDE, NC 28721


RE - BLACK BEAR CONSULTING 1099
411 RIVER ST., APT 303
GREENVILLE, SC 29601


RE - BLAKE LECHE - KONIG DM, LLC 1099
BLAKE LECHE
109 WAVERLY HALL LN
SIMPSONVILLE, SC 29681


RE - BLAKE LECHE - KONIG DM, LLC
109 WAVERLY HALL LN
SIMPSONVILLE, SC 29681


RE - BRADLEY SWENSON 1099
2900 RAMBLING PATH
ANDERSON, SC 29621


RE - BRANT TURNER-PRECISE HEALTH RES-BAM
BRANT TURNER
1276 SHADOW WAY
GREENVILLE, SC 29615


RE - C AND D CUSTOM DESIGN
CORNELL DANEY

1242 BLUE JOHNSON RD
HOPKINS, SC 29061


RE - CANDICE BROWN
7243 FONTANA DR
COLUMBIA, SC 29209


RE - CHAPMAN CARPET CLEANING 1099
PO BOX 1414
GREER, SC 29652


RE - CHARLES RAY MITCHELL LOCUM/1099
116 AUBURN TOP LANE
MAULDIN, SC 29662


RE - CUSTOM INDOOR SERVICES CLEANING
106 SHERBERT COURT
SPARTANBURG, SC 29303


RE - DAWN RICHARDS BAM
126 MORNING LAKE DRIVE
MOORE, SC 29369


RE - DOUGLAS B MASSEY 1099
303 FAIRFOREST WAY
PICKENS, SC 29671


RE - DWIGHT JACOBUS
401 DEERFIELD DR
GREER, SC 29650


RE - ERIC HARRELL - ECORP, LLC 1099 BAM
25 DRAPER STREET
UNIT 432
GREENVILLE, SC 29611

RE - ERIC HARRELL - ECORP, LLC
25 DRAPER STREET
UNIT 432
GREENVILLE, SC 29611


RE - ERIC HARRELL BAM
108 FOX LANE
PICKENS, SC 29671


RE - FALICIA SCOTT
2805 CARRIAGE LANE
FLORENCE, SC 29505


RE - FELIX MUNIZ MD
1015 NUTT STREET APT 334
WILMINGTON, NC 28401


RE - GENENE FIELDS
110 THORNBY ROAD
IRMO, SC 29063


RE - GINNA EUGENIA HOWARD 1099
PO BOX 42
ARCADIA, SC 29320


RE - GRANADA NEIL 1099 - BAM
1399 ASHLEYBROOK LANE
SUITE 100
WINSTON SALEM, NC 27103


RE - GRIFFIN PAINTING OF THE UPSTATE
PO BOX 502
EASLEY, SC 29641


RE - J D HAAS, LLC 1099
109 PEPPERWOOD DRIVE
GREENVILLE, SC 29611

Case 19-31286 Doc 1 Filed 09/19/19 Entered 09/19/19 14:28:40 Desc Main
Document Page 314 of 384

RE - JAMES CAIN 1099 BAM
113 RATHFARNHAM CIRCLE
ASHEVILLE, NC 28803


RE - JAMES EARLES CLEANING SERVICE 1099
PO BOX 251
SANDY SPRINGS, SC 29677


RE - JAMES M MCCOLLUM
409 HAVERHILL CIRCLE
EASLEY, SC 29642


RE - JAMES MILTON BAGWELL 1099
406 HAVERHILL CIRCLE
EASLEY, SC 29642


RE - JANET BRODIE BAM
125 SLOANS AVE
PERRY, SC 29137


RE - JOSEPH OQUINN/JWO ENTE 1099 BAM
JWO ENTERPRISE, LLC
12 KETTERING CT
EASLEY, SC 29642


RE - JOSH GREENE BAM
222 PINE CONE LOOP
BISHOPVILLE, SC 29010


RE - JULIA EBENBOECK BAM
16 PITTMAN RD
LYMAN, SC 29365


RE - KAITLYN WHITE 1099
19 WOODHAVEN WAY
EASLEY, SC 29642

RE - MATT FURMAN BAM
100 BEAVER LAKE DR
ELGIN, SC 29045


RE - REAGAN MEDICAL CONSULTING, LLC 1099
C/O DR CHRISTOPHER J RUBEL
20 LOWTHER HALL LANE
GREENVILLE, SC 29615


RE - RICHARD MINKS BAM
1032 PORTICO LOOP
MYRTLE BEACH, SC 29577


RE - ROBERT BLACKWELL 1099 BAM
706 ARCADIAN WAY
CHARLESTON, SC 29407


RE - ROJAS LANDSCAPING, LLC 1099
228 OLD CEDAR ROCK RD
EASLEY, SC 29640


RE - SANDRA MITCHUM BAM
2245 LLOYD DR
SUMTER, SC 29154


RE - SERVICE PA CHARLES PARKE 1099
ATTN: MS TERESA SIMONS
390 E HENRY ST
SPARTANBURG, SC 29302


RE - SIDNEY FLEEGLE 1099
3958 PANTHER CREEK RD
CLYDE, NC 28721


RE - SIMPLE SOLUTIONS ACCOUNTING LLC

123 QUINCY DR
GREER, SC 29650


RE - STEEPLECHASE PATHOLOGY, LLC 1099
ATTN: RENEE THOMAS, MD
1905 CARRIAGE HOUSE LANE
CAMDEN, SC 29020


RE - SYBIL REDDICK-REAL OPTIONS 1099 BAM
SYBIL REDDICK
32 QUAIL HILL DRIVE
GREENVILLE, SC 29607


RE - TERESA LESLIE 1099
102 ROSS ROAD
LIBERTY, SC 29657


RE - TIDEWATER RADIOLOGY LLC DR DOUD
216 CHECHESSEE RD
OKATIE, SC 29909


RE - WILLIAM H WHITLOCK 1099
201 BUCKINGHAM RD
EASLEY, SC 29640


RE -REFLECTIONS MAINTENANCE SERVICES INC
PO BOX 2105
LEICESTER, NC 28748


READYREFRESH BY NESTLE
PO BOX 856192
LOUISVILLE, KY 40285-6192


REDDICK, SYBIL
32 QUAIL HILL DRIVE
GREENVILLE, SC 29607

REDSTONE TECHNOLOGIES, LLC
PO BOX 50972
SUMMERVILLE, SC 29485


REFLECTIONS MAINTENANCE SERVICES INC
PO BOX 2105
LEICESTER, NC 28748


REFLECTIONS MAINTENANCE SERVICES INC.
29 RUMBOUGH PLACE
ASHEVILLE, NC 28806


REGISTERED AGENT SOLUTIONS INC
1701 DIRECTORS BLVD
SUITE 300
AUSTIN, TX 78744


REGISTERED AGENT SOLUTIONS, INC
1701 DIRECTORS BLVD SUITE 300
AUSTIN, TX 78744


RELIANT MEDICAL SERVICES, INC.-EFT
3081 W MCNAB ROAD
POMPANO BEACH, FL 33069-1525


RENAUD, EMILY
1000 GOLDEN CREEK RD
LIBERTY, SC 29657-9398


RENT - BHHS JOHN M BRABHAM REAL ESTATE
DAVIS PROPERTIES
1081 ALICE DRIVE
SUMTER, SC 29151


RENT - CCP HARBINGER, LLC - FCH LAB
C/O COMMONWEALTH COMMERICAL PARTNERS LLC
PO BOX 71150

RICHMOND, VA 23225


RENT - DAVIS PROPERTIES, INC.
C/O JOE DAVIS
227 ALICE DRIVE, STE 2
SUMTER, SC 29151


RENT - DOUBLE DUTCH - MYRTLE BEACH
1801 NEW HANOVER MEDICAL PARK DRIVE
WILMINGTON, NC 28403


RENT - EOS REAL ESTATE MANAGEMENT GROUP
201 EAST MCBEE AVENUE, STE 202
GREENVILLE, SC 29601


RENT - G AND E HC REIT II - OC-CK
62668 COLLECTIONS CENTER DR
CHICAGO, IL 60693


RENT - GA HC REIT II - B-COL
62756 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0627


RENT - GREAT HERON - W COLUMBIA EFT
FRANK HAHNE
208 BARNACLE CIRCLE
LEXINGTON, SC 29072


RENT - GREEN CITY - CN
200 E BROAD ST., STE 220
GREENVILLE, SC 29601


RENT - GREENWOOD RENTAL - E-GW
109 WEST COURT AVE, GREENWOOD, SC 29646
P O BOX 457, SC 29648

RENT - GROVE 1005 - GROVE RD GREENVILLE
25 AIRPARK COURT
GREENVILLE, SC 29607


RENT - HIGHLAND CENTER DRIVE-COLUMBIA
C/O TRINITY PARTNERS MANAGEMENT - AR
440 S CHURCH ST, STE 800
CHARLOTTE, NC 28202


RENT - HIGHLAND CENTER OWNERS ASSOCIATIO
PO BOX 2267
COLUMBIA, SC 29202


RENT - INFINITY ENTERPRISES - FLORENCE
C/O DR DEAN BANKS
9303 VENEZIA CIRCLE
MYRTLE BEACH, SC 29579


RENT - IRMO MEDICAL - STA-COL
1 WELLNESS BLVD, STE 200
IRMO, SC 29063


RENT - LUTHERAN SERVICES - ARDEN, NC
ATTN: KIRBY NICKERSON
PO BOX 947
SALISBURY, NC 28145


RENT - MAGNOLIA CENTER ONE, LLC - MB
1367 DEBORDIEU BLVD
GEORGETOWN, SC 29440


RENT - MARY BLACK HEALTH - SPARTANBURG
SRHS-ACCOUNTING
ATTN: DANA HORTON
SPARTANBURG, SC 29303


RENT - MCCOLLUM BUSINESS - BC-ES
PO BOX 484

EASLEY, SC 29641

RENT - MR. JAMES G OWEN-SIGN-WAYNESVILLE
725 STRATFORD WOODS RD
MATTHEWS, NC 28105

RENT - NORTH GROVE MEDICAL - BS-SP
151 HAROLD FLEMING COURT
SPARTANBURG, SC 29303

RENT - PARK PLACE HOLDINGS - CP-SEN
C/O ARTHUR KHURSHUDYAN AND DIANE BOSTROM
REMAX FOOTHILLS
CLEMSON, SC 29631

RENT - PAUL MATYS PEPPERWOOD
181 JONES CREEK DR
JUPITER, FL 33458

RENT - PIEDMONT NEUROSURGICAL - M-AND
ATTN: PATTI MORGAN
3 ST. FRANCES DR
GREENVILLE, SC 29601

RENT - ROBERTS DEVELOPMENT - ANDERSON
PO BOX 393
ANDERSON, SC 29622

RENT - SANDRA COOPER OWEN - WAYNESVILLE
78 WAYNEWOOD DRIVE
WAYNESVILLE, NC 28786

RENT - TERRA PARKGREEN - OMC LAB
FBO TERRA PARKGREEN, LLC
PO BOX 645372
CINCINNATI, OH 45264-5372

RENT - TONS OF RENTALS.COM
DR BLACKWELLS RENT
PO BOX 580
ARDEN, NC 28704


RENT - WEST ASHLEY MEDICAL CENTER
C/O LEE AND ASSOCIATES
960 MORRISON DR , STE 400
CHARLESTON, SC 29403


RENT-DR BRUCE C AND DIANA H RIDDLE - FRK
1386 IOTA CHURCH ROAD
FRANKLIN, NC 28734


RENT-NAI EARLE FURMAN, LLC-MILESTONE WA
ATTN: PROPERTY MANAGEMENT
101 E WASHINGTON STREET
GREENVILLE, SC 29601


RENT-RICK ERWINS WEST END PROPERTY, LLC
40 W BROAD STREET
STE 301
GREENVILLE, SC 29601


RENT-TRI COASTAL PROPERTIES III - MP-CH
9263 MEDICAL PLAZA DRIVE, STE E
CHRLESTON, SC 29406


RENT-TURNER PADGET GRAHAM AND LANEY -ALL
200 EAST BROAD ST, SUITE 250
GREENVILLE, SC 29601


RESERVE NATIONAL INSURANCE COMPANY
601 EAST BRITTON RD
OKLAHOMA CITY, OK 73114-7710


REYNOLDS, DANIELLE

116 WOODWARD WAY
EASLEY, SC 29640


RHODALL, JASMINE
34 GOLDENROD DR
BARNWELL, SC 29812


RHODES, JEMICA
328 DANIEL CT
MAULDIN, SC 29662


RHODES, KIMBERLY
148 BROOK MEADOW LANE
LIBERTY, SC 29657


RICHARDS, DAWN
126 MORNING LAKE DRIVE
MOORE, SC 29369


RICHARDSON, ALICIA
223 BLUFF DR
GREENVILLE, SC 29605


RICHEY AND RICHEY, P A
PO BOX 10916
GREENVILLE, SC 29603


RICHEY, DIANNA
200 WHITMIRE ROAD
EASLEY, SC 29640


RICHLAND COUNTY BUSINESS LICENSE
BUSINESS SERVICE CENTER
2020 HAMPTON ST., SUITE 1050
COLUMBIA, SC 29202

RICK ERWINS - APARTMENT RENT
40 W BROAD STREET
STE 301
GREENVILLE, SC 29601


RICKS SEWER AND DRAIN, INC.
305 SEMINOLE DRIVE
SIMPSONVILLE, SC 29680


RICKY FLEMING
119 BOYCE PAGE ROAD
HONEA PATH, SC 29654


RIGDON, JENNIFER
5209 SLATER RD
ANDERSON, SC 29621


RIGGINS, REGINA
299 DAVENTON ROAD
PELZER, SC 29669


RIGHTWAY REFRIGERATION, INC.
PO BOX 732
LIBERTY, SC 29657


RILEY, NIEMA
108 ROOSEVELT AVENUE
APT. C
GREENVILLE, SC 29607


RITHUM AUTOMATION
112 PATRIOT DR, STE A
MIDDLETOWN, DE 19709


RIVERBARK, LLC
121 FATHER HUGO DR
GREER, SC 29650

Case 19-31286    Doc 1    Filed 09/19/19    Entered 09/19/19 14:28:40    Desc Main
Document    Page 324 of 384

RMG - OSTEOARTHRITIS CENTERS OF AMER
OSTEOARTHRITIS CENTERS OF AMERICA
1937 WEST PALMETTO ST.
FLORENCE, SC 29501


ROBERSON, KATARI
653 BRANCH VIEW DRIVE
BOILING SPRINGS, SC 29316


ROBERT MATHEWSON
C/O LOUTHIAN LAW FIRM, P A
HERBERT W LOUTHIAN, JR
PO BOX 1299
COLUMBIA, SC 29202


ROBERTS DEVELOPMENT - ANDERSON
PO BOX 393
ANDERSON, SC 29622


ROBERTS DEVELOPMENT
PO BOX 393
ANDERSON, SC 29622


ROBINSON BRADSHAW AND HINSON, P A
101 N TRYON STREET
SUITE 1900
CHARLOTTE, NC 28246


ROBINSON, BATISTA
103 EAST RIDGEMONT COURT
GREENVILLE, SC 29617


ROBLES, ANGEL
17 HAUGHTY CT
GREENVILLE, SC 29609-3043

RODGERS, DANA
453 TIMBERVIEW LANE
SIMPSONVILLE, SC 29681


ROGERS, DAVID
143 RICES CREEK CHURCH ROAD
LIBERTY, SC 29657


ROJAS LANDSCAPING, LLC 1099
228 OLD CEDAR ROCK RD
EASLEY, SC 29640


ROPER, DEREK
245 SAINT PAUL RD
EASLEY, SC 29642


ROSE, OLIVIA
109 CHANDLER STREET
GREENVILLE, SC 29609


ROSEBOROUGH, SYNEPHINY
561 LONE RIDER PATH
DUNCAN, SC 29334


ROSEMOND, PHYLLIS
305 CRESTFIELD ROAD
GREENVILLE, SC 29605


ROSSMAN AND CO./PCB
PO BOX 2051
NEW ALBANY, OH 43054


ROSS-RICHTER.COM, LLC
ATTN: FRED PERLMAN
273 JONATHAN DR
STAMFORD, CT 06903

RUBEL, CHRISTOPHER
480 WEBBER ROAD
SPARTANBURG, SC 29307

RUSSELL, SHARON
209 LILA ST
GREENVILLE, SC 29609-4418

RXPADS.COM
200 RIVERSIDE INDUSTRIAL PARKWAY
PORTLAND, ME 04103

RYAN GEOFFREY LLC - 1099
115 N CLEARSTONE CT
EASLEY, SC 29642

RYAN GROTH DBA CPU SOFTWARE AND
CONSULTING
C/O RYAN GROTH
70 BENTCREEK RESERVE RD
ASHEVILLE, NC 28806

RYAN GROTH
70 BENT CREEK PRESERVE ROAD
ASHEVILLE, NC 28806

RYAN MITCHELL
1959 OSPREY DRIVE
FLORENCE, SC 29501

S C DEPARTMENT OF REVENUE
ATTN: HAL BANKS
211 CENTURY DR , STE 210-B
GREENVILLE, SC 29607

SAFETY-KLEEN SYSTEMS, INC.
PO BOX 650509

DALLAS, TX 75265-0509

SALAS, BEATRIZ
50 BELLWOOD FARM LANE
GREENVILLE, SC 29607

SAMS CLUB
PO BOX 659782
SAN ANTONIO, TX 78265-9782

SAMUEL CONTRACT STAFFING, LLC
PO BOX 488
GILBERT, AZ 85299-0488

SANTEE COOPER-393782 EFT
PO BOX 188
MONCKS CORNER, SC 29461-0188

SANTEE COOPER-EFT
PO BOX 188
MONCKS CORNER, SC 29461-0188

SARQUIST, CYNTHIA
130 HUGHEY RD
CHESNEE, SC 29323

SC CHAPTER OF NATIONAL SAFETY COUNCIL
121 MINISTRY DR
IRMO, SC 29063

SC CHIROPRACTIC ASSOCIATION
PO BOX 1763
COLUMBIA, SC 29202

SC DEPARTMENT OF LABOR, LISCE
110 CENTERVIEW DRIVE

SUITE 202
COLUMBIA, SC 29211-1289


SC DEPARTMENT OF MOTOR VEHICLES
PO BOX 1498
BLYTHEWOOD, SC 29016-0008


SC DEPARTMENT OF REVENUE
CORPORATION
COLUMBIA, SC 29214-0006


SC DEPARTMENT OF REVENUE
TAX COMPLIANCE OFFICE
PO BOX 125
COLUMBIA, SC 29214-0785


SC DEPT OF HEALTH AND ENVIRONMENTAL
PO BOX 100103
COLUMBIA, SC 29202-3103


SC DEPT OF LABOR LICENSING AND REGULA
PO BOX 11329
COLUMBIA, SC 29211-1329


SC DEPT OF REVENUE - GREENVILLE
DEPT 02/W/01
545 N PLEASANTBURG DR
GREENVILLE, SC 29607


SC DEPT OF REVENUE WITHHOLDING -EFT
WITHHOLDING
COLUMBIA, SC 29214-0004


SC DEPT. OF HEALTH AND HUMAN SERVICES
DEPT. OF HEALTH AND HUMAN SERVICES
PO BOX 8297
COLUMBIA, SC 29202-8297

SC DHEC-RAD HEALTH
ATTN: BUREAU OF FINANCIAL MANAGEMENT
PO BOX 100103
COLUMBIA, SC 29202-3103


SC EMPLOYMENT SECURITY COMMISION
ATTN: BPC COLLECTIONS UNIT
PO BOX 2644
COLUMBIA, SC 29202


SC JOINT UNDERWRITING ASSOCIATION-SC JUA
LOCK BOX 932523
ATLANTA, GA 31193-2523


SC LLR BOARD OF MEDICAL EXAMINERS
PO BOX 11289
COLUMBIA, SC 29211


SC MEDICAL ASSOCIATION SCMA
PO BOX 11188
COLUMBIA, SC 29211


SC PATIENTS COMPENSATION FUND
PO BOX 210738
COLUMBIA, SC 29221-0738


SC SECRETARY OF STATE
301 UNIVERSITY RIDGE NBR 2400
GREENVILLE, SC 29601


SC STATE EDUCATION ASSISTANCE AUTHORITY
PO BOX 102425
COLUMBIA, SC 29224


SC VOC REHAB
DISABILITY DETERMINATION SERVICES

PO BOX 80
WEST COLUMBIA, SC 29171-9892


SC WORKERS COMPENSATION COMMISION
MEDICAL SERVICES DIVISION
PO BOX 1715
COLUMBIA, SC 29202-1715


SCAPA
PO BOX 2054
LEXINGTON, SC 29071


SCDEW
PO BOX 995
COLUMBIA, SC 29202


SCDHHS
BENEFIT RECOVERY
PO BOX 8355
COLUMBIA, SC 29202-8355


SCE AND G
PO BOX 100255
COLUMBIA, SC 29202-3255


SCESC
PO BOX 995
COLUMBIA, SC 29202


SCHULTS, STEPHANIE
273 DARTMOOR DR
SPARTANBURG, SC 29301


SCITECK CLINICAL LABORATORY
PO BOX 562
ARDEN, NC 28704

Case 19-05155-hb    Doc 1    Filed 09/19/19    Entered 09/19/19 14:28:40    Desc Main
Document    Page 331 of 384

SCOTT, DEWAYNE
502 SHILOH CH RD
WELLFORD, SC 29385


SCRUB SHOP, THE
1000 N PINE ST NBR 4
SPARTANBURG, SC 29303


SCWCEA
3 CAVENDISH COURT
IRMO, SC 29063


SE CONSTRUCTION, LLC
PO BOX 428
PIEDMONT, SC 29673


SEARS, DONNA
7 DIAMOND HILL COURT
GREER, SC 29651


SECRETARY OF STATE
1205 PENDLETON STREET SUITE 525
COLUMBIA, SC 29201


SECURITY CENTRAL
PO BOX 602371
CHARLOTTE, NC 28260-2371


SEETON, WHITNEY
1299 CLEO CHAPMAN HIGHWAY
SUNSET, SC 29685


SELCO MANAGEMENT INC.
85 IVANHOE AVE
ASHVILLE, NC 28806

SELECT HEALTH
PO BOX 7120
LONDON, KY 40742


SELECT LABORATORY - SC
PO BOX 13030
GREENSBORO, NC 27415


SELECT LABORATORY PARTNERS, INC.
PO BOX 13029
GREENSBORO, NC 27415


SELECT MEDICAL SYSTEMS, INC.
4001 RIVER VIEW DRIVE
BIRMINGHAM, AL 35243


SELECTIVE INSURANCE COMPANY OF AMERCIA
PO BOX 371468
PITTSBURGH, PA 15250-7468


SELENA BLAD
140 OLA BEA DR
WAYNESVILLE, NC 28785


SELF REGIONAL HEALTHCARE
ATTN: CASHIER
1325 SPRING STREET
GREENWOOD, SC 29646


SELLS X-RAY
PO BOX 339
CROSSVILLE, TN 38557


SEQGEN, INC.
1725 DEL AMO BLVD
TORRANCE, CA 90501

SERENITY REHAB AND WELLNESS CENTER, LLC
3 CANNER CT
GREENVILLE, SC 29605


SERVPRO
PO BOX 8337
GREENVILLE, SC 29604


SFM RISK SOLUTIONS
PO BOX 9416
MINNEAPOLIS, MN 55440


SFPS- UPSTATE CARDIOLOGY
2 INNOVATION DR
SUITE 400
GREENVILLE, SC 29607


SHARP BUSINESS SYSTEMS
DEPT. AT 40387
ATLANTA, GA 31192-0387


SHAUL LAW
3330 CUMBERLAND BLVD SE
SUITE 925
ATLANTA, GA 30339


SHAW, MARY
101 LOW COUNTRY LOOP
MURRELLS INLET, SC 29576


SHAWS GARAGE
3306 HWY 123
GREENVILLE, SC 29611


SHEPPARD, MAXINA
2505 ROLLING GREEN ROAD

ANDERSON, SC 29621


SHEPPARD, SHERON
105 HADDINGTON DR
COLUMBIA, SC 29229-8786


SHERTECH PHARMACY
1360 DRAYTON RD
SPARTANBURG, SC 29307


SHERWIN- WILLIAMS
6128 CALHOUN MEMORIAL HWY
EASLEY, SC 29640


SHIRLEY, KRISTI
211 PUCKETT MILL DR
CENTRAL, SC 29630


SHIVAR, MICHELLE
303 HIGHLAND GLEN COURT
WALHALLA, SC 29691


SHRED A WAY - 25H-ARD
PO BOX 161732
BOILING SPRINGS, SC 29316


SHRED A WAY - S-SP
PO BOX 161732
BOILING SPRINGS, SC 29307


SHRED A WAY
PO BOX 161732
BOILING SPRINGS, SC 29316


SHRED A WAY
PO BOX 51132

PIEDMONT, SC 29673


SHRED A WAY-OMC AND ALL
PO BOX 51132
PIEDMONT, SC 29673


SHRED IT
28883 NETWORK PLACE
CHICAGO, IL 60673


SHRED360
7001 ST. ANDREWS RD NBR 365
COLUMBIA, SC 29212


SHUMPERT, KARLEY
271 EDINFIELD COURT
GASTON, SC 29053


SHUR SHRED
PO BOX 6776
FLORENCE, SC 29502


SIEMENS
51 VALLEY STREAM PARKWAY
MALVERN, PA 19355


SIGMA-ALDRICH INC.
PO BOX 535182
ATLANTA, GA 30353-5182


SIGN DESIGNS INC. DBA
SPARTAN STAMP AND SIGN COMPANY
113 IAN COURT
SPARTANBURG, SC 29306


SILVA, CHRISTIANNA

1013 SIOUX ST
ANDERSON, SC 29625


SILVER, CARRIE
316 LAUREL HILL DRIVE
PIEDMONT, SC 29673


SIMPLEX GRINNELL
DEPT. CH 10320
PALATINE, IL 60055-0320


SIMS, ELIZABETH
124 PALM BRANCH WAY
ANDERSON, SC 29621


SINGLETARY, SAMANTHA
215 CHURCH ST.
OLANTA, SC 29114


SKINNER LAW FIRM
PO BOX 1843
GREENVILLE, SC 29602


SKYEDANCER LISA LICHOTA
516 FOXCROFT RD
GREENVILLE, SC 29615


SLAGLE, ALEXANDRA
614 GRAY FOX SQ
TAYLORS, SC 29687-4064


SLEEPWORKS, LLC
PO BOX 932865
THOMASVILLE, GA 31757


SLV POA

C/O AUGUST LUEDECKE
124 MAGNOLIA DRIVE
MCCORMICK, SC 29835


SMITH AND POE
ATTN: KEITH
634B FAIRVIEW RD NBR 2
SIMPSONVILLE, SC 29680


SMITH JORDAN AND LAVERY PA 18-0329E
PO BOX 1207
EASLEY, SC 29641


SMITH, CODIE
1311 DOUBLE BRANCH ROAD
COWPENS, SC 29330


SMITH, JORDAN AND LAVERY, PA
ATTN: GRADY JORDAN
PO BOX 1207
EASLEY, SC 29641


SMITH, JOSHUA
282 JAMES DUNBAR ROAD
PELION, SC 29123


SMITH, RITA
125 QUIET LN
EASLEY, SC 29640


SMITH, ROBERT
54 COUNTRYSIDE DRIVE
PROSPERITY, SC 29127


SMITH, ROSA
7903 E NATIONAL CEMETARY RD
FLORENCE, SC 29506

SMITH,JORDAN,LAVERY AND LEE
PO BOX 1207
EASLEY, SC 29641


SMITHS TERMITE AND PEST CONTROL INC.
PO BOX 670
ABBEVILLE, SC 29620


SMOKEY MOUNTAIN BOTTLED WATER
PO BOX 1123
FAIRVIEW, NC 28730


SNODERLY, ELIZABETH
4691 MILL POND CT
MURRELLS INLET, SC 29576


SOCIETY FOR HUMAN RESOURCE MANAGEMENT
PO BOX 791139
BALTIMORE, MD 21279-1139


SOCIETY FOR PAIN PRACTICE MANAGEMENT
PO BOX 7228
OVERLAND PARK, KS 66207


SOERRIES CODING AND BILLING -COMPASS
1412 SW EAGLES PARKWAY
GRAIN VALLEY, MO 64029


SOLOR, INC.
1021 SHOAL CREEK WAY
EASLEY, SC 29642


SOLSTAS LAB PARTNERS
PO BOX 751337
CHARLOTTE, NC 28275-1337

SOLUTIONS MOVING SERVICES
1315 ASHEVILLE SPRINGS CIRCLE
ASHEVILLE, NC 28806


SOMMER LEWIS
444 BONITA DR
EASLEY, SC 29642


SONOGRAPHY SERVICES, INC
101 GINGER LN
TAYLORS, SC 29687


SOUND MEDICAL SUPPLY PARTNERS, LLC
C/O STERLING COMMERCIAL CREDIT
PO BOX 602630
CHARLOTTE, NC 28260-2630


SOUTH CAROLINA DEPARTMENT OF HEALTH
2600 BULL ST
COLUMBIA, SC 29201


SOUTH CAROLINA SAFETY COMPANY, INC.
FIRE EXTINGUISHERS AND SYSTEMS
2535 TAHOE DRIVE
SUMTER, SC 29150


SOUTH STATE BANK
200 EAST BROAD STREET, SUITE 100
GREENVILLE, SC 29601


SOUTHEAST COMMUNITY CARE
PO BOX 4946
COVINA, CA 91723


SOUTHEASTERN CHAPTER NATIONL SAFETY COUN
121 MINISTRY DRIVE

Case 19-05155    Doc 1    Filed 09/19/19    Entered 09/19/19 14:28:40    Desc Main
Document      Page 340 of 384

IRMO, SC 29063


SOUTHEASTERN FREIGHT LINES, INC.
PO BOX 1691
COLUMBIA, SC 29202


SOUTHERLAND CONSTRUCTION INC.
135 SOUTH MAIN STREET
GREENVILLE, SC 29601


SOUTHERN ALARM AND SECURITY
PO BOX 428
HENDERSONVILLE, NC 28793


SOUTHERN FENCE COMPANY
2828 SALUDA DAM RD
EASLEY, SC 29640


SOUTHERN GUARANTY INS COMPANY
PO BOX 14770
LEXINGTON, KY 40512-4000


SOUTHERN MICROSCOPE, INC.
PO BOX 966
HAW RIVER, NC 27258


SOWELL GRAY STEPP AND LAFFITTE
PO BOX 11449
COLUMBIA, SC 29211


SPALTY, ERIKA
1207 WEATHERFORD LN
FLORENCE, SC 29506


SPARTANBURG COUNTY CLERK OF COURT
PO BOX 3483

SPARTANBURG, SC 29304-3483


SPARTANBURG COUNTY TAX COLLECTOR
DRAWER 3060
SPARTANBURG, SC 29304


SPARTANBURG COUNTY TREASURER
COUNTY TREASURER
PO BOX 5807
SPARTANBURG, SC 29304


SPARTANBURG HERALD-JOURNAL
ATTN: ANTHONY PRICE
189 WEST MAIN ST.
SPARTANBURG, SC 29301


SPARTANBURG REG MED CNTR
PO BOX 277700
ATLANTA, GA 30384-7700


SPARTANBURG WATER SYSTEM--3324-04
PO BOX 251
SPARTANBURG, SC 29304-0251


SPEARS MEDICAL
PO BOX 153
BALLENTINE, SC 29002


SPECIAL FUNDS
60 E 42ND ST
NEW YORK, NY 10165-2799


SPECIALIZED MEDICAL SYSTEMS
PO BOX 2393
WILTON, NY 12831

SPECTRIO
PO BOX 890271
CHARLOTTE, NC 28289-0271


SPECTRUM BUSINES - MAIN CONTROL ACCOUNT
PO BOX 742614
CINCINNATI, OH 45274-2614


SPECTRUM BUSINESS -GROVE - 2319 EFT
PO BOX 742614
CINCINNATI, OH 45274


SPECTRUM BUSINESS- MAIN CONTROL 1901
PO BOX 70872
CHARLOTTE, NC 28272-0872


SPECTRUM BUSINESS
PO BOX 70872
CHARLOTTE, NC 28272-0872


SPECTRUM BUSINESS
PO BOX 742614
CINCINNATI, OH 45274-2614


SPEWARE CORP
PO BOX 1608
BALDWIN PARK, CA 91706


SPINELLI, MICHAEL
128 WILSHIRE DRIVE
GREENVILLE, SC 29609


SPRAGUE, ASHLEY
1013 MIMOSA COURT
CONWAY, SC 29527

SPRY, SANDRA
123 MADDOX LANE
APT. C
MYRTLE BEACH, SC 29588


ST. CLAIR SIGNS INC.
1334 MILLER RD
GREENVILLE, SC 29607


ST. FRANCES HOSPITAL
MEDICAL STAFF OFFICE
ONE ST FRANCIS DR
GREENVILLE, SC 29615


ST. JUDE MEDICAL-TEXAS
6901 PRESTON RD
PLANO, TX 75024


STABLE LIFE WORSHIP CENTER
299 BLACKSTOCK RD
INMAN, SC 29349


STACY FLOORING, LLC
PO BOX 516
1611 EASLEY HWY
PELZER, SC 29669


STANCIL COOLEY ESTEP AND STAMEY, LLP
P O DRAWER 1279
SENECA, SC 29679


STANDARD DISTRIBUTORS LLC
4811 N DIXIE HIGHWAY
BOCA RATON, FL 33431


STANDEFFER AND HARBIN
PO BOX 35
ANDERSON, SC 29622-0035

STANFORD DOSIMETRY LLC
1204 RAYMOND ST.
BELLINGHAM, WA 98229


STAPLES BUSINESS ADVANTAGE
PO BOX 105638
ATLANTA, GA 30348-5638


STARK EXTERMINATORS
PO BOX 894
SUMMERVILLE, SC 29483-0894


STARMARK - FCH
400 FIELD DR
LAKE FOREST, IL 60045-2581


STARMARK RACHEL
75 REMITTANCE DR - SUITE 3087
CHICAGO, IL 60675-3087


STARSTONE SPECIALTY INSURANCE COMPANY
C/O WILLIS OF NORTH CAROLINA, INC
29754 NETWORK PLACE
CHICAGO, IL 60673-1297


STAT MEDICAL EQUIPMENT SERVICE
102 SYLVAN DRIVE
GREER, SC 29650


STATE ACCIDENT FUND
PO BOX 102100
COLUMBIA, SC 29221-5000


STATE COMPENSATION INSURANCE FUND
PO BOX 3171

SUISUN CITY, CA 94585-6171

STATE FARM
PO BOX 588002
NORTH METRO, GA 30029-8002

STATE OF GEORGIA EX REL TERRI NIX
C/O OFFICE OF THE ATTY GENERAL, S. VANN
GA MEDICAID FRAUD CONTROL UNIT
200 PIEDMONT AVE. SE, WEST TOWER, FL 19
ATLANTA, GA 30334

STEEPLECHASE PATHOLOGY, LLC 1099
ATTN: RENEE THOMAS, MD
1905 CARRIAGE HOUSE LANE
CAMDEN, SC 29020

STEPHANIE WEBB
C/O RICHARDSON PLOWDEN ANDROBINSON, P A
C CLIFFORD ROLLINS
PO BOX 7788
COLUMBIA, SC 29202

STEPHENS OFFICE SYSTEMS, INC.
300 FOSTER AVE.
CHARLOTTE, NC 28203

STEPHENS, JAMMIE
256 COPPERLEAF DRIVE
MYRTLE BEACH, SC 29588

STERBENZ, ABIGAIL
1012 HERMOSA COURT
MYRTLE BEACH, SC 29579

STERICYCLE INC-8270496
PO BOX 6582
CAROL STREAM, IL 60197-6582

```
STERICYCLE INC-8290165
PO BOX 6582
CAROL STREAM, IL 60197-6582



STERICYCLE
PO BOX 6582
CAROL STREAM, IL 60197-6582



STERLING LIFE INSURANCE COMPANY
ATTN: TREASURY
PO BOX 1917
BELLINGHAM, WA 98227-9715



STERLING, COURTNEY
542 FOREMOST DRIVE
LEXINGTON, SC 29073



STERLING, KRISTEN
217 BARRED OWL DRIVE
FOUNTAIN INN, SC 29644



STEVENS, AMBER
121 PACES RUN COURT
COLUMBIA, SC 29223



STEVENSON, KRISTA
44 COTTONWOOD LANE
WAYNESVILLE, NC 28785



STEWART LAW FIRM
PO BOX 670
ROCK HILL, SC 29731



STIMSOURCE, INC
2840 LEECHBURG RD
```

LOWER BURRELL, PA 15068


STONE AND ASSOCIATES
1100A RUTHERFORD RD
GREENVILLE, SC 29609


STONELL, ELIZABETH
801 OLD LIBERTY RD
EASLEY, SC 29640


STONES PEST SERVICES, LLC
PO BOX 13443
FLORENCE, SC 29504


STONEY POINT BUILDING ONE, LLC - RENT
C/O CAROLINA ACCOUNTING CONSULTANTS, LLC
PO BOX 291346
COLUMBIA, SC 29229


STRATEGIC DIRECTIONS, INC.
ATTN: SAM TOLBERT
115 PARKWOOD RD
GREENWOOD, SC 29646


STRATEGIC PERFORMANCE GROUP LLC
11120 EAGLE RIDGE CT
CHISAGO CITY, MN 55013-7342


STRATUS BUILDING SOLUTIONS, INC BC-ES
420 E PARK AVE SUITE 302
GREENVILLE, SC 29601


STRINGER RESOURCE GROUP
PO BOX 2078
GREER, SC 29652

STRIPE-IT LLC
2213 B W PALMETTO ST.
FLORENCE, SC 29501


STRYKER SALES CORP CACTUS
PO BOX 70119
CHICAGO, IL 60673-0119


STURKIE, BRITTANY
1920 WIRE ROAD
AIKEN, SC 29805


SUBER, BRENDA
1711 WOODFORD ROAD
COLUMBIA, SC 29209


SUBSTANCE ABUSE DRUG REGULATORY
DHHS - SAS REGISTRATION
2025 MAIL SERVICE CENTER
RALEIGH, NC 27699-2025


SUGGS, DERRICK
3071 WEST CT
FLORENCE, SC 29501


SULLIVAN, AARON
2311 WADE HAMPTON BLVD
APT. B6
GREENVILLE, SC 29615


SULLIVAN, JYEISHA
31B WEDGEFIELD DRIVE
BOILING SPRINGS, SC 29316


SULLIVAN, SARAH
376 HUNTS BRIDGE ROAD
FOUNTAIN INN, SC 29644

SUMMERS, PAMELA
114 VINE HILL ROAD
GREENVILLE, SC 29607


SUMMIT MEDICAL PRODUCTS
504 WEST 8360 SOUTH
SANDY, UT 84070


SUNBELT MEDICAL SERVICES INC
639 VESTAL RD
SARDIS, GA 30456


SUNCOAST ELEVATOR INSPECTIONS LLC
799 SOUTH DIXIE RD
WAGENER, SC 29164


SUNCOAST FIRE AND SAFETY
PO BOX 6133
ANDERSON, SC 29623


SUNSHADERS PROFESSIONAL WINDOW TINTING
WILLIAM T MOTHERSHEAD
121 ASHTON CIRCLE
MYRTLE BEACH, SC 29588


SUPERIOR TAYLOR MAID LLC
444 BEAUCATHER RD UNIT 6
ASHEVILLE, NC 28805


SUPERO HEALTHCARE SOLUTIONS, LLC
9805 SPANISH WELLS DR
AUSTIN, TX 78717


SUPPLYNET
706 EXECUTIVE BLVD
VALLEY COTTAGE, NY 10989

SURGICAL TABLES, INC
2 DEBUSH AVENUE NBR C3
MIDDLETON, MA 01949


SWARM INTERACTIVE, INC.
1506 EAST FRANKLIN STREET, STE 101
CHAPEL HILL, NC 27514


SWEET, NORMA
744 VIOLA COURT
COLUMBIA, SC 29229


SWENSON, BRADLEY
2900 RAMBLING PATH
ANDERSON, SC 29621


SYBIL REDDICK
32 QUAIL HILL DRIVE
GREENVILLE, SC 29607


SYNERGY MEDICAL, LLC - OMC
110 N RANDOLPH AVE
LANDRUM, SC 29356


TAB PRODUCTS CO. LLC
24923 NETWORK PLACE
CHICAGO, IL 60673-1249


TAMARA A FINNEY, LISW
14 GILDER POINT CT
SIMPSONVILLE, SC 29681


TAYLOR OWENS, ISABEL
131 SYLVAN CT
EASLEY, SC 29640

TAYLOR, AMANDA
2572 HILLDALE DR
SUMTER, SC 29154


TAYLOR, APRIL
236 PINE KNOLL DRIVE
EASLEY, SC 29642


TAYLOR, ELIZABETH
5074 DACUSVILLE HWY
MARIETTA, SC 29661


TAYLORS ELECTRIC OF THE UPSTATE, LLC
919 MAULDIN RD
GREENVILLE, SC 29607


TECAN U S
PO BOX 13953
RESEARCH TRIANGLE PARK, NC 27709


TELECHECK - EFT
PO BOX 60028
CITY OF INDUSTRY, CA 91716-0028


TELEQUEST
PO BOX 3222
SPARTANBURG, SC 29304


TELEVOX
DEPARTMENT NBR 1343
DENVER, CO 80256-0001


TELLIS, GLORIA
2069 PHILADELPHIA ST
DARLINGTON, SC 29532

TENNESSEE DEPARTMENT OF REVENUE
500 DEADERICK STREET
ANDREW JACKSON STTE OFFICE BUILDING
NASHVILLE, TN 37242


TEQUIPMENT.NET
205 WESTWOOD AVENUE
LONG BRANCH, NJ 07740


TERATECH CORPORATION DBA TERASON
DEPT CH 19759
PALATINE, IL 60055-9759


TERMINIX
CENTRAL ACCOUNTING OFFICE
PO BOX 2627
COLUMBIA, SC 29202-2627


TERRI NIX
C/O BRACKER AND MARCUS LLC
JASON MARCUS
3225 SHALLOWFORD RD , STE 1120
MARIETTA, GA 30062


TERRY, MELANIE
144 COUNTRY COURT
EASLEY, SC 29642


THARP, JESSICA
150 BROOKSTONE DRIVE
EASLEY, SC 29642


THARP, SHAINA
226 COX DRIVE
WILLIAMSTON, SC 29697

THE BENEFIT COMPANY, INC.
PO BOX 211486
COLUMBIA, SC 29221


THE CENTER FOR REGENERATIVE MEDICINE
JEFFREY FARRICIELLI
131 QUEENSBOROUGH BLVD, STE 102
MT PLEASANT, SC 29464


THE CENTER FOR REGENERATIVE MEDICINE
JEFFREY FARRICIELLI
131 QUEENSBOROUGH BLVD, STE 102
MT PLEASANT, SC 29464


THE CODING INSTITUTE
PO BOX 413006
NAPLES, FL 34101


THE COMPUTER GUYZ
2612 LARCH LANE
SUITE 104
MT. PLEASANT, SC 29466


THE DOCTORS COMPANY
PO BOX 52780
PHOENIX, AZ 85072-2780


THE EASLEY PROGRESS
PO BOX 624
UNION, SC 29379


THE GREENVILLE NEWS
PO BOX 677566
DALLAS, TX 75267-7566


THE HARTFORD - FCH
PO BOX 660916

DALLAS, TX 75266-0916


THE HARTFORD WORKERS COMP. MEDICAL BILL
PO BOX 14170
LEXINGTON, KY 40512


THE HARTFORD-EFT
PO BOX 2907
HARTFORD, CT 06104-2907


THE LITTLE BLUE BOOK
P O NPC 8316
PHILADELPHIA, PA 19101


THE LOHNEN GROUP - EFT
9 BUENA VISTA WAY, STE B
GREENVILLE, SC 29615


THE NETWORK CLOUD CO
THE NETWORK CLOUD COMPANY
PO BOX 56722
ATLANTA, GA 30343-0722


THE PAIN SOCIETY OF THE CAROLINAS
145 KIMEL PARK DRIVE
SUITE 330
WINSTON-SALEM, NC 27103


THE PHONE DOCTOR, LLC
3530 OATES HWY
LAMAR, SC 29069


THE SOUTH CAROLINA CHAPTER, NSC
ATTN: KATHY HARRIS
121 MINISTRY DRIVE
IRMO, SC 29063

THE SPRINGER SHOP
223 SPRING ST.
NEW YORK, NY 10013


THOMAS, FISHER, SINCLAIR AND EDWARDS, PA
PO BOX 2248
GREENVILLE, SC 29602-2248


THOMAS, KEONDRA
813 MARIPOSA COURT
LEXINGTON, SC 29072


THOMPSON MECHANICAL INC
PO BOX 663
FLETCHER, NC 28732-0663


THOMPSON, JESSICA
4590 PEACHTREE ROAD
CHESNEE, SC 29323


THORNE, KATIE
231 OBED CREEK RD
INMAN, SC 29349


THORPE, MELANIE
109 CROSSWINDS ST
GREER, SC 29650


THRIVENT
PO BOX 14057
CLEARWATER, FL 33766


THURO CLEAN CARPET AND UPHOLSTERY LLC.
4540 HOMEPLACE CIRCLE
MYRTLE BEACH, SC 29588

TIAN MEDICAL LCC
244 E ROOSEVELT RD
LOMBARD, IL 60148

TIAN MEDICAL
244 E ROOSEVELT RD
LOMBARD, IL 60148-4647

TIM DAILEADER DRIVETRAIN EFT
257 CENTRAL PARK WEST APT 7A
NEW YORK, NY 10024

TIME WARNER - HIGHLAND EFT
PO BOX 70872
CHARLOTTE, NC 28272-0872

TIME WARNER CABLE - CLOSED - B-COL
PO BOX 70872
CHARLOTTE, NC 28272-0872

TIME WARNER
PO BOX 70872
CHARLOTTE, NC 28272-0872

TIMMS, CATHERINE
303 MONTI DR
ANDERSON, SC 29625

TINSLEY, MARTHA
104 KALMIA PLACE
EASLEY, SC 29640

TLBB
PO BOX 8316
PHILADELPHIA, PA 19101-8316

TLD CONSULTING
316 TROTTERS RIDGE DRIVE
RALEIGH, NC 27614


TODAYS OPTIONS
PO BOX 505057
ST LOUIS, MO 63150-2127


TOMLIN, BEATRICE
1943 CORAL WAY
SUMTER, SC 29150


TONEY, TRISHA
101 HILLANDALE CT NBR 8
EASLEY, SC 29642


TORRES, ELIZABETH
116 EVERGREEN CT
CENTRAL, SC 29630


TOTAL ADMINISTRATIVE SERVICES CORP.
CLIENT SERVICES
PO BOX 88278
MILWAUKEE, WI 53288-0001


TOTAL COMFORT
346 ORCHARD DR STE A
WEST COLUMBIA, SC 29170


TOTAL MEDICAL EQUIPMENT SALES INC
KYLE BLACKWELL
3000 OLD ALABAMA RD 119-110
ALPHARETTA, GA 30022


TOTAL VEIN SYSTEMS
901 YALE STREET
HOUSTON, TX 77008

Case 19-05155-jd    Doc 1    Filed 09/19/19    Entered 09/19/19 14:28:40    Desc Main
Document    Page 358 of 384

TOWE, COURTNEY
671 SPRINGHILL AVENUE
SPARTANBURG, SC 29303


TOWN AND COUNTRY
307 EAST MAIN STREET
PICKENS, SC 29671


TOWN OF IRMO BUSINESS LICENSE
PO BOX 406
IRMO, SC 29063-0406


TOWN OF SALEM WATER DEPARTMENT
5-A PARK AVENUE
SALEM, SC 29676


TOWN OF WAYNESVILLE CC
9 S MAIN STREET
SUITE 110
WAYNESVILLE, NC 28786


TRACY HAWKINS
C/O KASSEL MCVEY
JOHN D KASSEL
PO BOX 1476
COLUMBIA, SC 29202


TRANE U S INC.
PO BOX 406469
ATLANTA, GA 30384-6469


TRANSMED CO, LLC
DRUG TESTING AND LABORATORY SUPPLIES
1595 PEACHTREE PKWY, SUITE 204-350
CUMMING, GA 30041

TRANTHAM, ALICIA
249 BURNETTE COVE ROAD
CANTON, NC 28716


TRANTHAM, MEGAN
PO BOX 871
HAZELWOOD, NC 28738


TRAVELERS INS PROPERTY CASUALTY
PO BOX 4614
BUFFALO, NY 14240


TRAVELERS
PO BOX 660317
DALLAS, TX 75266


TRICARE
PO BOX 7031
CAMDEN, SC 29020-7031


TRIDENT MEDICAL CNTR MEDICAL STAFF FUND
ATTN: MEDICAL STAFF SERVICES - JEAN
9330 MEDICAL PLAZA DR
CHARLESTON, SC 29406


TRIZETTO
DEPT CH 16897
PALATINE, IL 60055-6897


TSYS HEALTH SERVICES
12202 AIRPORT WAY
SUITE 100
BROOMFIELD, CO 80021


TUCK AND HOWELL, INC
PO BOX 970
GREER, SC 29652-0970

TUCKER, DENITA
115 HICKORY ST.
CALHOUN FALLS, SC 29628


TURF MANAGEMENT SERVICES, LLC
141 MASSEY ROAD
PIEDMONT, SC 29673


TURNER PADGET GRAHAM AND LANEY, PA
ATTN: MICHAEL D BUTLER
PO BOX 1473
COLUMBIA, SC 29202


TURNER PROPERTIES,LLC
ATTN: CHRIS TURNER
ONE HARBISON WAY
COLUMBIA, SC 29212


TURNER, BRANT
1276 SHADOW WAY
GREENVILLE, SC 29615


TWISS HOLLIN
882 MILL ROAD
EAST AURORA, NY 14052


TWO NOTCH MARKET
7501 TWO NOTCH RD
COLUMBIA, SC 29223


TYCO- FLORENCE
DEPT CH 10320
PALATINE, IL 60055


U-AIRGAS USA, LLC - 2717681

Case 19-51255d   Doc 1   Filed 09/19/19   Entered 09/19/19 14:28:40   Desc Main
Document      Page 361 of 384

```
PO BOX 532609
ATLANTA, GA 30353-2609


U-AT AND T
PO BOX 105262
ATLANTA, GA 30348-5262


U-BLUE RIDGE SECRITY
PO BOX 1448
ANDERSON, SC 29622


U-CITY OF ASHEVILLE WATER BILL
PO BOX 733
ASHEVILLE, NC 28802-0733


U-CITY OF FLORENCE -8471 CC
CITY SERVICES BILL
PO BOX 602756
CHARLOTTE, NC 28260-2756


U-CITY OF FRANKLIN
PO BOX 1479
FRANKLIN, NC 28744


U-CITY OF GREENWOOD
PO BOX 40
GREENWOOD, SC 29648-0040


U-CITY OF TOCCOA -- FRK,NC
291 WESTGATE PLAZA
FRANKLIN, NC 28734-1316


U-CITY OF WEST COLUMBIA CC
WATER COLLECTION DIVISION - CITY HALL
PO BOX 4044
WEST COLUMBIA, SC 29171-4044
```

U-CURTIS BAY ENERGY INC - 5613 OMC LAB
PO BOX 65047
BALTIMORE, MD 21264-5047


U-DOMINION ENERGY - 0386 HIGHLAND EFT
PO BOX 100255
COLUMBIA, SC 29202-3255


U-DOMINION ENERGY-COLA NE 1414 SCE AND G
PO BOX 100255
COLUMBIA, SC 29202-3255


U-DUKE ENERGY - 2942-GR-GV EFT
PO BOX 70516
CHARLOTTE, NC 28272-0516


U-DUKE ENERGY PROGRESS-1597-SUMTER
PO BOX 1003
CHARLOTTE, NC 28201-1003


U-DUKE ENERGY---1408 M-AND EFT
PO BOX 70516
CHARLOTTE, NC 28272-0516


U-EASLEY COMB UTILITIES-64622001-BC-ESEF
PO BOX 619
EASLEY, SC 29641-0619


U-ELECTRIC CITY UTILITIES CC
CITY OF ANDERSON
PO BOX 63061
CHARLOTTE, NC 28263


U-FTC
PO BOX 588
KINGSTREE, SC 29556

U-GREENVILLE WATER SYSTEM
PO BOX 687
GREENVILLE, SC 29602-0687


U-GREENVILLE WATER SYSTEM-5252- GR-GV CC
PO BOX 687
GREENVILLE, SC 29602-0687


UHS-PEP
PO BOX 75690
BALTIMORE, MD 21275-5690


ULINE
ACCOUNTS RECEIVABLE
PO BOX 88741
CHICAGO, IL 60680-1741


ULTIMATE FITNESS SOLUTIONS
PO BOX 761
LYMAN, SC 29365


UNDERWOOD, BRENDA
122 GALLANT LANE
ANDERSON, SC 29621


UNDERWRITERS AT LLOYDS LONDON
C/O WILLIS OF NORTH CAROLINA, INC
29754 NETWORK PLACE
CHICAGO, IL 60673-1297


UNIFIRST CORPORATION 835558 GR
322 STANDING SPRINGS CT
SIMPSONVILLE, SC 29680


UNIFORM ADVANTAGE
ATTN: ACCOUNTS RECEIVABLE

PO BOX 14190
FORT LAUDERDALE, FL 33302


UNIFORM OUTLET - SAVANNAH
11 GATEWAY BLVD S NBR 54
SAVANNAH, GA 31419


UNIQUE PHOTO.COM
123 US HWY 46 WEST
FAIRFIELD, NJ 07004


UNISON
PO BOX 8207
KINGSTON, NY 12402


UNITED ALLERGY SERVICES
100 NE LOOP 410
STE 200
SAN ANTONIO, TX 78216


UNITED CHEMICAL AND SUPPLY CO. INC.--120
PO BOX 5066
GREENVILLE, SC 29606-5066


UNITED CHEMICAL AND SUPPLY CO.
PO BOX 5066
GREENVILLE, SC 29606


UNITED HEALTH CARE RACHEL
DEPT. CH10151
PALATINE, IL 60055-0151


UNITED OF OMAHA-REFUND
LIFE INSURANCE COMPANY
MUTUAL OF OMAHA PLAZA
OMAHA, NE 68175-0001

UNITED STATES DEPARTMENT OF LABOR
ERISA-CIVIL PENALTIES
PO BOX 71360
PHILADELPHIA, PA 19176-1360


UNITED STATES POSTAL SERVICE
810 SOUTH PENDLETON
EASLEY, SC 29640


UNITED STATES TREASURY -
DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201


UNITED STATES TREASURY IRS
C/O INTERNAL REVENUE SERVICE
KANSAS CITY, MO 64999-0202


UNIVERSAL HEALTHCARE
PO BOX 3211
ST PETERSBURG, FL 33731-3211


UNIVERSAL MEDICAL
PO BOX 467
NORWOOD, MA 02062-0467


UNLIMITED TECHNOLOGY SYSTEMS, LLC
MATT GOCKERMAN
5905 EAST GALBRAITH ROAD - SUITE 8000
CINCINNATI, OH 45236


UNPA- UPSTATE NURSE PARACTITIONER ASS
PO BOX 26732
GREENVILLE, SC 29165


U-PIEDMONT NATURAL GAS---3003-SBURG
PO BOX 660920

DALLAS, TX 75266-0920


U-PIEDMONT NATURAL GAS-7002-ANDERSON EFT
PO BOX 1246
CHARLOTTE, NC 28201-1246


UPPER CUMBERLAND REGIONAL AIRPORT
750 AIRPORT RD
SPARTA, TN 38583


UPS - 097VR2 - ARDEN
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001


UPS - 0EY445 - OMC LAB
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001


UPSTATE BEHAVIORAL HEALTH, LLC
25 WOODS LAKE ROAD, BLDG 3, SUITE 324
GREENVILLE, SC 29607


UPSTATE CARDIOLOGY
2 INNOVATION DR
STE 400
GREENVILLE, SC 29607-5270


UPSTATE CAROLINA RADIOLOGY
PO BOX 138
COLUMBIA, GA 31902-0138


UPSTATE EXTERMINATING AND PEST
CONTROL, INC
324 OUR ROAD
PICKENS, SC 29671

UPSTATE MEDICAL PHARMACY
PO BOX 9002
GREENVILLE, SC 29604


UPSTATE PHARMACY
111 DOCTORS DR
GREENVILLE, SC 29605


UPSTATE PRINTING AND PUBLISHING
3242 PARRIS BRIDGE RD
BOILING SPRINGS, SC 29316


URBAN TRUST BANK
PO BOX 77407
EWING, NJ 08628


US BANK EQUIPMENT FINANCE
1310 MADRID DT
MARSHALL, MN 56258


US BANK EQUIPMENT FINANCE
1310 MADRID ST
MARSHALL, MN 56258


US COMPOUNDING
1270 DONS LANE
CONWAY, AR 72032


US DIAGNOSTICS
2 PARADE ST
HUNTSVILLE, AL 35806


US LAWNS OF ASHEVILLE
5660 OLD HAYWOOD RD
MILLS RIVER, NC 28759

US OF AMERICA EX REL DONNA RAUCH
C/O OFFICES OF THE U S ATTORNEYS
ELIZABETH C WARREN, MURIEL CALHOUN, AND
BRANDY KNIGHT, 1441 MAIN ST., STE 500
COLUMBIA, SC 29201


US OF AMERICA EX REL ROBERT MATHEWSON
C/O OFFICES OF THE U S ATTORNEYS
ELIZABETH C WARREN
1441 MAIN ST., STE 500
COLUMBIA, SC 29201


US OF AMERICA EX REL TERRI NIX
C/O OFFICE OF THE U S ATTORNEY—ATL600
NEELI BEN-DAVID, NORTHERN DISTRICT OF GA
600 U S COURTHOUSE, 75 TED TURNER DR SW
ATLANTA, GA 30303


US OF AMERICA EX REL TRACY HAWKINS
C/O OFFICES OF THE U S ATTORNEYS
ELIZABETH C WARREN
1441 MAIN ST., STE 500
COLUMBIA, SC 29201


USA MOBILITY
PO BOX 660770
DALLAS, TX 75266-0770


U-SCE AND G - 4686 MP-CH
PO BOX 100255
COLUMBIA, SC 29202


U-SENECA LIGHT AND WATER
PO BOX 4773
SENECA, SC 29679-4773


U-SPECTRUM BUSINESS
PO BOX 70872
CHARLOTTE, NC 28272-0872

U-SPECTRUM BUSINESS
PO BOX 742614
CINCINNATI, OH 45274-2614


U-TIME WARNER - HIGHLAND EFT
PO BOX 70872
CHARLOTTE, NC 28272-0872


U-TOCCOA NATURAL GAS
291 WESTGATE PLAZA
FRANKLIN, NC 28734


U-TOWN OF FRANKLIN
PO BOX 1479
FRANKLIN, NC 28744


U-TOWN OF WAYNESVILLE CC
9 S MAIN STREET
SUITE 110
WAYNESVILLE, NC 28786


U-VERIZON WIRELES
PO BOX 660108
DALLAS, TX 75266-0108


U-WASTE INDUSTRIES
PO BOX 791519
BALTIMORE, MD 21279-1519


U-WASTE MANAGEMENT- ARDEN - EFT
PO BOX 4648
CAROL STREAM, IL 60197


U-WINDSTREAM
PO BOX 9001950
LOUISVILLE, KY 40290-1950

VANDEKERKHOVE, AMANDA
105 CONE RIDGE DRIVE
EASLEY, SC 29640


VANDETTE, AMBER
104 DEERLAND DRIVE
PIEDMONT, SC 29673


VARGAS, LISA
311 KATHERINE STREET
EASLEY, SC 29640


VASQUEZ, GINA
18 LA JUAN DR
GREENVILLE, SC 29617


VAUGHN, ELIZABETH
212 PINE STREET
EASLEY, SC 29640


VAZQUEZ, CLARIBEL
14 TRICIA COURT
GREENVILLE, SC 29611


VEGA, CHRISTINE
512 JONES PEAK DR
SIMPSONVILLE, SC 29681


VERISA HOGLEN
285 PISGAH VIEW RD
ASHEVILLE, NC 28806


VERIZON WIRELES
PO BOX 660108
DALLAS, TX 75266-0108

VERIZON WIRELESS-9782-00001 EFT
PO BOX 660108
DALLAS, TX 75266-0108


VESEY, DEBORAH
105 PINE COURT
LIBERTY, SC 29657


VESSEL MEDICAL
6000A PELHAM RD
GREENVILLE, SC 29615


VFG- WELLS FARGO EQUIPMENT FINANCE, INC.
615 IRON CITY DRIVE
PITTSBURGH, PA 15205


VINES PLUMBING LLC
489 MYRTLE RIDGE DR
CONWAY, SC 29526


VINSON, JENNA
185 JB IVEY LANE
LAKE JUNALUSKA, NC 28745


VONAGE BUS. SOLUTIONS- VOCALOCITY AMEX
1375 PEACHTREE ST. NE, SUITE 200
ATLANTA, GA 30309


VOYA INSTITUTIONAL TRUST COMPANY
ATTN: LOCKBOX 3015
4 CHASE METRO TECH CENTER 7TH FLOOR EAST
BROOKLYN, NY 11245


V-SOFT CONSULTING GROUP, INC
101 BULLITT LN, STE 205

Case 19-05155-jld Doc 1 Filed 09/19/19 Entered 09/19/19 14:28:40 Desc Main
Document Page 372 of 384

LOUISVILLE, KY 40222


VWR
PO BOX 640169
PITTSBURG, PA 15264-0169


W E BLACK TERMITE AND PEST CONTROL INC
PO BOX 1053
ANDERSON, SC 29622


W N WATSON TIRE AND AUTOMOTIVE
333 W BROAD ST.
GREENVILLE, SC 29601


WAGE WORKS, INC.
PO BOX 870725
KANSAS CITY, MO 64187-0725


WAGNER, WILLIAM
208 HOLLAND RD
SIMPSONVILLE, SC 29681


WALDROP MECHANICAL SERVICES
8345 TAYLOR COLQUITT ROAD
SPARTANBURG, SC 29303


WALKER ELECTRICAL CONTRACTOR
235 TURPIN DRIVE
EASLEY, SC 29640


WALKER, STEPHEN
2519 MCKINLEY DRIVE
ANDERSON, SC 29621


WALTERS, DEDRA
639 BESSIE RD

PIEDMONT, SC 29673


WANDA PHILLIPS
1106 LAKE SHORE DR
TOWNVILLE, SC 29689


WARDLAW, ALICIA
200 CLARK STREET NBR 302
GREENVILLE, SC 29607


WARDLAW, TYRA
2809 AIRLINE RD
ANDERSON, SC 29624


WARE, TOCCARA
9 MONA WAY
GREENVILLE, SC 29611


WARREN, HOLLIE
4100 STILL POND RD
CONWAY, SC 29526


WARREN, STEPHANIE
165 MEDFORD BRANCH RD
CANDLER, NC 28715


WASP BARCODE TECHNOLOGIES
1400 10TH ST.
PLANTO, TX 75074-8648


WASTE INDUSTRIES - 3843-GR-GV EFT
PO BOX 791519
BALTIMORE, MD 21279-1519


WASTE INDUSTRIES
PO BOX 791519

BALTIMORE, MD 21279-1519

WASTE MANAGEMENT- ARDEN - EFT
PO BOX 4648
CAROL STREAM, IL 60197

WASTE MANAGEMENT- BC-ES - EFT
PO BOX 4648
CAROL STREAM, IL 60197-4648

WASTE MANAGEMENT- L-FLO - EFT
PO BOX 4648
CAROL STREAM, IL 60197-4648

WASTE MANAGEMENT- M-AND - EFT
PO BOX 4648
CAROL STREAM, IL 60197-4648

WASTE MANAGEMENT
PO BOX 105430
ATLANTA, GA 30348

WASTE MANAGEMENT
PO BOX 4648
CAROL STREAM, IL 60197

WASTE MANAGEMENT-W COL - EFT
PO BOX 4648
CAROL STREAM, IL 60197-4648

WATKINS ELECTRIC
143 ROLLING GREEN CIRCLE
GREENVILLE, SC 29615

WATSON, CHEYENNE
7407 BRIDGEFIELD DRIVE

POWELL, TN 37849

WATSON, MALLORY
510 BROOKS ROAD
MAULDIN, SC 29662

WATTS, ROXIE
1741 SHAW ROAD
WOODRUFF, SC 29388

WAY-MAN, LLC
10 QUAIL HILL DRIVE
GREENVILLE, SC 29607

WAYNE HELD
106 ESTHER DRIVE
EASLEY, SC 29642

WC BUNCH AND ASSOCIATES
PO BOX 32037
LAKELAND, FL 33802-2002

WC STATE OF CONNECTICUT
55 ELM ST
HARTFORD, CT 06106-1746

WCA WASTE CORP
PO BOX 553166
DETROIT, MI 48255-3166

WCO BROADSPIRE/MEDCOR - WCO
PO BOX 14645
LEXINGTON, KY 40512

WCO CONNECTICUT INTERLOCAL RISK
MANAGEMENT A

PO BOX 9558
NEW HAVEN, CT 06535-0558


WCO GALLAGHER BASSETT SERVICES
PO BOX 2831
CLINTON, IA 52733-2801


WCO MEDIVEST
2100 ALAFAYA TRL
OVIEDO, FL 32765


WEAVER, MICHAEL
118 TREEBROOKE DR
GREENVILLE, SC 29607


WEBB, DAVID
220 CHELSEA PLACE AVE
ORMOND, FL 32174


WEBB, KIMBERLY
220 CHELSEA PLACE AVE
APT A
ORMOND, FL 32174


WEBPASS - OMC 8948
USED FOR NON-ATHENA PAYMENTS
ADDRESS UNAVAILABLE AT TIME OF FILING


WELCH ALLYN
4341 STATE STREET RD
SKANEATELES FALLS, NY 13153-5301


WELCH, ROBERTS, AND AMBURN
157 EAST BAY STREET
CHARLESTON, SC 29401

WELLS FARGO BANK
ATTN: BRIAN HUNGERFORD
MAC D3310-033
GREENVILLE, SC 29602


WESLEY JANITORIAL SERVICE LLC
PO BOX 3553
COLUMBIA, SC 29230


WEST CRT HEAVY, LLC
1603 ORRINGTON NBR 810
EVANSTON, IL 60201


WEST FAMILY INVESTMENTS, INC.
1603 ORRINGTON NBR 810
EVANSTON, IL 60201


WEST INTERACTIVE SERVICES CORPORATION
PO BOX 1343
DENVER, CO 80256-1484


WEST INVESTMENT CORPORATION
1603 ORRINGTON NBR 810
EVANSTON, IL 60201


WEST INVESTMENT HOLDINGS, LLC WIRE
WEST FAMILY INVESTMENTS-ANDREA BORREGO
1603 ORRINGTON AVE, SUITE 810
EVANSTON, IL 60201


WEST INVESTMENT HOLDINGS, LLC
1603 ORRINGTON NBR 810
EVANSTON, IL 60201


WEST PHYSICS CONSULTING LLC
3825 PACES WALK SE
SUITE 250
ATLANTA, GA 30339

WEST-GARY CRT 1 LLC
WEST FAMILY INVESTMENTS-ANDREA BORREGO
1603 ORRINGTON AVE, SUITE 810
EVANSTON, IL 60201


WESTROL ENTERPRISES, LLC
308 SCARBOROUGH DR
GREER, SC 29650


WESTROL, ROBERT
308 SCARBOROUGH DR
GREER, SC 29650


WHARTON, SONJA
102 CARRIAGE FARMS COURT
GRAY COURT, SC 29645


WHITAKER, DAWN
304 WILLOW SPRINGS DRIVE
GREENVILLE, SC 29607


WHITE OAK PHARMACY INC
1233 BOILING SRINGS RD
SPARTANBURG, SC 29303


WHITE, KAITLYN
19 WOODHAVEN WAY
EASLEY, SC 29642


WHITES APPLIANCE INC.
2013 EAST MAIN ST
EASLEY, SC 29640


WHITESIDE, JONAH
108 WILLOW CREEK DRIVE

IRMO, SC 29063


WIGGINS, HEATHER
1935 MCCLELLAN STREET
FLORENCE, SC 29505


WILHIDE, BETH
130 FREDRICKSBURG WAY
COLUMBIA, SC 29210


WILKINS, TALISHA
2455 MELVIN HILL RD
CAMPOBELLO, SC 29322


WILLIAM D SUCHANEK, LLC
300 GUNNISON DR
SIMPSONVILLE, SC 29642


WILLIAM GRAY
209 RIVERBREEZE RD
GREENVILLE, SC 29611


WILLIAMS, CHARLTEMAN
233 DARTMOOR DRIVE
SPARTANBURG, SC 29301


WILLIAMS, MELINDA
119 COPPERMINE DR
EASLEY, SC 29642


WILLIAMS, MILLICENT
1323 DEENA LANE
FLORENCE, SC 29506


WILLIAMSON PRINTING, INC.
PO BOX 474

MARION, SC 29571

WILLIAMSON, SONYA
126 PARTRIDGE HILL DRIVE
WEST COLUMBIA, SC 29172

WILLIAMSON, VALENCIA
108 ROOSELVELT AVENUE
APT D
GREENVILLE, SC 29607

WILLIS OF NORTH CAROLINA, INC. EFT
29754 NETWORK PLACE
CHICAGO, IL 60673-1297

WILLOCHELL, GUINNEVERE
1021 HAVELOCK DRIVE
TAYLORS, SC 29687

WILSON, ASHLEY
3633 WEST GEORGIA RD
PELZER, SC 29669

WILSON, CHRISSIE
108 FOREST DR
LIBERTY, SC 29657

WILSON, JANA
65 VILLA ROAD
APT 506
GREENVILLE, SC 29615

WILSON, JONES, CARTER AND BAXLEY, PA
872 S PLEASANTBURG DR
GREENVILLE, SC 29607

Case 19-31286    Doc 1    Filed 09/19/19    Entered 09/19/19 14:28:40    Desc Main
Document    Page 381 of 384

WILSON, RAKENDRA
495 PRESTON ROAD
PELZER, SC 29669


WILSON, SHANNON
2212 PAMPLICO HWY
APT B5
FLORENCE, SC 29505


WINDHAM, URSULA
125 TRAVELERS TRAIL
LEXINGTON, SC 29073


WINDSTREAM - 1517 EFT
PO BOX 9001950
LOUISVILLE, KY 40290-1950


WINGATE, NYISHA
450 HARBOROUGH COURT
FLORENCE, SC 29501


WMHS WOODSTOCK COLLECTION
PO BOX 660345
DALLAS, TX 75266


WOLTERS KLUWER HEALTH/
PO BOX 1610
HAGERSTOWN, MD 21741-1610


WOODWARD DIXON
515 DOODLE HILL ROAD
ST. MATTHEWS, SC 29135


WOODY, REMONA
65 BUCCANEER DRIVE
WAYNESVILLE, NC 28785

WORKSMART STAFFING
1318 HAYWOOD ROAD STE A
GREENVILLE, SC 29615

WORSHAM, AMBER
349 BARTON LOOP
MYRTLE BEACH, SC 29579

WPS TRICARE ADMINISTRATION
ATTN: REFUND
PO BOX 7928
MADISON, WI 53707-7928

WRIGHT, JESSICA
541 HARVEST TIME LN
INMAN, SC 29349

WUKELA LAW FIRM
PO BOX 13057
FLORENCE, SC 29504-3057

WYATT EARLY HARRIS WHEELER
1912 EASTCHESTER DRIVE
HIGH POINT, NC 27265

WYCHE P A
44 EAST CAMPERDOWN WAY
PO BOX 728
GREENVILLE, SC 29602-0728

XACT DATA DISCOVERY
DBA XACT DATA DISCOVERY
5800 FOXRIDGE DR, STE 406
MISSION, KS 66202

XEROX CORPORATION
PO BOX 827598

PHILADELPHIA, PA 19182-7598


X-RAY COMPLIANCE SOLUTION, LLC
2080 OWENS RD
LEESVILLE, SC 29070


X-RAY EXPRESS INC
1244 KARLA DR
SUITE 210
HURST, TX 76053-4437


YEARGIN, YVONNE
209 HIOTT ROAD
ANDERSON, SC 29625


YELLOW PAGES DIRECTORIES
PO BOX 111455
CARROLLTON, TX 75011-1455


YORK X-RAY--M325 EASLEY
PO BOX 326
20 HAMPTON ROAD
LYMAN, SC 29365


YORK X-RAY--M498 - ANDERSON
PO BOX 326
20 HAMPTON ROAD
LYMAN, SC 29365


YORK X-RAY--M568 WEST COLUMBIA
PO BOX 326
20 HAMPTON RD
LYMAN, SC 29365


YOUNGBLOOD, KARA
2640 GOLDENEYE RIDGE
SUMTER, SC 29150

YP ADVERTISING
PO BOX 5010
CAROL STREAM, IL 60197-5010


ZALDIVAR, JOCELYN
5530 TERRI DRIVE
MYRTLE BEACH, SC 29588


ZATORSKY, SHANNON
7 PELZER ST.
BELTON, SC 29627


ZIEHM IMAGING, INC.
ATTN: ACCOUNTS RECEIVABLE
6280 HAZELTINE NATIONAL DRIVE
ORLANDO, FL 32822


ZOZRE GREENVILLE, LLC
PO BOX 12098
NEWARK, NJ 07101-5098