**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| In Re: | |
|---|---|
| Oaktree Medical Centre, PC | Case Number 19-05155-DW |
| Debtor. | Chapter 7 |

**ORDER SETTING CLAIM**

This matter came before the Court pursuant to the Trustee's objection to the claim listed below and the Response filed by Impulse Medical Technologies, Inc. The court conducted a hearing on March 7, 2024 in Columbia, South Carolina. The Trustee was present but no one appeared on behalf of Impulse Medical Technologies, Inc. Based upon the court record and statements of the Trustee, the court finds that the objection should be sustained; now therefore,

IT IS HEREBY ORDERED that the claim listed below be set as follows:

| Claim # | Creditor Name and Address | Claim Date | Claim Amount Filed | Grounds for Objection & Recommendation |
|---|---|---|---|---|
| 20 | Impulse Medical Technologies, Inc, dba The Electrode Store filed as Oaktree Medical Centre, PC PO Box 188 Enumclaw, WA 98022 | 11/19/2019 | $3,591.00 | The wrong name is listed on the claim. The claim is allowed as filed but in the name of Impulse Medical Technologies, Inc. |

**FILED BY THE COURT**
**03/07/2024**



David M. Warren
US Bankruptcy Judge    ©
District of South Carolina

Entered: 03/07/2024