**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>Oaktree Medical Centre, LLC,<br>Oaktree Medical Centre, PC,<br>Labsource, LLC,<br><br>　　　　　　　　　　　Debtors. | Case No.: 19-05154-dw<br>Case No.: 19-05155-dw<br>Case No.: 19-05161-dw<br>　　　Chapter 7 |
| JOHN K. FORT, Trustee,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TIMOTHY DAILEADER, individually and as Independent Director of Oaktree Medical Centre, P.C.; MARK FREEDLANDER; and MCGUIREWOODS, LLP,<br><br>　　　　　　　　　　　Defendants. | Adversary Proceeding Nos.:<br>21-80057<br>21-80058<br>21-80059<br>(Substantively Consolidated) |

## ORDER ALLOWING FINAL COMPENSATION

　　This matter comes before the Court on the Application of Smith Hudson Law, LLC, for approval and payment of final compensation to Health Capital Consultants pursuant to 11 U.S.C. §§ 330 and 331 of the United States Bankruptcy Code.

　　The Applicant has informed the Court that all parties in interest have been notified of the Application and that no objection has been received by the Applicant or filed with this Court.

　　After careful consideration of the Application and the attachments thereto, this Court finds that total Consultant fees in the amount of $32,925.00 is reasonable compensation to be paid for services rendered by Health Capital Consultants. Of the $32,925.00 approved, $25,000.00 has already been paid by virtue of the engagement agreement. Therefore, $7,925.00 remains unpaid.

　　The total fees to Health Capital Consultants shall be pro-rated between Oaktree Medical Centre, PC (80%) and Labsource, LLC (20%). Oaktree Medical Centre, PC's share of the fees is $26,340.00. Labsource, LLC's share of the fees is $6,585.00.

　　The amount awarded herein is authorized by the Court on the representations made in the Application and attachments filed with the Court and may be reduced or increased if such representations prove incorrect prior to the closing of this case.

　　The Trustee is, therefore, authorized to issue payment to Health Capital Consultants in the total sum of $32,925.00, $7,925.00 of which remains unpaid and shall be paid upon entry of this order.

　　**AND IT IS SO ORDERED.**